David M. Schwartz, Esq.
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th FL.
New York, NY 10036
Tel: (212) 641-0499
dschwartz@aidalalaw.com
Attorneys for Plaintiff Farid Hafez

DR. FARID HAFEZ                                          **Case No: 1:24-cv-00873**
21 Thistle Path
Williamstown, MA 01267

Individually and On Behalf
of All Others Similarly Situated,

Plaintiff                                                **NOTICE OF ERRATA**


vs.


DR. LORENZO VIDINO
1110 23rd Street, N.W., Apt. 604
Washington, D.C. 20037

individually and in his
respective corporate capacities,

THE GEORGE WASHINGTON UNIVERSITY
1918 F Street, N.W.
Washington, D.C. 20052

THE PROGRAM ON EXTREMISM AT THE GEORGE
WASHINGTON UNIVERSITY
2000 Pennsylvania Avenue, N.W., #2210
Washington, D.C. 20052

ALP SERVICES, S.A.
Rue de Montchoisy 36
CH-1207 Geneva, Switzerland

DILIGENCE SARL
Rue de Montchoisy 36
CH-1207 Geneva, Switzerland

MARIO BRERO
Route de l'Allaman
1173 Fechy, Switzerland

MURIEL CAVIN
Avenue du Mail 27
Geneva, Switzerland

LIONEL BADAL
Rue Eugene Welter 60
2723 Howald, Luxembourg

ARIAF STUDIES AND RESEARCH LLC
P.O. Box 3088
Abu Dhabi, United Arab Emirates


and


JOHN DOE NOS. 1-25

Defendants.
----------------------------------------------------------------x

Plaintiff files this Notice of Errata to correct an error made in his initial filing of his Complaint and Summons including compliance with LCvR 5.1(c). Also attached hereto is the corrected initiating pleading which includes the name and full residence address of each party and the correct civil cover sheet (JS44) form.

Plaintiffs have made no other changes.


Respectfully submitted,

Dated this 27th day of March, 2024
*s/ David M. Schwartz*
David M. Schwartz, Esq.
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th FL.
New York, NY 10036
Tel: (212) 641-0499
dschwartz@aidalalaw.com
Attorneys for Plaintiff Farid Hafez