UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Plaintiff / Petitioner:**
DR. FARID HAFEZ Individually and On Behalf of All Others Similarly Situated

**Defendant / Respondent:**
DR. LORENZO VIDINO Individually and in his respective corporate capacities, THE GEORGE WASHINGTON UNIVERSITY, THE PROGRAM ON EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES, S.A., DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC and JOHN DOES NOS. 1-25

**AFFIDAVIT OF DUE DILIGENCE**

Index No:
24-cv-00873

The undersigned being duly sworn deposes and says; the deponent is not a party herein and is over 18 years of age.

That on May 2, 2024 AT 10:43 am AT 2000 Pennsylvania Avenue Northwest 2210, Washington, DC 20052 I attempted serving the following CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, SUMMONS IN A CIVIL ACTION on The Program on Extremism at the George Washington University.

I attempted service on this servee on the following dates and times:
1) May 2, 2024 AT 10:43 am EDT: Per front desk security this suite is empty. The program left this location several years ago. They have a forwarding email of Rosa.cabusvarrera@email.gwu.edu. Will await further direction from the client

After due and diligent effort I have been unable to serve said person for the following reason:
Per front desk security this suite is empty. The program left this location several years ago. They have a forwarding email of Rosa.cabusvarrera@email.gwu.edu.

Sworn to before me on 5/7/2024

Mark Hagood

MBernardo
Notary Public

MONIQUE BERNARDO
NOTARY PUBLIC
REG. #7849726
MY COMMISSION EXPIRES
11/30/2025
COMMONWEALTH OF VIRGINIA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Plaintiff / Petitioner:**

DR. FARID HAFEZ Individually and On Behalf of All Others Similarly Situated

**Defendant / Respondent:**

DR. LORENZO VIDINO Individually and in his respective corporate capacities, THE GEORGE WASHINGTON UNIVERSITY, THE PROGRAM ON EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES, S.A., DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC and JOHN DOES NOS. 1-25

**AFFIDAVIT OF DUE DILIGENCE**

Index No:
24-cv-00873

The undersigned being duly sworn deposes and says; the deponent is not a party herein and is over 18 years of age.

That on May 2, 2024 AT 11:01 am AT 1918 F Street Northwest #2210, Washington, DC 20052 I attempted serving the following CLASS ACTION COMPLAINT, SUMMONS IN A CIVIL ACTION; on The George Washington University.

I attempted service on this servee on the following dates and times:
1) May 2, 2024 AT 11:01 am EDT: This address is the office of the President. They will not accept any legal documents here. They must be delivered to the Office of the General Counsel located at 2000 Pennsylvania Ave NW Ste 305

After due and diligent effort I have been unable to serve said person for the following reason:
This address is the office of the President. They will not accept any legal documents here. They must be delivered to the Office of the General Counsel located at 2000 Pennsylvania Ave NW Ste 305

Sworn to before me on 5/7/2024

_____
Mark Hagood

mBernardo
Notary Public



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Plaintiff / Petitioner:**
DR. FARID HAFEZ Individually and On Behalf of All Others Similarly Situated

**Defendant / Respondent:**
DR. LORENZO VIDINO Individually and in his respective corporate capacities, THE GEORGE WASHINGTON UNIVERSITY, THE PROGRAM ON EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES, S.A., DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC and JOHN DOES NOS. 1-25

**AFFIDAVIT OF DUE DILIGENCE**

Index No:
24-cv-00873

The undersigned being duly sworn deposes and says; the deponent is not a party herein and is over 18 years of age.

That on <u>May 2, 2024</u> AT <u>10:29 am</u> AT <u>1110 23rd Street Northwest Apt 604, Washington, DC 20037</u> I attempted serving the following <u>CLASS ACTION COMPLAINT, SUMMONS IN A CIVIL ACTION</u> on <u>Dr. Lorenzo Vidino</u>.

I attempted service on this servee on the following dates and times:
1) May 2, 2024 AT 10:29 am EDT: Per the property manager this person does not reside here. She looked back four years and they have no record of them residing here.

After due and diligent effort I have been unable to serve said person for the following reason:
Per the property manager this person does not reside here. She looked back four years and they have no record of them residing here.

Sworn to before me on   5/7/2024

_____
Mark Hagood

_____
mBernardo
Notary Public

