## AFFIDAVIT OF NON-SERVICE

| Case: 1:24-cv-00873 | Court: UNITED STATES DISTRICT COURT for the District of Columbia | County: | Job: 11047057 |
|---|---|---|---|
| Plaintiff / Petitioner: Dr. Farid Hafez | | Defendant / Respondent: Dr. Lorenzo Vidino, et al. | |
| Received by: Undisputed Legal | | For: AIDALA BERTUNA & KAMINS PC | |
| To be served upon: Program on Extremism at the George Washington University, c/o General Counsel, The George Washington University | | | |

I, Mark Hagood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Program on Extremism at the George Washington University, c/o General Counsel, The George Washington University, 2000 Pennsylvania Avenue Northwest Suite 305, Washington, DC 20052

**Manner of Service:** Non-Service

**Documents:** SUMMONS, CLASS ACTION COMPLAINT

**Additional Comments:**
1) Unsuccessful Attempt: May 14, 2024, 1:19 pm EDT at 2000 Pennsylvania Avenue Northwest Suite 305, Washington, DC 20052
Per the office manager they have a registered agent CSC in Washington DC. They will not accept service of any legal documents at this location. The University requires all legal filings to be directed to their agent for advice.

Mark Hagood    05/29/2024
Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

MBernardo
Notary Public
05/29/2024    11/30/2025
Date    Commission Expires

[Notary Seal: MONIQUE BERNARDO, NOTARY PUBLIC, REG. #7849726, MY COMMISSION EXPIRES 11/30/2025, COMMONWEALTH OF VIRGINIA]

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

## AFFIDAVIT OF NON-SERVICE

| Case: 1:24-cv-00873 | Court: UNITED STATES DISTRICT COURT for the District of Columbia | County: | Job: 11047042 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Dr. Farid Hafez | | **Defendant / Respondent:** Dr. Lorenzo Vidino, et al. | |
| **Received by:** Undisputed Legal | | **For:** AIDALA BERTUNA & KAMINS PC | |
| **To be served upon:** Dr. Lorenzo Vidino c/o General Counsel, The George Washington University | | | |

I, Mark Hagood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Dr. Lorenzo Vidino c/o General Counsel, The George Washington University, 2000 Pennsylvania Avenue Northwest Suite 305, Washington, DC 20052

**Manner of Service:** Non-Service

**Documents:** SUMMONS, CLASS ACTION COMPLAINT

**Additional Comments:**
1) Unsuccessful Attempt: May 14, 2024, 1:19 pm EDT at 2000 Pennsylvania Avenue Northwest Suite 305, Washington, DC 20052
Per the office manager they have a registered agent CSC in Washington DC. They will not accept service of any legal documents at this location. The University requires all legal filings to be directed to their agent for advice

Mark Hagood      05/29/2024
                 Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

*Subscribed and sworn to before me by the affiant who is personally known to me.*

mBernardo
Notary Public
05/29/2024         11/30/2025
Date               Commission Expires



## AFFIDAVIT OF NON-SERVICE

| Case: 1:24-cv-00873 | Court: UNITED STATES DISTRICT COURT for the District of Columbia | County: | Job: 11047088 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Dr. Farid Hafez | | **Defendant / Respondent:** Dr. Lorenzo Vidino, et al. | |
| **Received by:** Undisputed Legal | | **For:** AIDALA BERTUNA & KAMINS PC | |
| **To be served upon:** The George Washington University, c/o General Counsel, The George Washington University | | | |

I, Mark Hagood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** The George Washington University, c/o General Counsel, The George Washington University, 2000 Pennsylvania Avenue Northwest Suite 305, Washington, DC 20052
**Manner of Service:** Non-Service
**Documents:** SUMMONS, CLASS ACTION COMPLAINT

**Additional Comments:**
1) Unsuccessful Attempt: May 14, 2024, 1:19 pm EDT at 2000 Pennsylvania Avenue Northwest Suite 305, Washington, DC 20052
Per the office manager they have a registered agent CSC in Washington DC. They will not accept service of any legal documents at this location. The University requires all legal filings to be directed to their agent for advice.

Mark Hagood      05/29/2024
                 Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

MBernardo
Notary Public
05/29/2024      11/30/2025
Date            Commission Expires



UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022