## AFFIDAVIT OF SERVICE

| Case: 1:24-cv-00873 | Court: UNITED STATES DISTRICT COURT for the District of Columbia | County: | Job: 11185655 |
|---|---|---|---|
| Plaintiff / Petitioner: Dr. Farid Hafez | | Defendant / Respondent: Dr. Lorenzo Vidino, et al. | |
| Received by: Undisputed Legal | | For: AIDALA BERTUNA & KAMINS PC | |
| To be served upon: The George Washington University. | | | |

I, Mark Hagood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Alex Hannigan, 1090 Vermont Avenue Northwest, Washington, DC 20005
**Manner of Service:** Authorized, Jun 6, 2024, 11:13 am EDT
**Documents:** SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT,

**Additional Comments:**
1) Successful Attempt: Jun 6, 2024, 11:13 am EDT at 1090 Vermont Avenue Northwest, Washington, DC 20005 received by Alex Hannigan. Age: 30s; Skin Color: Caucasian; Gender: Female; Weight: 120; Height: 5'5"; Hair: Brown;
The recipient confirmed they are authorized to accept. Corp Service Co. is a registered agent to accept service on behalf of

Mark Hagood                06/25/2024
                           Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

MBernardo
Notary Public

06/25/2024            11/30/2025
Date                  Commission Expires



## AFFIDAVIT OF SERVICE

| Case:<br>1:24-cv-00873 | Court:<br>UNITED STATES DISTRICT COURT for the District of Columbia | County: | Job:<br>11185668 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Dr. Farid Hafez | | Defendant / Respondent:<br>Dr. Lorenzo Vidino, et al. | |
| Received by:<br>Undisputed Legal | | For:<br>AIDALA BERTUNA & KAMINS PC | |
| To be served upon:<br>The Program on Extremism at The George Washington University | | | |

I, Mark Hagood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Alex Hannigan, 1090 Vermont Avenue Northwest, Washington, DC 20005
Manner of Service:   Authorized, Jun 6, 2024, 11:15 am EDT
Documents:   SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT,

Additional Comments:
1) Successful Attempt: Jun 6, 2024, 11:15 am EDT at 1090 Vermont Avenue Northwest, Washington, DC 20005 received by Alex Hannigan. Age: 30s; Skin Color: Caucasian; Gender: Female; Weight: 120; Height: 5'5"; Hair: Brown; Relationship: Intake specialist; The recipient confirmed they are authorized to accept

Mark Hagood   06/25/2024
Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

MBernardo
Notary Public
06/25/2024   11/30/2025
Date   Commission Expires

