AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Farid Hafez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00873-ABJ |
| Lorenzo Vidino, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant the Program for Extremism at the George Washington University                                                     .

Date:     06/24/2024

/s/ Tracy A. Roman
*Attorney's signature*

Tracy A. Roman (DC #443718)
*Printed name and bar number*

CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004

*Address*

TRoman@crowell.com
*E-mail address*

(202) 624-2651
*Telephone number*

(202) 628-5116
*FAX number*