### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>        Defendants. | Case No. 1:24-cv-00873-ABJ |

### **STIPULATION**

This Stipulation is entered into between Plaintiff Farid Hafez ("Plaintiff") and Defendants George Washington University ("the University") and the Program for Extremism at the George Washington University ("the Program")[1] (collectively, "the Parties").

**WHEREAS**, on March 27, 2024, Plaintiff filed his initial Complaint (Dkt. 1);

**WHEREAS**, on April 16, 2024, Plaintiff filed his Amended Complaint (Dkt. 5);

**WHEREAS**, on June 6, 2024, Plaintiff purported to serve the Program with a summons and copy of the Amended Complaint;[2]

**WHEREAS**, on July 1, the Court granted the Program's motion to extend the deadline for its responsive pleading to the Amended Complaint to July 12, 2024;

**WHEREAS**, the University agreed to waive service under Fed. R. Civ. P. 4(d);

---

[1] The Program denies that it is a separate legal entity capable of being sued.

[2] The Program does not admit that it was properly served.

**WHEREAS**, on July 9, 2024, Plaintiff sent the University a waiver of service form, which the University signed and returned on July 10, 2024;

**WHEREAS**, under Fed. R. Civ. P. 4(d)(3), the deadline for the University's response to the Amended Complaint is September 9, 2024;

**WHEREAS**, the Parties have agreed and stipulated to a briefing schedule on the University and the Program's anticipated motion(s) to dismiss the Amended Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective Parties, that:

(1)     The University and the Program shall have until September 9, 2024 to answer, move, or otherwise respond to the Amended Complaint;

(2)     Plaintiff's deadline to file an opposition to any motion to dismiss filed by the University and the Program shall be due on or before October 24;

(3)     The University and the Program's deadline to file any reply in support of their motion(s) to dismiss shall be due on or before November 14, 2024; and

(2)     Nothing in this stipulation waives the Parties' rights or defenses, including any defense the Program may have that it is not a separate legal entity subject to suit or that it was not properly served with the Amended Complaint.

Dated:  July 12, 2024                                Respectfully submitted,


                                                     /s/   *Tracy A. Roman*
                                                     Scott L. Winkelman (DC #416747)
                                                     Tracy A. Roman (DC #443718)
                                                     CROWELL & MORING LLP
                                                     1001 Pennsylvania Avenue, N.W.
                                                     Washington, D.C. 20004
                                                     swinkelman@crowell.com
                                                     troman@crowell.com

Telephone: (202) 624-2500

*Counsel for Defendants George Washington University and the Program for Extremism at the George Washington University*

/s/    *David M. Schwartz*
David M. Schwartz (DC #208813)
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue
New York, NY 10036
dschwartz@aidalalaw.com
Telephone: (212) 641-0499
Fax: (917) 261-4832

*Counsel for Plaintiff Farid Hafez*

SO ORDERED this ___ day of _____, 2024.

_____
Hon. Amy Berman Jackson, U.S.D.J.