IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>　　　　Defendants. | Case No. 1:24-cv-00873-ABJ |

## STIPULATION

This Stipulation is entered into between Plaintiff Farid Hafez ("Plaintiff") and Defendant Lorenzo Vidino ("Vidino").

**WHEREAS**, on March 27, 2024, Plaintiff filed his initial Complaint (Dkt. 1);

**WHEREAS**, on April 16, 2024, Plaintiff filed his Amended Complaint (Dkt. 5);

**WHEREAS**, Vidino agreed to waive service under Fed. R. Civ. P. 4(d);

**WHEREAS**, on July 15, 2024, Plaintiff sent Vidino a waiver of service form, which Vidino's counsel signed and returned on July 16, 2024;

**WHEREAS**, the Parties have agreed and stipulated to a briefing schedule on Vidino's anticipated motion to dismiss the Amended Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective Parties, that:

(1) Vidino shall have until September 9, 2024 to answer, move, or otherwise respond to the Amended Complaint;

(2) Plaintiff's deadline to file an opposition to any motion to dismiss filed by Vidino shall be due on or before October 24, 2024; and

(3) Vidino's deadline to file any reply in support of his motion to dismiss shall be due on or before November 14, 2024.

(4) Nothing in this stipulation waives the Parties' rights or defenses.

Dated: July 17, 2024                                                                 Respectfully submitted,

    /s/ Matthew D. McGill
Matthew D. McGill (DC #481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
mmcgill@gibsondunn.com
Telephone: (202) 887-3680

*Counsel for Defendant Lorenzo Vidino*

    /s/ David M. Schwartz
David M. Schwartz (DC #208813)
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue
New York, NY 10036
dschwartz@aidalalaw.com
Telephone: (212) 641-0499
Fax: (917) 261-4832

*Counsel for Plaintiff Farid Hafez*

SO ORDERED this ___ day of _____, 2024.

_____
Hon. Amy Berman Jackson, U.S.D.J.

2