**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>*Defendants*. | Case No. 1:24-cv-00873-ABJ |

**STIPULATION**

This Stipulation is entered into between Plaintiff Farid Hafez ("Plaintiff") and Defendants Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, and Lionel Badal ("the European Defendants"), and Defendants Lorenzo Vidino, George Washington University, and Program for Extremism at the George Washington University (collectively with the European Defendants, the "Defendants").  Hafez and the Defendants are hereinafter referred to collectively as the "Parties."

**WHEREAS**, on March 27, 2024, Plaintiff filed his initial Complaint (Dkt. 1);

**WHEREAS**, on April 16, 2024, Plaintiff filed his Amended Complaint (Dkt. 5);

**WHEREAS**, in or about mid- to late-July, 2024, Plaintiff purported to serve each of the European Defendants outside of the United States via treaty process;

**WHEREAS**, under Fed. R. Civ. P. 4(d)(3), <u>if service was properly accomplished</u>, the deadline for the European Defendants' response to the Amended Complaint would be on or after August 5, 2024;

**WHEREAS**, the European Defendants agreed to waive service under Fed. R. Civ. P. 4(d);

**WHEREAS**, on July 26, 2024, Plaintiff sent the European Defendants a waiver of service form, which the European Defendants signed and returned on July 29, 2024;

**WHEREAS**, in order to (1) avoid litigation about the validity of service outside of the United States on the European Defendants, (2) permit counsel for the European Defendants to prepare and coordinate responses to the Amended Complaint with multiple clients located in different European countries, and (3) allow for efficient use of the Court and the Parties' time with a coordinated briefing schedule, the Parties have agreed and stipulated to a revised briefing schedule for the Defendants' anticipated motions to dismiss the Amended Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective Parties, that:

(1) The Defendants shall have until October 18, 2024 to answer, move, or otherwise respond to the Amended Complaint;

(2) Plaintiff's deadline to file an opposition to any motion to dismiss filed by the Defendants shall be due on or before December 13, 2024;

(3) The Defendants' deadline to file any reply in support of their motion(s) to dismiss shall be due on or before January 10, 2025; and

(4) Nothing in this stipulation waives the Parties' rights or defenses.

Dated: July 30, 2024

Respectfully submitted,

*/s/ Igor V. Timofeyev*_____
Igor V. Timofeyev (D.C. Bar No. 998291)
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
igortimofeyev@paulhastings.com

Adam Fee (*pro hac vice* forthcoming)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
adamfee@paulhastings.com

D. Scott Carlton (*pro hac vice* forthcoming)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (212) 683-6000
scottcarlton@paulhastings.com

*Attorneys for Defendants Alp Services SA,
Diligence SARL, Mario Brero, Lionel Badal,
and Muriel Cavin*

*/s/ Scott L. Winkelman*_____
Scott L. Winkelman (DC #416747)
Tracy A. Roman (DC #443718)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
swinkelman@crowell.com
troman@crowell.com

*Counsel for Defendants George Washington
University and the Program for Extremism at
the George Washington University*

/s/ Matthew D. McGill_____
Matthew D. McGill (DC #481430)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3680
mmcgill@gibsondunn.com

*Counsel for Defendant Lorenzo Vidino*

/s/ David M. Schwartz_____
David M. Schwartz (DC #208813)
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue
New York, NY 10036
Telephone: (212) 641-0499
Fax: (917) 261-4832
dschwartz@aidalalaw.com

*Counsel for Plaintiff Farid Hafez*

SO ORDERED this \_\_\_ day of _____, 2024.

_____
Hon. Amy Berman Jackson, U.S.D.J.

4