# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ,<br><br>   *Plaintiff*,<br><br>v.<br><br>LORENZO VIDINO, *et al.*,<br><br>   *Defendants*. | Case No. 1:24-cv-00873-ABJ |

## NOTICE OF CHANGE OF ADDRESS

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-captioned case be updated accordingly. My new address is as follows:

  Gibson, Dunn & Crutcher LLP
  1700 M Street, N.W.
  Washington, D.C.  20036-4504

Dated:  September 18, 2024

Respectfully submitted,

*/s/ M. Christian Talley*
M. Christian Talley (D.C. Bar No. 1735656)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone: (202) 777-9537
Facsimile: (202) 831-6191
ctalley@gibsondunn.com

*Attorney for Defendant Lorenzo Vidino*