AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Farid Hafez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00873-ABJ |
| Lorenzo Vidino, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George Washington University and the Program for Extremism at the George Washington University.

Date: 10/11/2024

/s/ Rachael Padgett
*Attorney's signature*

Rachael Padgett (DC#1616574)
*Printed name and bar number*

CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
*Address*

RPadgett@crowell.com
*E-mail address*

(202) 688-3441
*Telephone number*

(202) 628-5116
*FAX number*