## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>LORENZO VIDINO, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00873-ABJ |

### DEFENDANT LORENZO VIDINO'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Lorenzo Vidino hereby moves to dismiss the Amended Complaint (ECF No. 5) with prejudice for failure to state a claim on which relief can be granted.  The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated:  October 18, 2024

Respectfully submitted,

*/s/ Matthew D. McGill*
Matthew D. McGill (D.C. Bar #481430)
Jeffrey Liu (D.C. Bar #1672057)
M. Christian Talley (D.C. Bar #1735656)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
T: (202) 887-3680
F: (202) 530-9662
mmcgill@gibsondunn.com
jyliu@gibsondunn.com
ctalley@gibsondunn.com

*Counsel for Lorenzo Vidino*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, I electronically served a copy of the foregoing

motion and related attachments on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew D. McGill*
Matthew D. McGill