IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>LORENZO VIDINO, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00873-ABJ |

**[PROPOSED] ORDER GRANTING DEFENDANT LORENZO VIDINO'S MOTION TO DISMISS**

The Court, having considered Defendant Lorenzo Vidino's Motion to Dismiss, and any opposition and reply thereto, hereby ORDERS as follows:

1. Defendant Lorenzo Vidino's Motion to Dismiss is GRANTED;

2. Plaintiff's counts against Dr. Vidino are DISMISSED with prejudice; and

3. Dr. Vidino is DISMISSED from this action with prejudice.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE