## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DR. FARID HAFEZ,

      *Plaintiff,*

    *v.*

DR. LORENZO VIDINO, *et al.,*

      *Defendants.*

No. 1:24-cv-00873 (ABJ)

### MOTION TO DISMISS BY DEFENDANTS ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, AND LIONEL BADAL

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, and Lionel Badal (collectively, "the European Defendants") move to dismiss the Amended Complaint (Dkt. 5) because (1) the Court lacks personal jurisdiction over the European Defendants; (2) the Complaint fails to state a claim under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-8; (3) the Complaint fails to state a claim under common law fraud; (4) the Complaint fails to state a claim under unfair or deceptive trade practices; (5) the Complaint fails to state claims for tortious interference with existing and prospective business relations; and (6) the Complaint fails to state a claim for *prima facie* tort.

For these reasons and those set forth in the accompanying memorandum of law, Defendants respectfully request that the Court dismiss the Amended Complaint with prejudice.

Dated:  October 18, 2024      By:    */s/ Igor V. Timofeyev*

Igor V. Timofeyev (D.C. Bar No. 998291)
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
igortimofeyev@paulhastings.com

Adam Fee (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
adamfee@paulhastings.com

D. Scott Carlton (*pro hac vice*)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (212) 683-6000
scottcarlton@paulhastings.com

*Attorneys for Defendants ALP Services SA,*
*Diligence SARL, Mario Brero, Muriel Cavin, and*
*Lionel Badal*