IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. FARID HAFEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DR. LORENZO VIDINO, *et al.*,<br><br>　　　　　　Defendants. | No. 1:24-cv-00873 (ABJ) |

**DECLARATION OF MARIO BRERO IN SUPPORT OF ALP SERVICES AND DILIGENCE SARL'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Mario Brero, declare as follows:

1. I own and operate Alp Services S.A. ("Alp Services") and Diligence SARL ("Diligence").

2. Alp Services and Diligence are incorporated in Switzerland and have principal places of business in Geneva, Switzerland.

3. Neither Alp Services nor Diligence currently have or have ever had an office in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2024 in Geneva, Switzerland.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mario Brero*
　　　　　　　　　　　　　　　　　　　　　　　Mario Brero