IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. FARID HAFEZ,

    *Plaintiff,*

  *v.*

DR. LORENZO VIDINO, *et al.*,

    *Defendants.*

No. 1:24-cv-00873 (ABJ)

**[PROPOSED] ORDER**

    The Court, having considered the Motion to Dismiss of Defendants Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, and Lionel Badal, and any opposition thereto, and finding good cause, ORDERS as follows:

    The motion is GRANTED; and

    It is further ORDERED that all claims against Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, and Lionel Badal, are DISMISSED with prejudice.

    IT IS SO ORDERED.

Dated: _____

                                                        HON. AMY BERMAN JACKSON
                                                        UNITED STATES DISTRICT JUDGE