**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00873-ABJ |
| LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25, | |
| Defendants. | |

**MOTION TO DISMISS OF GEORGE WASHINGTON**
**UNIVERSITY AND THE PROGRAM ON EXTREMISM**
**AT THE GEORGE WASHINGTON UNIVERSITY**

Defendants George Washington University (the "University") and the Program on Extremism at the George Washington University (the "Program") move to dismiss plaintiff Farid Hafez's claims against them with prejudice them under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Support for this Motion is set forth in the accompanying Memorandum of Points and Authorities. The University and the Program respectfully request that the Court grant this Motion and enter the attached Proposed Order dismissing them with prejudice.

Dated:  October 18, 2024                        Respectfully submitted,

                                             /s/   *Tracy A. Roman*

                                           Tracy A. Roman (DC #443718)
                                           Scott L. Winkelman (DC #416747)
                                           Rachael Padgett (DC # 1616574)
                                           **CROWELL & MORING LLP**
                                           1001 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20004
                                           troman@crowell.com
                                           swinkelman@crowell.com
                                           rpadgett@crowell.com
                                           Telephone: (202) 624-2500

                                           *Counsel for Defendants George Washington*
                                           *University and the Program on Extremism at*
                                           *the George Washington University*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2024, I filed the foregoing motion electronically with the Clerk of Court using the ECF system.

/s/ *Tracy A. Roman*_____ _____