IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>      Defendants. | Case No. 1:24-cv-00873-ABJ |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF
DEFENDANTS GEORGE WASHINGTON UNIVERSITY AND THE
PROGRAM ON EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY**

**UPON CONSIDERATION** of the Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted filed by defendants George Washington University (the "University") and the Program on Extremism at the George Washington University's (the "Program") and Memorandum in support thereof:

It is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that all claims against the University and the Program are **DISMISSED** with prejudice.

Dated: _____

**SO ORDERED.**

_____
Hon. Amy Berman Jackson
U.S. District Court Judge