IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>　　　　Defendants. | Case No. 1:24-cv-00873-ABJ |

## **CERTIFICATE RULE LCvR 26.1**

I, the undersigned counsel of record for defendants George Washington University and the Program on Extremism at the George Washington University, certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of George Washington University or the Program on Extremism at the George Washington University, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

October 18, 2024                                    Respectfully submitted,

                                                         /s/  Tracy A. Roman
                                                       Tracy A. Roman (DC #443718)
                                                       **CROWELL & MORING LLP**
                                                       1001 Pennsylvania Avenue, N.W.
                                                       Washington, D.C. 20004
                                                       troman@crowell.com
                                                       Telephone: (202) 624-2500

                                                       *Counsel for Defendants George Washington University and the Program on Extremism at the George Washington University*