AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Hafez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00873 |
| Vidino et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin.

Date: 10/20/2024

/s/ Adam J. Fee
*Attorney's signature*

Adam J. Fee (CA: 345075, NY: 4591822)
*Printed name and bar number*

Paul Hastings LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

*Address*

adamfee@paulhastings.com
*E-mail address*

(646) 745-4682
*Telephone number*

(310) 620-5819
*FAX number*