AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hafez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-00873 |
| Vidino et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin.

Date: 10/20/2024

/s/ D. Scott Carlton
*Attorney's signature*

D. Scott Carlton (CA: 239151)
*Printed name and bar number*

Paul Hastings LLP
515 South Flower Street
Los Angeles, CA 90071

*Address*

scottcarlton@paulhastings.com
*E-mail address*

(213) 683-6113
*Telephone number*

(213) 996-3113
*FAX number*