AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Hafez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-00873 |
| Vidino et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin    .

Date:    10/21/2024

/s/ Vanessa Omoroghomwan
*Attorney's signature*

Vanessa Omoroghomwan (DC Bar # 1644765)
*Printed name and bar number*

Paul Hastings LLP
2050 M Street NW
Washington, DC 20036

*Address*

vanessaomoroghomwan@paulhastings.com
*E-mail address*

(202) 551-1932
*Telephone number*

(202) 551-0432
*FAX number*