IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>   Defendants. | Case No. 1:24-cv-00873-ABJ |

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, AND FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT THEREOF**

Pursuant to Federal Rules of Civil Procedure 6(b) and 7(b), Plaintiff Farid Hafez, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Lorenzo Vidino, individually and in his respective corporate capacities, George Washington University, Program for Extremism at the George Washington University, Alp Services SA, Diligence SARL, Mario Brero, Muriel Cavin, and Lionel Badal ("Defendants," and together with Plaintiff, the "Parties"), by and through counsel, hereby jointly MOVE this Court for an extension of time by which Plaintiff must respond to Defendants' respective Motions to Dismiss, to January 13, 2025.

The Parties further jointly MOVE for an extension of time by which Defendants must file their respective Replies in further support of their respective Motions to Dismiss, to February 10, 2025.

These extensions should be granted based on the following:

1. Plaintiff filed his initial Complaint in this action on March 27, 2024 (Dkt. 1);

2. Plaintiff filed his Amended Complaint on April 16, 2024 (Dkt. 5);

3. Defendants filed their respective Motions to Dismiss the Amended Complaint on October 18, 2024 (Dkt. 28, Dkt. 29, and Dkt. 30);

4. The current date by which Plaintiff shall file his Oppositions to Defendants' respective Motions to Dismiss the Amended Complaint is December 13, 2024;

5. The current date by which Defendants shall file any Replies in further support of their respective Motions to Dismiss the Amended Complaint is January 10, 2025;

6. Over the past month and continuing into the upcoming months, counsel for Plaintiff has been, and will be, extensively engaged in preparing for, and participating in, an arbitration proceeding and three trials. These commitments have required, and will continue to require, significant time away from preparing Plaintiff's Oppositions to each Motion to Dismiss the Amended Complaint. Additionally, the impending holidays may further affect the schedule.

7. Accordingly, counsel for Plaintiff has conferred with the attorneys of record, who have consented to an extension of the deadline for Plaintiff to file his Oppositions to Defendants' Motions to Dismiss the Amended Complaint to January 13, 2025.

8. The Parties have also agreed to extend the deadline for Defendants to file their Replies in further support of their respective Motions to Dismiss to February 10, 2025, to ensure that Defendants have the same amount of time to respond as provided under the current schedule.

For your Honor's convenience, annexed hereto is the agreed upon Text of the Proposed Order.

Dated: November 19, 2024

    Respectfully submitted,

    */s/ David M. Schwartz*_____
    David M. Schwartz (DC #208813)
    AIDALA, BERTUNA & KAMINS, P.C.
    546 Fifth Avenue, Sixth Floor
    New York, NY 10036
    Telephone: (212) 641-0499
    Fax: (917) 261-4832
    dschwartz@aidalalaw.com

*Attorneys for Plaintiff Farid Hafez*

*/s/ Matthew D. McGill*_____
Matthew D. McGill (DC #481430)
Jeffrey Liu
Mark Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3680
mmcgill@gibsondunn.com
jyliu@gibsondunn.com
ctalley@gibsondunn.com

*Counsel for Defendant Lorenzo Vidino*

*/s/ Scott L. Winkelman*_____
Scott L. Winkelman (DC #416747)
Tracy A. Roman
Rachael Padgett
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
swinkelman@crowell.com
troman@crowell.com
rpadgett@crowell.com

*Counsel for Defendants George Washington University and the Program for Extremism at the George Washington University*

/s/ Igor V. Timofeyev
Igor V. Timofeyev (D.C. #998291)
Vanessa O. Omoroghomwan
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
igortimofeywv@paulhastings.com
vanessaomoroghomwan@paulhastings.com

Adam Fee (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
adamfee@paulhastings.com

D. Scott Carlton (*pro hac vice*)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
scottcarlton@paulhastings.com

*Counsel for Defendants Alp Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin*