# EXHIBIT D

6. The agreement outlines the following (the "mandate") as previously stated:

- Interesting leads/rumours in possession of the Consultant regarding the subject of investigation organisations/individuals/funding in Europe, some of which previously mentioned during an unofficial meeting.
- List of alleged members of the first tier organisations in European countries.

7. The Company agrees to a remuneration of the Consultant of EUR 3'000.- for the above mandate, with a deadline set for February 2nd 2018.

Mario BRERO / ALP SERVICES SA

Date: 24/1/

Lorenzo VIDINO / G.W. UNIVERSITY

Date: 24/1/18