# APPENDIX A

(10/01/2024)

# Aaron Rock-Singer
Email: awrs@umich.edu
Website: https://aaronrocksinger.academia.edu
Tel #: 215-837-5656

## PROFESSIONAL APPOINTMENTS
Research Fellow, Wallenberg Institute, University of Michigan          August 2024-Present
Fellow, Middle East Initiative, Kennedy School, Harvard University          2023-2024
Assistant Professor, Department of History, University of Wisconsin-Madison          2019-2023
Visiting Assistant Professor, Department of Near Eastern Studies, Cornell University          2017-19
Post-Doctoral Fellow, Perry World House, University of Pennsylvania          2016-17

## EDUCATION
**Princeton University**, Ph.D. in Near Eastern Studies, Princeton, New Jersey          2016
Advisor: Muhammad Qasim Zaman
Dissertation: "Guiding the Pious to Practice: Islamic Magazines and Revival in Egypt, 1976-1981"

**Oxford University, St. Antony's College**, Oxford, England          2008-2010
M.Phil, Modern Middle Eastern Studies, Distinction

**Center for Arabic Study Abroad, American University in Cairo**, Cairo, Egypt          2007-2008
CASA Fellow

**University of Pennsylvania**, Philadelphia, Pennsylvania          May 2007
Bachelor of Arts in Near Eastern Languages and Civilizations
Magna Cum Laude, Phi Beta Kappa

## ACADEMIC PUBLICATIONS
**Monographs**
*In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East* (Berkeley, CA: University of California Press, 2022).
>Reviewed in *The Journal of the American Academy of Religion, Islamic Law & Society*, *Die Welt Des Islams*, *The Journal of the Middle East and North Africa, Bustan: the Middle East Book Review, Islamicate Book Reviews*, and *The New Arab*.

>Interviews at *Akbar's Chamber - Experts Talk Islam, Blogging Theology, Charting Gender Divergences- Alice Evans*, *Project on Middle East Political Science Podcast, New Books Network- Islamic Studies*.

*Practicing Islam in Egypt: Print Media and Islamic Revival* (Cambridge, UK: Cambridge University Press, 2019).
>Reviewed in *Die Welt Des Islams*, *The Journal of Islamic Studies*, *The Middle East Journal*, and *Reading Religion*.

1

(10/01/2024)

Interviews at *New Books Network- Middle East Studies*, *Project on Middle East Political Science Podcast*.

**Journal Theme Issues and roundtables**
*Political Theology:* Roundtable, "The Roots and Ruptures of Modern Islamic Piety." Published online at https://politicaltheology.com/symposium/the-roots-and-ruptures-of-contemporary-islamic-piety/. Revised contributions appeared in print in *Political Theology* 23:7 (2022).

Guest editor and author, "Islam and Politics: From the Margins to the Center" theme issue, *Islamic Law and Society*, 27:1-2 (2020).


**Refereed Journal articles**
"Sacralizing the Nation: The Adoption of *Takfīr* in Mandate Palestine, 1929-1935," *International Journal of Middle East Studies*, forthcoming.

"The Rise of Islamic Society: Social Change, State Power and Historical Imagination," *Comparative Studies in Society and History* 64:4 (October 2022), 994-1023.

"Practices of Piety: An Alternative Approach to the Study of Islamic Movements, *Religions* 11:10 (2020), 1-15 (Part of a special issue, "Political Islam in World Politics").

 "Leading with a Fist: A History of the Salafi Beard in the 20th-Century Middle East," *Islamic Law and Society*, 27:1-2 (2020), 83-110.

"Reading the Ads in al-Daʿwa Magazine: Commercialism and Islamist Activism in al-Sadat's Egypt," *The British Journal of Middle Eastern Studies*, 47:3 (2020), 444-461 (With Steven Brooke)

"Censoring the Kishkophone: Religion and State Power in Mubarak's Egypt," *International Journal of Middle East Studies*, 49:3 (July 2017), 437-56.

"Scholarly Authority and Lay Mobilization: Yusuf al-Qaradawi's Vision of Daʿwa, 1976-1984," *The Muslim World* 106:3 (July 2016), 588-604

"The Salafi Mystique: The Rise of Gender Segregation in 1970s Egypt," *Islamic Law and Society* 23:3 (June 2016), 279-305 (named one of the top 15 articles of the past 25 years for the journal in January 2019)

"Prayer and the Islamic Revival: a Timely Challenge," *International Journal of Middle East Studies*, 48:2 (April 2016), 293-312.

"A Pious Public: Islamic Magazines and Revival in Egypt, 1976-1981," *The British Journal of Middle Eastern Studies*, 42:4 (2015), 427-46.

