# APPENDIX D





REPUBLIK ÖSTERREICH
STAATSANWALTSCHAFT GRAZ

16 St 52/19t
(Bitte in allen Eingaben anführen)
C.v.Hötzendorf-Str. 41-45
8010 Graz
SB:
StA Mag. Johannes WINKLHOFER
Tel.: +43 316 8047 0
Fax: +43 316 8047 5555



Landesamt für Verfassungsschutz
Fachbereich 3 – Islamistischer Terrorismus
Sauraugasse Nr. 1
8010 Graz
zu LV-St 0115/15

# ERMITTLUNGS-ANORDNUNG

**STRAFSACHE:**
**Gegen:**
DI Dr. Kamel MAHMOUD und weitere Mitglieder des Vereins „Liga Kultur – Verein für multikulturellen Brückenbau alias El Nur Moschee" und der Vereinigung „Muslimbrüderschaft"
**Wegen:** § 278b Abs. 2 StGB,

Unter Bezugnahme auf die Anregung im 4. Anlass-Bericht ersucht die Staatsanwaltschaft Graz nach Kontaktaufnahme mit den nachgenannten Personen um die Einvernahme als Zeugen, nämlich von

1. Lorenzo VIDINO

- zu der von ihm für die George WASHINGTON Universität und Universität Wien erstellten Studie „Die Muslimbruderschaft in Österreich",
- zur Klärung des Wirkens der Muslimbruderschaft in privaten Organisationen, öffentlichen Organisationen und in Glaubensvereinen in Österreich,
- zu der auf dem Sender ARTE ausgestrahlten Dokumentation „QATAR Millionen für Europas Islam" und die Beziehung zu Österreich,
- zu den in dieser Dokumentation erwähnten und gezeigten Unterlagen und Dokumente über das Wirken der Muslimbruderschaft, auch im Zusammenhang mit der der Muslimbruderschaft zugeordneten Finanzierungsgesellschaft QATAR CHARITY in Österreich, insbesondere der Finanzierung von Moscheebauten, wobei der Zeuge ersucht werden möge, diese Urkunden mit Österreichbezug zur Einsicht und zur

16 St 14/15y

    Anfertigung von Kopien zur Verfügung zu stellen,

2. Georges MALBRUNOT und Christian CHESNOT
- zu der von ihnen angefertigten und auf dem Sender ARTE ausgestrahlten Dokumentation „QATAR Millionen für Europas Islam",
- zu den sich im Zuge der Recherchen ergebenden Beziehungen der Muslimbruderschaft zu Österreich und zum Wirken der Muslimbruderschaft in Österreich, insbesondere im Zusammenhang mit der Finanzierungstätigkeit von QATAR CHARITY in Österreich, wobei auch geklärt werden möge, ob und wenn ja welche Projekte in Österreich über QATAR CHARITY finanziert wurden.

Dem Bericht darüber wird entgegengesehen.

**Staatsanwaltschaft Graz**
**Graz, 30. Jänner 2020**
**Mag. Johannes WINKLHOFER, Staatsanwalt**

