**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------ X

FARID HAFEZ, individually and on behalf of all others similarly situated,

                     Plaintiff,

v.

LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,

                     Defendants.

Civil Action No.: 1:24-cv-00873-AHA

**DECLARATION OF DAVID M. SCHWARTZ IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

------------------------------------------------------------ X

DAVID M. SCHWARTZ, ESQ., pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury, as follows:

1. I am a Partner at Aidala, Bertuna & Kamins, P.C., and counsel for Plaintiff Farid Hafez ("Dr. Hafez" or "Plaintiff"), and as such, I have personal knowledge of the facts and circumstances of this action.

2. This Declaration is submitted in support of Plaintiff's Oppositions to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint ("FAC").

3. Annexed to the Declaration of Farid Hafez in support of his Opposition to Defendant's Motions to Dismiss ("Plaintiff's Decl.") as **EXHIBIT A** and **EXHIBIT B** are examples of Alp Services SA's ("Alp") cartographies of the enterprise's targets' influence networks.

4. Annexed to Plaintiff's Decl. as **EXHIBIT C** is a photo of a UAE government official, Matar Humaid al-Neyadi, reviewing a cartography illustrating targets' influence network, similar or identical to the above-referenced cartographies.

5. Annexed to Plaintiff's Decl. as **EXHIBIT D** is a screenshot of a key portion of the contract that Lorenzo Vidino ("Vidino") entered into with Alp on January 24, 2018, whereby he committed to provide "[i]nteresting leads/rumours…regarding the subject of investigation organisations/individuals/funding in Europe" and a "[l]ist of alleged members of 6 the first tier organisations in European countries." in exchange for monetary compensation.

6. Annexed to Plaintiff's Decl. as **EXHIBIT E** is a copy of a report published by the Program on Extremism at the George Washington University, authored by Vidino, and titled *The Muslim Brotherhood in Austria*.

7. Annexed to Plaintiff's Decl. as **EXHIBIT F** is a copy of email correspondence including the original invitation to teach in the Master's Program at the University of Salzburg, as well as the subsequent disinvitation.

8. Annexed to Plaintiff's Decl. as **EXHIBIT G** is a copy of email correspondence including the original invitation to contribute to the "European State of Hate Report," a publication by the Amadeu Antonio Foundation, *Hope Not Hate*, and the Swedish foundation EXPO, as well as the subsequent disinvitation.

9. Annexed to Plaintiff's Decl. as **EXHIBIT H** is a copy of email correspondence including Andreas Mölzer's acceptance of Dr. Hafez's invitation to participate in a project on Islamophobia and the far-right political party, as well as Andreas Mölzer's subsequent withdrawal after the Operation Luxor raid.

10. Annexed to Plaintiff's Decl. as **EXHIBIT I** is a copy of a thread of postings on the social media platform X by the account "@hxhassan" on October 2, 2019. In these posts, the owner of the account shares his experience as an individual that worked with Vidino and The Program on Extremism at the George Washington University, and that was subject to strict censorship which led him to stop working with the Program.

11. Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX A** is a copy of Aaron Rock-Singer's Curriculum Vitae.

12. Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX B** is a letter from the LVT Steiermark (Styrian State Office for the Protection of the Constitution) to the Graz Public Prosecutor's Office, dated March 2020.

13. Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX C** is a document produced by Vidino as a part of his work with Alp. This document provides a list of alleged Muslim Brotherhood activists in Western Europe and the United States.

14. Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX D** is an investigative order, produced by the Austrian State Office for the Protection of the Constitution office concerned with "Islamist Terrorism" for the Styrian State Prosecutor.

15. Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX E** is a redacted copy of the search warrant produced by the Styrian State Prosecutor and used for Operation Luxor.

16. Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX F** is a record of an interview between Dr. Vidino and LVT Steiermark, the Styrian branch of the intelligence service, produced in March 2020.

17.  Annexed to the Declaration of Aaron Rock-Singer as **APPENDIX G** is a record of an interview between Dr. Vidino and LVT Steiermark, the Styrian branch of the intelligence service, produced in December 2020.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2025

_____
David M. Schwartz, Esq.