# EXHIBIT F

**Outlook**

### Fwd: Anfrage ULG Migrationsmanagement

| | |
|---|---|
| **From** | Farid Hafez <farid.hafez@sbg.ac.at> |
| **Date** | Mon 1/12/2015 9:37 AM |
| **To** | Haliemah Mocevic <haliemah.mocevic@menschenrechte-salzburg.at>; adis.serifovic@mjoe.at <adis.serifovic@mjoe.at> |

selam, fyi…


-------- Original Message --------
**Subject:** Anfrage ULG Migrationsmanagement
   **Date:** Mon, 12 Jan 2015 07:34:56 +0000
   **From:** Reichenberger Jakob <Jakob.Reichenberger@virgil.at>
      **To:** 'farid.hafez@sbg.ac.at' <farid.hafez@sbg.ac.at>


Lieber Farid,
jetzt ist es schon eine Weile her, dass wir beide Kontakt hatten. Ich hoffe, dir geht's gut und du hast dich an der Uni Salzburg gut eingelebt!

Ich darf mich wieder einmal bei dir melden, da ich dich gerne als Referent für unseren Universitätslehrgang Migrationsmanagement gewinnen würde. Meine Anfrage ist noch länger hin, allerdings soll die Neuauflage des ULG in einem Jahr starten und deshalb müssen wir jetzt schon alle Referent/inn/en anfragen.

Folgende Anfrage:
Vortrag über Islamophobie am Mittwoch, 8. November 2017, 19.30 – 21.00 Uhr und
Diskussion über Islamophobie und Islamkritik gemeinsam mit Thomas Schmidinger (angefragt) am Donnerstag, 9. November 2017, von 11.00 bis 12.30 Uhr

Alle Hintergrundinfos zum ULG findest du unter www.migrationsmanagement.at – die aktuellen Infos für den neuen Lehrgang werden aber erst online gestellt, sobald alle Referent/inn/en zugesagt haben.

Ich hoffe, du hast 2017 noch Zeit.

Darüberhinaus wäre es schön, wenn wir uns einmal treffen könnten, da ich es spannend fände, mit dir auch bei anderen Veranstaltungen zusammenzuarbeiten.

Vielleicht hast du einen Terminvorschlag für mich.
Lieben Gruß und auf bald!
Jakob

P.S. Gratulation zum gestrigen Auftritt bei „Im Zentrum"!
---
**Mag. Jakob Reichenberger**
Studienleiter
Gesellschaft/Politik/Ethik/Nachhaltigkeit
Interkultureller und interreligiöser Dialog
**St. Virgil Salzburg**
Bildung – Konferenz – Hotel

Ernst-Grein-Straße 14
5026 Salzburg
Österreich

Tel.: +43/662/65901-535
Mobil: +43/ 664 85 72 071
Fax: +43/662/65901-530

Mail: jakob.reichenberger@virgil.at
Web: www.virgil.at
St. Virgil auf Facebook

Outlook

### Re: Absage Lehrgang Migrationsmangement

| | |
|---|---|
| **From** | Farid Hafez <farid.hafez@sbg.ac.at> |
| **Date** | Sat 12/9/2017 10:31 AM |
| **To** | Reichenberger Jakob <Jakob.Reichenberger@virgil.at> |

Lieber Jakob,

Würde dich gerne kurz treffen. Hättest du am 20.12. zwischen 11:00 und 15:00 Zeit für ein Treffen in Salzburg Stadt?

Beste Grüße,

Farid


Am 30.10.2017 um 16:10 schrieb Reichenberger Jakob:

> Sehr geehrter Herr Dr. Hafez,
> lieber Farid,
> wir hatten Sie/dich für 08. und 09.11.2017 für einen Input und eine Diskussionsteilnahme im Lehrgang Migrationsmanagement angefragt.
> Seitens eines der Veranstalter, gibt es leider starke Vorbehalte. Da wir vertraglich an die Zustimmung aller Partner gebunden sind, muss ich Ihnen/dir nun für nächste Woche absagen.
> Mit der Bitte um Kenntnisnahme.
> Mit freundlichem Gruß,
> Jakob Reichenberger
> (für die Lehrgangsleitung)



**Unser neues Magazin ist da!**

---

**Mag. Jakob Reichenberger**
Studienleiter

**St. Virgil Salzburg**
Bildung – Konferenz – Hotel
Ernst-Grein-Straße 14

    5026 Salzburg
    Tel.:   0043 662 659 01-535
    Mob.: 0043 664 857 2071

    www.virgil.at

```
--
Dr. Farid Hafez
Senior Scholar
Salzburg University, Department of Sociology and Political Science

Senior Research Fellow
Georgetown University
The Bridge Initiative

Editor Islamophobia Studies Yearbook: www.jahrbuch-islamophobie.de
Co-editor European Islamophobia Report: www.islamophobiaeurope.com
Bridge Initiative: www.bridge.georgetown.edu
Personal webpage: www.faridhafez.com

Email: farid.hafez@sbg.ac.at
twitter: @ferithafez
facebook: https://www.facebook.com/farid.hafez

Post Address:
Salzburg University
Rudolfskai 42
A-5020 Salzburg
Austria
```