# EXHIBIT G

 Outlook

## AW: European State of Hate

| | |
|---|---|
| **From** | Simone Rafael (AAS) <simone.rafael@amadeu-antonio-stiftung.de> |
| **Date** | Wed 2/10/2021 7:51 AM |
| **To** | Hafez Farid <farid.hafez@sbg.ac.at>; Joe Mulhall <joe@hopenothate.org.uk> |
| **Cc** | Daniel Poohl <daniel.poohl@expo.se>; Nick Lowles <nicklowles1@gmail.com> |

That's a very moderate resistance, that's fine for me. We couldn't assume him to be happy with us removing his text.

**Simone Rafael**
Chefredakteurin
www.Belltower.News



www.amadeu-antonio-stiftung.de
Novalisstraße 12 | 10115 Berlin
simone.rafael@amadeu-antonio-stiftung.de
Fon +49(0)30 240 886 18
Fax +49(0)30 240 886 22

**Corona ist keine Einbildung – Rassismus und Antisemitismus auch nicht.**
Betroffene unterstützen, Corona-Mythen entschwören, Rechtsextremismus bekämpfen!
Spenden: Amadeu Antonio Stiftung | IBAN: DE 32 4306 0967 6005 0000 00 | BIC: GENODEM1GLS | GLS Bank oder per Online-Spende

Die Verarbeitung personenbezogener Daten erfolgt auf Basis der DSGVO: https://www.amadeu-antonio-stiftung.de/datenschutzerklaerung/pflichtinformationen. Diese E-Mail enthält möglicherweise vertrauliche/rechtlich geschützte Informationen. Sollte die Mail nicht für Sie bestimmt sein, informieren Sie uns bitte und vernichten diese Mail. Unerlaubte Weitergabe dieser Mail ist nicht gestattet. Wir bitten darum, uns vertrauliche Informationen (bspw. Verträge, private Adressen) nur durch Passwörter geschützt zuzusenden und uns das Passwort auf gesondertem Weg (bspw. per Telefon) zukommen zu lassen. Hier gibt es eine Anleitung zum Passwort-Schutz von Word-Dateien und von PDF-Dokumenten.

**Von:** Hafez Farid <farid.hafez@sbg.ac.at>
**Gesendet:** Dienstag, 9. Februar 2021 21:08
**An:** Joe Mulhall <joe@hopenothate.org.uk>
**Cc:** Daniel Poohl <daniel.poohl@expo.se>; Simone Rafael (AAS) <simone.rafael@amadeu-antonio-stiftung.de>; Nick Lowles <nicklowles1@gmail.com>
**Betreff:** AW: European State of Hate

Dear Joe et al.,

I hope you are well and safe too. The presumption of innocence is a clearly established legal rule widely accepted in our societies. I do not know, who informed you about my case, since nobody talked with me directly. But no, I have no understanding for your decision, and rather

think that you make yourself unwillingly complicit with an unfair investigation that is based on nothing but anti-Muslim conspiracies. And I do not think that this is what you want.

Regards,
Farid

---

**Von:** Joe Mulhall <joe@hopenothate.org.uk>
**Gesendet:** Dienstag, 9. Februar 2021 16:45
**An:** Hafez Farid
**Cc:** Daniel Poohl; Simone Rafael (AAS); Nick Lowles
**Betreff:** European State of Hate

Dear Farid

I hope you are safe and well. I am afraid I write to you with bad news. While doing our final due diligence on all contributors before the launch of the European State of Hate Report it came to our attention that you are currently under investigation in Austria. While we pass no judgement on your guilt or innocence in this particular matter, we have collectively taken the decision to remove your contribution from the report. Our concern is that your inclusion could lead to a controversy that overshadows the report and undermines a year of work.

I am sorry that this comes at such short notice and we hope you understand the decision.

Regards,

Joe Mulhall, HOPE not hate
Daniel Poohl, EXPO Foundation
Simone Rafael, Amadeu Antonio Stiftung

--
Dr Joe Mulhall
Senior Researcher

joe@hopenothate.org.uk
+44 7468 452 286
Twitter: @joemulhall_