# EXHIBIT H

 Outlook

**Re: Anfrage Brookings**

**From** andreas.moelzer@gmail.com <andreas.moelzer@gmail.com>
**Date** Tue 10/20/2020 11:07 AM
**To** Hafez Farid <farid.hafez@sbg.ac.at>

Ist ok ! Andreas Mölzee

Von meinem iPhone gesendet

> Am 20.10.2020 um 17:02 schrieb Hafez Farid <farid.hafez@sbg.ac.at>:
>
> Lieber Herr Mölzer,
>
> darf ich Brookings ein ok geben, dass Sie die Replik schreiben? Dann werden diese die Texte zur Übersetzung freigeben.
>
> Danke,
>
> Farid Hafez
>
> **Von:** andreas.moelzer@gmail.com <andreas.moelzer@gmail.com>
> **Gesendet:** Dienstag, 13. Oktober 2020 22:09
> **An:** Hafez Farid
> **Betreff:** Re: Anfrage Brookings
>
> Ok
>
> Von meinem iPhone gesendet
>
>> Am 13.10.2020 um 20:01 schrieb Hafez Farid <farid.hafez@sbg.ac.at>:
>>
>> Ja, Sie können das ganze auf deutsch machen. Soll ich Brookings damit ein ok geben? Beste Grüße, Farid Hafez

**Von:** andreas.moelzer@gmail.com <andreas.moelzer@gmail.com>
**Gesendet:** Dienstag, 13. Oktober 2020 19:38:35
**An:** Hafez Farid
**Betreff:** Re: Anfrage Brookings

Wenn ich das Ganze auf Deutsch machen kann,! ja! Natürlich kann ich Englisch , aber für komplexe Texte wäre mir das zu mühsam ! Andreas Mölzer

Von meinem iPhone gesendet

> Am 13.10.2020 um 17:35 schrieb Hafez Farid <farid.hafez@sbg.ac.at>:
>
> Das ist jedenfalls möglich, da Briefings bereit ist, die Übersetzungsarbeit zu machen. Können wir also doch mit Ihnen rechnen?
>
> Best,
>
> Farid Hafez

---

**Von:** andreas.moelzer@gmail.com <andreas.moelzer@gmail.com>
**Gesendet:** Dienstag, 13. Oktober 2020 17:08
**An:** Hafez Farid
**Betreff:** Re: Anfrage Brookings

Es lag wohl eher daran , dass ich die Ausarbeitung auf Deutsch haben wollte und meine Replik auch auf Deutsch geliefert hätte ! Andreas Mölzer

Von meinem iPhone gesendet

> Am 13.10.2020 um 14:13 schrieb Hafez Farid <farid.hafez@sbg.ac.at>:
>
> Lieber Herr Andreas Mölzer,
>
> Brookings hat mir gesagt, dass Sie abgesagt haben. Sollte das Honorar ein Problem sein, so könnte das geklärt werden.

Danke und beste Grüße,

Farid Hafez

 Outlook

**(No subject)**

From andreas.moelzer@gmail.com <andreas.moelzer@gmail.com>
Date Fri 12/11/2020 2:48 AM
To   Hafez Farid <farid.hafez@sbg.ac.at>

Sehr geehrter Herr Hafez, in Anbetracht der in Folge der Ereignisse vom 2. November bekanntgewordenen Umstände sehe ich mich außerstande, einen Beitrag für Ihr Projekt zu liefern ! Andreas Mölzer

Von meinem iPhone gesendet