# APPENDIX C

**Core MB activists in the West**

**UK**

- Anas al Tikriti: Iraqi MB, grew up in London, runs the Cordoba Foundation
- Abdullah el Haddad: son of Essam and brother of Gehad, used to run Egyptian MB media campaign from London
- Mona el Qazzaz: sister of Khaled, involved in Egyptian MB media campaign
- Abdullah Helbawy: son of Kamal Helbawy, very active in Egyptian MB
- Dr. Hany El-Deeb: Egyptian Forum of Britain
- Mohammed Ghanem: runs the Egyptian MB office in Cricklewood (London)
- Mahmoud El-Abiary: Egyptian MB, Austrian citizen, runs media campaign
- Mohammed el Abiary: son of Mahmoud, also involved in various London MB companies
- Mohammed Soudan, former Foreign Relations Secretary of the Freedom and Justice Party
- Ibrahim Mounir: long time London resident, Egyptian MB, member of the International Organization of the Muslim Brotherhood
- Hani al-Banna: founder of Islamic Relief Worldwide, Egyptian MB
- Omar el Hamdoun: Iraqi, head of MAB (Muslim Association of Britain, the face of the MB in the UK)
- Mohamed Haj (MAB)
- Mohammed Kuzbar (MAB)
- Azzam Tamimi: Palestinian, runs al Hiwar TV
- Mohammed Sawalha: Hamas
- Ahmed al Rawi: Iraqi MB, money man, head of Europe Trust
- Ibrahim Brian Hewitt: convert, heads Interpal and other Hamas-related charities
- Dr. Essam Salah Mustafa Yousef (Abu Yousef): Vice Chairman and Managing Trustee of Interpal and a key personality in the Hamas-supporting financial structure in the U.K
- Daud Abdullah: various Hamas-related activities
- Ismail Patel: various Hamas-related activities
- Zaher Birawi: various Hamas-related activities
- Adil Adnan: various Hamas-related activities

**France**

- Abdelaziz Chaambi: one of the historical leaders of the MB in France
- Ahmed Jaballah, one of the heads of UOIF
- Abdallah Ben Mansour, UOIF
- Lhaj Thami Breze, UOIF
- Fouad Alaoui, UOIF
- Hassan Iquioussen, UOIF

- Tareq Oubrou, UOIF

**Germany**

- Ibrahim el Zayat
- Other members of El Zayat family: Bilal, Farouk
- Ayman Maziek: Syrian, the public face of the MB in Germany
- Maaged Mazyek: brother of Ayman
- Issam el Attar: Syrian MB
- Dr Aniss al-Doaiss: IGD
- Amin al-Naggar, Bielefeld
- Samir Falah, president of IGD, Karlsruhe
- Ahmed von Denffer

**Holland**

- Yahia Bouyafa
- Ibrahim Akkari (Schiedam)
- Nour Din Acherrat
- Rashad Abdil-Rahman al-Baz
- Ali Sonlu
- Amin Rashid

**Denmark**

- Mohammed al Maimouni
- Jihad al Farra

**Ireland**

- Hussein Halawa (main guy)
- Ebraheem Halawa (son of Hussein)
- Nooh al-Kaddo
- Adam Argiag (Libyan)
- Sheikh Yahya al Hussein
- Sheikh Salem Faituri Muftah (Libyan)
- Sheikh Khalid Shallabi

**Italy**

- Yussuf Nada
- Ahmed Idrsi Nasreddin
- Ghaleb Himmat
- **Mohammed Hannoun** (Palestine. Milan. UCOII, ABSPP, Al Rabitah Al Islamiayyah fi Italia. Representative of Hamas in Italy. President of ABSPP)
- **Abu Sumaya** (Palestine-Jordan. Imam in Perugia, founder of UCOII, father of Sumaya Abdel Qader, who was in charge of the youth branch of the Federation of Islamic