2

(10/01/2024)

"Amr Khaled: From Daʿwa to Political and Religious Leadership," *The British Journal of Middle Eastern Studies,* 37:1 (2010), 15-37.

**Edited Volume chapters**
"Neo-Liberal Daʿwa: the Egyptian New Preachers (al-Duʿat al-Judud) and the Restructuring of Transnational Religious Preaching and Practice," in Weissman and Malik (eds.), *Daʿwa: Propagating Islam in the Modern World* (Salt Lake City, UT: University of Utah Press, 2020), 193-207.

"An Age of Mass Revival: Islamic Media and Religious Change in 1970s Egypt," *Islam, Islamism and Television* (Washington, DC: POMEPS studies, 2016), 14-17.

**Policy Publications/Public Humanities**
"Praying in Shoes: a history of the modern Islamic movement that is Salafism," *Aeon*, 16 October 2023, available at https://aeon.co/essays/a-history-of-the-modern-islamic-movement-that-is-salafism

Invited series of four posts on the study of Islamic Law on the *Islamic Law Blog*, Harvard University Law School (February 2023).

(with Paul Williams), "Salafism as a Social Movement," *Blogging Theology*, available at https://www.youtube.com/watch?v=NEblRvBHmbs.

(with Nile Green), "The Salafi Search for Authenticity," *Akbar's Chamber - Experts Talk Islam*, available at https://podcasts.apple.com/us/podcast/akbars-chamber-experts-talk-islam/id1532553011?i=1000574607415

"Between Piety and Patriotism: Shariʿa and the American Way of Life," *E-Note Series*, Foreign Policy Research Institute, 27 March 2017.

*Islamists and Autocrats: What the Next Administration Needs to Know about the Current Egyptian Landscape and its Origins* (Philadelphia, PA: Foreign Policy Research Institute E-Book, September 2016).

"Qaradawi's Return and Islamic Leadership in Egypt," *Middle East Media Monitor*, Foreign Policy Research Institute, 3 March 2011.

**Book reviews**
Review of Hilary Kalmbach, "Islamic Knowledge and the Making of Modern Egypt," *International Journal of Middle East Studies* (forthcoming, 2022).

Review of Sagi Polka, "Shaykh Yūsuf al-Qaraḍāwī: Spiritual Mentor of Wasaṭi Salafism," *Politics and Religion* 13 (2020), 678-81.

(10/01/2024)

Review of Amira Mittermaier, "Giving to God: Islamic Charity in Revolutionary Times," in *Reading Religion*, 15 August 2020. Available at https://readingreligion.org/books/giving-god

Review of Ellen Anne McLarney, "Soft Force: Women in Egypt's Islamic Awakening," *Bustan: The Middle East Book Review*, forthcoming 2017.

Review of Khalil al-Anani, "Inside the Muslim Brotherhood: Religion, Identity and Politics," *Sociology of Islam*, 5 (2017), 95-8.

Review of James Toth, "Sayyid Qutb: The Life and Legacy of a Radical Islamic Intellectual," *The Journal of Contemporary Islam,* August 2014.

## TEACHING EXPERIENCE
**Courses taught**:
Introduction to Islamic Civilization 600-1258, Islam and Politics, Modern Islam, Global Religious Revivals of the 1970s, The Historian's Craft: The Rise and Fall of the Arab Spring, Israeli Social Movements: From Labor Zionism to the Judicial Overhaul Protest.

## AWARDS AND HONORS
| | |
|---|---|
| Karen F. Johnson Teaching Award, Department of History, UW Madison | 2022 |
| Vilas Associates Award from the Office of the Vice Chancellor for Research and Graduate Education, worth a total of approximately $77,214. | 2022 |
| Top 15 articles of the last 25 years, *Islamic Law and Society* | 2018 |
| Foreign Language and Area Studies Fellow | 2010-2011 |
| Thouron Fellow | 2008-2010 |
| Center for Arabic Studies Abroad Fellow | 2007-2008 |

## INVITED TALKS
"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," The Abbasi Program in Islamic Studies, Stanford University, 2/20/2024.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," The Middle East Center, the University of Pennsylvania, 11/28/2023.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," The Middle East Initiative, Harvard University, 11/16/2023.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," Department of Near Eastern Studies, Princeton University, 3/27/2023.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," The Middle East Centre, Oxford University, 10/26/2022.

(10/01/2024)

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," Department of Religion, University of Florida, 10/24/2022.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," The Center for Middle Eastern Studies, Northwestern University, 10/17/2022

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," Alwaleed Islamic Studies Program, Harvard University, 10/13/2022.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," The Center for Middle Eastern Studies, University of Chicago, 6/15/2022.