- Organizations in Europe--FIOE): https://www.facebook.com/mohamad.abdelqader.9?fref=pymk
- **Dr. Abu Bakr Geddouda** (Algerian, member of Algerian Parliament with Hamas, until 2008 President of Al Rabita al Islamiyya fi Italia).
- **Dr. Baha Ghrewati** (Syria, UCOII, Milan): https://www.facebook.com/DottorGhrewatiBaha?ref=ts&fref=ts
- **Dr. Abul-Kheyr Breigheche** (Syria, Trento, former Vice-President of FIOE and now still holding an important role in FIOE): https://www.facebook.com/aboulkheir.breigheche?fref=pb&hc_location=friends_tab
- **Dr. Abu Shweima** (Palestine-Jordan. Imam of Islamic Centre of Segrate-Milan, important roles in FIOE, such as director of its monthly magazine Al Europiya. Member of Al Rabitah Al Islamiayyah fi Italia, Associazione Imam e Guide Religiose d'Italia. Association for the Noble Qur'an): https://www.facebook.com/ali.abushwaima?fref=ts
- **Dr. Maher Kabakebbj** (Syria, Milan. President of the Waqf of UCOII, Al Rabitah Al Islamiayyah fi Italia, Associazione Imam e Guide Religiose d'Italia, father of Abdallah Kabakebbsj, founder of GMI): https://www.facebook.com/maher.kaba?fref=ts
- President: **Ezzeddin Ezzir** (Imam of Florence and Colle Val d'Elsa. Palestine. He is President of UCOII for the second consecutive time, member of Al Rabita al Islamiyya fi Italia)
- Vice-President: **Dr. Youssef Sbai** (Morocco. Vice-President UCOII; specialized in education/tarbiyya): https://www.facebook.com/youssef.sbai?fref=tl_fr_box
- Spokesman: **Yassin Laframe** (Italian-Moroccan. Torino/Bologna, Al Rabitah al Islamiyya fi Italia, GMI, Islamic Relief Italy): https://www.facebook.com/yassine.lafram1
- **Abdelhafid Kheit**: (Algeria. Relations with the Islamic Centres of UCOII. President of Islamic Community in Sicily. Imam Mosque of Catania): https://www.facebook.com/kheit.abdelhafid?fref=ts
- **Dr. Maher Kabakebbji** (Syria. President of the Waqf of UCOII): https://www.facebook.com/maher.kaba?fref=ts
- **Fouad Selim** (Algeria, imam of mosque of Monza): https://www.facebook.com/selimfuad?fref=ts
- **Mohammed Abdel-Rahman** (Egypt, Treasurer of UCOII, President of Al Rabita al Islamiyya. Member of the Shura Council of FIOE): http://www.facebook.com/mohamed.a.rahman.944
- **El Sayed ElHamdi Mahmud** (Egypt): http://www.facebook.com/elsayed.e.mahmoud
- **Dr. Abdelghani al Beltaghi**
- **Yassin al Baradei** (Italian-Moroccan, former director of Islamic Relief, founder of the Association of the Muslim Scout of Italy): https://www.facebook.com/baradai?fref=ts
- **Mohammed El Zaiat**: Coalition for support to legitimacy and democracy in Egypt http://www.facebook.com/el.z.mohamed?fref=ts
- **Abdallah Kabakebbji**: **Young Muslims of Italy** https://www.facebook.com/abdallah.kabakebbji?fref=ts
- **Sumaya Abdel Qader**: **Young Muslims of Italy** https://www.facebook.com/sumaya.abdelqader?fref=ts

- **Davide Piccardo**: **Young Muslims of Italy**
  https://www.facebook.com/davide.piccardo?fref=ts

**Belgium**

- Bassem Hatahet, Syrian, the face of the MB in Belgium
- Karim Chemlal: Moroccan
- Michel Privot: convert, now left
- Karim Azzouzi: co-founder of the LIIB (one of Belgium's largest Muslim organizations)
- Monsif Chatar: co-founder of the LIIB (one of Belgium's largest Muslim organizations)
- Mahmoud Amr
- Abd al-Hamid Bouziouna
- Muhammad Tojgani