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," the Center for Middle Eastern Studies, Yale University, 4/28/2022

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," Alwaleed Center for Muslim-Christian Understanding, Georgetown University, 4/20/2022

"In the Shade of the Sunna: Salafi Piety in the 20th-Century Middle East," Center for Islamic Studies, Cambridge University, 2/10/2022.

"Salafism and the Politics of Daily Life: Forbidding Wrong in the Shadow of the Post-Colonial Egyptian State," *Egypt Forum*, Tel Aviv University, 2-4 January 2017.

"An Age of Mass Revival: Islamic Media and Religious Change in 1970s Egypt," *Islam, Islamism and Television* workshop, Project of Middle East Political Science, George Washington University, 28 October 2016.

"The Feminine Mystique: Salafism in Egypt and the Rise of Gender Segregation, 1970-1981," Perry World House Lecture Series, the University of Pennsylvania, 19 October 2016.

"The Feminine Mystique: Salafism in Egypt and the Rise of Gender Segregation, 1970-1981," Department of Near Eastern Studies lecture series, Princeton University, 26 October 2015.

"Salafi Piety in Sadatist Egypt: the Quest to Map Public Space," Public Lecture, Moshe Dayan Center for Middle Eastern and African Studies, Tel Aviv University, 4 March 2014.

"Elite and Popular Participation in the Textual Culture of Islamic Magazines in Egypt, 1976-1981," Public Lecture, Levtzion Center for Islamic Studies, Hebrew University, December 9, 2013.

**CONFERENCE AND WORKSHOP ACTIVITY**
"The Future of Political Islam" (roundtable), Middle East Studies Association Conference, Denver, Colorado, December 1-4, 2021.

(10/01/2024)

"The Future of Political Islam" (roundtable), Middle East Studies Association Conference, Virtual, 15 October 2020.

Organizer and participant (with Samy Ayoub), "A Radical Innovation: The Salafi Transformation of the Boundaries of Worship, 1930-1990," Middle East Studies Association Conference, Virtual, 7 October 2020.

"Winds of Pious Change: The Consolidation of Salafi Social Practice, 1980-1995," Middle East Studies Association Conference, New Orleans, 17 November 2019.

"The Rise and Fall of Praying in Shoes: How Salafis Came to Marginalize a Practice of the Prophet," *The Future of Salafism Conference,* Oxford, University, 5-7 December 2018.

Organizer (with David Powers), *Islam and Politics: From the Margins to the Center*. Cornell University, 13 April 2018.

Presenter, "Leading with a Fist: A History of the Salafi Beard in the 20th Century Middle East," *Islam and Politics: From the Margins to the Center*, Cornell University, 13 April 2018.

"Salafism and the Politics of Daily Life: Forbidding Wrong in the Shadow of the Post-Colonial Egyptian State," *Egypt Forum*, Tel Aviv University, 2-4 January 2017.

Roundtable participant, *Alternative Archives: New Approaches to Egypt's Modern History*, Middle East Studies Association Conference, 18-21 November 2017.

Organizer and panelist, "Censoring the Kishkophone: Religion and State Power in Mubarak's Egypt," *Islam and the State in Egypt: An Institution-Centered Approach*, Middle East Studies Association Conference, 18-21 November 2017.

Organizer and panelist, "Beards, Barbers and Barracks: Contemporary Negotiations of Salafi Masculinity," *Politics and Piety: Negotiating Subjectivity in Twentieth-Century Salafism*, Middle East Studies Association Conference, 17-20 November 2016.

"An Age of Mass Revival: Islamic Media and Religious Change in 1970s Egypt," *Islam, Islamism and Television* workshop, Project of Middle East Political Science, George Washington University, 28 October 2016.

"Beards, Barbers and Barracks: Contemporary Negotiations of Salafi Masculinity," *Salafiyya Workshop*, Harvard University, 11 March 2015.

"A Voice from the Nile Delta: Decentering the Islamic Revival in Egypt, 1976-1981," in *Decentering Egyptian History*, Middle East Studies Association Conference, 21-24 November 2015.

6

(10/01/2024)

"Yusuf al-Qaradawi's Vision of Daʿwa 1978-1984," *Preaching in Modern Islam*, the University of Haifa, 6-8 January 2015.

"Between State and Scholarship: an Intellectual History of Da'wa Through Yusuf al-Qaradawi's Thaḵāfat al-Dā'iya," in *Islam in Contemporary Egypt*, American Academy of Religion Conference, 17 November 2012.