**Austria**

- **Ayman Ali**
- **Kamel Mahmoud**, longtime Graz resident, Egyptian MB, one of the founders of the al Nur mosque in Graz
- **Abulwafa Mohammed**, very close to Ayman Ali, has recently moved to Vienna where he does education work for the Liga KulturVerein
- **Dr. Magdi Ellefi**, spokesman of the Graz mosque
- **Ahmad Hassan** Graz
- **Hassan Noseir** Graz
- **Ismail Deyab** Graz
- **Zekeriya Özcelik** Graz
- **Mohammed Gowayet**, Egyptian who arrived in Graz in 1956, at some point close to the MB although apparently never a member. He is now old and sidelined
- **Eid Khalifa**: widow of Abdelaziz Khalifa, close contact of Nada in Austria, she and her children are on the board of various MB-related companies in Austria and UK
- **Anas Schakfeh**: Syrian MB, been in Austria for decades, involved in most MB-related activities
- **Ayman Morad**: Syrian MB, arrived in Austria in the early 1980s, board member of IRPA
- **Jamal Morad**: Syrian MB, brother of Ayman, board member of IGGÖ
- **Samir Abu Laban**: Syrian MB, personal friend of Yussuf Nada, lives in Vienna but since the conflict in Syria spends substantial time in Turkey.
- **Elsayed Elshahed**: Egyptian MB, former head of IRPA
- **Amina Shakar**: sister of Ibrahim El Zayat, married to **Ammar Shakar** (also involved in MB network in Austria), director of IRPA.
- **Adnan Ibrahim**, imam at Vienna's Hidaya mosque, used to live in Bosnia during the war, recently he was very active in protests against the overthrow of Mursi.
- **Ibrahim Demerdasch**, Vienna's Hidaya mosque.
- **Adel Doghman** (aka Adel Abo Albara), a prominent Vienna-based Hamas operative with close ties to Ali and other local MB activists.

### USA

- Abdul Mawgoud Dardery: Egyptian MB, was member of parliament under Mursi for FJP in Luxor, now lives in Minneapolis and travels a lot to connect MB activists outside of Egypt
- Dr. Taha Jabir Al-Alwani: IIIT founder
- Jamal al-Din Barzinji
- Hisham Yahya al-Talib
- Omar Ahmed (CAIR)
- Nihad Awad (CAIR)
- Ibrahim Hooper: Canadian convert, communication director at CAIR
- Ingrid Mattson: woman, convert, former head of ISNA
- Sheikh Basyouny Nehela, MAS board member, imam in Boston
- Mohammed Bilal Kaleem, MAS Boston
- Louay Safi: Syrian MB, ISNA, later became spokesman for Syrian National Council
- Mohammed Magid: Sudanese, Executive Director of the All Dulles Area Muslim Society (ADAMS), high positions in ISNA and NAIT.
- Maher Hathout

### Canada

- Jamal Badawi is an Egyptian born Canadian national and a leading figure of the North-American Muslim Brotherhood infrastructure.
- Wael Haddara: an advisor to Muhammad Mursi in 2012, a board member of the MAC, CAIR-Canada
- Yaser Haddara, brother of Wael
- Munir El-Kassem: Libyan
- Faisal Kutty: CAIR Canada
- Khadija Haffajee: CAIR Canada
- Chiheb Battikh

### Sweden

- Chakib Benmakhlouf
- Abdirizak Waberi
- Omar Mustafa
- Mahmoud Aldebe
- Mahmoud Khalfi
- Ahmad Ghanem
- Mahmoud Eddebai

### Finland

- Anas Hajjar (imam Islamic Society of Finland and president of Finnish Islamic Council, SINE)
- Rami Adhan (SINE, Syrian)

- Abdi-Hakim Yasin Ararse
- Muhamed Hussein Omar