"Mustafa Mahmud: A Product and Producer of Changing Models of Religious Authority in Egypt," in *Change, Continuity and the Modernization of Religious Authority in Twentieth-Century Egypt and Syria*, Middle Eastern Studies Association Conference, 19 December 10.

**CAMPUS OR DEPARTMENTAL TALKS**
"A Radical Innovation: The Salafi Transformation of the Boundaries of Worship, 1930-1990," *Africa at Noon*, University of Wisconsin-Madison, 23 September 2020.

"The Salafi Mystique: The Roots of Gender Segregation in the 20th century Middle East," *Middle East Studies Program*, University of Wisconsin-Madison, 27 January 2020.

"From Student to Scholar: Strategies for Dissertation Writing," Dissertation Writing Group, Department of Near Eastern Studies, Cornell University, 28 August 2018.

"Islamic Movements in Egypt, 1912-2016," *Religion and Media* Seminar, University of Pennsylvania. 21 March 2017.

"The Feminine Mystique: Salafism in Egypt and the Rise of Gender Segregation, 1970-1981," Perry World House Lecture Series, the University of Pennsylvania, 19 October 2016.

"Beards, Barbers and Barracks: Contemporary Negotiations of Salafi Masculinity," Institute for Religion, Culture and Public Life, Columbia University,
"The Feminine Mystique: Salafism in Egypt and the Rise of Gender Segregation, 1970-1981," Department of Near Eastern Studies lecture series, Princeton University, 26 October 2015.

"Islamism and Democracy in Egypt: Opportunities and Tensions," Muslims and the Quran lecture course, Princeton University, 5 December 2012.

"Religion and Identity in the Arab World," Introduction to the Middle East lecture course, Princeton University, 15 September 2011.

**SERVICE TO PROFESSION**
Editorial Participation
- 11/2021: Associate Editor and Co-Book Review Editor, *Islamic Law and Society*.
- 2/2021: Joined Editorial Board, *Islamic Law and Society*

Manuscript referee:

(10/01/2024)

- 2021-Present   Middle East Studies, I.B. Tauris
- 2018-Present   Yale University Press
- 2016-Present   *Islamic Law, Theology and History* series, Palgrave Macmillan

Article referee:
- 2024-present   *Journal of Middle East and Women's Studies*
- 2021-Present   *Middle East Law and Governance*
- 2021-Present   *Middle East Critique*
- 2020-Present   *Religions*
- 2017-Present   *Middle East Studies Journal*
- 2016-Present   *Islamic Law and Society*
- 2016-Present   *International Journal of Middle East Studies*
- 2016-Present   *Journal of Gender and Religion in Africa*
- 2014-Present   *New Middle Eastern Studies Journal*
- 2014-Present   *Journal of Islamic Studies*

**COMMUNITY INVOLVEMENT/OUTREACH**
Semi-regular English-to-Arabic translation for kindergarten and first grade classrooms, Thoreau Elementary School, 2019-21

"Egypt's Struggle with the Role of Islam in Contemporary Society," *Madison Committee on Foreign Relations*, 10 May 2021.

Moderator/Discussant (with Brian Katulis and Michael Rubin), "Chaos in the Middle East: Finding the Real Cause," *AEI Executive Council at the University of Wisconsin-Madison and The Alexander Hamilton Society: UW-Madison Chapter*, 4 December 2019.

"American Muslim Political Attitudes: Between the Shariʿa and Moderation," *TST-BOCES Teacher Education Series*, Cornell University, 21 March 2018.

"Islamic Movements in the Modern Middle East," *High School and Middle School Teacher Workshop Institute*, Princeton University Department of Near Eastern Studies, May 1 2016.

"Religion and Secularism in the Middle East: A Primer," *Middle East History Institute*, Foreign Policy Research Institute, October 17-18 2015.

**MEDIA COVERAGE**
Muhammad Basyuni, "Dalālāt Ramziyya: Abʿād al-Sirāʿ Bayna al-Sulṭā wa-l-Islāmiyyīn ʿalā al-Ṣalāt fī Miṣr," *al-Markaz al-Iqlīmī l-il-Dirāsāt al-Istrātījiyya*. 8 June 2016 (Arabic-language review essay and analysis of "Prayer and the Islamic Revival").

**LANGUAGES**
**English** – native
**Arabic** – fluent, reading and speaking

(10/01/2024)

3+ (general professional proficiency, plus) on Interagency Language Roundtable scale
**Hebrew** – Fluent, reading and speaking
Certificate of Proficiency in the Hebrew Language from Hebrew University
**Turkish**- proficient in reading
**French**- proficient in reading

**PROFESSIONAL MEMBERSHIPS**
Middle Eastern Studies Association
American Academy of Religion
American Historical Association