# APPENDIX E



**REPUBLIK ÖSTERREICH**
STAATSANWALTSCHAFT GRAZ

~ 1 ~

16 St 52/19t
(Bitte in allen Eingaben anführen)

C.v.Hötzendorf-Str. 41-45
8010 Graz

Tel : +43 (0)316 8047-0
Fax: +43 (0)316 8047-5555

Sachbearbeiter/in: Winklhofer

Personenbezogene Ausdrücke in diesem
Schreiben umfassen Frauen und Männer
gleichermaßen.

An das

Landesamt für Verfassungsschutz und
Terrorismusbekämpfung Steiermark

Sauraugasse 1, 8010 Graz

**zu GZ: LVT ST/2409/19**

I.   **ANORDNUNG DER DURCHSUCHUNG**

II.  **ANORDNUNG DER SICHERSTELLUNG**

III. **ANORDNUNG DER VORFÜHRUNG ZUR SOFORTIGEN VERNEHMUNG**

**STRAFSACHE:**
**Gegen:**

**Beschuldigte/r**  ███████████████

und andere

**Wegen:** §§ 165 Abs 3, 278b Abs 2 StGB, § 278d Abs 1 und 1a Z 1 oder 2 StGB

**Die Staatsanwaltschaft Graz ordnet an**

**A. aufgrund gerichtlicher Bewilligung gemäß §§ 117 Ziffer 2 lit b, 119 Abs 1, 120 Abs 1
erster Satz StPO die Durchsuchung folgender Orte und Gegenstände, nämlich**

**I. der nachangeführten**

- **Wohnungen und Wohnhäuser der Beschuldigten und**

- **Geschäftsräumlichkeiten der von den Beschuldigten geleiteten Gesellschaften
  und Vereine**

**samt aller zu diesen Wohnungen gehörigen Orten (Keller, Dachböden, Lager,
Abstellräume, dgl.) sowie sämtlicher auf die Beschuldigten oder Dritte zugelassener
und von den Beschuldigten verwendeter Fahrzeuge, insbesondere der zu den
Beschuldigten bezeichneten Personenkraftwagen (PKW) und zwar**



1.

Geschäftsräumlichkeiten der

6

)

)







~9~

**26.**







**35.** des Wohnhauses von **Mag. HAFEZ Farid**, geb. am 23.12.1981, in 1230 Wien, Stipcakgasse 9 – 17/Haus 38, mit allen Nebenräumlichkeiten (Dachboden, Lager, Kellerabteil, Garage etc.) und des vom Genannten verwendeten Kraftfahrzeuges: PKW VW Tiguan, schwarz lack., Kennzeichen W–87864Y (Zulassungsbesitzer: Mag. HAFEZ Farid),



**36.**

(Dachboden, Lager, Kellerabteil,

**39.**

16 St 52/19t



II. der Räumlichkeiten der nachangeführten, den terroristischen Vereinigungen Muslimbrüderschaft und HAMAS zugehörigen Vereinen, Unternehmen und Stiftung mit allen Nebenräumlichkeiten (Keller, Lager, Dachböden, Garagen etc.), und zwar

1.

2.



**B.** aus Beweisgründen sowie zur Sicherung der Konfiskation (§ 19a StGB), des Verfalls (§ 20 StGB) und des erweiterten Verfalls (§ 20b StGB) gemäß §§ 109 Ziffer 1 lit a, 110 Abs 1 Ziffer 1 und Ziffer 3 StPO die Sicherstellung aller im Zuge der zu **Punkt A.** angeordneten Durchsuchungen aufgefundenen und mit dem Ermittlungsgegenstand in Verbindung zu bringenden Gegenstände, insbesondere größere und für einen Haushalt, Verein, Stiftung oder Unternehmen nicht übliche Bargeldbeträge sowie die nach der Verdachtslage von den Beschuldigten verwendeten Datenträger wie Computer, Laptops, Smartphones, Mobiltelefone, Festplatten, USB-Sticks, Speicherkarten, DVDs, CDs und schriftliche Aufzeichnungen, Buchhaltungsunterlagen, Korrespondenzen, Dokumente, Bücher, Schriften, Werbematerial etc.,

**C.** gemäß § 153 Abs 3 StPO die Vorführung der nachgenannten Beschuldigten zur sofortigen Vernehmung:

–17–

21.    Mag. HAFEZ Farid, geb. am 23.12.1981,



Die genannten Personen sind zur Vermeidung einer Verabredung und zur Verhinderung der Beeinträchtigung von Beweismitteln sogleich vorzuführen und von den ermittelnden Beamten des

- Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark,

- Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Wien,

- Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Kärnten und

- Bundesamtes für Verfassungsschutz und Terrorismusbekämpfung

zum Gegenstand des Ermittlungsverfahrens zu vernehmen.

**Um Gefährdungen von betroffenen Personen und eine allfällig drohende Vernichtung von elektronischen Daten zu verhindern, wird für die zu Punkt A. angeordneten Durchsuchungen der die Beweise sichernde Zugriff angeordnet, wovon jedoch von den einschreitenden Beamten aus polizeitaktischen Überlegungen abgesehen werden kann.**

**Die laut Anordnung Punkt B. sichergestellten Datenträger (Computer, Laptops, Smartphones, Mobiltelefone, Festplatten, USB-Sticks, Speicherkarten, DVDs, CDs etc.) und schriftliche Aufzeichnungen (Buchhaltungsunterlagen, Korrespondenzen, Dokumente, Bücher, Schriften, Werbematerial etc.) sind nach deren Auswertung an die Berechtigten rückauszufolgen, wenn die Verfügungsmacht über diese Gegenstände für das weitere Verfahren nicht mehr erforderlich ist.**

**Über das Ergebnis dieser Anordnungen und der Auswertungen der sichergestellten Gegenstände ist zu berichten.**

**BEGRÜNDUNG**

Zur Begründung für die erlassenen Anordnungen wird vorerst auf die in den bisher erstatteten Anlassberichte des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark (LVT Steiermark), zuletzt der 26. Anlassbericht vom 15. September 2020, und den Berichten des den Ermittlungen beigezogenen Bundesamtes für Verfassungsschutz und Terrorismusbekämpfung dargestellten Erhebungsergebnisse zu den einzelnen Beschuldigten, zu den zur Durchsuchung herangezogenen Örtlichkeiten, zur Entstehungsgeschichte, hierarchischen Struktur und den Vereinen, Stiftungen, Unternehmen der Muslimbruderschaft und der HAMAS verwiesen.

### I. Die Muslimbruderschaft:

Die Muslimbruderschaft wurde im Jahr 1928 von dem im Jahr 1906 geborenen Volksschullehrer Hasan al-BANNA und weiteren Mitstreitern in Ägypten, das damals eine Monarchie war, gegründet. Die Ausrichtung der Muslimbruderschaft ist sunnitisch-islamistisch und panislamisch. Der Panislamismus ist eine religiös-politische Bewegung, die die innerislamischen Gemeinsamkeiten in Geschichte, Kultur und Religion hervorheben will. Das Ziel des Panislamismus ist die Einheit aller Muslime in einem auf dem als Scharia bezeichneten islamischen Recht beruhenden islamischen Staat (Kalifat). Von ihrer Gründung an verbreitete sich die Muslimbruderschaft bis zum Ende des Zweiten Weltkriegs im Jahr 1945 in den arabisch-islamischen Staaten. Die Muslimbruderschaft orientierte sich in ihrer Organisationsstruktur und in ihrem militanten Antijudaismus an den damals im Entstehen begriffenen faschistischen Bewegungen in Europa, insbesondere am italienischen Faschismus des Benito MUSSOLINI und am Nationalsozialismus des Adolf HITLER.

Hasan al-BANNA trat von Beginn an für den als Dschihad bezeichneten bewaffneten und offensiven Glaubenskrieg gegen alle Nichtmuslime und deren Helfer ein. Bereits in den 1930er-Jahren führte die Muslimbruderschaft in Ägypten unter Verwendung radikal-antisemitischer Parolen wie „Nieder mit den Juden" und „Juden raus aus Ägypten" gewalttätige Proteste gegen die in Ägypten lebenden Juden durch. In seinem Werk „Die Todesindustrie" propagierte Hasan al-BANNA für die Muslimbruderschaft und ihre Anhänger die Abwendung vom Leben und die Verherrlichung eines von Todessehnsucht geprägten Märtyrertums und formulierte dazu: „Derjenigen Nation, welche die Industrie des Todes perfektioniert und die weiß, wie man edel stirbt, gibt Gott ein stolzes Leben auf dieser Welt und ewige Gunst in dem Leben, das noch kommt. Die Illusion, die uns gedemütigt hatte, besteht in nichts anderem als der Liebe zum weltzugewandten Leben und dem Hass auf den Tod." Als nach wie vor für die Muslimbruderschaft und ihre Anhänger gültiges Motto formulierte Hasan al-BANNA die Parolen:

- Gott ist unser Ziel.

- Der Prophet (Mohammed) ist unser Führer.

- Der Koran ist unsere Verfassung.

- Der Dschihad (bewaffneter Glaubenskampf zur Durchsetzung der islamischen Herrschaft) ist unser Weg.

Auf diesen bis in die Gegenwart geltenden Grundsätzen beruht der absolute Gehorsam gegenüber der Führung der streng hierarchisch gegliederten Muslimbruderschaft. Bis zum Beginn des Zweiten Weltkriegs erhielt die zum damaligen Zeitpunkt noch vorwiegend in Ägypten tätige Muslimbruderschaft beträchtliche finanzielle Zuwendungen aus dem damals nationalsozialistisch regierten Deutschland. Die Führung der Muslimbruderschaft verwendete diese Geldmittel für Waffenkäufe und Propaganda, um sich auf den bereits abzeichnenden Konflikt mit den in Palästina lebenden und vermehrt aus Europa nach Palästina zuwandernden Juden vorzubereiten. Palästina war britisches Mandatsgebiet. Unmittelbar nach dem Zweiten Weltkrieg verfügte die Muslimbruderschaft in Ägypten bereits über ca. 500.000 Mitglieder. Die Muslimbruderschaft besaß in Ägypten eigene Moscheen, Unternehmungen, Fabriken, Krankenhäuser und Schulen und besetzte wichtige Posten in der Armee und in den Gewerkschaften. Zur Umsetzung ihrer panislamischen Gesellschaftsvision investierte die Muslimbruderschaft stark in die Ausbildung ihrer Mitglieder und in eigene Bildungsinstitute. Rasch gewannen die Mitglieder der Muslimbruderschaft großen Einfluss im ägyptischen Staat, der damals noch eine Monarchie war. Mit Einnahmen aus ihrer unternehmerischen Tätigkeit und Spenden ihrer Anhänger finanzierten die Mitglieder der Muslimbruderschaft ab Anfang der 1940er-Jahre Anschläge ihres militärischen Apparates gegen die im Rahmen einer Mandatsherrschaft das Königreich Ägypten dominierenden Briten.

1946 ernannte Hasan al-Banna den aus Deutschland nach Ägypten zurückgekehrten Mohammed Amin al-Husseini zu einer der Leitfiguren der Muslimbruderschaft. Mohammed Amin al-Husseini war ein islamischer arabischer Nationalist aus einer einflussreichen islamischen Familie in Jerusalem. 1921 wurde er von Großbritannien zum Groß-Mufti von Jerusalem ernannt. Mohammed Amin al-Husseini wurde dadurch zum Führer der Palästinenser, die nach dem Zerfall des Osmanischen Reiches einen eigenen Nationalstaat anstrebten. Mohammed Amin al-Husseini verbreitete seine radikal islamistische, antizionistische und antijüdische Ideologie nachhaltig unter Arabern. Von 1936 bis 1939 führte er den Arabischen Aufstand gegen jüdische Einwanderer und Briten an. Ab der nationalsozialistischen Machtergreifung im Jahr 1933 unterstützte er die antijüdische Politik Adolf Hitlers, dem er den Ehrentitel „Abu Ali" verlieh. Ab 1937 arbeitete Mohammed Amin al-Husseini mit dem nationalsozialistischen Regime in Deutschland zusammen. Von Oktober 1941 bis zum Ende des Zweiten Weltkrieges am 8. Mai 1945 lebte Mohammed Amin al-

Husseini als persönlicher Gast Adolf Hitlers in Deutschland und verbreitete über seinen Berliner Sender „Stimme des Freien Arabertums" Radiosendungen mit nationalsozialistischer Propaganda im arabischen Raum.

Im Sommer 1942, während des deutschen Vormarsches auf El Alamein, rief al-Husseini von Berlin aus alle Araber auf: „Tötet die Juden, wo immer ihr sie findet. Das gefällt Gott, der Geschichte und dem Glauben." Am 7. Juli 1942 strahlte sein Berliner Sender „Stimme des Freien Arabertums" einen weiteren Aufruf zum Völkermord an den Juden aus, weil die Briten die Juden in Ägypten für den Fall eines britischen Abzugs schwer bewaffnet hätten. Daher gelte: „Ihr müsst die Juden töten, ehe sie das Feuer auf Euch eröffnen. Tötet die Juden, die Euer Vermögen an sich gerissen haben und einen Anschlag auf Eure Sicherheit planen. Araber Syriens, des Irak und Palästinas, worauf wartet Ihr? Die Juden haben vor, Eure Frauen zu schänden, Eure Kinder umzubringen und Euch zu vernichten. Nach der muslimischen Religion ist die Verteidigung Eures Lebens eine Pflicht, die nur durch die Vernichtung der Juden erfüllt werden kann. Das ist Eure beste Chance, diese dreckige Rasse loszuwerden, die Euch Eurer Rechte beraubt und Euren Ländern Unheil und Zerstörung gebracht hat. Tötet die Juden, steckt ihren Besitz in Brand, zerstört ihre Geschäfte, vernichtet diese niederträchtigen Helfer des britischen Imperialismus. Eure einzige Hoffnung auf Rettung ist die Vernichtung der Juden, ehe sie Euch vernichten." Mohammed Amin al-Husseini wurde von Heinrich Himmler, Reichsführer-SS, über den Stand des Massenmordes an den Juden in den nationalsozialistischen Konzentrationslagern persönlich unterrichtet. Mohammed Amin al-Husseini unterstützte den als Holocaust bezeichneten nationalsozialistischen Völkermord an den Juden und wirkte aktiv daran mit, indem er Fluchtwege für Juden aus Osteuropa zu blockieren suchte und so tausende jüdische Kinder dem NS-Regime auslieferte. Zudem wurde er im Rang eines Gruppenführers Mitglied der nationalsozialistischen Terroreinheit Schutz-Staffel (SS) und mobilisierte Muslime für die Waffen-SS auf dem Balkan. Nach dem Krieg wurde al-Husseini als Kriegsverbrecher festgenommen, aber nicht angeklagt. 1946 fand er in Ägypten Asyl. Aus Anlass seiner Rückkehr publizierte Hasan al-Banna 1946 eine Lobrede auf Mohammed Amin al-Husseini, den Großmufti von Jerusalem, dem er sich politisch und religiös verbunden fühlte und den er als Leitfigur für die Muslimbruderschaft gewann: „Der Mufti ist so viel wert wie eine ganze Nation. Der Mufti ist Palästina, und Palästina ist der Mufti. O Amin! Was bist Du doch für ein großer, unbeugsamer, großartiger Mann! Hitlers und Mussolinis Niederlage hat Dich nicht geschreckt. Was für ein Held, was für ein Wunder von Mann. Wir wollen wissen, was die arabische Jugend, Kabinettsminister, reiche Leute und die Fürsten von Palästina, Syrien, Irak, Tunesien, Marokko und Tripolis tun werden, um dieses Helden würdig zu sein, ja dieses Helden, der mit der Hilfe Hitlers und Deutschlands ein Empire herausforderte und gegen den Zionismus kämpfte. Deutschland und Hitler sind nicht mehr, aber Amin el-Husseini wird den Kampf fortsetzen." Mohammed Amin al-

Husseini verfolgte als Galionsfigur der Muslimbruderschaft seine Ziele bis zu seinem Tod 1974 weiter.

Ende 1948 verbot der damalige ägyptische Premierminister Mahmoud an-NUKRASHI PASCHA die Muslimbruderschaft, woraufhin Mitglieder der Muslimbruderschaft ihn durch einen Terroranschlag töteten. Spätestens ab diesem Attentat begann eine Verfolgung der Mitglieder der Muslimbruderschaft durch den ägyptischen Polizeiapparat. Im Februar 1949 wurde Hasan al-BANNA, wahrscheinlich im Auftrag des ägyptischen Königshauses, in Kairo erschossen. Unter neuer Führung intensivierten die Vertreter der Muslimbruderschaft die Umsetzung der nach ihrer Auffassung zur Errichtung des von ihnen angestrebten Islamischen Staates (Kalifat) erforderlichen Ziele, nämlich die Bildung und soziale Verbesserung der Massen, die Förderung einer national ausgerichteten Wirtschaft sowie im Sinne ihrer panislamischen Ideologie die Befreiung und Einheit der arabischen Welt. Nach dem von der Muslimbruderschaft unterstützten erfolgreichen Staatsstreich der so bezeichneten und von Gamal Abdel NASSER angeführten „freien Offiziere" im Juli 1952 gegen König Faruk kam es zum Konflikt zwischen der neuen Regierung unter Präsident NASSER und der Muslimbruderschaft, der in einem fehlgeschlagenen Attentat von Vertretern der Muslimbruderschaft gegen Staatspräsident NASSER gipfelte. Daraufhin kam es zu einer brutalen Repression gegen die Vertreter der Muslimbruderschaft durch die ägyptischen Sicherheitskräfte. Teile der Führung der Muslimbruderschaft flüchteten in arabische Nachbarstaaten, insbesondere Saudi-Arabien, aber auch nach West-Europa. Zahlreiche Mitglieder der Muslimbruderschaft wurden inhaftiert. Darunter befand sich auch Sayyid QUTB, der Hauptideologe der Muslimbruderschaft, der in der Zeit seines Gefängnisaufenthaltes bis zu seiner im Jahr 1966 erfolgten Hinrichtung die radikal-islamistischen Theorien zur weiteren Entwicklung der Muslimbruderschaft verfasste und weiterentwickelte. Diese ideologischen Schriften von Sayyid QUTB hatten außerordentlich großen Einfluss auf die vor allem ab den 60er- und 70er-Jahren des vorigen Jahrhunderts in arabisch-islamisch geprägten Ländern entstehenden dschihadistischen Gruppierungen. Ziel der von Sayyid QUTB entworfenen Ideologie war es, die sich nach seiner Auffassung noch in einem Zustand der vorislamischen Unwissenheit und Ignoranz (Dschahiliya) befindlichen arabischen Staaten durch rechtgläubige Muslime zu stürzen, um sodann auf Grundlage der Scharia den nach ihrer Auffassung idealen islamischen Staat zu errichten.

Dieselbe Ideologie vertrat auch der als weiterer Ideologe der Muslimbruderschaft anzusehende Zivilrichter Abd al-Qadir AUDA, der es als Pflicht der Muslime ansah, für eine Scharia-Gesetzgebung zu kämpfen und die im Widerspruch zur Scharia stehenden weltlichen Gesetze zu eliminieren. Nach dem Sturz des Präsidenten NASSER entließ dessen Nachfolger Präsident Anwar as SADAT die Anführer der Muslimbruderschaft aus den Gefängnissen. In

ihrer Ausrichtung verblieb die Muslimbruderschaft jedoch eine panislamische Vereinigung, deren Ziel es blieb, vorerst in Ägypten und später folgend in allen Ländern der Erde einen islamischen Staat (Kalifat) auf Grundlage des als Scharia bezeichneten islamischen Rechts einzuführen. Präsident SADAT führte in Ägypten als Zugeständnis an die islamistisch ausgerichtete Muslimbruderschaft und andere islamische Gruppen Teile der Scharia als offizielles Strafrecht ein. Ebenso installierte er den religiösen Schura-Rat. Die Scharia wurde nach Artikel 2 der ägyptischen Verfassung sogar zur Grundlage des ägyptischen Gesetzes erklärt. Trotz dieser Zugeständnisse agierte die Muslimbruderschaft weiter gegen Präsident SADAT, der daraufhin 1981 ca. 1.000 Muslimbrüder verhaften ließ. Nach der Ermordung von Präsident SADAT entließ dessen Nachfolger Hosni MUBARAK einen Großteil der gemäßigten Muslimbrüder aus den Gefängnissen. Ab den späten 1980er-Jahren etablierte sich die Muslimbruderschaft als starke Oppositionskraft im ägyptischen Parlament. Dazu beteiligte sich die Muslimbruderschaft mit verschiedenen Allianzen an den Parlamentswahlen. Da sie selbst nicht als Partei antreten durfte, trat die Muslimbruderschaft vorwiegend mit unabhängigen Kandidaten zu Wahlen an. Zunehmend gaben sich die Vertreter der Muslimbruderschaft als Anhänger von Demokratie und Pluralismus. Tatsächlich blieb die Muslimbruderschaft ihren islamistischen Zielen im Sinne des dargestellten Panislamismus treu. Ziel blieb die Errichtung eines islamischen Staates auf Grundlage der Scharia, mithin ein religiös totalitäres Staatssystem mit einer nach dem Führerprinzip gestalteten faschistischen Struktur. Die bereits dargestellten, auf Hasan al-BANNA zurückgehenden Grundsätze blieben weiterhin das Motto der Muslimbruderschaft (vgl. ON 2, Seite 13ff, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ). Durch karitative Einrichtungen wie Krankenhäuser, Sozialstationen und Armenspeisungen vergrößerten die Vertreter der Muslimbruderschaft ihren Einfluss in Ägypten.

Bei der im Frühjahr 2011 beginnenden, als „arabischer Frühling" bezeichneten Revolution in Ägypten nahm die Muslimbruderschaft vorerst eine untergeordnete und passive Rolle ein. Als sich das Ende der Regierung von Hosni MUBARAK abzeichnete, gründeten die Muslimbrüder im April 2011 die „Freiheits- und Gerechtigkeitspartei", die bei den Parlamentswahlen am Jahresende 2011 knapp die Hälfte der Mandate erreichte und dadurch zur stärksten Kraft im erstmals demokratisch gewählten Parlament Ägyptens wurde. Am 30. Juni 2012 wurde Mohammed MURSI als Kandidat der von der Muslimbruderschaft gegründeten „Freiheits- und Gerechtigkeitspartei" zum neuen Präsidenten von Ägypten gewählt. Somit stellten die Muslimbrüder den ersten frei gewählten Staatschef Ägyptens. Das auf offensiver Wohltätigkeit und plakativ dargestellt strenger Religiosität beruhende Erfolgsrezept der Muslimbruderschaft erwies sich jedoch als ungeeignet zur Verbesserung der wirtschaftlichen und humanitären Situation Ägyptens. Aufgrund einer schweren Wirtschaftskrise verschlechterte sich die wirtschaftliche Situation Ägyptens sogar weiter. Die von Mohammed MURSI geleitete, der

Muslimbruderschaft zugeordnete „Freiheits- und Gerechtigkeitspartei" bemühte sich in den ersten Monaten der Regierungszeit die Position der Muslimbruderschaft in Ägypten zu festigen. Die Bewältigung der großen wirtschaftlichen und sozialen Probleme Ägyptens wurde als nachrangig angesehen. Darüber hinaus verfolgte die Muslimbrüder-Partei mit der Aufhebung des Verbots der Genitalverstümmelung von Frauen und der Herabsetzung des Heiratsalters bei Frauen von 18 auf neun Jahre Ziele, die besonders von säkularen Gruppierungen abgelehnt wurden. Die zunehmend schwindende Akzeptanz für die sich als unfähig erweisende Regierung der Muslimbruderschaft und die damit einhergehenden wiederaufflammenden Demonstrationen versuchte Mohammed MURSI mit Sondervollmachten zu bekämpfen, durch die er sich - in Umsetzung des von den Muslimbrüdern aus religiöser Überzeugung nie geleugneten Alleinherrschaftsanspruches (vgl. ON 2, Seite 13 ff, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ) - selbst über jegliche Gesetze zu erheben versuchte. Die Demonstrationen wurden von den bewaffneten Einheiten der Muslimbrüder gewaltsam aufgelöst. Dutzende Demonstranten wurden getötet. Infolge anhaltender Proteste der Bevölkerung gegen den zusehends diktatorischer regierenden Mohammed MURSI und dessen wirtschaftlich erfolgloses Regime setzte die Führung der ägyptischen Armee Mohammed MURSI und dessen Regierung am 3. Juli 2013 ab. Die darauf einsetzenden massiven und gewalttätigen Proteste der Anhänger MURSIS, mithin der Anhänger der Muslimbruderschaft, wurden von der Armeeführung blutig niedergeschlagen. Teile der Muslimbruderschaft tauchten in den Untergrund ab. Am 23. September 2013 wurden die Muslimbrüder und ihre Organisation erneut verboten. Zum Jahresende 2013 stufte die ägyptische Regierung die Muslimbruderschaft als Terrororganisation ein, nachdem bei einem der Muslimbruderschaft zugeordneten Bombenanschlag auf ein Polizeigebäude in al-Mansura 16 Menschen getötet worden waren. Der von Mohammed MURSI noch als Verteidigungsminister eingesetzte General Abd al-Fattah as-SISI wurde der neue Machthaber in Ägypten. 2014 kam es im Rahmen von Massenprozessen gegen Anhänger der Muslimbruderschaft und des abgesetzten Präsidenten Mohammed MURSI in al-Minya zur Verhängung der Todesstrafe gegen 683 Anhänger der Muslimbruderschaft. In einem weiteren Massenprozess wurden 529 Anhänger von Mohammed MURSI zum Tode verurteilt (Wikipedia-Artikel über die Muslimbrüder mit den dazu angeführten 85 Einzelnachweisen und Quellenangaben; ON 6, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ).

Nach der Absetzung von Mohammed MURSI als Präsident Ägyptens und der Entmachtung der Freiheits- und Gerechtigkeitspartei der Muslimbruderschaft durch die Armeeführung kam es – wie in den Jahrzehnten zuvor – wieder zu Terroranschlägen des militärischen Arms der Muslimbruderschaft. Die Muslimbruderschaft bediente sich dabei bis heute zum Teil lokal agierender Terrorgruppen, die sie unterstützte und förderte. Zu diesen Gruppen zählt Ansar

- 33 -

Bait al-Maqdis, welche sich zuletzt der terroristischen Vereinigung Islamischer Staat angeschlossen hat (ON 13, S. 3). Weitere für die Muslimbruderschaft in Ägypten kämpfende terroristische Vereinigungen sind die Martyr Muhammad Helmi Groups und Harakat al-Iqab al-Thawri (ON 13, S. 5) sowie die Liwa al-Thawra (ON 13, S. 7).

Auch die radikal-islamistische HASM-Bewegung zählt zu den terroristischen Vereinigungen, die die islamistischen Ziele der Muslimbruderschaft mit Attentaten und Bombenanschlägen umzusetzen versuchen. Die HASM-Bewegung wird zum bewaffneten Flügel der islamistischen Muslimbruderschaft in Ägypten gezählt. Das Motto der HASM-Bewegung lautet: „Mit unseren Armen schützen wir unsere Revolution." Die Gründung der HASM-Bewegung erfolgte im Jahr 2015, mithin zwei Jahre nach dem Sturz des der Muslimbruderschaft zugerechneten Präsidenten Mohammed MURSI.

- Am 5. August 2016 übernahm die HASM-Bewegung die Verantwortung für ein Attentat auf den ehemaligen Großmufti von Ägypten, Ali DSCHUMAA. Der Großmufti von Ägypten übt in Ägypten ein hohes traditionelles religiöses Amt aus. Er leitet das Rechtsgutachtergremium des Zentrums für islamische Rechtsfragen (Fatwa), dem Haus der Fatwa, das bereits 1895 gegründet worden war. Der Großmufti von Ägypten ist in seinem Amt unmittelbar dem Justizministerium nachgeordnet und hat großen politischen Einfluss. Ali DSCHUMAA (auch Ali GOMAA) übte sein Amt bis 2013 aus.

- Am 29. September 2016 versuchten Vertreter der HASM-Bewegung einen leitenden Assistenten des obersten ägyptischen Oberstaatsanwaltes mit einem Sprengsatz zu töten. Das Attentat schlug fehl.

- Am 4. November 2016 versuchten Vertreter der HASM-Bewegung mit einem Bombenanschlag den Richter Ahmed Aboul FOTOUH in Nasr City zu töten. Der Richter FOTOUH war Mitglied jenes Richtersenates, der den ehemaligen, zur Muslimbruderschaft zählenden islamistischen Präsidenten Mohammed MURSI im Jahr 2015 zu 20 Jahren Gefängnis verurteilt hatte.

- Anfang Dezember 2016 verübten Mitglieder der HASM-Bewegung in der Nähe der Pyramiden von Gizeh am Stadtrand von Kairo einen Sprengstoffanschlag auf einen Kontrollpunkt der Polizei, bei dem sechs Polizisten getötet wurden.

- Am 5. August 2019 tötete ein Mitglied der HASM-Bewegung in Kairo bei einem mit einer Autobombe in der Nähe des staatlichen Krebsforschungsinstituts NCI zumindest 20 Menschen. 47 weitere Personen wurden verletzt. Das Gebäude des staatlichen Krebsforschungsinstituts NCI wurde durch den Anschlag zerstört.

Am 22. Dezember 2017 verbot das Vereinigte Königreich die HASM-Bewegung als illegale terroristische Organisation. Am 31. Jänner 2018 stuften auch die Vereinigten Staaten die HASM-Bewegung als Terrororganisation ein (Wikipedia-Artikel ON 3 mit den dazu angeführten Einzelnachweisen, Artikel der NZZ und Artikel des Standard).

Das Hauptziel der Muslimbruderschaft in Ägypten ist nach wie vor die Errichtung eines als Kalifat bezeichneten islamischen Staates, der von Vertretern der Muslimbruderschaft auch als „Vereinigte Staaten von Arabien" bezeichnet wird. Hauptstadt dieses angestrebten Islamischen Staates soll jedoch nicht Kairo, Mekka oder Medina sein, sondern Jerusalem (ON 2, S. 11f). Bei der propagandistischen Vorbereitung für die Umsetzung dieses Zieles zeigen sich Vertreter der Muslimbruderschaft als fanatische Antijudaisten. Dieser auch als Hass auf Juden zu bezeichnende Antijudaismus der Muslimbruderschaft findet seine ideologische Begründung in den Werken von Hasan al-BANNA und Sayyid QUTB sowie des bereits dargestellten Mohammed Amin al-HUSSEINI, ehemals Großmufti von Jerusalem und namhafter Unterstützer der nationalsozialistischen Herrschaft Adolf Hitlers in deren Ziel, sich auch im arabischen Raum zu verbreiten (ON 2, S. 21f).

Von besonderer Bedeutung für die Umsetzung des Ziels der Muslimbruderschaft einen als Vereinigte Staaten von Arabien zu bezeichnenden islamischen Staat (Kalifat) mit Jerusalem als dessen Hauptstadt zu gründen, erweist sich die terroristische Vereinigung HAMAS. Die HAMAS (arab. für Begeisterung, Eifer, Kampfgeist zugleich Akronym aus **Ha**rakat **a**l **mu**qawama **al** **islamiyya** für Islamische Widerstandsbewegung) ist eine sunnitisch-islamistische palästinensische Terrororganisation, die 1987 als Zweig der Muslimbruderschaft gegründet wurde. Die HAMAS besteht aus den paramilitärischen Kassam-Brigaden, einem sozialen Hilfswerk und einer politischen Partei. Einer der Gründer der HAMAS war der radikal-islamistische Prediger Ahmad YASIN, der selbst Mitglied der Muslimbruderschaft war. Die HAMAS verfolgt unter anderem das Ziel, den Staat Israel mit militärischen Mitteln zu beseitigen und – wie ihre Mutterorganisation Muslimbruderschaft – einen islamischen Staat zu errichten. Die Grundsätze und politischen Ziele der HAMAS sind in der am 18. August 1988 veröffentlichten Gründungscharta festgelegt. In dieser Gründungscharta bezogen sich die Vertreter der HAMAS auf das bereits zum damaligen Zeitpunkt längst als Fälschung enttarnte antisemitische Pamphlet der „Protokolle der Weisen von Zion". Diese „Protokolle der Weisen von Zion" geben vor, geheime Dokumente eines angeblichen Treffens von jüdischen Weltverschwörern zu sein. Tatsächlich dürften die „Protokolle der Weisen von Zion" von Vertretern des zaristisch-russischen Geheimdienstes des Russischen Kaiserreichs verfasst worden sein. Diese Fälschung wurde bereits in den 1920er-Jahren erkannt. Das Emblem der HAMAS zeigt zwei gekreuzte Schwerter, den Felsendom von Jerusalem und das grün gefärbte Gebiet Palästinas unter Einbeziehung von Israel, des Westjordanlandes und des

Gazastreifens. In ihrer Charta bezeichnet sich die HAMAS als „islamische Widerstandsbewegung". In Artikel 2 der Charta legt sie dar, dass sie ein Zweig der Muslimbruderschaft in Palästina ist und die Muslimbruderschaft als größte islamische Bewegung der Moderne eine weltweite Organisation ist. Die Muslimbruderschaft zeichnet sich nach Artikel 2 der HAMAS-Charta durch ein „tiefgreifendes Verständnis, präzise Vorstellungen und Umfassendheit all ihrer islamischen Konzepte in den verschiedensten Lebensbereichen aus: In Weltbild und Glauben, in Politik und Wirtschaft, in Erziehung und Gesellschaft, In Justiz und Regierung, in der Verkündung des Islam und in der Bildung, in Kunst und Medien, im Sichtbaren und Unsichtbaren und in allen anderen Lebensbereichen". Entsprechend dem Motto der Muslimbruderschaft ist für die HAMAS alias die Islamische Widerstandsbewegung ihr als Allah bezeichneter Gott das höchste Ziel, dessen Prophet (Mohammed) ihr höchstes Vorbild und der Koran ihre Verfassung (vgl wieder ON 2, Seite 13 ff, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ). Als „örtliche Dimension" der HAMAS wird in Artikel 5 der Charta ausgeführt: „Überall auf der Erde, wo es Muslime gibt, denen der Islam als Lebensentwurf dient." Die HAMAS strebt gemäß Artikel 6 der Charta danach das „Banner Allahs über ganz Palästina, jeder handbreit davon, aufzupflanzen". Gemäß Artikel 7 der Charta sieht sich die HAMAS – wie auch schon die als ihre „Mutterorganisation" zu bezeichnende Muslimbruderschaft - angesichts der „weltweiten Verbreitung der Muslime, die den Prinzipien der islamischen Widerstandsbewegung (HAMAS) folgen, sie durch ihre Taten unterstützen, ihre Standpunkte übernehmen und ihren Dschihad stärken, als universale Bewegung". Dazu werde die HAMAS durch ihre „klare Ideologie, ihr edles Ziel (nämlich Allah) und ihre hehren Absichten bestens in die Lage versetzt". Die islamische Widerstandsbewegung (alias HAMAS) bekennt sich als „ein Glied in der Kette des Dschihad gegen die zionistische Invasion". Die HAMAS knüpft dabei unmittelbar an die von Izz ad-Din al-QASSAM und seinen Mitstreitern im Dschihad unter den Muslimbrüdern 1936 gemachten Anfängen an. Weiter knüpft die HAMAS auch an den Dschihad der Palästinenser und Muslimbrüder im Krieg von 1948 und die Widerstandsaktivitäten der Muslimbrüder im Dschihad seit 1968 an. In Artikel 7 ihrer Charta zitiert die HAMAS auch ein Hadith aus der Sammlung des al-BUCHARI, indem sie ausführt, die Islamische Widerstandsbewegung (alias HAMAS) strebt danach, Allahs Versprechen wahrzumachen, ganz gleich wie lange dies dauern mag. Der Prophet habe gesagt: „Die Stunde wird kommen, da die Muslime gegen die Juden so lange kämpfen und sie töten bis sich die Juden hinter Steinen und Bäumen verstecken. Doch die Bäume und Steine werden sprechen: „Oh Muslim, oh Diener Allahs, hier ist ein Jude, der sich hinter mir versteckt. Komm und töte ihn!" In Artikel 8 ernennt die HAMAS (islamische Widerstandsbewegung) das Motto der Muslimbruderschaft „Allah ist ihr Ziel, der Prophet ist ihr Vorbild, der Koran ihre Verfassung, der Dschihad ihr Weg und der Tod für Allah ihr hehrster Wunsch" auch zu ihrer Losung (vgl wieder ON 2, Seite 13 ff).

Der militärische Arm der HAMAS verübt zumindest seit 1993 Selbstmordattentate und andere Angriffe, die sich überwiegend gegen israelische Zivilisten und Soldaten richteten und richten. Seit ihrem Wahlsieg im Jahr 2006 und den bürgerkriegsartigen Kämpfen um Gaza im Juni 2007 stellt die HAMAS im Gazastreifen die Regierung. Die HAMAS lehnt demokratische Wahlen ab. Trotzdem beteiligte sie sich im Jahr 2006 an den Wahlen in den palästinensischen Autonomiegebieten. Bei diesen Wahlen erreichte sie mit etwa 44% der Stimmen die absolute Mandatsmehrheit. Nach einem Angriff auf das Fatah-Hauptquartier im Gazastreifen brachten Milizionäre der HAMAS den gesamten Gazastreifen unter ihre Kontrolle. Nach der Machtübernahme durch die HAMAS verschlechterten sich die ohnehin bereits angespannte Menschenrechtslage und die Lebensbedingungen der Zivilbevölkerung im Gazastreifen drastisch. Die HAMAS beteiligte sich letztmals im Jahr 2006 an demokratischen Wahlen. Seither stützt sie ihre Willkür-Herrschaft im Gazastreifen als Teil der Organisation der Muslimbruderschaft durch willkürliche Festnahmen, Folterungen und Misshandlungen politisch Oppositioneller. Nach Angaben von Human Rights Watch werden im Machtbereich der HAMAS im Gazastreifen friedliche Kritiker und Oppositionelle systematisch gefoltert. Die HAMAS vollzieht auch die im Bereich ihrer Herrschaft verhängte Todesstrafe. Die HAMAS sieht sich nach wie vor als Teil einer globalen islamischen Bewegung (der Muslimbruderschaft), deren Ziel es ist, einen islamischen Staat zu gründen. Die Eroberung Palästinas, mithin die Zerstörung des Staates Israel, ist für die HAMAS hierfür der erste Schritt (ON 4 Wikipedia-Artikel HAMAS mit den darin angeführten 145 Einzelnachweisen samt Beilagen, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ).

In seiner Studie für die Bundeszentrale für politische Bildung in Deutschland kommt Prof. Dr. Armin PFAHL-TRAUGHBER zum Ergebnis, dass die Grundlagenwerke des Islam (Koran, Hadithe) und die Erklärungen der Muslimbruderschaft für die HAMAS die ideengeschichtlichen Bezugspunkte in der Vergangenheit sind. Darüber hinaus knüpft die HAMAS in ihrer Charta an das Agitationsarsenal des europäischen Antisemitismus an, was sich aus der ausdrücklichen Berufung auf die „Protokolle der Weisen von Zion" ergibt. Was die konkreten Folgen des Antisemitismus und Antizionismus im Text angeht, so lässt sich für Prof. Dr. Armin PFAHL-TRAUGHBER aufgrund der klaren und offenen Wortwahl der „HAMAS" feststellen, dass die Juden und der Staat Israel bis zur Vernichtung und Zerschlagung gewalttätig bekämpft werden sollen, weshalb die Wellen von Selbstmordattentaten auch und gerade gegen zivile Einrichtungen und Personen in Israel als ein direkter Ausdruck dieser grundlegenden Position gelten. Der Text der Charta der HAMAS lässt für Prof. Dr. Armin PFAHL-TRAUGHBER demnach sowohl am Antisemitismus und Antizionismus als auch am Gewaltbezug und Vernichtungswillen der HAMAS keinen Zweifel (ON 4, S. 21, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ). Das Ziel der Elimination Israels ist auch in der Erklärung der HAMAS von 2017 von zentraler Bedeutung.

Ziel für die HAMAS bleibt die Errichtung eines souveränen und unabhängigen palästinensischen Staates mit Jerusalem als Hauptstadt in den Grenzen von 1967 mit einem vollem Rückkehrrecht der palästinensischen Flüchtlinge und deren Nachkommen (ON 4, S. 23f). Zusammengefasst ist somit das strategische Ziel der HAMAS, die Zerstörung des Staates Israel und die Gründung eines islamischen Staates mit Jerusalem als Hauptstadt. Diese Strategie der HAMAS ist somit als Teil der Gesamt-Strategie der Muslimbruderschaft zu sehen, die Vereinigten Staaten von Arabien als islamischen Staat (Kalifat) mit Jerusalem als Hauptstadt zu errichten. Die HAMAS wird von der Europäischen Union, dem Vereinigten Königreich, den Vereinigten Staaten und auch Staaten aus der islamisch-arabischen Region als terroristische Bewegung eingestuft. Im Sinne des § 278b Abs 3 StGB ist die HAMAS als terroristische Vereinigung zu werten.

Nach einer Studie der Universität Maryland, USA, mit dem Titel „National Consortium for the Study of Terrorism and Responses to Terrorism" wurden für den Zeitraum von 2012 bis 2018 ca. 115 Anschläge der HAMAS gegen zivile und staatliche Ziele in Israel festgestellt. Die al-Qassam-Brigaden sind der militärische Flügel der HAMAS-Bewegung. Diese Brigaden wurden Mitte des Jahres 1981 gegründet. Sie haben zurzeit eine Stärke von 15.000 bis 20.000 Mann. Vorwiegend durch die Qassam-Brigaden wollen die Führungsvertreter der HAMAS ihr Ziel der Vernichtung des Staates Israel umsetzen, um einen islamischen Staat auf Grundlage der Scharia einzurichten. Die Bewegung „Palestinian Islamic Jihad", auch als islamischer Dschihad in Palästina bezeichnet, ist eine von Damaskus, Syrien, aus operierende terroristische Vereinigung, die der „Alliance of Palestinian Forces" angehört. Dieser Allianz gehört auch die HAMAS an. Das Ziel des Zusammenschlusses ist die Zerstörung des Staates Israel und die Errichtung eines islamischen Staates. Auch diese Gruppierung wird von der USA, der Europäischen Union, dem Vereinigten Königreich und anderen demokratischen Staaten als terroristische Terrororganisation eingestuft. Die der HAMAS sowie der mit ihr kooperierenden Palestinian Islamic Jihad (PIJ) zugeschriebenen Terroranschläge im Zeitraum 2012 bis 2018 wurden vom Landesamt für Verfassungsschutz und Terrorismusbekämpfung im Amtsvermerk vom 5. November 2019 (ON 12, Seiten 5 bis 127) aufgelistet.

Die Universität Maryland in den USA, welche auch die Global Terrorism Database mit einer Auflistung aller Terroranschläge seit 1970 erstellt, listete die der Muslimbruderschaft oder der ihr in Ägypten unterstellten Gruppierungen zugeordneten Terroranschläge in der Studie „National Consortium for the Study of Terrorism and Responses to Terrorism" auf. Es konnten für den Zeitraum 2013 bis 2018 ca. 43 Anschläge festgestellt werden, welche im Amtsvermerk des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung vom 27. November 2019 (ON 13) von Seite 9 bis 57 dargestellt sind. Die für die Muslimbruderschaft als Teil- oder Unterorganisation neben der schon beschriebenen HASM-Bewegung tätig werdenden

terroristischen Vereinigungen, welche sich an diesen Terroranschlägen beteiligten, sind in ON 13, Seite 3 bis 7, angeführt.

So kommt der auch als Zeuge zum Sachverhalt vernommene Dr. Lorenzo VIDINO in seiner mit der Universität Wien und der George Washington Universität verfassten Studie „Die Muslimbruderschaft in Österreich" zum Schluss, dass die Fälle, in denen die Bruderschaft Gewalt in Worten und Taten unterstützt, mannigfaltig sind. Am Deutlichsten zeigt sich die aktuelle Unterstützung der Muslimbruderschaft für Gewalt im israelisch-palästinensischen Konflikt. So hat sich die HAMAS als palästinensischer Zweig der Muslimbruderschaft seit Anfang der 1990er-Jahre an terroristischen Aktivitäten gegenüber Israel beteiligt (vgl. ON 12). Zusätzlich haben Führer und Zweige der Muslimbruderschaft weltweit, darunter auch in Österreich, lange Zeit hindurch Gelder für terroristische Handlungen gegen die israelische Zivilbevölkerung gesammelt und diese terroristischen Handlungen gutgeheißen. Die Unterstützung der globalen Muslimbruderschaft für die palästinensische Sache wurde dabei von den Vertretern der Muslimbruderschaft immer wieder mit religiösen Begriffen zum Ausdruck gebracht, wobei der Konflikt als ein von Gott gebilligter Dschihad gegen alle Juden formuliert wird.

Diese akkurate Bereitschaft der Muslimbruderschaft zur terroristischen Gewalt wird in den Schriften, Kommentaren und Sendungen des als Chefideologen der Muslimbruderschaft anzusehenden Yussuf al-QARADAWI begründet und gerechtfertigt. Yussuf al-QARADAWI hält und betreut von der radikal islamistischen Ideologie der Muslimbrüder geprägte Propagandasendungen auf Al-Jazeera, dem arabischen Nachrichtensender mit Sitz in Doha, Katar. So sagte Yussuf al-QARADAWI in einem Kommentar am 28. Jänner 2009: „Im gesamten Verlauf der Geschichte hat Allah den Juden Leute auferlegt, die sie für ihre Korruption bestrafen. Die letzte Bestrafung wurde von Hitler vollzogen. Mithilfe all der Sachen, die er ihnen angetan hat – auch wenn sie diesen Punkt aufbauschen –, gelang es ihm (gemeint HITLER) sie in ihre Schranken zu weisen. Dies war für sie eine göttliche Strafe ... So Allah will, das nächste Mal wird es in den Händen der muslimischen Gläubigen liegen." (ON 8, S. 211, 213). Zu Yussuf al-QARADAWI ist auch auf den Anlassbericht des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark vom 12.12.2019 zu verweisen (ON 11, S. 37f). Der als Chefideologe und geistliches Oberhaupt der Muslimbruderschaft anzusehende Yussuf al-QARADAWI brachte die Einstellung der Muslimbruderschaft zur Verwendung von Gewalt und Terror als Mittel zur Ausbreitung der Ideologie und Staatsidee der Muslimbruderschaft in Zusammenhang mit dem seit Sommer 2011 eskalierenden syrisch-irakischen Bürgerkrieg mit seiner gegenüber dem arabischen Nachrichtendienst Al-Jazeera am 10. Juni 2013 abgegebenen Stellungnahme im Sinne der radikal islamistischen Ideologie der Syrien kämpfenden terroristischen Vereinigungen Jabhat al Nusra und ISIS bzw. IS zum

Ausdruck, indem er sagte: „Es ist zwingend erforderlich, dass sich alle mobilisieren und gehen, um unsere Brüder in Syrien zu retten. Ich ermahne die Leute zu gehen, all jene, die Möglichkeit haben, all jene, die eine Ausbildung beim Militär bekommen haben, im Gefecht, in was auch immer, und die, die Möglichkeit haben und zu unseren Brüder in Syrien gehen können, müssen gehen." Die von Yussuf al-QARADAWI propagandistisch verbreitete Ideologie der Muslimbruderschaft entspricht in ihrer von Antijudaismus gekennzeichneten Radikalität der seiner bereits beschriebenen ideologischen Vorgänger Hasan al-BANNA, Sayyid QUTB und Mohammed Amin al-HUSSEINI    (ON 8, S. 223, sowie Sachverständigengutachten Mag. HEINISCH und Dipl. Pol. SCHOLZ).

Somit ist die Muslimbruderschaft nach den beschriebenen Ergebnissen des Ermittlungsverfahrens und des Gutachtens der Sachverständigen Mag. HEINISCH und Dipl. Pol. SCHOLZ als letztlich weltweit agierende Bewegung anzusehen, die in jedem Land, in dem Muslime existieren, operiert und aus einem Netzwerk an persönlichen, finanziellen und insbesondere ideologischen Verbindungen zwischen Einzelpersonen der Muslimbruderschaft und Organisationen der Muslimbruderschaft interagiert. So beschrieb Mohammed AKEF, ehemaliger Anführer der Muslimbruderschaft in Ägypten, die Muslimbruderschaft als globale Bewegung, deren Mitglieder auf der ganzen Welt miteinander kooperieren, und zwar auf Grundlage der gleichen religiösen Weltanschauung – die Ausbreitung des Islam, bis er die Welt regiert." (ON 8, S. 37). Ab den 1950er-Jahren begannen sich der Muslimbruderschaft zuzuordnende Einzelpersonen und Gruppierungen in Europa und Nordamerika zu etablieren. Mit den Jahrzehnten entstand daraus ein formelles und informelles Netzwerk, das sich über ganz Europa und Nordamerika hinweg erstreckt (ON 8, S. 47). So kommt Dr. Lorenzo VIDINO in seiner Studie „Die Muslimbruderschaft in Österreich" zum Schluss, dass keine andere islamische Bewegung die sichtbare Präsenz, den politischen Einfluss und den Zugang zu westlichen Eliten in dem Ausmaß erreicht hat, wie die Muslimbruderschaft im Westen im Laufe der letzten 20 Jahre. Zutreffend sieht Dr. Lorenzo VIDINO vor dem Hintergrund dieser Tatsachen die im islamischen Spektrum als Minderheit anzusehende, aber gut organisierte Muslimbruderschaft als den eigentlichen Sieger über weniger gut organisierte muslimische Organisationen im Wettkampf um die Vertretung der eine vielfältige, aber schweigenden Mehrheit darstellende westlichen Muslime (ON 8, S. 53).

Zur Struktur der Muslimbruderschaft im Westen (Europa, Nordamerika) führt Dr. Lorenzo VIDINO in seiner Studie, darin übereinstimmend mit den Ausführungen der Sachverständigen Mag. HEINISCH und Dipl. Pol. SCHOLZ, aus, dass die meisten Zweige der Muslimbruderschaft im Nahen Osten im Westen eine Präsenz eingerichtet haben, die ihren Modus Operandi in den Herkunftsländern widerspiegelt, wenn auch in einem viel kleineren Umfang. Ihnen eigen ist eine strenge Führungsstruktur, ein Rekrutierungsprozess, der seinen

Höhepunkt in einer „Vereidigungszeremonie" hat, sowie strenge Regeln für angeschlossene Gruppierungen – wobei alle die in den Herkunftsländern angewandten Vorschriften und Praktiken nachgemacht werden. Diese Dynamiken werden von der Muslimbruderschaft im Westen geheimgehalten. Dr. Lorenzo VIDINO führt in seiner Studie weiter aus, dass die im Westen (Europa, USA) operierenden Organisationen und Einzelpersonen als Muslimbruderschaft bezeichnet werden können, wenn sie unter drei Beschreibungskategorien fallen, nämlich

1. „die wahren Brüder",

worunter die Mitglieder verschiedener Niederlassungen der Muslimbruderschaft im gesamten Nahen Osten (zumeist Mitglieder des ägyptischen, syrischen oder palästinensischen Zweigs der Muslimbruderschaft) zu verstehen sind, welche über die letzten 50 Jahre ihre Präsenz in Europa aufgebaut haben. Diese „wahren Brüder" sind in eine formelle Struktur eingegliedert, wo Führung und Regeln genau definiert sind. Der Großteil ihrer Arbeit besteht darin, die Aktivitäten der Mutterorganisationen in ihren Heimatländern zu unterstützen.

2. Ableger der (Muslim-)Bruderschaft

Darunter sind Organisationen zu verstehen, die von Personen gegründet wurden, die enge persönliche Bindungen zur Muslimbruderschaft haben und die Ideologie der Muslimbruderschaft weitgehend vertreten.

3. Organisationen, die von der Muslimbruderschaft beeinflusst sind.

Dabei handelt es sich um Organisationen, die von Personen begründet wurden, die gewisse Verbindungen zur Muslimbruderschaft haben und sich ideologisch der Muslimbruderschaft zugehörig fühlen (ON 8, S. 63-67).

Die Ziele der Muslimbruderschaft werden besonders deutlich in einem Strategiepapier beschrieben, das am 7. November 2001 bei einer von der schweizerischen Polizei bei Youssef NADA vorgenommenen Hausdurchsuchung in Campione vorgefunden wurde. Youssef NADA wohnte in den 1960er-Jahren in Graz, wo er mit Molkereiprodukten handelte, anschließend übersiedelte er in die Schweiz. Er wurde als außenpolitischer Sprecher der Muslimbruderschaft bezeichnet. Auf die Wikipedia-Ausdrucke und die dazu angeführten Einzelnachweise zu Youssef NADA ist zu verweisen. Das mit „im Namen des wohltätigen und barmherzigen Allah" gezeichnete Strategiepapier ist mit 1. Dezember 1982 datiert. Die Echtheit dieses Strategiepapiers wurde von Youssef NADA bestätigt. In diesem Strategiepapier offenbart die Muslimbruderschaft die Strategie zur Verbreitung ihrer islamistischen Ideologie durch unmittelbare Einflussnahme auf politische Entscheidungsträger

auch in Westeuropa, durch die Erziehung der Jugend und Förderung der Hochschulausbildung, durch die Gründung von Glaubens- und Sozialvereinen, durch Eindringen in alle bestehenden politischen Ämter und sonstigen staatlichen Strukturen, durch Täuschung über die wahren Ziele, um dadurch schließlich ein weltweites Kalifat (Islamischer Staat) auf Grundlage des als Scharia bezeichneten islamischen Rechts als eigentliches Hauptziel zu errichten. Auf die Darstellung dieses Strategiepapiers im 6. Anlassbericht des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung vom 26.2.2020 ist zu verweisen. Im Strategiepapier wird als Mittel zur Umsetzung des Hauptziels, nämlich die Errichtung die islamischen Staates, auch das Anfachen, Unterstützen und Aufrechterhalten des Dschihad, die Unterstützung von Dschihad-Gruppen sowie der Aufbau von autonomen Sicherheitsstreitkräften erwähnt. Besondere Bedeutung kommt in diesem Strategiepapier dem Dschihad zur „Befreiung Palästinas" zu. Bereits bei der Verfassung dieses Strategiepapiers im Jahr 1982 wurde die Gründung und Erhaltung einer Kerngruppe für den Dschihad in Palästina erwähnt, sodass die im Jahr 1987 gegründete HAMAS als Teil der Muslimbruderschaft in Palästina auf dieses Strategiepapier zurückzuführen ist. Im Strategiepapier wird auch eine massiv antijüdische Haltung vertreten, die die Verweigerung jeglicher Koexistenz mit Juden und die Verstärkung der Hassgefühle gegenüber Juden durch Hetze zum Ziel hat.

Wie bereits in der Studie von Dr. Lorenzo VIDINO (ON 8) ausgeführt, tritt die Muslimbruderschaft in Europa und Nordamerika mit der Behauptung des Gewaltverzichts zur Durchsetzung ihrer Ziele auf. Tatsächlich unterhält die Muslimbruderschaft jedoch nach Recherchen der gemeinnützigen, unparteiischen Internetplattform „Counter Extremism Project" (in Kurzform: CEP) Kontakt zu terroristischen Vereinigungen. Dazu ist auf den Aktenvermerk des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark im 6. Anlassbericht vom 26.2.2020 zu verweisen. Auch zur Terrororganisation al-Qaida unterhält die Muslimbruderschaft nach wie vor Verbindungen. So ist der gegenwärtige Anführer von al-Qaida Aiman az-ZAWAHIRI in der Muslimbruderschaft ausgebildet worden. Nach seinen Aussagen war auch Osama BIN LADEN, sein Vorgänger als Anführer von al-Qaida, aus der Muslimbruderschaft hervorgegangen. In der Zeit seiner Regentschaft als Präsident von Ägypten unterhielt Mohammed MURSI Kontakt zu Aiman az-ZAWAHIRI, dem Anführer von al-Qaida, über dessen Bruder Muhammad az-ZAWAHIRI. Wesentlich geprägt wurde Aiman az-ZAWAHIRI von der Ideologie des Muslimbruders Sayyid QUTB. Weiters unterhält die Muslimbruderschaft enge ideologische und finanzielle Beziehungen zu radikal-islamistischen Gruppierungen im syrisch-irakischen Bürgerkrieg. Zu diesen zählt insbesondere die Liwa al-Tawhid. Diese Verbindung von Liwa al-Tawhid (vgl auch Strafverfahren gegen Gaith MOALEM zu 4 Hv 78/16d des Landesgerichts für Strafsachen Graz bzw. 29 St 20/16b der Staatsanwaltschaft Graz) und Muslimbruderschaft wurde auch vom Bundesverwaltungsgerichtshof Österreich in einer Entscheidung aus dem Jahr 2016

festgehalten (Spruch W1992107048-1/12E). Auch zur radikal-islamistischen Vereinigung Hizbut Tahrir unterhält die Muslimbruderschaft Beziehungen, da übereinstimmende ideologische Ziele, nämlich die Errichtung eines islamischen Staates (Kalifat) auf Grundlage des als Scharia bezeichneten islamischen Rechts, verfolgt werden. Die Hizbut Tahrir sieht auch die Muslimbruderschaft, insbesondere in ihrer Teilorganisation HAMAS, den Staat Israel und die Menschen jüdischen Glaubens als das größte Hindernis für die Verwirklichung der islamischen Gesellschaft in der Form des Kalifats (6. Anlassbericht des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung vom 26.2.2020 mit dem darin enthaltenen Amtsvermerk vom 20.2.2020).

## II. Die Muslimbruderschaft in Österreich

Zum Wirken der Muslimbruderschaft im Rahmen ihrer radikal-islamistischen Ausrichtung in Österreich ist vorweg auf die Studie „Die Muslimbruderschaft in Österreich" von Dr. Lorenzo VIDINO vom August 2017 und auf das nunmehr vorliegende Sachverständigengutachten von Mag. HEINISCH und Dipl. Pol. SCHOLZ zu verweisen (ON 8, S. 49-94).

Wie dargestellt kam es bereits in den 1950er-Jahren zur Ansiedlung prominenter Mitglieder der Muslimbruderschaft in Österreich. Ursache dafür war wohl das konsequente Vorgehen des Polizeiapparates des ägyptischen Staates gegen die Muslimbruderschaft, nachdem ein der Muslimbruderschaft zugeschriebenes Attentat auf den Präsidenten Gamal Abdel NASSER fehlgeschlagen war. Zu den wichtigsten Personen im Rahmen dieser frühen Ansiedlung von Vertretern der Muslimbruderschaft in Österreich sind ████████, der später eine zentrale Rolle bei der Etablierung der Muslimbruderschaft in den Vereinigten Staaten spielen sollte, und der bereits vorgestellte Youssef NADA, zu dem auf den Artikel aus dem Internetlexikon Wikipedia und die darin angeführten Einzelnachweise verwiesen wird. ████████ hatte besonders großen Einfluss auf die Finanzierungsstruktur der Muslimbruderschaft in Europa. Er fungierte auch als außenpolitischer Sprecher der Muslimbruderschaft. Eine zentrale Bedeutung im Netzwerk der Muslimbruderschaft kommt dem als Beschuldigter gemäß § 3 Verbandsverantwortlichkeitsgesetz (VbVG) iVm § 278b Abs 2 StGB erfassten ████████ ████████ zu, der auch einen Sitz in ████████ hat. Der ████████" in Graz betreibt an dieser Adresse seit 26. August 2014 die ████ Moschee. Der ████████ Verein" stellt nach den Ermittlungsergebnissen die paneuropäische Dachorganisation von Einheiten dar, die von der Muslimbruderschaft beeinflusst sind. Der ████████ Verein zählt zu den wichtigsten, mit der Muslimbruderschaft vernetzten Organisationen in Österreich. Die wichtigste Gruppierung der aus Ägypten stammenden Vertretern der Muslimbruderschaft ist in Graz etabliert. Prominentester Vertreter der ägyptischen Muslimbruderschaft mit Wohnsitz in

-53-

Graz ist ████████████. Der Genannte wurde 1966 in Kairo geboren und studierte Medizin. Während des Bosnienkrieges engagierte sich ████████████ aktiv in allerdings islamistisch ausgerichteter humanitärer Hilfe. Er war der Direktor der Hilfsorganisation ████████████ mit Sitz in ████████ Die us-amerikanische Regierung bezeichnete die Zweigstelle dieser Agentur in Bosnien als terroristische Organisation. Der Sitz der von ████████████ geleiteten ████████ ████████████ wurde nach einer Razzia der Polizei geschlossen. Aufgrund der Konstellation der Konten, der Geldflüsse und der damit befassten Personen der ████████████ kamen die deutschen Sicherheitsbehörden zum Schluss, dass die in Deutschland befindlichen Konten unter anderem von ████████████ dafür verwendet wurden, fundamentalistisch-islamische Aktivitäten in Europa zu finanzieren. Nach seiner Niederlassung in Graz fungierte ████████ ████████ als Imam (Prediger und Vorbeter) der ██████Moschee, die bald zur wichtigsten Moschee des ████████████ Verein" und zur Drehscheibe für die Muslimbruderschaft in der Steiermark wurde. ████████████ war jedoch nicht nur eine zentrale Führungsperson der in Österreich tätigen Muslimbruderschaft, er war zugleich stellvertretender Generalsekretär der FIOE, der westlichen paneuropäischen Dachorganisation der Muslimbruderschaft, und in dieser Funktion bei der Ausbreitung der Muslimbruder-Aktivitäten in Osteuropa aktiv. Als einer der erfahrensten und hochrangigsten Aktivisten in den Netzwerken der Muslimbruderschaft in Österreich und in Europa bekam ████████████ nach seiner Rückkehr von Graz nach Ägypten im Jahr 2012 die Position eines leitenden Beraters für den neu gewählten, der Muslimbruderschaft angehörenden Präsidenten Mohammed MURSI. Mit dem Sturz von Mohammed MURSI und der Verhaftung von ████████ endete vorerst die Funktion des Genannten im Netzwerk der Muslimbruderschaft (ON 8, S. 109-115; ON 11, S. 15f). Die aus Ägypten stammenden Vertreter der Muslimbruderschaft hatten sich in Österreich vorzugsweise in Graz niedergelassen. Die aus Syrien stammenden Vertreter der Muslimbruderschaft hatten sich in Wien etabliert (ON 8, S. 115f). In ihrer Funktion als Vertreter der Muslimbruderschaft wurden auch Vertreter der HAMAS als Repräsentanten des offiziellen palästinensischen Zweiges der Muslimbruderschaft in Österreich etabliert. In ihrer Funktion rekrutierten die Vertreter der Muslimbruderschaft in Graz und in Wien neue Mitglieder und stellten ihren Mutterorganisationen in Ägypten bzw. Syrien politische, finanzielle und materielle Unterstützung in verschiedensten Formen zur Verfügung. Unabhängig von ihren Herkunftsländern unterstützten die Vertreter der Muslimbruderschaft in Österreich jedoch in vielen Aktionen die Tätigkeit der HAMAS in Palästina und somit auch deren in der dargestellten Charta vorgegebenen Ziele. Weiters unterstützten die Vertreter der Muslimbruderschaft in Österreich das Regime von Mohammed MURSI in Ägypten bis zu dessen Sturz im Sommer 2013 und nachfolgend die Bemühungen die Muslimbruderschaft in Ägypten auch durch Attentate und Bombenanschläge wieder die Macht im Staat zu erlangen.

In der Umsetzung dieser Ziele arbeiten die der Muslimbruderschaft zuzuordnenden Personen und Vereinigungen in vielen westeuropäischen Ländern zusammen, wobei Österreich aufgrund der für die Muslimbruderschaft besonders günstigen Rahmenbedingungen eine führende Rolle in Europa einnimmt (ON 8, S. 121, 123; Sachverständigengutachten).

Der bereits erwähnte „████████ Verein" ist nach der Studie von Dr. Lorenzo VIDINO als Ableger der Muslimbruderschaft in Österreich zu werten. Dieser Verein hat eine Hauptniederlassung in Wien und eine Hauptniederlassung in Graz. Nach den Ermittlungen des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung ist der „███████ Verein" eine Organisation der Muslimbruderschaft. Ein führender Vertreter des „██████ Verein" ist der Beschuldigte DI ███████. Dass der „████████ Verein" eine Organisation der Muslimbruderschaft ist, ergibt sich auch aus dem in der angeführten Studie von Dr. Lorenzo VIDINO abgedruckten Interview von ████████ mit dem ägyptisch-europäischen Fernsehkanal Egy Uro TV im Jahr 2013. ████████ zählt wie sein jüngerer Bruder ████████ zu den Führern der „████████ Verein". Im Interview führte ████████ aus, einer der Kader (Führungspersönlichkeiten) der Muslimbruderschaft in Österreich zu sein. Für ihn gibt es keine Trennung zwischen Religion und Politik, auf die in Österreich in der Verfassung verankerte Trennung von Religion und Staat im Interview angesprochen, führt ████████ aus, daran „nicht zu glauben". Es handelt sich dabei um einen bloßen Slogan in Europa. Tatsächlich gäbe es in Europa keine Trennung zwischen Religion und Politik bei den Christen oder Juden, da die Politik „ins Innerste der religiösen Orientierung" eindringe und die „religiöse Orientierung ins Innerste der Politik" eindringe. Die Muslimbruderschaft versteckt sich nach den Ausführungen von ████████ auch nicht hinter zivilgesellschaftlichen Gruppen. Die Muslimbruderschaft wird nach seinen Ausführungen in Organisationen wie den „████████ Verein" tätig und versteckt sich nicht hinter diesen Organisationen. In diesen Organisationen betreibt die Muslimbruderschaft soziale Arbeit, pädagogische Arbeit und proselytische (Missionierungs-)Arbeit.

Übereinstimmend beurteilen die Nachrichtendienste in den kontinentaleuropäischen Staaten die gesellschaftlichen Auswirkungen der Aktivitäten der Muslimbruderschaft als negativ. So beurteilt der Verfassungsschutz der Bundesrepublik Deutschland schon in einem Bericht aus dem Jahr 2005 die Muslimbruderschaft und die von dieser beeinflussten Organisationen als „legalistische islamistische Gruppierungen, die eine spezielle Gefahr für den inneren Zusammenhalt der deutschen Gesellschaft darstellen". Im Bericht des Verfassungsschutzes wird weiters als negative Folgeerscheinung der politischen Tätigkeit der Muslimbruderschaft angeführt, dass die große Bandbreite an islamistisch orientierten Aktivitäten im Bildungsbereich sowie an Unterstützungsmaßnahmen, insbesondere für Kinder und

Jugendliche von Immigrantenfamilien, verwendet wird, um die Schaffung und Weiterverbreitung eines islamistischen Milieus in Deutschland zu fördern (ON 8, S. 237).

Der belgische Nachrichtendienst Sûreté de l'Etat beschrieb in einem Bericht die Aktivitäten der Muslimbruderschaft in ähnlich negativer Weise, wobei dieser Nachrichtendienst die Aktivitäten der Muslimbruderschaft in Belgien seit dem Jahr 1982 beobachtet. So halten die Muslimbrüder (in Belgien) die Identität ihrer Mitglieder, ihre Organisationsstruktur und ihre Aktivitäten geheim. Ihre Ideologie versuchen die Muslimbrüder vorwiegend unter jungen Immigranten der 2. und 3. Generation zu verbreiten. Dazu versuchen die Vertreter der Muslimbruderschaft die Kontrolle über sportliche, religiöse und soziale Vereinigungen zu gewinnen, sich als privilegierte Ansprechpartner nationaler und sogar europäischer Behörden anzubieten, sich dadurch zu etablieren und schließlich dadurch die islamischen Belange im Staat selbst steuern zu können. Dabei zählen die Muslimbrüder darauf, dass nationale Behörden für das Management des Islam zunehmend auf die Vertreter der islamischen Gemeinde angewiesen sein werden. Zu diesem Zweck versuchen die Muslimbrüder die Ernennung von Personen, die von ihrer Ideologie geprägt sind, in repräsentativen Einrichtungen durchzusetzen. In diesem Zusammenhang waren die Vertreter der Muslimbruderschaft im Wahlverlauf für die Mitglieder des Gremiums für das Management des Islam (in Belgien) äußerst aktiv. Ein weiterer Aspekt dieser Strategie liegt auch darin Spannungen zu erzeugen oder zu pflegen, denen zufolge ein Muslim oder eine Muslimin oder eine muslimische Organisation als Opfer westlicher Werte angesehen wird, wie dies z. B. in der Diskussion über das muslimische Kopftuch in öffentlichen Schulen erfolgte (ON 8, S. 239, 241).

Der Nachrichtendienst der Niederlande (AIVD) kommt in seiner Analyse der Taktiken und Ziele der Muslimbruderschaft in Westeuropa zum Schluss, dass Muslimbrüder und deren Sympathisanten sich oft nicht als solche zu erkennen geben und insbesondere ihre religiöse Zugehörigkeit und ultraorthodoxe Ausrichtung verschweigen. In ihrem Verhalten der westlichen Gesellschaft gegenüber zeigen sie sich kooperativ und moderat und haben (bezogen auf die Niederlande und andere Länder in West-Europa) sicherlich keine gewalttätigen Intentionen. Sie versuchen jedoch den Weg für einen ultraorthodoxen Islam zu ebnen, um in der westlichen Welt eine größere Rolle zu spielen, indem sie auf muslimische Immigranten - Communities religiösen Einfluss ausüben und gute Beziehungen mit wichtigen Opinion-Leadern aufbauen, insbesondere mit Politikern, Beamten, Sozialeinrichtungen, nicht islamischen Geistlichen, Akademikern, Journalisten usw.. Die Muslimbruderschaft präsentiert sich dabei als legitimer Vertreter der islamischen Gemeinde, wobei jedoch das – öffentlich auch niemals ausgesprochene – Endziel die Schaffung eines ultraorthodoxen muslimischen

Blocks innerhalb Westeuropas und danach dessen Implantierung und Ausbreitung im Staat ist (ON 8, S. 241, 243).

Diese Einschätzung wird auch vom Landesverwaltungsgericht Steiermark in dem zu Fußnote 138 in der Studie von Dr. Lorenzo VIDINO angeführten Fall geteilt (ON 8, S. 243, 345). In seiner Entscheidung führt das Landesverwaltungsgericht Steiermark aus, dass die Ziele der Muslimbruderschaft mit dem österreichischen Staat und der österreichischen Gesellschaft nicht kompatibel sind, da das von der Muslimbruderschaft angestrebte politische System an ein totalitäres System erinnert, das weder die Souveränität des Volkes noch die Prinzipien von Freiheit und Gleichheit gewährleistet. Nach dem Landesverwaltungsgericht Steiermark wird der „█████████ Verein für multikulturellen Brückenbau" in ████ als Vereinigung der Muslimbruderschaft angesehen und als Kernorganisation im Umfeld der österreichischen Muslimbruderschaft bezeichnet, in der allein die Verbreitung ihrer Ideologie erlaubt ist, was in ihrem Kern dem westlichen Demokratieverständnis von Koexistenz, Gleichstellung von Männern und Frauen, von politischer Ordnung und den Grundprinzipien der Verfassung der Republik Österreich widerspricht" (ON 8, S. 245, 247).

**Zur Muslimbruderschaft, der HASM Bewegung und der HAMAS sowie den von diesen Organisationen bestimmten Personen, Vereinen und Gesellschaften wird auf die bisherigen Berichte des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark und das Gutachten (Teil 1) der Sachverständigen Mag. Heiko HEINISCH und Dipl. Pol. Nina SCHOLZ verwiesen. In ihrem Gutachten nahmen die Sachverständigen zu den ihnen im Gutachtensauftrag gestellten Fragen über die Entstehung, die Organisation, den Tätigkeitsbereich und die Ziele der Muslimbruderschaft Stellung.**

Zusammengefasst führten sie aus, dass die Muslimbruderschaft seit ihrem ersten Auftreten in Österreich in den 1960er Jahren an der Gründung der *Islamischen Glaubensgemeinschaft in Österreich* (IGGÖ) beteiligt war und Muslimbrüder stets in führenden Positionen in der IGGÖ vertreten waren. Muslimbrüder oder ihnen ideologisch nahestehende Personen gründeten im Rahmen der IGGÖ und darüber hinaus vielfältige Organisationen, Vereine (etwa die ████ ████), Institutionen (etwa die ███████████████████), Caritative Organisationen (etwa ████ ████ und Stiftungen (etwa die ███████████). Einige dieser Organisationen, inklusive der IGGÖ selbst, waren oder sind noch immer unmittelbar in die ein oder andere transnationale Organisationen der Muslimbruderschaft (FIOE, FEMYSO, ECFR oder andere) eingebunden. Hinzu kommen diverse wirtschaftliche Betriebe, die Personen aus dem Umfeld der Muslimbruderschaft zugerechnet werden können. Diese Struktur entspricht der Struktur der Muslimbruderschaft in anderen Ländern. Von der Muslimbruderschaft werden alle Rechtsformen zum Aufbau von Strukturen genutzt, die von

den jeweiligen Gesetzen des Landes ermöglicht werden. Ziel der Muslimbruderschaft war und ist es, auf diese Weise ein vielfältiges und nach außen nur schwer erkennbares Netzwerk an Organisationen aufzubauen.

Die 1928 in Ägypten gegründete Muslimbruderschaft entwickelte sich nach den Ausführungen der beiden Sachverständigen bereits in den ersten beiden Jahrzehnt ihres Bestehens zu einer Organisation, die in nahezu allen arabischen Ländern vertreten war. Seit den 1950er Jahren entwickelte sie sich zudem zu einer transnationalen Bewegung, die in nahezu allen Ländern Dependancen unterhält, in denen Muslime leben. Die Ziele der Muslimbruderschaft gehen auf ihren Gründer Hasan al-Banna zurück. Er entwickelte einen 7-stufigen Plan zur Transformation von Gesellschaften, die schließlich in einer Islamisierung der ganzen Welt münden soll. Ausgehend vom muslimischen Mann, soll die Idee der Bruderschaft in die Familien getragen werden, von dort ausgehend soll sie jede Stadt erreichen, um „ein muslimisches Volk" zu bilden. In der vierten Phase des Plans von Hasan al-Banna zur Islamisierung der Welt soll das jeweilige Regierungssystem im Sinne einer islamischen Herrschaftsordnung umgewandelt werden. Sodann gelte es, „die islamische Nation" wieder zu vereinen, also alle Staaten mit muslimischer Mehrheit zu einem islamischen Staat zusammenzuschließen. In der sechsten Phase sollen alle Länder wieder für den Islam erobert werden, die in ihrer Geschichte bereits einmal erobert worden waren und unter islamischer Herrschaft standen (etwa Spanien und die Inseln des Mittelmeeres). In der siebten Phase schließlich soll die gesamte Welt der Botschaft des Islam unterworfen werden. Das langfristige Ziel der Muslimbruderschaft ist somit ein die gesamte Welt umspannendes islamisches Kalifat.

Bei der Umsetzung dieses von Hasan al-Banna erstellten Plans zur Islamisierung der Welt verfolgt die Muslimbruderschaft nach den Ausführungen der beiden Sachverständigen vorerst in den arabischen Staaten zwei Ziele, nämlich:

- Die Umwandlung der arabischen Gesellschaften in islamische Gesellschaften, die nach islamischen Regeln gestaltet sind, und die Umwandlung der arabischen Staaten in islamische Staaten, die islamischen Regeln unterworfen sind.

- Die „Rückeroberung Palästinas" als das aktuell zentrale Ziel der Muslimbruderschaft. Mit Palästina ist dabei auch das gesamte Staatsgebiet Israels gemeint.

In Europa verfolgt die Muslimbruderschaft mit ihren Organisationen nach den Ausführungen der beiden Sachverständigen ebenfalls kurzfristige Ziele, nämlich:

- Vorerst die Schaffung von muslimischen Enklaven, in denen ein Leben nach islamischen Vorstellungen im Sinne der Muslimbruderschaft, abgekoppelt von der Mehrheitsgesellschaft, ermöglicht wird.

- • Auf diese muslimischen Enklaven aufbauend wird die Durchsetzung islamischer Regeln in der Gesamtgesellschaft angestrebt.

- • Die finanzielle und propagandistische Unterstützung der Mutterorganisationen der Muslimbruderschaft in den arabischen Staaten.

- • Die finanzielle und propagandistische Unterstützung des Kampfes der HAMAS als Organisation der Muslimbruderschaft.

Die Errichtung eines weltweiten Kalifats ist das Hauptziel der Muslimbruderschaft bei der Umsetzung des 7 Stufen-Plans von Hasan al-Banna zur Islamisierung der Welt. Kurzfristig verfolgt die Muslimbruderschaft nach den Ausführungen der beiden Sachverständigen das Ziel, zunächst in Ägypten und den angrenzenden Staaten einen islamischen Staat in Form eines Kalifats zu errichten. Darauf deutet auch eine Rede des Predigers Safwat Hegazy hin. Am 13. Mai 2012 leitete er eine Wahlkampfrede Mohammed Mursis, des Spitzen-Kandidaten der Muslimbruderschaft bei der im Juni 2012 abgehaltenen Präsidentenwahl in Ägypten, mit den folgenden Worten ein: „Wir stehen knapp davor zu erleben, dass das Islamische Kalifat durch die Hände Mohammed Mursis Realität wird: Und mit Gottes Willen wird die Hauptstadt dieses vereinigten Reiches Jerusalem sein." Für die Vertreter der Muslimbruderschaft ist die Auslöschung Israels somit ein nachdrücklich proklamierter, zentraler und umzusetzender Schritt auf dem Weg zum angestrebten Weltkalifat. Nach der Ideologie der Muslimbruderschaft ist Palästina, inklusive aller christlichen und muslimischen Heiligtümer, eine den Muslimen allein von Gott (Allah) geschenkte „heilige Stiftung" [waqf]. Die Existenz jüdischer Heiligtümer in Jerusalem wird von der Muslimbruderschaft und ihren Vertretern geleugnet. Zumindest Teile der ägyptischen Muslimbruderschaft sieht Jerusalem auch als Hauptstadt eines zukünftigen Kalifats.

Das von der Muslimbruderschaft angestrebte, letztlich weltweite Kalifat ist nach den Ausführungen der beiden Sachverständigen kein nach freiheitlich demokratischen Grundsätzen gestaltetes, auf die Wahrung von Menschenrechten ausgerichtetes und mit einer im Rahmen der demokratisch rechtsstaatlichen Ordnung liegenden Verfassung ausgestattetes Staatswesen. Vielmehr wird ein System angestrebt, das „die Rechte Gottes" durchsetzt, in dem also „Gottes Gesetze" und nicht von Menschen gemachte Gesetze gelten, mithin ein auf dem als Scharia bezeichneten islamischen Recht beruhender totalitärer Gottesstaat, in dem sich die Rechte des einzelnen Menschen danach ausrichten, welcher Religion ein Mensch angehört und welches Geschlecht dieser Mensch besitzt.

Die im Sachverständigengutachten näher beschriebenen Organisationen der Muslimbruderschaft in Europa sind, wie die Mutterorganisationen der Muslimbruderschaft in Ägypten und anderen Staaten der arabischen Welt, ebenso für „die Sache des Islam" im

Sinne der Ideologie der Muslimbruderschaft tätig. Zwar ist der Fokus dieser in Europa etablierten Organisationen der Muslimbruderschaft nach den Ausführungen der beiden Sachverständigen gegenwärtig darauf gerichtet, innerhalb der europäischen Gesellschaften selbst bestimmte Freiräume (Enklaven) zu schaffen, um den in Europa lebenden und der Ideologie der Muslimbruderschaft geneigten Muslimen ein Leben nach den islamischen Vorstellungen der Muslimbruderschaft zu ermöglichen, darüber hinaus sollen die europäischen Gesellschaften unter Mitwirkung dieser Enklaven und Organisationen im politischen Prozess transformiert werden. Gleichzeitig bieten diese Enklaven und Organisationen der Muslimbruderschaft in Europa Hilfe und Aufnahme für verfolgte Muslimbrüder aus der arabischen Welt. Zudem werden von den europäischen Organisationen der Muslimbruderschaft in Zeiten von Verfolgungen in den Mutterstaaten die Organisationsstrukturen aufrechterhalten. Von Europa aus werden die Mutterorganisationen sowohl propagandistisch als auch finanziell und wenn möglich logistisch unterstützt.

Seit der Gründung im Jahr 1928 zählen Missionstätigkeit, politische Arbeit und der bewaffnete Kampf in Form des Dschihad zum Repertoire der Muslimbruderschaft für die Verbreitung des Islam. Sowohl das Emblem der Muslimbruderschaft (zwei gekreuzte Schwerter unter dem Koran) als auch ihr Wahlspruch bringen das deutlich zum Ausdruck: „Allah ist unser Ziel. Der Gesandte ist unser Führer. Der Koran ist unser Gesetz. Der Dschihad ist unser Weg. Auf dem Weg für Allah zu sterben, ist unsere größte Hoffnung." Die Kombination dieser drei Ebenen ihrer Arbeit, nämlich Mission, Politik und Gewalt (Dschihad), wird durch die sich jeweils zu bestimmten Zeiten und bestimmten Orten bietenden Umstände bestimmt, ist also allein taktischen Überlegungen geschuldet. Die Muslimbruderschaft bevorzugt nach den Ausführungen der beiden Sachverständigen zwar die gewaltfreie politische Arbeit, hat aber im Laufe ihrer Geschichte immer zu Gewalt gegriffen, wenn ihr dieses Mittel zielführend erschien. Eines der Ziele der Muslimbruderschaft ist die Zerstörung Israels und die Rückeroberung dieses Gebietes für den Islam. Die HAMAS, die Gewalt und Terror zur Erreichung dieses Ziels einsetzt, ist der offizielle Zweig der Muslimbruderschaft in Palästina. Die ebenfalls terroristische HASM-Bewegung versucht, mittels Gewalt und Terror die von Vertretern der Muslimbruderschaft als „Revolution" bezeichnete, die Ideologie der Muslimbruderschaft umsetzende Politik des Mohammed Mursi in Ägypten fortzuführen. Ihr Ziel ist der Sturz des Militärregimes und die neuerliche Machtergreifung einer den Vorstellungen und der Ideologie der Muslimbruderschaft entsprechenden islamistischen Regierung. Die beiden bewaffneten Organisationen HAMAS und HASM dienen nach den Ausführungen der beiden Sachverständigen somit den Zielen, die von der Muslimbruderschaft angestrebt werden, nämlich

- die Errichtung von islamischen Staaten auf Grundlage der Scharia, letztlich vereint unter einem weltweiten Kalifat und

- die Zerstörung Israels.

Die Errichtung eines weltweiten Kalifats auf Grundlage der Scharia ist das erklärte Ziel der Muslimbruderschaft seit ihrer Gründung 1928. Für die Muslimbruderschaft ist jedes Mittel, mithin auch Gewalt, zur Erreichung dieses Ziels erlaubt. Neben Missionstätigkeit und politischer Arbeit zählt der bewaffnete Kampf in Form des Dschihad zum ausdrücklichen Repertoire der Muslimbruderschaft. Ein 2001 bei einer Hausdurchsuchung bei Youssef Nada, der fallweise als „Außenminister" der Muslimbruderschaft bezeichnet wurde, aufgefundenes Strategiepapier der Muslimbruderschaft aus dem Jahr 1982 belegt, dass „der Kampf um Palästina" ein zentrales Ziel der Muslimbruderschaft darstellt. Mit Palästina ist laut HAMAS das gesamte Gebiet zwischen Mittelmeer und Jordan, also inklusive des israelischen Staatsgebiets gemeint. In diesem Strategiepapier heißt es: „Mittel politischer Planung und Jihad soll sich die palästinensische Sache als Teil des weltweiten islamischen Plans zu Eigen gemacht werden – weil sie schließlich die Schlüsselposition der Renaissance der arabischen Welt im heutigen Zeitalter darstellt." Die Vordenker der Muslimbruderschaft haben die strategische Bedeutung „Palästinas" für die Mobilisierung von Anhängern und Sympathisanten erkannt. Der „großen" und nur schwer fassbaren Utopie eines weltweiten Kalifats wird so ein leichter vorstellbares, näheres Ziel als erster Schritt vorgelagert. Mit der Fixierung auf diesen einen konkreten Konflikt gelingt es der Muslimbruderschaft immer wieder, weltweit Massen von Sympathisanten zu mobilisieren, was mit einer Propagierung der islamischen Weltherrschaft durch ein Kalifat nicht so gut gelingen würde. Da die Muslimbruderschaft den Sieg über Israel als ersten Schritt auf dem Weg der Renaissance des Islam betrachtet, und mit ihm immer wieder Anhänger mobilisieren kann, kommt der HAMAS als Organisation der Muslimbruderschaft enorme Bedeutung zu. Alle Organisationen und Aktivisten aus dem Umfeld der Muslimbruderschaft sollen auf dieses Ziel eingeschworen werden. Die HAMAS ist demnach für die Ziele der Muslimbruderschaft weltweit, also neben den Ländern Nordafrikas auch in Europa, von großer Bedeutung. Der „Kampf um Palästina" dient der Bruderschaft auch in Europa zur Mobilisierung von Anhängern und Sympathisanten.

Organisationen und Aktivisten der Muslimbruderschaft ist bewusst, dass sie mit einer unmittelbaren Zusammenarbeit oder offenen finanziellen Unterstützung der HAMAS Strafverfolgung wegen Unterstützung einer terroristischen Organisation riskieren. Daher ist die Forschung, was die finanzielle Unterstützung der HAMAS aus Europa und Österreich betrifft, in der Regel auf Erkenntnisse der Geheimdienste und Sicherheitsbehörden angewiesen. Diverse islamische „Hilfsorganisationen" geraten immer wieder in Verdacht, die HAMAS

finanziell zu unterstützen. Dazu zählt etwa die ██████████, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich (geleitet von ██ ██████) war Teil der Union of Good. Auch der Verein ██████████ geriet in Verdacht, Spendengelder an die HAMAS weitergeleitet zu haben. Neben finanzieller Unterstützung kann einer ganze Reihe von Vereinen propagandistische Unterstützung der HAMAS und ihrer Ziele nachgewiesen werden. Dazu zählen zum einen fast alle palästinensischen Organisationen in Österreich, aber auch BDS Austria.

Das 2001 bei dem auch für das Finanznetzwerk der Muslimbruderschaft bedeutenden Youssef Nada gefundene Strategiepapier der Muslimbruderschaft aus dem Jahr 1982 vermittelt nach den Ausführungen der beiden Sachverständigen den Anhängern der Muslimbruderschaft den auch von anderen radikalen Organisationen zur Umsetzung ihrer Ziele proklamierten „Marsch durch die staatlichen Institutionen" als Vorlage für das weitere politische Vorgehen der Muslimbruderschaft in Europa. So soll nach diesem Strategiepapier „Jedermann eingeladen werden, an Parlaments- und Stadtratssitzungen, sowie an Zusammenkünften gewerkschaftlicher und weiterer Organisationen teilzunehmen, wenn dort im Interesse des Islam und der Muslime Einfluss genommen werden kann." Um das langfristige Ziel der Gründung eines (letztlich weltweiten) islamischen Staates voranzutreiben, soll nach den Vorgaben in diesem Strategiepapier gezielt versucht werden, „Kontrolle über die lokalen Machtzentren durch institutionelles Vorgehen zu gewinnen." Lokale und globale Machtzentren sollen dahingehend beeinflusst werden, „dass sie dem Islam dienen." Die Muslimbruderschaft geht also nach den Ausführungen der beiden Sachverständigen bei der Verfolgung ihres langfristigen Ziels der Transformation von Gesellschaften und der Errichtung eines Kalifats den Weg der Infiltration und Unterwanderung von staatlichen und zivilgesellschaftlichen Institutionen (Parlamente, Regierungen, Gewerkschaften, Universitäten, NGOs etc.).

Die Schriften der Vordenker der Muslimbruderschaft liefern die Grundlage für die moderne Dschihad-Ideologie. Schon bei Hasan al-Banna, dem Gründer der Bruderschaft, zählt der Dschihad zum Repertoire der Muslimbruderschaft. Auf Sayyid Qutbs, den Vordenker der 1950er und 60er Jahre und die von ihm ausgearbeitete Dschihad-Doktrin beziehen sich heute Dschihadisten jeglicher Couleur. Dschihadisten und Muslimbrüder unterscheiden sich in erster Linie in ihren Methoden und nicht in den Grundzügen ihrer Ideologie oder ihren Zielen. Diese Nähe zeigt sich nicht zuletzt daran, dass etliche Führungskräfte terroristischer Organisationen wie etwa der al-Qaida ihre politische „Karriere" in den Reihen der Muslimbruderschaft begonnen haben. Neben der ideologischen Nähe zu dschihadistischen/terroristischen Organisationen unterhält die Muslimbruderschaft Kontakte zu radikal islamistischen terroristischen Organisationen, wie etwa der zu al-Qaida gehörenden terroristischen

ven

Gewalt zu bekämpfen. Zwar gibt es innerhalb der Muslimbruderschaft eine Debatte darüber, ob Gewalt aktuell die richtige Strategie sei. Es ist jedoch nach den Ausführungen der beiden Sachverständigen eine Tatsache, dass Teile der Muslimbruderschaft den Weg in die Gewalt eingeschlagen haben. Dazu zählen etwa die Mitglieder der von den beiden Sachverständigen beschriebenen HASM-Bewegung. Veranstaltungen wie die in den Anlassberichten des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark (LVT Steiermark) dargestellten Zusammenkünfte dienen nach den Ausführungen der beiden Sachverständigen in ihrer gesamten Aufmachung und Rhetorik dazu, die anwesende Anhängerschaft auf die Sache der Muslimbruderschaft, nämlich die Islamisierung der Welt nach dem 7-stufigen Plan ihres Gründers Hasan al-Banna, einzuschwören. Das Ziel der Bewegung besteht darin, die Herrschaft des Militärs in Ägypten zu beenden und durch eine islamische Herrschaft im Sinne der Muslimbruderschaft zu ersetzen.

Das R4bia-Zeichen entstand nach der gewaltsamen Auflösung eines Protestlagers der Muslimbruderschaft vor der Rabla-al-Adawija-Moschee am Rābiʿa-al-ʿAdawiyya-Platz am 14. August 2013. Dabei sollen 800 Menschen getötet worden sein. Die vier Finger leiten sich von dem Wort „die Vierte" (Arabisch: „Rabi'a") ab und erinnern somit an den Platz dieses Massakers. Seit seiner Entstehung im August 2013 wird das R4bia-Zeichen als Erkennungszeichen der Muslimbruderschaft und ihrer Anhänger genutzt. Von anderen, vor allem von säkularen, demokratisch eingestellten Gruppen in und außerhalb Ägyptens hingegen wurde es von Anfang an gemieden.

**III. Zu den von den Vertretern der Muslimbruderschaft in Österreich seit dem Sturz des zur Muslimbruderschaft zählenden Regimes von Mohammed MURSI am 3. Juli 2013 gesetzten Aktivitäten, die den Verdacht der Verbrechen der terroristischen Vereinigung gemäß § 278b Abs 2 StGB, der Terrorismusfinanzierung gemäß § 278d Abs 1 und Abs 1a StGB und der Geldwäscherei gemäß § 165 Abs 3 StGB begründen:**

Wie dargestellt und in den Amtsvermerken des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark vom 5.11.2019 und 27.11.2019 (ON 12, ON 13) ausgeführt, sind zumindest der HAMAS im Zeitraum 2012 bis 2018 zumindest 115 terroristische Anschläge zuzuordnen. Der Muslimbruderschaft und ihren in Ägypten tätigen Unterorganisationen, darunter auch die HASM-Bewegung, sind im Zeitraum 2013 bis 2018 zumindest 43 terroristische Anschläge zuzuordnen. Diese terroristischen Anschläge beinhalteten vor allem die Verbrechen des Mordes gemäß dem § 75 StGB, der Körperverletzungen nach den §§ 83 bis 87 StGB, der schweren Nötigung gemäß den §§ 105 Abs 1, 106 Abs 1 StGB, der gefährlichen Drohung nach dem § 107 Abs 1 und Abs 2 StGB, der schweren Sachbeschädigung gemäß den §§ 125, 126 StGB und vorsätzliche

Gemeingefährdungsdelikte gemäß den §§ 169, 173 und 176 StGB als terroristische Straftaten gemäß dem § 278c Abs 1 Z 1, 2, 3, 4, 5, 6 und 7 StGB. Diese vorwiegend oder ausschließlich in Ägypten durch die Muslimbruderschaft oder ihre Unterorganisationen (z. B. HASM-Bewegung) und in Palästina durch die HAMAS verübten terroristischen Straftaten waren geeignet, eine schwere oder längere Zeit anhaltende Störung des öffentlichen Lebens in Ägypten bzw. in Israel (durch die HAMAS) und auch eine schwere Schädigung des Wirtschaftslebens in Ägypten bzw. Israel (durch die HAMAS) herbeizuführen, wobei sie von den Vertretern der Muslimbruderschaft mit dem Vorsatz begangen wurden, die Bevölkerung in Ägypten bzw. Israel (durch die HAMAS) auf schwerwiegende Weise einzuschüchtern, öffentliche Stellen in Ägypten und Israel zu einer Handlung, Duldung oder Unterlassung, nämlich

• in Ägypten zur Wiederzulassung der Muslimbruderschaft und Erlangung der Macht im Staat sowie

• in Israel zur Aufgabe des israelischen Staates,

zu nötigen oder die politischen, verfassungsrechtlichen, wirtschaftlichen oder sozialen Grundstrukturen des ägyptischen Staates bzw. des israelischen Staates (durch die HAMAS) ernsthaft zu erschüttern oder zu zerstören.

Dabei waren die nur auszugsweise in ON 12 und ON 13 angeführten und der Muslimbruderschaft bzw. ihren Unterorganisationen in Ägypten (ON 13) und die der HAMAS vom Gazastreifen aus in Israel (ON 12) zugeschriebenen Taten deshalb terroristische Straftaten, weil sie nicht auf die Herstellung oder Wiederherstellung demokratischer und rechtsstaatlicher Verhältnisse oder die Ausübung oder Wahrung von Menschenrechten, sondern auf die Einrichtung eines als Kalifat bezeichneten, faschistisch nach dem Führerprinzip strukturierten islamischen Staates auf Grundlage des als Scharia bezeichneten islamischen Rechts ausgerichtet waren.

Der von den Muslimbrüdern – nach den schlüssigen Ausführungen der beiden Sachverständigen - als Zwischenstadium auf dem Weg zum weltweiten Kalifat angestrebte und als „Vereinigte Staaten von Arabien" bezeichnete Staat soll totalitär, strikt antidemokratisch, strukturell faschistisch, nach dem Führerprinzip unter Missachtung der Ausübung oder Wahrung von Menschenrechten – mithin als radikal islamistische Diktatur - gestaltet sein (§ 278b Abs 3 StGB).

Die Muslimbruderschaft als Urheberin dieser ohnehin nur beispielhaft angeführten terroristischen Straftaten ist ein auf längere Zeit, nämlich seit 1928, angelegter Zusammenschluss von deutlich mehr als zwei Personen, der darauf ausgerichtet ist, dass von einem oder mehreren Mitgliedern dieser Vereinigung, auch im Rahmen von Teil- oder

Unterorganisationen wie der HASM-Bewegung in Ägypten oder der HAMAS im Gazastreifen bzw. in Israel, eine oder mehrere der angeführten terroristischen Straftaten gemäß § 278c StGB ausgeführt werden oder über Teilorganisationen der Muslimbruderschaft in Europa, insbesondere auch in Österreich, Terrorismusfinanzierung gemäß § 278d StGB betrieben wird, indem aus dem arabischen Raum, hier insbesondere Katar, zur Verfügung gestellte beträchtliche Geldmittel über Bankkonten der zur Muslimbruderschaft zählenden Personen, Vereine, Stiftungen oder Unternehmen an Vertreter der HAMAS oder dieser nahestehende Personen, Vereine, Stiftungen oder Unternehmen weitergeleitet werden. Dass die Muslimbruderschaft bzw. die ihr zugeordneten Unterorganisationen wie die HASM-Bewegung oder die HAMAS (ON 12, ON 13) in Österreich bislang noch keine terroristischen Straftaten verübt haben, hindert nicht die Annahme einer von Mitgliedern der Muslimbruderschaft oder einzelner ihrer Unterorganisationen in Österreich geleiteten terroristischen Vereinigung im Sinne des § 278b Abs 2 StGB. Vielmehr wurde ein solches Vorgehen auch bei anderen terroristischen Vereinigungen wie z. B. der PKK oder dem IS festgestellt, die (bislang) in Österreich selbst keine terroristischen Straftaten verübt haben, diese jedoch in ihren Herkunftsländern wie z. B. der Türkei oder Syrien bzw. dem Irak nachhaltig verüben.

Am 21. Dezember 2013 fand in Wien eine Veranstaltung der Muslimbruderschaft statt, an der ███████████████████████████████████████ ████████████████████████████████████ als hochrangige Mitglieder der Muslimbruderschaft teilnahmen und die Ziele der Muslimbruderschaft, insbesondere Wiedererlangung der Macht in Ägypten und Anwerbung neuer Mitglieder, bewarben.

Am 22.3.2014 wurde in Wien eine Veranstaltung mit dem Ziel abgehalten, das Vorhaben der Muslimbruderschaft in Ägypten, insbesondere die Wiedererlangung der Macht, propagandistisch zu bewerben und dadurch neue Mitglieder anzuwerben. ██████████████ ██████████ als einer der Redner anwesend. █ Dr. ██████████████, ein hochrangiger Vertreter der Muslimbruderschaft, nahm ebenfalls an dieser Veranstaltung teil (ON 11, S. 25f).

Eine Veranstaltung mit derselben Zielsetzung fand am 28. März 2014 in den Räumen des Hauses ██████████, statt. Neben DI Dr. ██████████ befand sich auch Dr. ██████████ bei dieser Veranstaltung, die wiederum die Ziele der „ägyptischen Revolution" zur Gewinnung neuer Mitglieder für die Muslimbruderschaft bewarb (ON 11, S. 21f).

Am 12. April 2014 fand in ██████████████ eine weitere Veranstaltung der Muslimbruderschaft statt. Diese Veranstaltung wurde von DI Dr. ██████████ geleitet. DI Dr. ██████████ saß auf der Tribüne, neben ihm saßen Dr. ██████████, Dr. ████████████ und Dr. ██████████. Die Veranstaltung trug den Titel „Die Revolution geht weiter und das Volk reißt sich die Freiheit".

- Dr. ███████████ ist der Koordinator der als „ägyptische Revolution" im Ausland. Ziel dieser „ägyptischen Revolution" ist die Wiedererlangung der Macht in Ägypten durch die Muslimbruderschaft zur Umsetzung des Hauptziels der Errichtung eines islamischen Staates auf Grundlage des als Scharia bezeichneten islamischen Rechts.

- Dr. ███████████ ist ein ehemaliger Berater des abgesetzten, mehrere Jahre hindurch inhaftierten und in der Haft verstorbenen ägyptischen Präsidenten Mohammed MURSI, der der Muslimbruderschaft zugerechnet wird. Dr. ███████████ ist zurzeit weltweiter Sprecher der Muslimbruderschaft. Er gehört der Muslimbruderschaft-Partei „Freiheit und Gerechtigkeit" an und ist ebenso Präsident des „ägyptisch-amerikanischen Dialogs" in den USA.

- Dr. ███████████ ist ein hochrangiger Vertreter der Muslimbruderschaft und Leiter der Exilregierung der Muslimbruderschaft. Das Ziel von Dr. ███████████ ist der Aufbau einer ägyptischen Exilregierung mit Sitz in mehreren Städten in Europa (ON 2, ON 11).

Als weitere Vertreter der ██████-Moschee in Graz, welche als Hauptsitz der Muslimbruderschaft in der Steiermark im Zusammenhang mit dem „███████████ Verein" angesehen wird, konnten bei dieser Veranstaltung ███████████, ███████████ und Mag. Dr. ███████████ festgestellt werden. Die Genannten sind für die islamische Glaubensgemeinschaft in Österreich (IGGÖ) an steirischen Schulen als Religionslehrer tätig. Bei der Veranstaltung befand sich auch ███████████, ebenfalls muslimischer Religionslehrer in der ██████-Moschee in Graz. Die Veranstaltung vom 12. April 2014 wurde gefilmt und auf dem Facebook-Konto eines nicht näher zu identifizierenden ███████████" veröffentlicht. Im Zuge der Veranstaltung wurde von den genannten Vertretern der Muslimbruderschaft auf der Tribüne und den zahlreichen Zuhörern der Schwur geleistet, der ägyptischen Revolution treu zu sein und die als „Militärputsch" bezeichnete Machtergreifung des ägyptischen Militärs und die darauffolgenden Präsidentschafts- und Parlamentswahlen nicht anzuerkennen. Der von den auf der Tribüne der Veranstaltung anwesenden Personen vorgesprochene Text, den die Zuschauer der Veranstaltung den rechten Arm hochhaltend und den Muslimbrudergruß darbietend nachsprachen, lautete:

„Ich schwöre bei Gott, dass ich dem ägyptischen Heimatland und seiner Revolution treu bleibe und dass ich die pharaonische Politik herausfordern und den blutigen Militärputsch und die darauffolgenden Präsidentschafts- und Parlamentswahl nicht anerkennen werde und treu zu arbeiten, um die Prinzipien der ägyptischen Revolution zu vollenden. Freiheit, soziale Gerechtigkeit und Menschenwürde. An alle Söhne Ägyptens im Land und im Ausland, Allah ist mein Zeuge für das alles, was ich sage: Sturz, Sturz der militärischen Herrschaft."

Im Anschluss an diesen Schwur sangen die Teilnehmer ein Lied gesungen, in dem die Revolution und das Märtyrertum verherrlicht wird und das in dem Vers endet:

„... Ich komme zurück aus dem Krieg der Taghut (arabische Bezeichnung für ein totalitäres nicht islamisches System). Ich komme zurück, ich habe keine Angst vor dem Tod. Im ganzen Land Revolution und Martyrium. Ich komme zurück ...".

Auf das dazu angefertigte Video in ON 14 wird verwiesen. Ziel dieser Veranstaltung war es, neue Mitglieder für die terroristische Vereinigung der Muslimbruderschaft anzuwerben und zu verpflichten, in Umsetzung des Ziels dafür zu kämpfen, die ägyptische Militärregierung zu stürzen und unter Vernichtung des Staates Israel einen als Vereinigte Staaten von Arabien bezeichneten islamischen Staat (Kalifat) mit Jerusalem als Hauptstadt zu errichten.

Am 7. Mai 2016 wurde in Anwesenheit von Dr. ████████ und weiteren hochrangigen Vertretern der Muslimbruderschaft, darunter auch DI Dr. ████████, für die als „ägyptische Revolution" bezeichnete Wiedererringung der politischen Herrschaft in Ägypten geworben, um das Hauptziel der Muslimbruderschaft, nämlich einen islamischen Staat auf Grundlage der Scharia zu errichten, umsetzen zu können.

Wesentlicher Bestandteil der Muslimbruderschaft in Österreich ist auch die Anwerbung neuer Mitglieder, wobei diese Anwerbung bereits bei Kindern im Pflichtschulalter erfolgt. Die Kinder werden dabei im Sinne der dargestellten Zielsetzungen der Muslimbruderschaft indoktriniert und auf die Begehung terroristischer Straftaten zur Wiedererlangung der Herrschaft der Muslimbruderschaft in Ägypten zur Errichtung des angestrebten Kalifats (Islamischer Staat) eingeschworen.

Am 6.10.2013 fand eine Veranstaltung in Wien statt, an der vorwiegend Kinder mit Muslimbrüder-Flaggen und -T-Shirts teilnahmen und dazu die vom ehemaligen Imam der Al-Hidaya-Moschee in Wien, ████████, skandierten Parolen nach schreien. Diese Parolen lauteten:

„Nieder, nieder mit der Militärherrschaft. Wir rufen gegen die Militärherrschaft auf. Ägypten ist ein Staat und kein Militärlager. Ich bin kein Feigling! Ich bin kein Feigling! Ich sterbe auf dem Feld! Töte einen! Töte hundert! Ägypten wird kein Militärstaat sein. Auch nicht Polizeistaat."

Weitere Parolen bei dieser vorwiegend von Kindern besuchen Muslimbruder-Demonstration lauteten:

„Ägypten wird auch nicht liberal sein. Schicke uns Schläger, aber ich werde nicht auf die Legitimität verzichten. Ich bin kein Feigling. Ich sterbe auf dem Feld. Es gibt keinen Gott außer Allah. Alles ist für Allah" sowie

„Wir wollen keine Qual. Weg mit dem General. Nieder, nieder mit dem General. Nieder, nieder mit SISI (Militärherrscher von Ägypten). SISI, SISI, du Idiot, 6.000 sind schon tot."

Zu einer Veranstaltung in diesem Sinne kam es am 31. Oktober 2013 in Wien, bei der ca. 14 Kinder, die T-Shirts mit dem Emblem der Muslimbruderschaft trugen, auf einer Bühne einen Liedtext skandierten, mit dem sie sich abschließend auf ihr Märtyrertum einschwörten:

„Ich werde ein Märtyrer für Ägypten sein und mein Wunsch ist mich mit der ägyptischen Erde zu parfümieren." (ON 11, S. 45f; Video in ON 14).

Dazu wird auf die bisher erstatteten Anlassberichte des LVT Steiermark, insbesondere den Anlassbericht vom 16. September 2020 mit einer zusammenfassenden Darstellung der Ermittlungsergebnisse auf den Seiten 22 bis 444 verwiesen.

**Zu den einzelnen Beschuldigten wird nach den bisher eingelangten Anlassberichten des LVT Steiermark, zuletzt der 26. Anlassbericht vom 15. September 2020, und den Berichten des BVT zu dem sich aus den Ermittlungsergebnissen unter Berücksichtigung des Gutachtens der Sachverständigen Mag. Heiko HEINISCH und Dipl. Pol. Nina SCHOLZ ausgeführt:**

**1)** ▮▮▮▮▮▮▮▮▮▮▮, **14.02.1958 Damaskus / Syrien geb.,**

Mag. ▮▮▮▮▮▮▮▮▮▮▮ ist ein langjähriges Mitglied und ehemaliger Vorsitzender des Vereins ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮".

Hierbei handelt es sich um eine zentrale Niederlassung der Muslimbruderschaft in Österreich mit Sitz in ▮▮▮▮▮▮▮▮▮▮▮▮▮ (Siehe Gutachten Heinisch/Scholz). ▮▮▮▮▮ ▮▮▮▮▮ ist einer der Gründer des Vereines „▮▮▮▮▮▮ ▮▮▮ Der Vereinssitz befindet sich in ▮▮▮▮▮▮▮▮▮▮▮. An dieser Örtlichkeit befindet sich auch die vom Verein betriebene ▮▮▮▮▮▮▮▮▮▮. Die Vereinsgründung erfolgte am ▮▮▮▮▮▮. Seither übte ▮▮▮▮▮▮▮▮▮▮ mehrere Funktionen im Verein aus. Im Zeitraum vom 17.08.2013 bis 16.08.2017 übte er die Funktion des Präsidenten aus. Die „▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ auch der Betreiber der ▮▮▮▮▮ Moschee in ▮▮▮▮▮▮▮▮▮▮▮▮ Beide Moscheen werden in das Umfeld der Muslimbruderschaft eingeordnet.

Die ▮▮▮▮ Moschee wird etwa seit dem Jahr 2018 in konspirativer Weise als Moschee betrieben und ist nicht Mitglied einer Moscheen - Gemeinde. Aktivitäten, wie etwa das regelmäßige Abhalten eines Freitagsgebetes konnten ab den Sommer 2019 wahrgenommen werden. Zuvor befand sich an dieser Örtlichkeit der „▮▮▮▮▮▮▮▮▮▮", welcher vermutlich von ▮▮▮▮▮▮▮▮▮▮ betrieben wurde. Der ▮▮▮▮▮▮▮▮ wurde 2017 eingestellt. In der im Februar 2016 veröffentlichten „Kindergartenstudie" des Univ. Prof.

Dr. Ednan Aslan, wurden 56 Kindergruppen und 71 Kindergärten mit muslimischen Kindern untersucht und berücksichtigt. Ein großer Teil der dortigen Erziehung wird investiert um die muslimischen Kinder nicht in die österreichische Gesellschaft schmelzen zu lassen, sondern ihre „islamische Identität" zu bewahren. In der Studie wird angeführt, dass die Muslimbruderschaft in Wien mehrere Kindergärten und -gruppen betreibt. Dieser Aussage folgend wird in der Studie ein arabischer Fernsehsender zitiert, welcher die Arbeit des aktiven Muslimbruderkaders ██████████ in Österreich erwähnt. ██████ wird dabei als islampolitisch aktiv und als Gründer zahlreicher Gebetsräume in und außerhalb Österreichs dargestellt. Ebenso wird ██████████████ in dem Interview als Mitbegründer vieler Bildungseinrichtungen, etwa der Iman Schule in Wien, welche der ████████Moschee gehört. Er hat auch, wie in diesem Interview angeführt die Islamische Religionspädagogische Akademie der IGGiÖ ins Leben gerufen. Nach eigenen Angaben, wie in der Studie verlautbart, sieht sich ██████████████ als Teil der Muslimbruderschaft.

Der zu dessen Schutz vorerst anonym geführte Hinweisgeber tätigte im Zuge eines Gespräches mit einem Mitarbeiter des LVT Wien am 14.06.2020, eine Aussage zu der Gruppe von SHAKIR Ammar. Dabei führte er an, dass zu dieser Gruppe der mutmaßliche HAMAS Aktivist ████████, die Brüder ██████████████, HAFEZ Farid und ██████████ gehören. Diese Gruppe bezeichnete er als führende Personen der Muslimbruderschaft in Österreich. Auf den entsprechenden LVT Steiermark Bericht vom 14.06.2020 wird verwiesen.

Aufgrund verdeckter Informationsgewinnung des LVT Steiermark wurde bekannt, dass Gelder von „QATAR CHARITY" an die Liga Kultur in Österreich geflossen sind. Im Jahre 2015 sollen etwa 2 Millionen Euro auf deren Konto geflossen sein. Bei „QATAR CHARITY" handelt es sich um eine um eine Organisation aus Katar, welche mittels eines Missionierungs- und Finanzierungsprogrammes den politischen Islam in ganz Europa stärken will. Gefördert werden Moscheebauten, Kulturzentren und Schulen, die alle mit der Muslimbruderschaft zusammenhängen. ██████████████ ist an mehreren Immobilienfirmen mit Sitz in Wien beteiligt. Bei der durchgeführten Telefonüberwachung wurden Gespräche des ████████ ██████ ████ aufgezeichnet, dabei geht es unter anderen um Immobilien, um Baubewilligungen und um Umwidmungen.

Im Zuge eines Telefonats am 07.07.2020 um 12 :45 Uhr (Wortprotokoll Nr. 2, Lfd. 96) spricht ████████ ████████ mit dem Wiener Gemeinderatsabgeordneten Dipl. Ing. Omar AL-RAWI, welchen er offensichtlich um Hilfe wegen eines lang dauernden Bauverfahrens bittet. ██████ ████████ wird in diesem Gespräch von Omar AL-RAWI mit Bruder angesprochen.

Am 10.07.2020, um 13:03 Uhr, (Wortprotokoll Nr.1 (lfd.176) wird ████████████████
von einem Mitarbeiter der Bank Burgenland angerufen, welcher ihm mitteilt, dass bei der MTH
der Kredit in Höhe von 100.000 € jetzt zur Verfügung am Konto ist.

Am 27.07.2020, um 09:30 Uhr, (Wortprotokoll Nr. 7 (Lfd.: 437) ruft MORAD Mohamed Jamal
eine Person namens ASCHRAF (phon.) an. Es werden Probleme mit dem Gebäude in Linz
besprochen und dass der Bürgermeister und der Leiter der Bauabteilung die Umwidmung auf
eine gemeinnützige GmbH empfehlen. Im Zuge von Observationen konnte festgestellt
werden, dass sich ██████████████ regelmäßig an der Firmenadresse in 1060 Wien,
Capistrangasse 3 / 3 / 10 für mehrere Stunden aufgehalten hat.

████████████████ steht aufgrund der vorliegenden Sachverhalte im Verdacht, als
führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation aktiv gefördert
zu haben. Die Muslimbruderschaft ist nach den Ermittlungsergebnissen in Österreich mit der
palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden.
Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte
geführten ███████████, ████████████, ████████████ und
████████████ sind als Mitglieder im Verein „████████████
████████████" registriert. Als Aktivist leistete ████████████
████████ bereits mit der Gründung der Vereine „████████████
█████████████████" und des Vereins „██████████████
████████" einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in
Österreich.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des
Mag. ████████████ für die HAMAS und die Muslimbruderschaft in Österreich
zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder,
darunter Mag. ████████████ mit terroristischen Straftaten und
Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes,
  letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der
  Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des
  Staates Israel,

umzusetzen.

Mag. ██████████████ unterstützt und propagiert zumindest seit der Gründung der ██████ im Jahr ████ im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

Mag. ██████████████ steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der ████████ Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die ██████████, die einen unmittelbaren Bezug zu Österreich aufweist. Die ████████████ ██████████████ (welche vom Beschuldigten ██████████ geleitet wurde) war Teil der ████████. Auch der Nachfolgeverein der PVÖ, nämlich der ██████████████████████ (welcher vom Beschuldigten ██████████ geleitet wurde), sowie dessen Nachfolgeverein ██████████ (welcher vom Beschuldigten ██████████ geleitet wird) stehen im Verdacht, Spendengelder an die HAMAS weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

Mag. ██████████████████ steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorismusfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


2) ████████████, 29.09.1963 Damaskus / Syrien geb.,

MORAD Aiman ist einer der Gründer des Vereines „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10. Die Vereinsgründung erfolgte im 1998. Seither besetzte MORAD Aiman mehrere Funktionen im Vereinsvorstand. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich (Siehe Gutachten Heinisch/Scholz). MORAD Aiman ist wie sein Bruder MORAD Mohamed Jamal einer der Gründer des Vereines „Islamische Vereinigung in Österreich – IVÖ". MORAD Aiman hatte mehrere Funktionen im Vereinsvorstand, unter anderem auch die des Präsidenten. Die Vereinsgründung erfolgte am 27.11.1987. Der Vereinssitz befindet sich in 1020 Wien, Praterstaße 52. An dieser Örtlichkeit befindet sich auch die vom Verein betriebene Al-Hidaya-Moschee. Die „Islamische Vereinigung in Österreich" (IVÖ) ist auch der der Betreiber der Al-Resalah-Moschee in 1140 Wien, Breitenseer Straße 36. Beide Moscheen werden in das Umfeld der Muslimbruderschaft eingeordnet. MORAD Aiman war ehemaliger Lehrbeauftragter und Finanzdirektor der IRPA (Privaten Studiengang für das Lehramt für islamische Religion an Pflichtschülen in Wien) in 1230 Wien, Eitnergasse 6. Die IRPA wird in das Umfeld der Muslimbruderschaft eingeordnet (Siehe Gutachten Heinisch/Scholz).

Aufgrund verdeckter Informationsgewinnung wurde bekannt, dass Gelder von „QATAR CHARITY" an die Liga Kultur in Österreich geflossen sind. Im Jahre 2015 sollen etwa 2 Millionen Euro auf deren Konto geflossen sein. Bei „QATAR CHARITY" handelt es sich um eine Organisation aus Katar, welche mittels eines Missionierungs- und Finanzierungsprogrammes den politischen Islam in ganz Europa stärken will. Gefördert werden Moscheebauten, Kulturzentren und Schulen, die alle mit der Muslimbruderschaft in Verbindung zu bringen sind. Die bisherige Auswertung der Telefonüberwachung ergab, dass MORAD Aiman offensichtlich ein Hawala-Finanzsystem zwischen Österreich und Ägypten

betreibt. In den aufgezeichneten Gesprächen wurde über Spenden und Geldüberweisungen gesprochen. Es wurden auch „Online-Treffen" der Liga Kultur sowie die Neugründung und die Unterstützung der Partei "Soziales Österreich der Zukunft" thematisiert.

Am 07.04.2020, um 21:45 Uhr, (Wortprotokoll Nr. 1 (lfd93) gibt MORAD Aiman dem Gesprächspartner bekannt, dass die Treffen der „Liga Kultur" nach wie vor online stattfinden und gut funktionieren würden.

Am 16.04.2020, um 19:33 Uhr, (Wortprotokoll Nr. 4 (lft:416) spricht MORAD Aiman mit einer unbekannten männlichen Person, welche ein Geschäft in Millionenhöhe mit vermutlich „Nasenmund"-Masken abschließen möchte. Dieser Person fehlen anscheinend 200.000, - Euro und ersucht Aiman MORAD diesen Betrag zu genehmigen bzw. dazuzugeben.

Am 15.05.2020, um 15:24 Uhr, (Wortprotokoll Nr. 9 (lfd:1350) spricht Aiman Morad mit einer Ägypterin, welche fragt, ob Aiman MORAD den Ali anrufen und Bescheid geben hat. MORAD antwortet, dass er ihm schreibt, dass jemand ihn anrufen wird. Er wird ihm auch die Nummer der Person schicken, die ihn anrufen wird. Aiman MORAD erwähnt, „je größer der Betrag ist, desto besser". Aiman Morad erzählt weiter, dass man die Chance hat 20.000,- € von einer Person zu nehmen. Diese sollen dann ohne Bank oder Kopfschmerzen rausgehen. MORAD erwähnt weiter, dass er nur die Person in Ägypten kennt. Die Person hier kennt er nicht. Die Person in Ägypten sei aber vertrauenswürdig und er kennt sie seit 25 Jahren. Laut Aiman Morad ist die ganze Sache sicher.

Am 16.05.2020, um 11:49 Uhr, (Wortprotokoll Nr. 10 (lfd:1394) spricht Aiman Morad mit einer unbekannten männlichen Person, welche bekannt gibt, dass sie 20.000,- € haben. MORAD sagt, dass die Schwester vom Gesprächsteilnehmer ungefähr 2500 USD benötigt, welcher darauf antwortet, dass seine Schwester in Ägypten 2400 und 2600 USD besitzt. MORAD weist den Gesprächsteilnehmer an, dass es besser wäre den Betrag in einem zu überweisen. Das spart Mehrkosten und viele Fragen.

Am 18.05.2020, um 09:07 Uhr, (Wortprotokoll Nr. 14 (lfd:1480) führt MORAD Aiman ein Telefongespräch mit einem Mann welcher offensichtlich aus Syrien stammt. Im Verlauf dieses Gespräches erwähnt MORAD, dass der Verein „Rahma", Projekte mit einer Organisation in der Türkei herstellen soll. Beim Verein „RAHMA" handelt es sich offensichtlich um den Verein „RAHMA AUSTRIA" mit Sitz in 1200 Wien, Hannovergasse 25, welcher im Verdacht steht, für die palästinensisch-terroristische Organisation HAMAS tätig zu sein.

Am 21.05.2020, 18:51 Uhr, (Wortprotokoll Nr.13 (Lfd: 1600) spricht Aiman Morad mit einer männlichen Person über angebliche Bedürftige in der Türkei und dass das Geld da ist – „hier wird einbezahlt und dort wird ausbezahlt".

Am 03.08.2020, um 10:49 Uhr, (Wortprotokoll Nr. 30 (Lfd.: 5389), spricht Aiman MORAD mit einer unbekannten Person und erzählt, dass sie eine neue Partei "Soziales Österreich der Zukunft" gegründet haben.

Am 09.08.2020, um 20:39 Uhr, (Wortprotokoll Nr. 28 (Lfd.: 5671) ruft MORAD Aiman eine unbekannte Person an und erzählt, dass er Martha BISSMANN und Hakan GÖRDÜ eingeladen hat. Er rät dem Gesprächsteilnehmer zu kandidieren.

MORAD Aiman ist an mehreren Immobilienfirmen mit Sitz in Wien und in Niederösterreich beteiligt. Bei Observationsmaßnahmen wurde festgestellt, dass er sich mehrmals für mehrere Stunden in der Adresse eines Firmensitzes in 2482 Münchendorf, 2. Querstraße 3 aufgehalten hat.

MORAD Aiman steht aufgrund der vorliegenden Sachverhalte im Verdacht, als führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation in Österreich aktiv gefördert zu haben. Die Muslimbruderschaft ist nach der Verdachtslage in Österreich mit der terroristischen Vereinigung HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Als Aktivist leistete MORAD Aiman bereits mit der Gründung der Vereine „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" und des Vereins „Islamische Vereinigung in Österreich – IVÖ" einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in Österreich.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des Mag. Aiman MORAD für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Mag. Aiman MORAD mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der

Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

Mag. MORAD Aiman unterstützt und propagiert zumindest seit der Gründung des Vereins Liga Kultur im Jahr 1998 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

Mag. Aiman MORAD steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten DOGHMAN ABDALLAH Adel geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten ABDELHALIM Hani geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher

16 St 52/19t                    -- 99 --

vom Beschuldigten **HASSAN** Taher geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag. MORAD Aiman** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

## 3) ALI Ibrahim Elsayed Ahmed (Ali Roma), 21.10.1957 Alexandria, Ägypten geb.

ALI Ibrahim Elsayed Ahmed ist dringend verdächtig Verbindungen zur Muslimbruderschaft aufzuweisen und diese ideologisch und finanziell zu unterstützen. Nach der Absetzung des ehemaligen ägyptischen Präsidenten Mohamed MURSI war ALI Ibrahim Anmelder, Hauptredner und Einpeitscher bei Kundgebungen in Wien, welche sich gegen das Nachfolgeregime unter Abd al-Fattah as-Sisi richteten. Durch das regelmäßige Skandieren von Rabia-Symbolen während der Kundgebungen, wurde die ideologische Nähe zur Muslimbruderschaft bestätigt. ALI Ibrahim Elsayed Ahmed ist der Obmann des Vereines Koordinierungsrat der Ägyptischen Gemeinde in Österreich (KRÄGÖ). Der Sitz dieses Vereines in 1100 Wien, Pernerstorfergasse 22, ist der Treffpunkt von Sympathisanten der Muslimbruderschaft.

Wie im 3. Anlass-Bericht vom 12.12.2019 berichtet wurde, trat ALI Ibrahim Essayed Ahmed am 12.04.2020, in 1210 Wien, Angerer Straße 14, (Haus der Begegnung - Floridsdorf) als Redner einer Veranstaltung auf, welche im Zusammenhang mit der Muslimbruderschaft steht. Weitere Redner und Teilnehmer an dieser Veranstaltung können in das Umfeld der Liga Kultur in Graz eingeordnet werden. ALI Ibrahim Elsayed Ahmed wurde vom Vereinsobmann und Betreiber der Al-Taysir-Moschee als einer der Hauptverantwortlichen namhaft gemacht, welche den Sturz des Vereinsvorstandes herbeiführen wollten. Das Ziel sollte die Auflösung des Vereinsvorstandes der Al-Taysir-Moschee gewesen sein, um diesen mit gefügigeren Personen ersetzen zu können, wodurch ein Einfluss von Sympathisanten der Muslimbruderschaft auf den Verein und die Moschee gewährleistet wäre. Ein von der

_– 101 –_

Staatsanwaltschaft Wien diesbezüglich geführtes Verfahren zur Zahl.: 56 St 30/18 s wurde am 28.02.2018 eingestellt.

Die bisherige Auswertung der Telefonüberwachung ergab, dass ALI Ibrahim Elsayed Ahmed ein Hawala-Finanzsystem[1] zwischen Österreich und Ägypten betreibt. Wie aus den Wortprotokollen zu entnehmen ist, sollen die Geldüberweisungen offensichtlich „Spenden für ausgesuchte benachteiligte Menschen sein, die arm sind und sich gegen Ungerechtigkeit auflehnen". Für die Übermittlung von Bargeld nennt er als Bedingung, „dass es Leute sein müssen, die zu uns gehören.

ALI erwähnt in einem Gespräch am 08.04.2020, dass „er seit sechs Jahren und nur in Ägypten das macht und sie sehr gut organisiert sind und in jeder Provinz jemanden hätten". Die Absetzung des ehemaligen ägyptischen Präsidenten Mohammed Mursi erfolgte am 3. Juli 2013. Es ist deshalb anzunehmen, dass die Geldüberweisungen des ALI im Hawala-System nach Ägypten, etwa zu diesem Zeitpunkt erfolgen und mit den politischen Spannungen in Ägypten im Zusammenhang stehen.

Im Gespräch mit einer männlichen Person namens „Ramadan" (phon.) am 07.08.2020 um 15:25 Uhr, (Wortprotokoll Nr. 133 (Lfd: 4712) werden Geldüberweisungen nach Ägypten thematisiert. ALI fragt im Verlauf des Gesprächs, ob es immer dieselben Leute aus Beni Suef (Provinz und Stadt in Oberägypten, Anm.d.Ü.) sind, mit denen Ramadan zu tun hat. Ramadan bejaht und sagt, dass die Leute sehr weit entfernt von der Gruppierung der Salafisten sind. Ursprünglich sind sie eine islamische/islamistische Gruppierung von Ahmed Youssef (phon.; Anführer der Jihad Organisation/Mitglied der Gruppierung islamischer Jihad der Jamaa Islamiya in Beni Suef, wurde am 21.08.2013 von ägyptischen Sicherheitsbehörde verhaftet, Anm.d.Ü.) Lt. Ramadan hatte Ahmed Youssef die ganze Region unter Kontrolle, ganz Oberägypten und ist ein großer Name und war bei der Freitagspredigt in Rabia. Hierzu wird angemerkt, dass es sich bei der Jamaa Islamia laut öffentliche Quellen um eine ägyptische Islamistenbewegung handelt. Sie wird von der ägyptischen Regierung als terroristische Vereinigung angesehen. Der Rat der Europäischen Union führt die Organisation auf ihrer Liste zur Bekämpfung von Terrorismus.

Im Gespräch am 16.08.2020 um 22:23 Uhr, (Wortprotokoll Nr. 149 (Lfd: 4957) spricht ALI mit einer männlichen Person, welche eine französische Telefonnummer verwendet. Diese Person gibt an, dass er die Fotos von der Demo gesehen hat und lobt ALI dafür. Der Gesprächsteilnehmer erwähnt, dass Dr. Gamal HESHMAT (hochrangiges Mitglied der MB und

---

[1] Das Hawala-Finanzsystem ist im Zahlungsverkehr ein weltweit bestehendes informelles Zahlungsverfahren, bei dem Transaktionen ausschließlich mit Bargeld erfolgen (aus Wikipedia mit Quellenangaben).

Präsident des ägyptischen Auslandsparlamentes; Anm.d.Ü) ihm vor 5 Tagen via geschickter Nachricht einen Vorschlag gemacht habe, und zwar die Errichtung eines Komitees, das für die Rettung aller Gefangenen verantwortlich sein soll. Dr. HESHMAT habe ihm einen Arbeitsplan geschickt. Er habe geantwortet, dass er HESHMAT dankt und die Revitalisierung von Rabia natürlich zu seinen Hauptanliegen gehöre. Er habe Dr. HESHMAT versprochen, alle Hauptorganisationen zu kontaktieren, um den Vorschlag zu besprechen. Der Gesprächsteilnehmer wolle ALI das Papier schicken, um es danach mit allen maßgeblichen Personen in einer Zoom-Konferenz zu besprechen. Aus diesem Gespräch geht hervor, dass ALI Ibrahim Elsayed Ahmed offensichtlich wichtiges Mitglied in der Struktur der Muslimbruderschaft in Österreich und Europa ist.

Im Gespräch am 26.08.2020 um 17:49 Uhr, (Wortprotokoll Nr. 160 (Lfd: 5262) erzählt EL-ROUMY Abdulhamid dem ALI Ibrahim Elsayed Ahmed, dass die Sicherheitsbehörden in Ägypten an der Nordküste bei ihm zu Hause in seiner Villa gewesen seien, um ihn zu verhaften und warnt ALI, dass er nicht nach Ägypten reisen soll. EL-ROUMY erwähnt, dass "Maher EL-HADDAD" (phon.) zu jenen Personen gehört, die wissen, dass er an der Nordküste eine Villa habe. Im weiteren Gesprächsverlauf tätigt ALI Ibrahim Elsayed Ahmed die Aussage – wenn EL-ROUMY ihm sagen kann, wann "Maher" nach Alexandria reisen werde, dafür sorgen werde, dass "Maher" einen tödlichen Schlag erleiden werde".

Am 08.04.2020 um 15:46 Uhr, (Wortprotokoll Nr. 15 (Lfd.: 249) spricht ALI mit einer männlichen Person namens ABOUWARDA Ahmed, hierbei betont er, dass er möchte, dass die Spenden ausgesuchte benachteiligte Menschen gezielt erreichen. Und zwar Menschen die arm sind und sich gegen Ungerechtigkeit auflehnen. In einem weiteren Gespräch mit ABOUWARDA erwähnt ALI, dass er seit 6 Jahren und nur in Ägypten das macht und sie sehr gut organisiert sind und in jeder Provinz jemanden hätten. Der Bruder "Ramadan Abdelghani" würde die Leute beauftragen. Namentlich wird der Bruder "Eid" in Gizeh erwähnt. Hierzu ist anzumerken, dass die Absetzung des ehemaligen ägyptischen Präsidenten Mohammed Mursi am 3. Juli 2013 erfolgte. Es ist anzunehmen, dass die Geldüberweisungen des ALI Ibrahim im Hawala-System nach Ägypten seit etwa diesem Zeitpunkt erfolgen.

In einem weiteren Gespräch am 15.04.2020 um 17:23 Uhr, (Wortprotokoll Nr. 18 (Lfd: 535) gibt ALI für die Übermittlung von Bargeld als Bedingung an, „dass es Leute sein müssen, die zu uns gehören". Im Gespräch mit der Telefonnummer des MOHAMED Ramadan spricht ALI ein Lob auf Sheikh Al-Qaradawi im Hinblick auf die Unterstützung der Armen in Ägypten aus. Hierzu ist anzumerken, dass Yusuf al-Qaradawi als Vordenker und Ideologe der islamistischen Muslimbruderschaft gilt. Um 17:25 Uhr desselben Tages spricht ALI Ibrahim mit einer männlichen Person (Rufnummer ist auf die Fa. CC Taxicenter GesmbH registriert) und gibt an, dass er bemüht ist, in Ägypten etwa 30 bedürftige Familien zu unterstützen. Hierfür gibt ALI

an, dass er vertrauenswürdige Personen sucht, die das Geld in Ägypten direkt verteilen können.

Am 06.05.2020 um 09:09 Uhr, (Wortprotokoll Nr. 53 (Lfd: 1216) spricht ALI mit AIAD Yousef, dem Betreiber der Al-Fath-Moschee in Wien. Am Anfang des Gespräches erzählt AIAD Yousef dem ALI Ibrahim, dass er nun noch zwei Mitglieder gewonnen hat. Im weiteren Verlauf des Gespräches rät ALI Ibrahim den AIAD Yousef, eine Gruppe aufzustellen, der er vertraut und die stark genug ist die Moschee zu führen. Diese Gruppe soll dann auch offiziell eingetragen werden. AYAD antwortet darauf mit den Worten „Haben wir, haben wir und alle sind Muslimbrüder". ALI Ibrahim antwortet darauf, dass es nicht wichtig ist ob Muslimbrüder oder keine Muslimbrüder. Es sei wichtig, dass es nur respektable Persönlichkeiten sein müssen, die eingetragen werden, Mitgliedschaftsbeiträge zahlen und dann als Generalversammlung anerkannt werden.

Am 13.05.2020, um 15:46 Uhr, (Wortprotokoll Nr. 63 (Lfd: 1448) spricht ALI mit FARAG Eid darüber, dass man die größtmögliche Zahl von Menschen erreichen will. ALI findet, dass diese Zahlungen lediglich eine Unterstützung darstellen, aber dass er damit nicht gänzlich für den Lebensunterhalt der Familien aufkommen kann. Andere Familien hingegen, die Familien von Märtyrern oder so... diese haben eine andere Situation. Aber das Geld dieser Unterstützungen, das lassen wir laufen sodass es eine Art Hilfe ist.

ALI spricht am 24.05.2009, um 17:09 Uhr, (Wortprotokoll Nr. 79 (Lfd: 1913) mit RADWAN Abd-El Rahman über ein Video von Sheikh Al-Qaradawi der auch gesagt hat, dass es sinnvoller ist, die Zakat in Form von Geld zu entrichten. Weiter erzählt er, dass auch der Prophet dazu aufgerufen hat, die Entrichtung der Zakat möglichst einfach und zweckdienlich zu gestalten. ALI Ibrahim und der Gesprächsteilnehmer sind sich einig, dass man islamischen Gelehrten wie Sheikh Qaradawi und Al-Ghazali (persischer isl. Theologe, gest. 1111, Anm.d.Ü.) folgen sollte, die in ihren Predigten Inhalte behandelten, die heute aktuell sind.

Am 10.07.2020 um 15:23 Uhr (Wortprotokoll Nr. 92, (Lfd: 3662) ruft Dr. KARAM Alaa, wohnhaft in Linz bei ALI Ibrahim an und bietet ihm an, Geld für Ägypten zur Verfügung zu stellen. Der „Dr." meint er habe den „Brüdern" in Ägypten, die Geld haben, alles genau auf Facebook geschrieben. Sie zahlen in Ägypten aus und er verrechnet dann hier gegen. Heute vor dem Gebet um 11:00 Uhr übergab ihm Dr. Cham El GOUHARI (phon.) 50.000! (ägyptische Pfund). ALI bittet den „Dr." ihm die Rechnung zu schicken und er schicke ihm das Geld, den Namen und Summe.

Am 22.07.2020 um 14:13 Uhr (Wortprotokoll Nr. 108 (Lfd: 3953) führt ALI Ibrahim mit HASAN Hosni ein Gespräch über die Absetzung von HOSNI aus dem Vereinsvorstand der Al-Taysir Moschee in Wien 1100. ALI gibt an, dass er nicht „in diese Schlacht hingezogen werden

möchte, weil diese „Hund" sind und El-Menshawy (aktueller Vereinsobmann) auch dazugehört. Diese haben ALI Probleme bereitet und sind zur Polizei gegangen und haben gesagt, dass ALI die Moschee übernehmen will, um die Moschee, zu einer Moschee für die Muslimbruderschaft umzuwandeln.

Am 27.07.2020 um 16:23 Uhr (Wortprotokoll Nr. 114 (Lfd: 4090) ruft AHMED Elsayed bei ALI an und fragt ob es möglich wäre, das von "Rami" (Sohn v. ALI Ibrahim) geführte Interview mit Untertiteln zu versehen, da er es unter die Leute vor allem Jugendliche bringen will. ALI erklärt, dass die Absicht des Interviews ist, der ägyptischen Regierung zu zeigen, dass eine Stimme gegen sie existiert. Elsayed AHMED meint, dass es auch in Europa Menschen gibt, die den Islam verteidigen. Sie reden über Rami, dass dieser mit dem deutschen Innenministerium zusammenarbeitet, er ins Parlament hätte gehen können, wenn er bereit gewesen wäre, auf manche seiner Überzeugungen zu verzichten und der einzige ist, der aus der Jugendgruppe (welche ALI gegründet hat) übriggeblieben ist. Die Jugendlichen und Araber würden sich zu wenig für den Islam/die Religion einsetzen und diesen verteidigen. Andere Volksgruppen (Türken, Bosnier, Tschetschenen, Afghanen) würden das besser machen und mehr zusammenhalten als die Araber. Die Türken arbeiten für Gott und versuchen den Islam zu verteidigen und auszubreiten und scheuen dafür keine Mühe. Selbst die Frauen setzen sich dafür ein. ALI erklärt, dass wenn diese Dokumentationsstelle eingerichtet wird, dass dies "ihr Ende" in Ö, wenn nicht in ganz Europa bedeuten würde.

ALI ruft bei einem Ramadan (phon.) am 07.08.2020 um 15:25 Uhr, (Wortprotokoll Nr. 133 (Lfd: 4712) an und erzählt, dass ihm GHALEI 8.000€ versprochen habe. Da GHALEI das Geld jedoch nicht hatte, musste ALI das Geld wo anders auftreiben. ALI will auch grundsätzlich nicht Geld hinunterschicken, sondern versucht das direkt von unten zu regeln. Sie haben mit Leuten/Gruppe aus der Türkei eine Rubrik eröffnet. Die Türken seien aber unnütz. ALI und Ramadan arbeiten lieber mit Leuten aus dem eigenen Kreis zusammen. ALI fragt nach dem Geld von Mustafa, woraufhin Ramadan erzählt, dass sie es sich von Mustafa trotz mehrmaliger Aufforderung nicht holen konnten. ALI ärgert sich und erklärt, dass er – wenn Mustafa ein Türke wäre – einen Anwalt in der Türkei engagieren würde, selbst, wenn dieser ihm 10.000 EUR kostet, um das Geld einzutreiben. ALI hätte sich – wenn ihn B informiert hätte – eingeschaltet und sich darum gekümmert, jetzt sei es zu spät.

**ALI fragt, ob es immer dieselben Leute aus Beni Suef (Provinz und Stadt in Oberägypten, Anm.d.Ü.) sind, mit denen Ramadan zu tun hat. Ramadan bejaht und sagt, dass die Leute sehr weit entfernt von der Gruppierung der Salafisten sind. Ursprünglich sind sie eine islamische/islamistische Gruppierung von Ahmed Youssef (phon.; Anführer der Jihad Organisation/Mitglied der Gruppierung islamischer Jihad der Jamaa Islamiya in Beni Suef, wurde am 21.08.2013 von ägyptischen**

**Sicherheitsbehörde verhaftet, Anm.d.Ü.) Lt. Ramadan hatte Ahmed Youssef die ganze Region unter Kontrolle, ganz Oberägypten und ist ein großer Name und war bei der Freitagspredigt in Rabia (=Protestlager der MURSI Unterstützer, Anm.d.Ü.) anwesend. Und die Sicherheitsbehörden beobachten sie deshalb streng.**

Am 09.08.2020 um 16:13 Uhr, (Wortprotokoll Nr. 134 u. Nr. 135 (Lfd: 4735 u. 4761) führt ALI Ibrahim mit Hr. ABD RABOU Rada, wohnhaft in Wien, zwei Gespräche über ein Treffen des ägyptischen Klubs in Österreich. ALI und ABD RABOU möchten, dass die Gespräche des Klubs vertraulich behandelt werden. ABD RABOU hat dem Konsul bei dem Gespräch gesagt, dass der ägyptische Klub ein Verein ist, der in Österreich anerkannt und bei der Vereinspolizei gemeldet ist. **Der Konsul meinte, dass er trotzdem dafür sorgen wird, dass alle Ägypter in Österreich systemtreu bleiben.** ABD RABOU sucht eine Ehefrau, ALI wird sich darum kümmern. Sie reden darüber, dass RAMI gut für die Leitung des Klubs wäre und selbst KURZ nicht aufrecht vor ihm stehen bleibe.

Am 16.08.2020 um 22:23 Uhr, (Wortprotokoll Nr. 149 (Lfd: 4957) führt ALI Ibrahim mit einer männlichen Person ein Gespräch – er wird von ALI als „Dr." bezeichnet. Diese Person **erklärt, er habe die Fotos der Demo gesehen und lobt ALI dafür.** ALI erklärt, er habe ihn zuvor wegen der Initiative von Ayman NOUR angerufen. Das habe der Al-Sharq-TV-Sender berichtet. Mit dabei sei auch Ibrahim MOUNIR. Der Gesprächsteilnehmer, Ayman NOUR habe ihm seine Erklärung und einen Artikel dazu geschickt. **Dr. Gamal HESHMAT (hochrangiges Mitglied der MB und Präsident des ägyptischen Auslandsparlamentes; Anm.d.Ü) ihm vor 5 Tagen via geschickter Nachricht einen Vorschlag gemacht habe, und zwar die Errichtung eines Komitees, das für die Rettung aller Gefangenen verantwortlich sein soll. Dr. HESHMAT habe ihm einen Arbeitsplan geschickt.** Er habe geantwortet, dass er **HESHMAT dankt und die Revitalisierung von Rabia** natürlich zu seinen Hauptanliegen **gehöre. Er habe Dr. HESHMAT versprochen, alle Hauptorganisationen zu kontaktieren, um den Vorschlag zu besprechen. B wolle ALI das Papier schicken, um es danach mit allen maßgeblichen Personen in einer Zoom-Konferenz zu besprechen.** ALI erklärt, dass die neue Idee von Ayman NOUR nur eine Idee aufgegriffen habe, die er schon lange gehabt hätte, nämlich eine Koalition aller bestehenden Institutionen zu bilden; z.B. Revolutionsrat und Parlament. ALI habe Ayman kontaktiert und ihn darauf hingewiesen, darauf zu achten, nur Personen mit einzubeziehen, die der Sache ehrlich verbunden seien. ALI habe keine Antwort von Ayman NOUR erhalten, deswegen wolle er sich mit ihm besprechen. ALI erklärt, wenn es in dieser Sache um Institutionen ginge, sei es notwendig, dass auch sie beide, ALI und der Gesprächsteilnehmer Stellung beziehen. ALI erzählt, dass auch Mahmoud Fathy (Mitglied der ägypt. MB, auf Terrorliste ägypt. Gerichte, flüchtig, offenbar in der Türkei, Anm.d.Ü), den ALI sehr respektiere, sagt, dass es notwendig sei, erst aufzudecken wer "ihre Sache" unterstütze

und wer nicht. ALI bittet den Gesprächsteilnehmer sich um diese Sache zu kümmern, und nicht Ali vorschicken solle, der aufgrund seiner Gutmütigkeit mehr schade als nütze. Der Gesprächsteilnehmer entgegnet, dass sie sich politisch innerhalb "ihrer" Dreiergruppe bewegen, die insgesamt sechs Hauptinstitutionen umfasse. ALI wiederholt, dass man Ali nicht vorschicken solle, wie das in der Türkei geschehen sei, denn dort habe er wenig angerichtet. Er fügt hinzu, dass ihn "Mohammed" von Al-Sharq-TV angerufen und um ein Interview gebeten habe. ALI boykottiere Al-Sharq eigentlich, "Mohammed" sei jedoch sehr insistierend gewesen. ALI habe ihm ein Interview gewährt und auch in diesem Interview von der Globalen Koalition der Ägypter im Ausland erzählt, obwohl dies nicht Thema gewesen sei. Der Gesprächsteilnehmer erzählt von einer Situation in der Ärztekammer in Ägypten, bei der auch Dr. Essam El-Erian (ehem. stellvertr. Vorsitzende der Partei für Freiheit und Gerechtigkeit, am 13.08.2020 in Haft verstorben, Anm.d.Ü.) dabei gewesen sei. Weiters erzählt er von einem gestrigen Interview, das er in Al-Watan gegeben habe und dass er auch in diesem Interview von ihren Aktivitäten gesprochen habe. Er habe im Interview erklärt, dass das Massaker von Rabia die letzte Phase der Militärherrschaft eingeläutet habe, weil dieser Vaterrolle, die das Militär bisher für das ägyptische Volk gespielt habe, nicht mehr geglaubt werde. MUBARAK hätte auch das machen können, was SISI gemacht habe, doch MUBARAK habe gewusst, dass dies das Ende der Militärherrschaft bedeuten würde. SISI verbreite Angst und Schrecken, es werde am Ende nicht zu seinem Vorteil sein. ALI erklärt, "sie" befänden sich in einer Krise, aber er schwöre, dass es von Anfang an Personen gegeben habe, die "ihre" Sache verraten hätten, und dass das auch vom Geheimdienst beabsichtigt war. ALI weist darauf hin, dass "sie" vorsichtig sein müssten, und zwar seit der Erklärung von Brüssel. ALI bittet den Gesprächsteilnehmer, den Vorschlag anzusehen und betont, man müsse dabeibleiben, von Institutionen, Organisationen oder Entitäten zu sprechen und nicht von einzelnen Personen. Es sei laut ALI notwendig, zur Initiative von Ayman NOUR Position zu beziehen. ALI sagt, sie hätten als Koalition sieben Länder, in denen sie arbeiten, während der Revolutionsrat allein arbeite. Der Gesprächsteilnehmer schlägt neuerlich vor, eine Sitzung abzuhalten, um die Sache zu diskutieren, er werde ALI das Papier von Dr. HESHMAT schicken.

Am 26.08.2020 um 17:49 Uhr, (Wortprotokoll Nr. 160 (Lfd: 5262) führ ALI mit EL-ROUMY Abdulhamid ein Gespräch. EL-ROUMY erzählt, die Sicherheitsbehörden seien in Ägypten an der Nordküste bei ihm zu Hause in seiner Villa gewesen, um ihn zu verhaften. Den Sicherheitsleuten sei erklärt worden, dass er nicht in Ägypten sei und auch nicht nach Ägypten komme. Er erzähle dies ALI nur, um ihn zu warnen, dass weder er noch "Rami" nach Ägypten reisen sollen. ALI erklärt, er werde sowieso nicht nach Ägypten reisen. EL-ROUMY meint, dass wohl auch hier Gefahr bestehe. ALI sagt: "Die sind ja nicht dumm, dass sie hier versuchen würden, mit uns herum zu spielen. Weil sie wissen ja, dass hier die Regierung

Bescheid weiß." EL-ROUMY bestätigt. ALI führt fort: "Deswegen, die sind ja nicht blöd, um hier diesen Schlag auszuführen". ALI sagt, das "Mohammed Ali" seit fünf bis sechs Tagen in Spanien sei. ALI meint, er habe seine Neffen angewiesen, ihn nicht mit "Onkel mütterlicherseits" anzuschreiben, um sich nicht in Gefahr zu begeben. ALI sei überzeugt, dass man sonst seine Neffen abholen würde. EL-ROUMY erzählt, dass "Maher EL-HADDAD" (phon.) zu jenen Personen gehört, die wissen, dass EL-ROUMY an der Nordküste eine Villa habe. ALI bezeichnet EL-HADDAD als räudigen Hund. EL-ROUMY erzählt, dass die Sicherheitskräfte in Ägypten zum Glück nicht diese fortschrittliche Technik hätten, um seinen Aufenthaltsort zu verfolgen. EL-ROUMY denkt, die österreichischen Behörden hätten den ägyptischen Sicherheitsbehörden den Auftrag gegeben, nach ihm zu suchen, weil die Sicherheitsbehörden in Ägypten mit seinem österreichischen Namen nach ihm suchen würden. In Ägypten scheine er als "Mohammed Ismail" auf, die Sicherheitskräfte hätten jedoch bei seiner Villa nach dem Namen "Sheikh Mohammed Saleh" (phon.) gesucht. ALI meint, dahinter stecke mit Sicherheit "Maher". EL-ROUMY sagt, Maher hätte die Nachbarvilla, die EL-ROUMY ihm vermittelt habe. **ALI sagt, dass er - wenn EL-ROUMY ihm sagen kann, wann "Maher" nach Alexandria reisen werde, dafür sorgen werde, dass "Maher" einen tödlichen Schlag erleiden werde.** EL-ROUMY habe keinen Kontakt mehr zu "Maher". ALI und EL-ROUMY unterhalten sich Ali EL-SAIDI (El-Saidi= auch der Oberägypter, Anm.d.Ü.), der auch für die Botschaft arbeite; ALI meint, dass man sich vor diesen Leuten in Acht nehmen muss, die allesamt für den ägypt. Geheimdienst arbeiten. Auch Personen, wie „Dr. REDA" (phon.) hätten sich in der Vergangenheit den Ägyptern angebiedert und würden z.B. die Gesellschaft von El-ASWANI (phon.) und Mamdouh EL-ATTAR suchen. EL-ROUMY erzählt, dass er Dr. Reda im Islamischen Zentrum kennen gelernt hat. ALI habe von Ärzten in Ägypten gehört, dass Dr. Reda für den Geheimdienst arbeite.

Aufgrund der geschilderten Sachverhalte kann davon ausgegangen werden, dass ALI Ibrahim Elsayed Ahmed ein einflussreiches und wichtiges Mitglied in der Struktur der Muslimbruderschaft in Europa ist und oppositionelle Gruppierungen wie die Muslimbruderschaft in Ägypten finanziell unterstützt. Es besteht weiter der Verdacht, als führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation in Österreich aktiv gefördert zu haben.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des ALI Ibrahim Elsayed Ahmed für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter ALI Ibrahim Elsayed Ahmed mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel, umzusetzen.

ALI Ibrahim Elsayed Ahmed unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

ALI Ibrahim Elsayed Ahmed steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB begangen zu haben.

## 4) Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed, am 12.09.1981 Gharbeya/Ägypten geb.,

Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed steht nach den Ergebnissen des Ermittlungsverfahrens im Verdacht ein Mitglied der Muslimbruderschaft in Österreich zu sein. In der Zeit von 2010 bis Mitte 2012 wurde Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed von Dr. Ayman Ali AHMED in die EL NUR Moschee nach Graz geholt. Dort unterrichtete Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed auch die Kinder. Angemerkt wird, dass es sich bei der EL NUR Moschee nach der Verdachtslage um eine Moschee der Muslimbruderschaft handelt. Funktionen in dieser Moschee werden nur an Personen verteilt, die im Interesse und nach der Ideologie der Muslimbruderschaft handeln. Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed war enger Mitarbeiter von Dr. Ayman Ali AHMED. Bei Dr. Ayman Aly AHMED handelt es sich um den ehemaligen stellvertretenden Generalsekretär der FIOE (Föderation islamischer Organisationen in Europa) und zuletzt Berater des ehemaligen und mittlerweile verstorbenen Mohammed MURSI in Ägypten. Dr. Ayman Ali AHMED gilt als einer der ranghöchsten Vertreter der Muslimbruderschaft und ist seit dem Militärputsch von General Abd al Fatah AL-SISI in Ägypten inhaftiert. Im Jahre 2012 konnte Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed auf einem Foto zusammen mit Dr. Chakib BEN MAKHLOUF, dem Generalsekretär der FIOE bei der 28. Konferenz der Muslime in Frankreich festgestellt werden. Im selben Jahr zeigte Ben MAKHLOUF die für Muslimbrüder übliche unterstützende Haltung zur HAMAS. Bei einem Besuch in Gaza rief er zum Endsieg der Palästinenser auf. Er besuchte Gräber von Märtyrern sowie von Scheich Ahmed Yasin (einem der Gründer der HAMAS) und brachte seine Hochachtung für deren Menschenleben fordernde terroristische Handlungen zum Ausdruck.

Am 04.02.2011 fiel Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed bei einer Demonstration, welche vom Verein Liga Kultur (=EL NUR Moschee) angemeldet war, auf. An dieser Demonstration, die gegen das Regime von Mubarak gerichtet war, nahmen auch Dr. Ayman Ali AHMED sowie dessen Söhne Ahmed und Aly AHMED teil. Aufgrund des Schwenkens einer Jihad-Flagge während dieser Demonstration kam es zur Anzeigeerstattung wegen des Verdachts des versuchten Landzwanges beim Landesgericht für Strafsachen in Graz.

Im September 2012 übersiedelte Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed nach Wien und leitet seit ca. 2014 die Jugend-Organisation „Jugend der Liga Kultur", welche in 1200 Wien, Greiseneckergasse 10, an der gleichen Adresse wie der Hauptverein „Liga Kultur", welcher als Ableger der Muslimbruderschaft in Österreich gilt, etabliert ist. Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed trat auch bei einer Versammlung mit den Jugendlichen der „Liga Kultur" in Wien auf, wo er ein gelbes T-Shirt mit einem schwarzen

R4bia Zeichen (Symbol der Muslimbruderschaft) trug und die rechte Hand zum sog. Muslimbruder Gruß ausstreckte.

Am 12.04.2014, fand in 1210 Wien, Angerer Straße 14, eine Veranstaltung von Anhängern der Muslimbruderschaft mit dem Titel: „Die Revolution geht weiter und das Volk reißt sich die Freiheit" statt. Dabei trat **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** als Redner auf der Tribüne, die mit Devotionalien der Muslimbruderschaft dekoriert war, auf. Das Sprechpult vor **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** ist mit dem Abbild von Mohammed MURSI geschmückt. Der Tisch auf der Bühne ist geziert mit der ägyptischen Flagge und sowie mit dem R4bia Zeichen. Dabei hob **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** auch regelmäßig den rechten Arm zum R4bia Gruß ins Publikum.

**Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** beteiligte sich regelmäßig an Demonstrationen von Anhängern der Muslimbruderschaft vor der Ägyptischen Botschaft in Wien. Teilweise trat **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** auch dort als Redner auf.

Auf seinem Facebook-Account postete **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** eine weitere Größe der Muslimbruderschaft. Dabei ist er auf einem Foto zusammen mit Saad Ismat Mohammed AI HUSSEINI zu sehen. AL HUSSEINI ist seit 2008 auch Mitglied des Muslimbruderschafts-Polit-Büros in Ägypten und zählt zum engsten Kreis um den derzeit inhaftierten ehemaligen obersten Muslimbruderschafts-Anführer Mohammed BADIE. Auch AL HUSSEINI ist als Mitglied der Muslimbruderschaft und wegen des konkreten Verdachts mit Terror in Verbindung zu stehen in Ägypten inhaftiert.

Zusammengefasst ist deutlich zu erkennen, dass **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** die Nähe zur Muslimbruderschaft pflegt. Allein seine Anstellungen in ideologischen Bildungsstätten der Muslimbruderschaft und deren Ableger zeugen von **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** Einstellung.

Im Zug der laufenden Telefonüberwachung des Beschuldigten **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** wurde am 06.04.2020, um 21:30 Uhr ein Gespräch mit Hr. WEINBERGER Martin Muhammad Omar (Lehrer bei der IRPA) aufgezeichnet und unter (Wortprotokoll Nr. 1 (Lfd: 7) verschriftet. WEINBERGER schlägt eine Bewerbung in Berlin für **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** vor. **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** hat aber nicht vor, nach Berlin zu gehen. Im Zuge des weiteren Gesprächs tätigte WEINBERGER die Aussage „Also du bist der Muslimbruder, der die Strategie am besten umgesetzt hat und sein eigenes Muslimbrudertum schon komplett ausradiert hat".

Im Zuge eines Telefonats am 22.04.2020 um 20:20 Uhr, (Wortprotokoll Nr. 3 (Lfd: 126) fragt **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** den WEINBERGER um dessen Meinung betreffend einer „Tafsir" (Koranauslegung), welche die Universitätsmoschee von ihm haben möchte. Hierzu erwähnt ELDALOAA, dass diese Moschee ein Projekt der Liga Kultur ist. Nachdem **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** auch die „JLK" = Jugend Liga Kultur erwähnt, gibt WEINBERGER hierzu an, dass die Eltern der Jugendlichen in der Liga Kultur aktiv sind. **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** bestätigt dies mit „Ja". WEINBERGER erwähnt weiter, dass Omar Al Rawi (Anm.: Landtagsabgeordneter der Wiener SPÖ) und „Olgon" (Anm.: vermutlich Ibrahim Olgun von der IGGÖ) bei der Zertifikatsverleihung dort waren und betont, dass es ein Projekt von der Jugend Liga Kultur selbst war und mit diesen Leuten gesessen sei, mit diesen Leuten geredet und habe das mit diesen Leuten getan.

AM 25.05.2020 um 09:34 Uhr, (Wortprotokoll Nr. 5 (Lfd: 939) ruft **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** bei Dr. Fuat SANAC, ehemaliger IGGÖ Präsident an und sagt ihm, dass er seine Hilfe wegen Addendum und der geschriebenen Lehrerliste braucht. Weiters meint **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** dass er nie mit Jamal MORAD kooperiert hat, da dieser für ihn hochproblematisch ist und er sich als Muslimbruder ausgibt, aber in seinen Augen keiner ist. In weiterer Folge geht das Gespräch über Bilder auf Facebook, welche in der Liga verbreitet sind und für **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** belastende Materie im Zusammenhang mit MORAD und der Liga darstellen können. Aus diesem Grund bittet **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** in weiterer Folge Dr. SANAC ob er diese löschen kann. Daraufhin wird **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** von Dr. SANAC gefragt ob er nichts mit der Liga zu tun haben will. Auf diese Frage wird dann mit „genau das ist der Fall" geantwortet. Dr. SANAC meint dann, dass die Liga kein Problem und legal war. In weiterer Folge gibt **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** an, dass in Graz die Liga und die Al-Hidaya Moschee (Wien 1020) Muslimbrüder sind. Gegen Ende des Gespräches meint Dr. SANAC dass er MORAD vom ersten Moment an nicht gemocht hat.

Am 25.05.2020 um 09:46 Uhr, Wortprotokoll Nr. 6 (Lfd: 940) versendet **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** eine SMS Nachricht an Dr. SANAC Fuat mit drei verlinkten Beiträgen

https://m.facebook.com/story/graphql_permalink/?
graphql_id=UzpfSTEwMDAwNDQxNzY4Njc4NDo1NTg1MzYwODQzMDM2NDM%3D

Im ersten Link hat SANAC dazu geschrieben:

„Heute in der "Jugend der Liga Kultur" 8.4.2016. Deutschzertifikate für die Flüchtlinge organisiert von der Moschgemeinde Liga Kultur. Selbst organisiert und finanziert! Ich gratuliere Euch für diese Initiative."

https://m.facebook.com/story/graphql_permalink/?
graphql_id=UzpfSTEwMDAwNDQxNzY4Njc4NDoyODQxMDQxMTg0MTM1MDk%3D

Beim zweiten Link hat SANAC dazu geschrieben:

„Heute beim "Jugend der Liga Kultur in Österreich" 23.3.2014   Ein neuer Vorstand und ein neuer Wind beim Liga Kultur. Ich danke dem Obmann Dr. Maher Kreschan und Mag. M. Abualwafa für die Einladung. Ich wünsch meinen jungen Geschwistern viel Erfolg!"

https://m.facebook.com/story/graphql_permalink/?
graphql_id=UzpfSTEwMDAwNDQxNzY4Njc4NDozNDg2Mjk3NDUyOTQyNzk%3D

Beim dritten Link hat SANAC dazu geschrieben:

„Besuch des Vorstandes der "Jugend der Liga Kultur" (JLK) 26.9.2014. Sie Präsentierten die Zeitschrift "JLK-Times" und neue Aktivitäten".

In einem Telefongespräch am 18.07.2020, um 15:20 Uhr, (Wortprotokoll HAFEZ Nr. 6 (Lfd. 615) welches der im gegenständlichen Verfahren als Beschuldigter geführte Farid HAFEZ mit dem Abgeordneten zum Wiener Landtag, Dipl. Ing. Omar AL-RAWI führt, wird das Gespräch auf **Dr. EL-DALOAA ABU AL WAFA Mohammed Ahmed** gelenkt. Dabei erwähnt AL RAWI, dass er nicht versteht, warum dieser bei Mouhanad KHORCHIDE „geliked" hat. Dabei fragt dann HAFEZ ob AL-RAWI in seinem Artikel eh die Gastkommentare in den letzten Monaten und Jahre gesehen hat. Laut AL-RAWI versuche dieser sich ja nur frei zu waschen, weil er im Ramsauer-Buch (der Journalistin Petra RAMSAUER über die Muslimbruderschaft) vorkommt. Diese dürfte ihn große persönlichen Schaden eingebracht haben. HAFEZ meint daraufhin, dass er ihn auch in seinem Islamophobie Bericht erwähnt hat, dies weil ihm das „Oarschkriechen", und was anderes war es nicht was er laut HAFEZ gemacht hat, ohne irgendeine Würde ist.

Auf Grund dessen fragt dann AL RAWI wer ihn so in die Richtung coacht. HAFEZ meint daraufhin, dass dies der nächste Typ von der Integrationswelle ist und dass er von Politikern gehätschelt wird. Das ist laut HAFEZ immer das gleiche mit den gescheiterten Persönlichkeiten, KHORCHIDE, ASLAN die dann versuchen irgendwie aufzusteigen.

Laut AL RAWI habe er **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** gefragt warum er den Artikel von Mouhanad (gemeint KHORCHIDE) gelikt hat, er hat dann nur gesagt, wenn es dich ärgert, nehme ich das „Like" zurück. Laut HAFEZ habe **Dr. EL DALOAA ABU AL**

**WAFA Mohammed Ahmed** auch ein Buch zum Thema Dschihad geschrieben. Es soll eine europäische gewaltlose Dschihad Interpretation sein. Daraufhin meint AL RAWI, dass **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** durch das Ramsauer Buch Riesen-Probleme hat und eine Klage macht. Als nächstes wird das Gespräch auf die Wiener Zeitung gelenkt und dass er ja eine gute Connection haben muss um dort regelmäßig zu schreiben.

**Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** steht aufgrund der vorliegenden Sachverhalte im Verdacht, als führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation aktiv gefördert zu haben. Die Muslimbruderschaft ist offensichtlich in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Aufgrund seiner Tätigkeit im ehemaligen Verein „Jugend LIGA Kultur" leistete **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in Österreich.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (Islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und

– 127 –

Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),
- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,
- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Dr. EL DALOAA ABU AL WAFA Mohammed Ahmed** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs 2 StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

**5) MOHAMED Ibrahim, 29.07.1969 Belbees / Ägypten geb.,**

MOHAMED Ibrahim ist langjähriges Mitglied im Verein LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10, wo er auch die Funktion des Vereinsobmannes ausübte. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich. (Siehe Gutachten Heinisch/Scholz). MOHAMED Ibrahim ist ebenso langjähriges Mitglied im Verein „Islamische Vereinigung in Österreich – IVÖ", wo er seit 11.03.2019 die Funktion des Obmannes besetzt. Der Vereinssitz befindet sich in 1020 Wien, Praterstaße 52. An dieser Örtlichkeit befindet sich

auch die vom Verein betriebene Al-Hidaya-Moschee, wo MOHAMED Ibrahim bisher als Prediger fungierte. Die „Islamische Vereinigung in Österreich" (IVÖ) ist auch der Betreiber der Al-Resalah-Moschee in 1140 Wien, Breitenseer Straße 36. Beide Moscheen werden in das Umfeld der Muslimbruderschaft eingeordnet. Bei Internet Recherchen konnten auf dem Facebook Profil des MOHAMED Ibrahim Bilder vorgefunden werden, wo er mit mehreren Männern zu sehen ist, welche mit der rechten Hand R4bia-Zeichen skandieren. Hierbei handelt es sich um ein Symbol, welches von der Muslimbruderschaft und deren Sympathisanten verwendet wird. Bei einer Demonstration am 06.10.2013 in Wien, welche anlässlich der Absetzung des ehemaligen ägyptischen Präsidenten Mohammed MURSI stattfand, engagierte sich MOHMED Ibrahim als Redner und Einpeitscher. Im Zuge der Rede tätigte MOHAMED Ibrahim die Aussage, „dass sie die Würde wiederherzustellen und dass sie Tausende oder Millionen opfern werden, um die Würde und Legalität wiederherzustellen. Bei den aufgezeichneten Telefongesprächen des MOHMED Ibrahim werden vorwiegend Spendensammlungen für die Moscheen und Geldüberweisungen thematisiert.

Bei einem Telefongespräch am 12.04.2020, (Wortprotokoll Nr. 14 (Lfd: 226) spricht MOHMED Ibrahim mit Dr. MOHAMED Talaat über die finanziellen Nöte der Al-Hidaya und der Resalah Moschee. Dr. MOHAMED Talaat erwähnt, dass er sich ärgert über die Brüder in der Ennahda in Tunsien und meint ob ihr Atem denn nicht auch unser Atem ist (gemeint: Ihre Ausrichtung, denn nicht auch unsere Ausrichtung ist, Anm.d.Ü.)…wirklich bei Gott…

In einem Telefongespräch am 06.05.2020, (Wortprotokoll Nr. Nr. 63 (lfd:626) spricht MOHAMED mit ABDELRAHMAN Fadi, welcher ihn um Erlaubnis bittet, eine „Fatwa" (Rechtsgutachten) von Sheikh Yusuf al-Qaradawi (Vordenker und Ideologe der islamistischen Muslimbruderschaft) betreffend die Entrichtung von „Zakat" (Sozialabgabe im islamischen Glauben) einzuholen.

MOHMED Ibrahim steht aufgrund der vorliegenden Sachverhalte im Verdacht, als führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation aktiv gefördert zu haben. Die Muslimbruderschaft ist offensichtlich in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. In seiner Funktion als Vorstandsmitglied im Vereins „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" und im Verein „Islamische Vereinigung in Österreich – IVÖ", sowie durch seine Predigten leistete er einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in Österreich. Es besteht

weiter der Verdacht, dass er durch das Sammeln von Spenden die Etablierung der Muslimbruderschaft in Österreich aktiv unterstützt hat.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des MOHMED Ibrahim für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter MOHMED Ibrahim mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

MOHMED Ibrahim unterstützt und propagiert zumindest seit seiner Funktion als Obmann in der Liga Kultur ab 02.02.2015 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung

festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**MOHMED Ibrahim** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


### 6) MOHAMED Zakaria, geb. 23.01.1964 Kairo geb:

MOHAMED Zakaria ist dringend verdächtig konkrete Verbindungen zur Muslimbruderschaft aufzuweisen und diese ideologisch und finanziell zu unterstützen. Nach der Absetzung des ehemaligen ägyptischen Präsidenten Mohamed MURSI wurde MOHAMED Zakaria als Redner und Einpeitscher bei Kundgebungen in Wien wahrgenommen, welche sich gegen das Nachfolgeregime unter Abd al-Fattah as-Sisi richteten. Anmelder dieser Kundgebungen war ALI Ibrahim, der Obmann des Vereines Koordinierungsrat der Ägyptischen Gemeinde in Österreich (KRÄGÖ). MOHAMED Zakaria ist auf einem Foto zwischen Mohamed HIKAL und Dr. Mohammed GAWADY beim Skandieren des Rabia Symbols zu sehen, welches offensichtlich im Zuge einer Veranstaltung am 28.03.2014 in 8020 Graz, Lagergasse 57, aufgenommen wurde (Siehe 3. Anlass-Bericht vom 12.12.2019, Seite 12). MOHAMED Zakaria war bis Ende 2016 als Imam in der Al-Taysir-Moschee in 1100 Wien, Pernerstorfergasse 22, tätig. Aufgrund seiner radikal-islamistischen Predigten und wegen seiner bekennenden Nähe zur Muslimbruderschaft wurde er vom dortigen Vereinsvorstand Anfang des Jahres 2017 aus der Moschee entfernt. Die Folge waren Streitigkeiten und Proteste, welche von außen gegen den Vorstand der Al-Taysir-Moschee bzw. den Betreiberverein organisiert wurden. Der Vereinsobmann und Betreiber der Al-Taysir-Moschee nannte als Hauptverantwortlichen hierfür den im gegenständlichen Verfahren als Mitbeschuldigter geführte ALI Ibrahim, Obmann des Vereines „Koordinierungsrat der Ägyptischen Gemeinde in Österreich (KRÄGÖ)". Das Ziel sollte die Auflösung des Vereinsvorstandes der Al-Taysir-Moschee gewesen sein, um diesen mit gefügigeren Personen ersetzen können, wodurch ein Einfluss von Sympathisanten der

Muslimbruderschaft auf den Verein und die Moschee gewährleistet wäre. Ein von dem StA-Wien diesbezüglich geführtes Verfahren zur Zahl.: 56 St 30/18s − 1 wurde am 28.02.2018 eingestellt.

In einer Predigt, welche MOHAMED Zakaria vermutlich gegen Jahresende 2016 in der Al-Taysir-Moschee in 1110 Wien, Pernerstorfergasse 22, hielt, wurde das Niederwerfen vor dem Kreuz oder das Gratulieren zu den Feiertagen von Christen abscheulicher, als Alkohol, Mord oder Unzucht bezeichnet. Auf einem kurzen Videomittschnitt ist zu sehen, wie MOHAMED Zakaria in Al-Taysir-Moschee predigt, dass es „Haram" ist, einen Kufr (Ungläubigen) zu ihrem praktizierenden Glauben zu gratulieren. Wörtlich: „Den Kufr zu ihrem praktizierenden Glauben zu gratulieren, ist „Haram. Das gilt für alle. Es ist Haram. Hört noch einmal zu: Es ist, als ob man sich vor deren Kreuz niederwirft / zu Boden wirft. Und man gratuliert dir, dass du das Kreuz niedergeworfen hast: Deshalb ist das Gratulieren / Loben eines Ungläubigen für Allah viel schlimmer, als jemanden für sein Alkohol Trunk, oder Ehebruch oder dem Töten zu gratulieren/loben." Dieser Sachverhalt wurde der StA-Wien wegen des Verdachtes der Verhetzung am 15.01.2019 zur dortigen Zahl: 503 St 218/18z-3 zur Anzeige gebracht. Ein Ermittlungsverfahren wurde nicht eingeleitet.

Die bisherige Auswertung der Telefonüberwachung ergab, dass MOHAMED Zakaria ein Hawala-Finanzsystem zwischen Österreich und Ägypten betreibt. Wie aus den Wortprotokollen zu entnehmen ist, dienen die Geldüberweisungen als „Spende für inhaftierte Brüder in Ägypten" oder man kennt Leute die „Spezialisten für Familien und Märtyrern von Gefangenen sind".

Bei dem aufgezeichneten Telefongespräch am 28.04.2020 um 18:04 Uhr, (Wortprotokoll Nr. 4 (Lfd. 190) geht es vorwiegend um das Geld sammeln, welches von und nach Ägypten geht. MOHAMED Zakaria erwähnt gegenüber AHMED Samir, dass er in Ägypten einen „Bruder" hat, welcher 40.000 ägyptische Pfund (ca. 2.150 €) übernehmen soll.

Bei einem weiteren Telefongespräch zwischen MOHAMED Zakaria und AHMED Samir, welches am 30.04.2020 um 19:33 Uhr, (Wortprotokoll Nr. 5 (Lfd. 230) geführt wurde, spricht MOHAMED Zakaria abermals mit AHMED Samir, über einen Geldbetrag in der Höhe von € 1.000,- und um einen gewissen „Abu Al Yazid", dieser soll die Angelegenheit mit einem weiteren Mann in Ägypten stets organisieren.

Am 16.05.2020 um 13:05 Uhr findet zwischen MOHAMED Zakaria erneut mit dem zuvor erwähnten AHMED Samir ein Gespräch (Wortprotokoll Nr. 6 (Lfd. 327) statt. Wieder geht es um einen Geldbetrag, dieses Mal in der Höhe von € 2.000,-. Diesen Betrag will MOHAMED an AHMED Samir zur „weiteren Nutzung" übergeben. Den Betrag hat MOHAMED von einem „Bruder" erhalten. Einen Teil würde MOHAMED verwalten und den Rest bekommt AHMED.

Bei dem € 2000.- soll es sich um eine Sadaka (Spende) für inhaftierte „Brüder" in Ägypten handeln.

Bei einem weiteren Gespräch 16.05.2020, um13:45 Uhr, mit AHMED Samir unter dem Wortprotokoll Nr. 7 (Lfd. 330) wird MOHAMED Zakaria von AHMED Samir mitgeteilt, dass ca. 50 % der Personen in Ägypten eine Spende benötigen. AHMED erwähnt bei diesem Telefonat, dass er Leute kennt, die bei diesem Thema Spezialisten für Familien und Märtyrern von Gefangenen sind.

Es wurde am 21.05.2020 um 15:19 Uhr, (Wortprotokoll Nr. 8, (Lfd. 360) wurde ein Telefongespräch zwischen MOHAMED und AHMED Samir aufgezeichnet. Dabei geht es um einen gewissen „Abdulrahman Abdulmajid Mustafa". Dieser soll sich in Kairo befinden. AHMED Samir fragt bei MOHAMED Zakaria nach, ob der „Sukrat" (phon.) bereit ist. MOHAHMED Zakaria bestätigt dies und gibt an, die Nummer des „Abdulrahman Abdulmajid Mustafa" an AHMED Samir geschickt zu haben. In weiterer Folge erwähnt MOHAMED eine zusammengerechnete Geldsumme in der Höhe von € 1050.- an. Dazu gibt MOHAMED Zakaria an, dass er gleich „alles löschen" werde.

Aufgrund der ideologischen Nähe des MOHAMED Zakaria zur Muslimbruderschaft, sowie wegen der Inhalte der Telefongespräche entsteht der dringende Verdacht, dass MOHAMED Zakaria unter Zuhilfenahme eines HAWALA-Finanzsystems, oppositionelle Gruppierungen wie die Muslimbruderschaft in Ägypten finanziell unterstützt. Erhärtet wird dieser Verdacht durch Aussagen in den Gesprächen wie „Spende für inhaftierte Brüder in Ägypten" oder „man kennt Leute die Spezialisten für Familien und Märtyrern von Gefangenen sind".

MOHAMED Zakaria steht aufgrund der vorliegenden Sachverhalte im Verdacht, als führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation in Österreich aktiv gefördert zu haben. Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des MOHAMED Zakaria für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder,  darunter  MOHAMED  Zakaria  mit  terroristischen  Straftaten  und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

MOHAMED Zakaria unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),
- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,
- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

MOHAMED Zakaria steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

**7) DOGHMAN ABDALLAH Adel** am 19.05.1963 geb.

DOGHMAN ABDALLAH Adel steht im dringenden Verdacht eine führende Persönlichkeit aus dem zentralen Umfeld der HAMAS in Europa und in Österreich zu sein. DOGHMAN war maßgeblich an nationalen und internationalen Veranstaltungen von Palästinensern beteiligt, welche scheinbar der Etablierung bzw. Unterstützung der Organisation HAMAS und der Muslimbruderschaft in Österreich und in Europa dienten. In Österreich gründete DOGHMAN ABDALLAH Adel im Jahr 1993 die PVÖ „Palästinensische Vereinigung in Österreich" und fungierte während des Bestehens bis zur Selbstauflösung am 01.12.2008 als Vereinsobmann. Als Nachfolgeverein entstand der „Palästinensischer Humanitärer Verein in Österreich – PHV-Ö", unter dem Obmann ABDELHALIM Hani, welcher im gegenständlichen Verfahren als Mitbeschuldigter geführt wird. Nach Auflösung des Vereines PHV-Ö im Jahr 2013, etablierten sich die Nachfolgevereine „Human Help – humanitäre Unterstützung von Immigrantenfamilien" in Not", sowie der Verein „RAHMA Austria - Unterstützung von Familien in Not", welche ihren Sitz in Wien haben. Aus dem Umfeld der angeführten Vereine wurden in der Vergangenheit regelmäßig Veranstaltungen unter anderem im Haus der Begegnung in 1220 Wien, Bernoullistraße 1, bzw. 1210 Wien, Angerer Straße 14 organisiert, wobei inhaltlich stets für die „palästinensische Sache" geworben wurde. Unter den Teilnehmern befanden sich namhafte Persönlichkeiten aus der Muslimbruderschaft. DOGHMAN ABDALLAH Adel selbst wurde bei diesen Veranstaltungen stets an vorderster Reihe wahrgenommen. DOGHMAN ABDALLAH Adel ist auch ein langjähriges Mitglied im Verein LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greisenckergasse 10. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich. (Siehe Gutachten Heinisch/Scholz).

Ein im gegenständlichen Verfahren anonym geführter Hinweisgeber, bezeichnete im Zuge eines Gesprächs am 14.06.2020 mit einem Mitarbeiter des LVT Wien, den DOGHMAN ABDALLAH Adel als mutmaßlichen HAMAS-Aktivisten und zur Gruppe des SHAKIR Ammar gehörig. Ammar SHAKIR bezeichnete er als den führenden Muslimbruder in Österreich. Zu dieser Gruppe gehören laut der Aussage des anonymen Hinweisgebers die Brüder Aiman MORAD und Mohamed Jamal MORAD, sowie Farid HAFEZ und Alexander OSMAN.

Im Zuge der Ermittlungsmaßnahmen gegen DOGHMAN ABDALLAH Adel wurden mehrere Telefonkontakte aufgezeichnet, darunter Gespräche mit einer männlichen Person namens „Abu Abdallah" (phon.), welcher die britische Telefonnummer +447710342785 verwendete.

In den Gesprächen geht es unter anderem um Spendensammlungen für Gaza bzw. für Flüchtlingslager in Gaza, Libanon und Syrien. Auch Spenden anlässlich des Ramadan werden thematisiert. In diesem Zusammenhang wird auch besprochen, dass es einfach sei, Stiftungen/ Institutionen zu gründen und Spenden zu sammeln, da er (DOGHMAN) das Land

(Österreich) gut kenne. DOGHMAN erklärt in den besagten Telefonaten weiter, "dass er Überweisungen nach Gaza und Libanon sowie an Organisationen und Stiftungen organisiert".

Am 05.04.2020, um 12:40 Uhr (Wortprotokoll Nr. 2 (Lfd: 75), spricht DOGHMAN ABDALLAH Adel mit einer männlichen Person namens „Abu Abd Almalek", welcher eine schwedische Telefonnummer benutzt. Im Gesprächsinhalt geht es um einen Frauenverein in Schweden und Europa und um das Sammeln für alleinerziehende Mütter. DOGHMAN ABDALLAH Adel erwähnt, dass der Frauenverein ein Konto in Österreich hat und erwähnt hierzu, "dann organisieren wir die Überweisung nach Gaza oder Libanon oder an Organisation oder Stiftung".

DOGHMAN ABDALLAH Adel telefoniert am 11.04.2020, um 16:04 Uhr (Wortprotokoll Nr. 6 (Lfd: 183) mit seinem mutmaßlichen Stellvertreter ABDELHALIM Hani. Im Gespräch werden finanzielle Unterstützungen für die AL-Hidaya-Moschee und die Al-Resala-Moschee thematisiert. Im Telefongespräch wird auch der im gegenständlichen Verfahren als Mitbeschuldigter geführte HERMAS Hermas erwähnt. ABDELHALIM tätigt dabei die Aussagen" HERMAS hat mit Scheich Ibrahim geredet und gesagt wir" übernehmen seinen Akt von 4, 5 und 6 und wir kümmern uns um Al-Hidaya und und Al-Resalah - dass er jetzt über Resalah überwiesen hat. Scheich Ibrahim hat in Bratislava Pech gehabt, und AL Risala geht es nicht gut, er soll AL Risala an Abu Moaz hergeben."

Hierzu wird angemerkt, dass beide Moscheen in das Umfeld der Muslimbruderschaft eingeordnet werden und vom Verein „Islamische Vereinigung in Österreich – IVÖ" (Gründer Aiman und Mohamed Jamal MORAD) betrieben werden. Adel DOGHMAN war vom 01.10.1991, bis 31.10.1992 beim Verein IVÖ als Angestellter beschäftigt.

DOGHMAN ABDALLAH Adel telefoniert am 17.04.2020, um 18:08 Uhr (Wortprotokoll Nr. 11 (Lfd: 248), mit Frau TARSOUSI Rihab, welche die Vorsitzende von „Wafaa-Woman Österreich". Diese arabische Organisation mit Sitz in 1020 Wien, Praterstraße 25/9a, unterstützt wie auf der Homepage unter wafaawoman.at ersichtlich ist, Projekte im Libanon und Palästina. Im Verlauf des Gesprächs erwähnt DOGHMAN ABDALLAH Adel, dass „Dr. Mohammad Fares" aus Frankreich 1.000,- Euro überwiesen hat. Er möchte wissen ob der Betrag gekommen ist oder nicht".

Bei einem Telefonat am 22.04.2020, um 01:24 (Wortprotokoll Nr. 12 (Lfd: 201), welches DOGHMAN ABDALLAH Adel mit einer männlichen Person namens „Abu Abdallah" (phon.) führt, wird einleitend über ein Flüchtlingslager in Hebron gesprochen. „Abu Abdallah" verwendet dabei die britische Telefonnummer +447710342785. Im Zuge des weiteren Gesprächsverlaufes schlägt DOGHMAN seinem Gesprächspartner vor, „diese Initiative über die Al-Wafaa- Campaign zu machen", woraufhin „Abu Abdullah" antwortet, dass der

Vorsitzende von Al- Wafaa-  Campaign „Abu Ali" (phon.) ist und er muss diese Sache vorschlagen. „ABU ABDALLAH" sagt zu DOGHMAN, dass er jetzt einen allgemeinen Satz schreiben soll: „Eine Kolonne kommt von Beirut um Hebron- Flüchtlingslager zu desinfizieren und das wird über den Namen von Al- Wafaa- Campaign Europe gemacht."

Bei Abu Ali handelt es sich offensichtlich im Amin Abou Rasheed, den Leiter der „Al-Wafaa-Campaign", welcher laut Internetrecherchen auch der Chef der Spendenaktionen für die HAMAS sein soll. Die „Al-Wafaa-Campaign" unterstützt offiziell Flüchtlinge und soll laut Internetberichten mit der „Union of Good verbunden sein. Die „Union of Good" soll durch den hochrangigen Muslimbruder Yusuf al-Qaradawi geleitet werden und fungiert als Dachverband von über 50 Vereinen zur Finanzierung der Palästinenser-Organisation HAMAS.

Am 22.07.2020, wurde ein Zusammentreffen des Ammar SHAKIR mit den mutmaßlichen Aktivisten der palästinensisch-terroristischen Organisation HAMAS, DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas durch Observationsmaßnahmen dokumentiert. Das Treffen fand im Zeitraum von 20:27 Uhr, bis 22:22 Uhr im Restaurant „Flamingo" in 1190 Wien, Kuchelauer Hafenstraße 56, statt. Zum Treffen fuhr Ammar SHAKIR in Begleitung des DOGHAN Adel, welchen er zuvor vor seiner Wohnadresse mit seinem PKW abholte.

DOGHMAN ABDALLAH Adel kann als Aktivist für die Anliegen der palästinensisch-terroristische Organisation HAMAS bezeichnet werden. Als Aktivist der frühen Stunde leistete er bereits mit der Gründung des Vereines „Palästinensische Vereinigung in Österreich - PVÖ" im Jahr 1993 einen wesentlichen Beitrag für die Etablierung von mit der HAMAS sympathisierenden Personen und Organisation in Österreich. Durch das Vorhandensein eines Netzwerkes von Personen und Organisationen ist es mittlerweile leicht möglich Spendengelder zu sammeln und diese in arabische Länder, unter anderem auch in das Westjordanland und in den Gazastreifen zu transferieren. Es besteht dabei jedoch der Verdacht, dass dadurch die terroristische Organisation HAMAS unterstützt wird, was durch die Ansage des Adel DOGMAN, für eine „Initiative" die umstrittene „Al-Wafaa-Campaign" heranzuziehen, erhärtet wird.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des DOGHMAN ABDALLAH Adel für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter DOGHMAN ABDALLAH Adel mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

DOGHMAN ABDALLAH Adel unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

ADEL DOGHMAN ABDALLAH Adel steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen.

Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der *Union of Good*. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein *Rahma Austria* (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**)

**ADEL DOGHMAN ABDALLAH Adel** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


**8) ABDELHALIM Hani, BSc., geb. 13.07.1965 Kuwait geb;**

ABDELHALIM Hani steht im dringenden Verdacht im Umfeld der palästinensisch-terroristischen Organisation HAMAS in Österreich tätig zu sein. Hani ABDELHALIM war Kassier im Verein „Palästinensische Vereinigung Österreich - PVÖ", mit Adel DOGHMAN als Obmann. Der im gegenständlichen Verfahren als Beschuldigter geführte DOGHMAN wird verdächtigt, eine führende Persönlichkeit aus dem zentralen Umfeld der HAMAS in Europa und in Österreich zu sein und an nationalen und internationalen Veranstaltungen von Palästinensern beteiligt gewesen zu sein, welche scheinbar der Etablierung bzw. Unterstützung der Organisation HAMAS und der Muslimbruderschaft in Österreich und in Europa dienten. Nach der Selbstauslösung der „Palästinensische Vereinigung Österreich - PVÖ" fungierte ABDELHALIM Hani von 2009 bis 2013 als Obmann des im Nachfolgeverein „Palästinensischer Humanitärer Verein in Österreich – PHV-Ö". Nach Auflösung des Vereines PHV-Ö im Jahr 2013, etablierten sich die Nachfolgevereine „Human Help – humanitäre Unterstützung von Immigrantenfamilien" in Not" mit ABDELHALIM als Gründungsmitglied, sowie der Verein „RAHMA Austria - Unterstützung von Familien in Not", bei welchem ABDELHALIM Hani beschäftig ist. Beide Vereine haben ihren Sitz in Wien. Aus dem Umfeld der angeführten Vereine wurden in der Vergangenheit regelmäßig Veranstaltungen unter

anderem im Haus der Begegnung in 1220 Wien, Bernoullistraße 1, bzw. 1210 Wien, Angerer Straße 14 organisiert, wobei inhaltlich stets für die „palästinensische Sache geworben wurde. Unter den Teilnehmer befanden sich namhafte Persönlichkeiten aus der Muslimbruderschaft. ABDELHALIM Hani selbst wurde dabei vorwiegend beim Sammeln von Spenden wahrgenommen. ABDELHALIM Hani ist ein langjähriges Mitglied im Verein LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10.  Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich.

Die Muslimbruderschaft ist wie in Ägypten und anderen Ländern ihrer Tätigkeiten zur Umsetzung ihrer Ziele auch in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind aktive und registrierte Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration".

Bei den aufgezeichneten Telefongesprächen des ABDELHALIM Hani werden vorwiegend Spendensammlungen und Geldüberweisungen thematisiert, wobei Empfänger im Libanon, Libyen, Palästina, Gaza, Jemen, Großbritannien und Bosnien erwähnt werden.

In einem Telefongespräch am 29.04.2020 (Wortprotokoll Nr. 23 (lfd 111) mit MARDINI Husam, wird ABDELHALIM um eine Liste gebeten, wohin das Geld überwiesen wird, sortiert je nach Bedürftigkeit. ABDELHALIM nennt in Syrien Idlib und die Zelte, sowie Flüchtlinge im Libanon und auch den Jemen. Nachdem MARDINI Libyen vorschlägt und ABDELHALIM dies mit dem Hinweis auf die Erschwernis der Überweisungen zuerst ablehnt, erwähnt MARDINI die libysche Organisation „Al-Wafaa" in London. ABDELHALIM erwähnt, dass er mit Gründer gemeinsam in Gaza war und beide in einer WhatsApp-Gruppe sind.

Die „Al-Wafaa-Campaign" unterstützt offiziell Flüchtlinge und soll laut Internetberichten mit der „Union of Good" verbunden sein. Diese wiederum fungiert als Dachverband von über 50 Vereinen zur Finanzierung der Palästinenser-Organisation HAMAS. Die „Union of Good" soll durch den hochrangigen Muslimbruders Yusuf al-Qaradawi geleitet werden.

Während eines Gesprächs mit HASSAN Taher am 18.05.2020 (Wortprotokoll Nr. 51 (lfd 2750) geht es um die Überweisung von € 3.000.- nach Großbritannien und ergeht die Aufforderung des ABDELHALIM, Taher solle „Geschenk für Waisenkinder" dazuschreiben. Durch diese Aufforderung des ABDELHAIM Hani entsteht der Verdacht, dass durch bewusstes falschen

dokumentieren von Geldüberweisungen mit dem Vermerk „Geschenk für Waisenkinder" der offensichtlich wahre Zweck und Empfänger verschleiert werden soll.

Am 22.07.2020, wurde ein Zusammentreffen des Ammar SHAKIR mit den mutmaßlichen Aktivisten der palästinensisch-terroristischen Organisation HAMAS, DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas durch Observationsmaßnahmen dokumentiert. Das Treffen fand im Zeitraum von 20:27 Uhr, bis 22:22 Uhr im Restaurant „Flamingo" in 1190 Wien, Kuchelauer Hafenstraße 56, statt. Zum Treffen fuhr Ammar SHAKIR in Begleitung des DOGHAN Adel, welchen er zuvor vor seiner Wohnadresse mit seinem PKW abholte.

Ein im gegenständlichen Verfahren anonym geführter Hinweisgeber, bezeichnete im Zuge eines Gesprächs am 14.06.2020 mit einem Mitarbeiter des LVT Wien, den ADEL DOGHMAN ABDALLAH Adel als mutmaßlichen HAMAS-Aktivisten und zur Gruppe des SHAKIR Ammar gehörig. Ammar SHAKIR bezeichnete er als den führenden Muslimbruder in Österreich.

ABDELHALIM Hani kann nach den Ermittlungsergebnissen als Aktivist der terroristischen Vereinigung HAMAS bezeichnet werden. Als Aktivist der frühen Stunde leistete er bereits mit der Gründung des Vereines „Palästinensische Vereinigung in Österreich - PVÖ" im Jahr 1993 einen wesentlichen Beitrag für die Etablierung von mit der HAMAS sympathisierenden Personen und Organisation in Österreich. Durch das Vorhandensein eines Netzwerkes von Personen und Organisationen ist es mittlerweile leicht möglich Spendengelder zu sammeln und diese in arabische Länder, unter anderem auch in das Westjordanland und in den Gazastreifen zu transferieren. Es besteht dabei der Verdacht, dass dadurch die zur Muslimbruderschaft zu zählende palästinensisch-terroristische Vereinigung HAMAS in der Umsetzung ihrer Ziele unterstützt wird.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des ABDELHALIM Hani für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter ABDELHALIM Hani mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der

Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

ABDELHALIM Hani unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),
- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,
- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

ABDELHALIM Hani steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**)

**ABDELHALIM Hani** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


## 9) HERMAS Hermas, am 28.11.1969 Wien geb.

HERMAS Hermas steht im dringenden Verdacht im Umfeld der palästinensisch-terroristischen Organisation HAMAS in Österreich tätig zu sein. HERMAS Hermas ist ein langjähriges Mitglied im Verein LIGA Kultur – Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich. HERMAS Hermas ist ebenso ein langjähriges Mitglied im Verein „Islamische Vereinigung in Österreich – IVÖ", wo er vom 12.01.2018, bis 07.03.2019 die Funktion des Obmannes ausübte. Der Vereinssitz befindet sich in 1020 Wien, Praterstaße 52. An dieser Örtlichkeit befindet sich auch die vom Verein betriebene Al-Hidaya-Moschee. Die „Islamische Vereinigung in Österreich" (IVÖ) ist auch der Betreiber der Al-Resalah-Moschee in 1140 Wien, Breitenseer Straße 36. Beide Moscheen werden in das Umfeld der Muslimbruderschaft eingeordnet. HERMAS Hermas ist aktueller Obmann des „Österreichisch-Tunesischer Verein für Solidarität und kulturellen Austausch - AL KARAMA" mit Sitz in 1120 Wien, Ruckergasse 12/1. Im gegenständlichen Verein sind als Schriftführerin Frau BELHAJ Hayet (Gattin von ADEL DOGHMAN ABDALLAH Adel) und als Kassier der im gegenständlichen Verfahren als Mitbeschuldigter geführte ALZAHARNA Kassem registriert. Im Zeitraum von 2014 bis 2017 veranstalte HERMAS Hermas regelmäßig Kundgebungen zu den Themen „Solidarität mit Palästina", „Solidarität mit Gaza" und ähnlich thematisierte Veranstaltungen. Bei den aufgezeichneten Telefongesprächen des HERMAS Hermas werden vorwiegend Spendensammlungen und Geldüberweisungen thematisiert, wobei Empfänger im Libanon und Frankreich erwähnt werden.

HERMAS Hermas telefoniert am 07.05.2020, (Wortprotokoll Nr. 22 (lfd: 385) mit ADEL DOGHMAN ABDALLAH Adel. HERMAS redet DOGMAN als "SCHEIKH Abdulla" an und

spricht über eine "Esra", welche sich um die Kürzung ihres Gehaltes Sorgen macht und sagt, dass sie "Esra" entweder bei "Eyad" (möglicherweise Iyad JADDALLAH) oder Abou OMAR (ABDELHALIM Hani) anmelden, mit 10 bzw. 20 Stunden um € 400,-!

HERMAS erwähnt die Holländer, die versuchen die Erfolge für sich zu buchen, damit es so ausschaut, dass sie für die palästinensische Sache in Europa, am meisten tun. SCHEIKH Abdulla antwortet darauf, dass er gestern "Jadde" gesagt hat, wir wollen auf diesen Kompromiss nicht mehr eingehen!

HERMAS Hermas telefoniert am 13.05.2020 (Wortprotokoll Nr. 29 (lfd.: 471) mit Frau TARSOUSI Rihab. HERMAS hat sich im Gespräch erkundigt ob bereits neue Erkenntnisse betreffend die Überweisung aus FRANKREICH erlangt wurden. HERMAS spricht weiter über Zahlung von AMS in der Höhe 4000,- € auf welche sie warten würden und dass sie dann Geld für 2 Monate zur Verfügung haben würde, weshalb er bereits mit MORAD gesprochen habe. Frau TARSOUSI Rihab ist die Vorsitzende des Vereines „Wafaa-woman", welcher seinen Sitz in 1020 Wien, Praterstraße 25/9A hat.

HERMAS Hermas telefoniert am 13.05.2020 (Wortprotokoll Nr. 27 (lfd.: 474) mit Frau TARSOUSI Rihab und spricht über eine Rücküberweisung welcher ein „Mann" noch nicht auf sein Konto zurück-überwiesen hat. Zwischendurch wird über Spendensammelaktionen geredet. Gegen Ende des Gespräches spricht offensichtlich ABDELHALIM mit TARSOUSI welche erwähnt, dass 200 € Zakat nach Beirut zu ihrem Schwager schicken möchte.

Am 27.05.2020, (Wortprotokoll Nr. 40 (Lfd: 693) spricht HERMAS mit einer Frau welche ihm erzählte, dass sie versucht hätten Geld vom Frauen Konto abzuheben. Sie hätten jedoch kein Geld abheben können, weil ihnen auf der Bank gesagt wurde, dass keine Genehmigung der Zentralbank vorliege. Weiter sprechen sie über Angelegenheiten der Buchhaltung, sowie über Abu Barra und Abu Omar. Bei der Gesprächsteilnehmerin handelt es sich offensichtlich um eine Mitarbeiterin vom Verein „Wafaa-woman".

Am 22.07.2020, wurde ein Zusammentreffen des Ammar SHAKIR mit den mutmaßlichen Aktivisten der palästinensisch-terroristischen Organisation HAMAS, DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas durch Observationsmaßnahmen dokumentiert. Das Treffen fand im Zeitraum von 20:27 Uhr, bis 22:22 Uhr im Restaurant „Flamingo" in 1190 Wien, Kuchelauer Hafenstraße 56, statt.

HERMAS Hermas steht aufgrund der vorliegenden Sachverhalte im Verdacht, die Etablierung der terroristischen Vereinigung Muslimbruderschaft und HAMAS aktiv gefördert zu haben. Die Muslimbruderschaft ist – wie auch in anderen Ländern ihrer Tätigkeit - in Österreich ideologisch und organisatorisch eng mit der palästinensisch-terroristischen HAMAS verbunden. Durch seine Tätigkeit im Verein „Islamische Vereinigung in Österreich – IVÖ",

leistete HERMAS Hermas einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in Österreich. Es besteht weiter der Verdacht, dass HERMAS Hermas durch das Sammeln von Spenden die Muslimbruderschaft in Österreich aktiv unterstützt.

HERMAS Hermas steht aufgrund der vorliegenden Sachverhalte im Verdacht, als führendes Mitglied der Muslimbruderschaft die Umsetzung der Ziele dieser Organisation aktiv zu fördern. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Als langjähriger Aktivist der HAMAS und der Muslimbruderschaft leistete HERMAS Hermas bereits im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" und im Verein „Islamische Vereinigung in Österreich – „IVÖ" einen wesentlichen Beitrag für die Umsetzung der beschriebenen Ziele der Muslimbruderschaft in Österreich, in Ägypten und im Gaza.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des HERMAS Hermas für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter HERMAS Hermas mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

HERMAS Hermas unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

HERMAS Hermas steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**)

HERMAS Hermas steht somit aufgrund des angeführten Sachverhaltes im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 10) JADDALLAH Iyad, 12.02.1977 Gaza / Palästina geb.,

JADDALLAH Iyad steht im dringenden Verdacht eine führende Persönlichkeit der HAMAS in Österreich zu sein. Genannter war und ist maßgeblich an Veranstaltungen beteiligt, welche der Propaganda, der Anwerbung neuer Mitglieder und der Spendensammlung für die in Österreich tätigen terroristischen Vereinigungen HAMAS und der Muslimbruderschaft dienen. Hierbei konnte er als einer für den Ablauf der Veranstaltung Verantwortlicher und als Moderator erkannt werden. Genannter ist ein langjähriges Mitglied im Verein LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich. (Siehe Gutachten Heinisch/Scholz). Laut dem Gutachten der Sachverständigen Dipl. Pol. SCHOLZ und Mag. HEINISCH) sind die Brüder Iyad JADDALLAH und Rafiq JADDALLAH die Leiter des Jugendhotels Edelweiss in 8972 Ramsau am Dachstein, Leiten 110. Die zugehörige Jugendhotel Edelweiss GmbH, mit der Firmenbuchnummer 403449h hat ihre Adresse in 9020 Klagenfurt, Maximilianstraße 2 / 19. Das Jugendhotel Edelweiss ist Teil der „Gemeinnützigen Privatstiftung Anas Schakfeh", welche ihren Sitz in 1230 Wien, Eitnergasse 6 hat. An dieser Adresse ist auch die Muslimischen Jugend in Österreich- MJÖ untergebracht. Die „Gemeinnützigen Privatstiftung Anas Schakfeh" und die „Muslimischen Jugend in Österreich- MJÖ" werden zum Umfeld der Muslimbruderschaft gezählt.

Bei den aufgezeichneten Telefongesprächen des JADDALLAH Iyad werden vorwiegend finanzielle Themen seiner im Verbund mit der Muslimbruderschaft zu sehenden Firmen, wie Geldüberweisungen in die Türkei und ein eventuell bevorstehender Konkurs thematisiert.

Am 30.04.2020 (Wortprotokoll Nr. 14 (Lfd. 558), spricht JADDALLAH mit SALEM Ahmad Dawod Ibrahim über eine Geldverschiebung in die Türkei in der Höhe von € 150.000.-, da gegen seine Firma der Konkurs eröffnet wird.

Am 19.06.2020 (Wortprotokoll Nr.: 38 (Lfd.:2320) spricht JADDALLAH mit einer männlichen Person. JADDALLAH schlägt ihm vor, €100.000,- in die Türkei zu überweisen und dafür € 5.000,- Profit zu bekommen. JADALLAH fragt wie er zu €100.000,- kommen soll. Der Anruf wird abgebrochen.

JADDALLAH Iyad steht aufgrund der vorliegenden Sachverhalte im Verdacht, die Etablierung der Muslimbruderschaft in Österreich gefördert zu haben. Die Muslimbruderschaft ist wie in anderen Ländern ihres Tätigkeitsbereiches auch in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden.

JADDALLAH Iyad ist nach den Ermittlungsergebnissen als Aktivist für die Anliegen der palästinensisch-terroristische Organisation HAMAS zu bezeichnen. Als Mitglied der Liga Kultur leistete er einen wesentlichen Beitrag für die Etablierung von Personen und Organisation in Österreich, die mit der HAMAS sympathisieren. Auf diese Weise wurde auch ein diesen terroristischen Vereinigungen dienendes Netzwerk aufgebaut. Mithilfe dieses Netzwerkes aus Personen und Organisationen ist es mittlerweile leicht möglich, Spendengelder zu sammeln und diese in arabische Länder, unter anderem auch in das Westjordanland und in den Gazastreifen, den Wirkungsbereichen der Muslimbruderschaft und der HAMAS, zu transferieren. Es besteht der Verdacht, dass dadurch die terroristische Organisation HAMAS unterstützt wird, was durch die Ansage des Adel DOGMAN, für eine „Initiative" die umstrittene „Al- Wafaa- Campaign" heranzuziehen, erhärtet wird.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des JADDALLAH Iyad für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter JADDALLAH Iyad mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

JADDALLAH Iyad unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

JADDALLAH Iyad steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**JADDALLAH Iyad** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 11) ALZAHARNA Qasem am 02.04.1983 Gaza/Palästina geb.

ALZAHARNA Qasem steht nach den Ermittlungsergebnissen ebenfalls im dringenden Verdacht, eine führende Persönlichkeit der HAMAS in Österreich zu sein. Er war Mitglied der inzwischen aufgelösten Palästinensischen Vereinigung in Österreich (PVÖ), unter dem Obmann ADEL DOGHMAN ABDALLAH Adel. ALZAHARNA Qasem ist ein langjähriges Mitglied im Verein LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich (Siehe Gutachten Heinisch/Scholz). ALZAHARNA Qasem übt derzeit die Funktion des Kassiers im Verein „AL KARMA Österreichisch-Tunesischem Verein für Solidarität und kulturellem Austausch" aus. In diesem Verein ist der im gegenständlichen Verfahren als Beschuldigte geführte HERMAS Hermas als Obmann und Frau BELHAJ Hayet (Gattin von ADEL DOGHMAN ABDALLAH Adel) und als Kassier registriert. ALZAHARNA war maßgeblich an Veranstaltungen beteiligt, welche scheinbar der Etablierung bzw. Unterstützung der terroristischen Organisation HAMAS und der Muslimbruderschaft in Österreich dienten. Seine Aktivitäten erstreckten sich auf das Abhalten von Reden mit Inhalten für die „palästinensische Sache". Am 10.01.2009, konnte ALZAHARNA, am 18. Jahresfest des Palästinensischen Humanitären Vereines – Österreich - PHV-Ö mit dem Motto „Gaza unter Feuer" in der Bernoullistraße 1, als „Einpeitscher" wahrgenommen werden, der das Publikum dazu aufrief „Allahu akbar"- zu schreien. Auch fiel ALZAHARNA Qasem in der Vergangenheit durch regelmäßige Besuche von Veranstaltungen der KFUP (Koordinationsforum zur Unterstützung Palästinas in Österreich) auf, welche regelmäßige Auftritte von HAMAS Sympathisanten als Gastredner organisiert. Beispielhaft kann an dieser Stelle Dr. Raed FATHI erwähnt werden, welcher in einer Rede die drusische Minderheit in Israel als Ketzer bezeichnete, welche boykottiert und bekämpft werden müsse. ALZAHARNA nimmt regelmäßig an Veranstaltungen der KFUP teil und verherrlicht als Teilnehmer unter anderem den oben zitierten Dr. Raed Fathi.

ALZAHARNA Qasem kann nach den Ermittlungsergebnissen als Aktivist für die Anliegen der palästinensisch-terroristische Organisation HAMAS bezeichnet werden. Als Aktivist leistete er bereits im Verein „Palästinensische Vereinigung in Österreich - PVÖ" einen Beitrag für die Etablierung von mit der HAMAS sympathisierenden Personen und Organisation in Österreich. Durch das Vorhandensein eines Netzwerkes von Personen und Organisationen ist es mittlerweile leicht möglich, Spendengelder zu sammeln und diese in arabische Länder, unter anderem auch in das Westjordanland und in den Gazastreifen zu transferieren. Es besteht dabei der Verdacht, dass dadurch die terroristische Organisation HAMAS unterstützt wird, was

durch die Ansage des Adel DOGMAN, für eine „Initiative" die umstrittene „Al-Wafaa-Campaign" heranzuziehen, erhärtet wird.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des ALZAHARNA Qasem für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter ALZAHARNA Qasem mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

ALZAHARNA Qasem unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in

der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**ALZAHARNA Qasem** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**)

**ALZAHARNA Qasem** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 12) YAKOUB Mohamed, 05.12.1971 Belbees, Ägypten geb.,

YAKOUB Mohamed zählt nach den Ermittlungsergebnissen ebenfalls zu den Führungspersönlichkeiten der Muslimbruderschaft und der mit dieser verbundenen HAMAS in Österreich. Bei der Muslimbruderschaft-Veranstaltung am 21.12.2013 in der Bernoullistraße 1, in 1220 Wien, trat er als Redner auf und posierte für ein Foto hinter einer Fahne mit RABIA-Hand (Siehe 3. Anlassbericht vom 12.12.2019, Seite 21) in einer Reihe mit Scheich Essam TALIMA, dem Direktor des Büros von Yusuf AL QARADAWI, der als Chef-Ideologe der Muslimbruderschaft in QATAR und auf dem Sender AL JAZEERA tätig ist. YAKOUB Mohamed unterhält selbst gute Kontakte zum katarischen Fernsehsender AL JAZEERA. Am 14.04.2019

war YAKOUB zuletzt in Katar beim Sender. YAKOUB trat auf Facebook massiv gegen die Auslieferung von zwei mutmaßlichen Terroristen der Gamaa Islamiya von Katar an Ägypten auf. In der Kommunikation zu diesem Thema traten mit ihm auf Facebook auch Ibrahim MONIER, einer der derzeitigen, weltweiten Führungspersonen der Muslimbruderschaft, auf.

Am 19.04.2020, (Wortprotokoll Nr. 1 (Lfd: 56) führt YAKOUB ein Gespräch mit Fr. DIZDAREVIC Jasminka, wobei er angibt, er sei vom AL-Jazeera Sender in Katar und möchte Herrn OTT Wilhelm sprechen. Bei Hr. OTT Wilhelm (Willi) handelt es sich laut Recherche um einen österreichischen MMA- Profi Kämpfer, welcher zum Islam konvertiert ist. Ott ist im Internet auf sämtlichen Fotos mit dem Koran abgebildet.

Am 19.04.2020, (Wortprotokoll Nr. 2 (Lfd: 57) konnte YAKOUB Mohamed schließlich Hr. OTT Willi fernmündlich erreichen. Im gegenständlichen Gespräch versucht YAKOUB Hr. Willi OTT zu einem Interview für AL JAZEERA zu gewinnen. Dieser willigt ein und es kommt 20.04.2020, 21:30 Uhr, zu einem Interview, welches auf AL JAZEERA ausgestrahlt wurde. Bei AL JAZEERA handelt es sich um den bekanntesten TV-Sender mit Nähe zur Muslimbruderschaft und hat seinen Hauptsitz in Doha – Katar. Angemerkt wird, dass die Konversion zum Islam bewusst medial aufbereitet wird.

Es soll augenscheinlich gezeigt werden, dass die Dawa (=Mission) – die ein wesentlicher Teil der Ideologie der Muslimbruderschaft ist – erfolgreich ist. Im weiteren Gesprächsverlauf geht es um ein deutsches Video von Willi OTT indem er die „Schahada" (Bekenntnis zum Islam) ausgesprochen hatte.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des YAKOUB Mohamed für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter YAKOUB Mohamed mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

*- 179 -*

umzusetzen.

YAKOUB Mohamed unterstützt und propagiert zumindest seit seinem Auftritt am 21.12.2013 in der Bernoullistraße 1, in 1220 Wien im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),
- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,
- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**YAKOUB Mohamed** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

**13) EL ATTAR Mamdouh Mag., 16.10.1965 Kairo / Ägypten geb.,**

Der Religionslehrer Mag. EL ATTAR Mamdouh konnte vermehrt bei der Teilnahme an Veranstaltungen, welche von Proponenten aus dem zentralen Nahbereich der Muslimbruderschaft zugeordnet werden, wahrgenommen werden. Am 22.12.2013 konnte EL ATTAR auf einer Veranstaltung (Bernoullistraße 1) zusammen mit Scheich Essam TALIMA (Direktor des Büros von Yusuf AL QARADAWI, Ideologe der Muslimbruderschaft) auf der Bühne beim Zeigen der RABIA-Hand festgestellt werden (Siehe 3. Anlassbericht vom 12.12.2019, Seite 21). Wie aus der Telefonüberwachung hervorgeht, beabsichtigt EL ATTAR Mamdouh ein Firmennetz aufzubauen, Grundstücke zu kaufen, dann einige Wohneinheiten, Häuser oder Wohnungen, darauf zu bauen und dann gewinnbringend wieder weiter zu verkaufen.

In einem aufgezeichneten Telefongespräch vom 15.05.2020 um 17:01 Uhr, (Wortprotokoll 5 (Lfd. 41) erzählt EL ATTAR Mamdouh dem AVDILI Sulejman, dass er vorhin mit dem MORAD Aiman telefoniert hat und sich über Vereinsgründung und Steuernummern erkundigt hat. EL ATTAR sagt auch zu AVDILI, dass er lange gewartet hat, bis die Vereinsmitglieder aktiv geworden sind.

In einem weiteren Telefongespräch am 05.06.2020, (Wortprotokoll 7 (Lfd: 219) spricht EL ATTAR Mamdouh mit ZALOUDEK Manuel darüber, dass er mit vier Freunden ein Grundstück kaufen und ein Projekt mit € 800.000.- realisieren will. Zu einem späteren Zeitpunkt möchte er Projekt um € 1.500.000.- wieder weiterverkaufen.

In einem aufgezeichneten Telefongespräch vom 16.06.2020, (Wortprotokoll Nr. 12 (Lfd. 309) erwähnt EL ATTAR Mamdouh gegenüber AVDILI Sulejman, „dass alles gut wird mit diesem Team was ich mir vorgestellt hab, weil ich habe von Anfang gesagt, wenn ich eine in der Bank habe, die in der Bank arbeitet ohne Makler ohne irgendwas und mit mir das koordiniert, das wird das Beste allerbeste was man wirklich machen kann."

Am 13.07.2020, (Wortprotokoll Nr. 21 (lfd. 21) spricht EL ATTAR Mamdouh Mamdouh mit AVDILI Sulejman. EL ATTAR erzählt, dass er eine Zusage der Bank für 600 000 € erwarte, weshalb er jetzt das Beispiel von der 3D-Aufnahme des Grundstücks und den Businessplan brauche. Die Gruppe wolle eine Investition machen und habe 1 000 000 €. Die Gruppe habe Interesse für das, was EL ATTAR mache und brauche ein Beispiel. EL ATTAR verrate AVDILI sein Konzept unter der Bedingung, dass dies unter ihnen bleibe. Er erklärt, dass er immer sage, dass die Bank immer 30 Prozent verlange für die Gesamtkosten. Die Leute der Gruppe seien sehr interessant und würden alles in Bar bezahlen, da sie nichts mit der Bank zu tun haben wollen. Dabei erwähnt er, bereits mit der Bank zu arbeiten, diejenigen die bezahlen würden, bekämen schon 50 bis 100 Prozent Gewinn. Ein gemeinsames Treffen von EL ATTAR mit AVDILI wird vereinbart. EL ATTAR wolle AVDILI dabeihaben, damit dieser Gewinn machen kann.

Am 06.08.2020, (Wortprotokoll Nr. 26 (lfd.1024) spricht EL ATTAR Mamdouh mit Aiman MORAD (Mitbeschuldigter). EL ATTAR erwähnt, dass die Bank Eigenmittel von 120 000 € verlange. Er habe 80 000 gesammelt, es würden 40.000 fehlen. An "10" würde er leicht herankommen, und der Gesprächspartner MORAD soll die "5" überweisen und "Kredit" dazuschreiben."

Mag. EL ATTAR Mamdouh steht aufgrund der vorliegenden Sachverhalte im Verdacht, im Umfeld der Muslimbruderschaft die Etablierung dieser Organisation im aktiv gefördert zu haben.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des EL ATTAR Mamdouh für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter EL ATTAR Mamdouh mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,
- den Sturz des ägyptischen Regimes von General as-SISI,
- die Wiedererlangung der Macht in Ägypten,
- die Zerstörung des Staates Israel,
- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

Mag. EL ATTAR Mamdouh unterstützt und propagiert zumindest seit seinem Auftritt am 21.12.2013 in der Bernoullistraße 1, in 1220 Wien, im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag. EL ATTAR Mamdouh** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs 2 StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 14) AL-SHAKAKI Moutaz, 25.06.1964 Hama / Syrien geb.,

AL-SHAKAKI Moutaz war Kassier im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" mit Sitz in 1200 Wien, Greiseneckergasse 10. Im Jahr 2002 besetzte er im selben Verein die Funktion des Generalsekretärs. Der gegenständliche Verein gilt als zentrale Niederlassung der Muslimbruderschaft in Österreich. (Siehe Gutachten Heinisch/Scholz). Laut dem Gutachten (SCHOLZ, HEINISCH) auf Seite 20, hat der Oberste Rat der IGGÖ ein Empfehlungsschreiben für die Islamische Vereinigung, Hidaya Moschee, verfasst. Das Empfehlungsschreiben ist an die Botschaft von Katar in Österreich adressiert und trägt die Unterschrift vom Präsidenten der IGGÖ, Fuat SANAC. In diesem auf Arabisch verfassten Schreiben versichert die Leitung der IGGÖ der Botschaft von Katar, dass die islamische Vereinigung in Österreich – Hidaya Moschee, eine der aktiven Institutionen im Bereich der islamischen Proselytisierung (Menschen vom Übertritt zum Islam zu überzeugen) in Österreich ist und mit der islamischen Glaubensgemeinschaft zusammenarbeitet und unter ihrer Aufsicht arbeitet. Hintergrund für dieses Schreiben ist die Absicht, die islamische Vereinigung für finanzielle Unterstützung durch Qatar Charity zu

empfehlen. Das ergibt sich unter anderem aus einer beiliegenden arabischen Übersetzung des Vereinsregisterauszuges und einer Bestätigung der ERSTE Bank, dass die 3 Personen (MORAD Mohamed Jamal, Ibrahim MOHAMED und AL-SHAKAKI Moutaz) für das Konto des Vereins der islamischen Vereinigung zeichnungsberechtigt sind. (Anhang 08 in dem Gutachten). Die Qatar Charity wird beschuldigt, Milliarden von Dollar an islamistische aufständische Gruppen in Syrien und Libyen abgeführt zu haben. Laut dem Gutachten kann davon ausgegangen werden, dass Organisationen, die von Qatar Charity unterstützt werden, eine ideologische Nähe zur Muslimbruderschaft aufweisen, in der Regel gehören sie sogar zum Netzwerks derselben.

Bei einem Telefongespräch zwischen AL-SHAKAKI und HERMAS Hermas (Mitbeschuldigter) am 01.07.2020, (Wortprotokoll Nr. Nr. 18 (Lfd. 604) fragt HERMAS ob AL-SHAKAKI mit „Abo TAREQ" telefoniert hat. AL-SHAKAKI gibt an, dass er ihn zwar getroffen hat, jedoch hätten sie nichts geredet. HERMAS sagt dann, dass er am nächsten Tag mit dem MOHAMED Ibrahim (Mitbeschuldigter) nach Bratislava fährt um eine neue Strategie für die Zukunft zu entwickeln. HERMAS meint er möchte MOHAMED Ibrahim von ein paar Sachen zeigen.

AL-SHAKAKI Moutaz steht aufgrund der vorliegenden Sachverhalte im Verdacht, als führendes Mitglied der Muslimbruderschaft die Etablierung dieser Organisation aktiv gefördert zu haben. Die Muslimbruderschaft ist offensichtlich in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Als Aktivist der frühen Stunde leistete AL-SHAKAKI Moutaz im Vorstand des Vereines „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in Österreich.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des AL-SHAKAKI Moutaz für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter AL-SHAKAKI Moutaz mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

AL-SHAKAKI Moutaz unterstützt und propagiert zumindest seit seiner Funktion im Vorstand des Vereins der Liga Kultur im Jahr 2002 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

AL-SHAKAKI Moutaz steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 15) Dr. MAHMOUD Kamel Gaber, geb. 12.06.1954 in Assiut/Ägypten

**Dr. MAHMOUD Kamel Gaber** (NiA) war ehemaliger Vorsitzender der Islamischen Glaubensgemeinschaft in Österreich (IGGÖ) für die Steiermark und Kärnten und Vorstandsmitglied/Kassier des Moschee-Vereins: „Liga Kultur - Verein für multikulturellen Brückenbau" oder auch genannt: „El-Nur - Moschee" in Graz. Anzuführen wäre dabei, dass Dr. MAHMOUD Kamel Gaber zumindest bis zu dem Zeitpunkt des Inkrafttretens des Islamgesetzes 2015, im Vorstand des Liga Kultur Vereins war. Dr. MAHMOUD Kamel Gaber ist daher eine der zentralen Personen des Liga Kultur Vereins bzw. der El-Nur Moschee in Graz. Der Liga Kultur Verein ist laut dem Gutachten von Mag. HEINISCH und SCHOLZ, sowie dem Gutachten von Dr. ASLAN eindeutig der Muslimbruderschaft zuzuordnen. **Dr. Kamel MAHMOUD** hat ein Video über sein Leben im Internet veröffentlicht. Dabei spricht er über heute noch bestehende Kontakte z. B. zu Dr. Ibrahim NAGI einem Aktivisten der Gamal al Islamya oder über Mohammed HABIB einer der Hauptaktivisten der Moslembruderschaft in Ägypten. **Dr. Kamel MAHMOUD** veranstaltete im Jahre 2007 als Vorsitzender der Islamischen Glaubensgemeinde in Österreich für Steiermark und Kärnten eine Vortragsreihe zum Thema: „Der Islam in Österreich und in Europa: Die Integration und Beteiligung der Muslime in der Gesellschaft". Auffällig war bei dieser Vortragsreihe, dass von den 14 internationalen Gastrednern zumindest die Hälfte der Muslimbruderschaft zuzuordnen waren. So kam z. B. am 14.06.2007 Dr. Mohamed Saad Al KATANI auf Einladung des **Dr. MAHMOUD Kamel** nach Graz und hielt an der Universität Graz/Institut für Völkerrecht einen Vortrag zum Thema: „Europäische Muslime: Kulturelle Kommunikationsbrücke zwischen Westen und Osten." Dr. Mohamed Saad Al KATANI war Vorsitzender der Muslimbruderschaft-Partei „Freiheits- und Gerechtigkeit" in Ägypten und gilt als zentrale Figur der Muslimbruderschaft. Seit dem Sturz von Mohammed MURSI ist KATATNI in Ägypten inhaftiert.

Auch Kamel HELBAWY, der ehemalige Sprecher der Muslimbruderschaft in Europa, wurde von DI **Dr. Kamel MAHMOUD** für die Vortragsreihe gewonnen. HELBAWY kam am 18.10.2007 nach Graz und sprach zum Thema: „Terrorismus: Wurzel, Ursache und passende Behandlung". Dabei kritisierte er die strengen Anti-Terror-Gesetze und anti-islamischen Berichte (s. 3. Anlassbericht ab der Seite 10).

Auf den nachfolgenden Veranstaltungen der Muslimbruderschaft in Österreich, mit der Hauptthematik der Fortführung der Revolution im Zusammenhang mit dem Sturz des Muslimbruderschafts-Präsidenten **MURSI** konnte **Dr. MAHMOUD Kamel Gaber** teilweise sogar in Führungsposition festgestellt werden:

- Teilnahme von Dr. **MAHMOUD Kamel** am 31.10.2013 an einer MB-Veranstaltung, an der der bekannte Aktivist der MB Dr. Mohamed SHARAF teilnimmt.

- Teilnahme von Dr. **MAHMOUD Kamel** an der MB-Veranstaltung „Die Revolutionskonferenz geht weiter und das Volk nimmt sich die Freiheit" am 22.03.2014 in Wien 15., Schwendergasse 41 (Haus der Begegnung Rudolfsheim), bei der Dr. Mohammed GAWADY als Redner auftritt und EL DALOAA ABU AL WAFA Mohammed Ahmed auf der Bühne zu sehen ist (s. 3. Anlassbericht ab der Seite 13)

- Führende Teilnahme des **Dr. Kamel MAHMOUD** am 28.03.2014, in 8020 Graz, Lagergasse 57, gemeinsam mit Dr. Mohammed GAWADY auf der Tribüne an der Veranstaltung unter dem Motto: „Pressekonferenz von Dr. Mohamed GAWADY in Graz, Österreich-Seminar über „Methoden und Entwicklung der revolutionären Bewegung." Dr. GAWADY (ägyptischer Historiker) gilt als hochrangiger Vertreter der Muslimbruderschaft und als Leiter der Exil-Regierung der Muslimbruderschaft. Teilnehmer der Veranstaltung erheben den Arm zum sogenannten Rabia-Gruß als Erkennungszeichen der Sympathisanten der Muslimbrüder (3. Anlassbericht ab der Seite 10, u. 4. Anlassbericht ab der Seite 13). Dr. GAWADY forderte bei dieser Veranstaltung am 28.03.2014 in der Lagergasse 57 direkt auf, selbst gegen die staatlichen Autoritäten in Ägypten vorzugehen und niemanden zu fragen, denn wer nicht kämpft steht in der 5. Reihe und hat keine Garantie ins Paradies zu kommen (s. 4. Anlassbericht ab der Seite 13). Dr. GAWADY empfahl auch seine drei Anleitungsbücher für Revolution und Gewalt zu lesen. Dr. Mohammed GAWADY (ägyptischer Historiker) gilt als hochrangiger Vertreter der Muslimbruderschaft und als Leiter der Exil-Regierung der Muslimbruderschaft.

- Führende Teilnahme von **Dr. Kamel MAHMOUD** am 12.04.2014, in 1210 Wien, Angerer Straße 14, (Haus der Begegnung - Floridsdorf) an einer Muslimbruderschafts-Veranstaltung. Titel der Veranstaltung: „Die Revolution geht weiter und das Volk reißt sich die Freiheit" Dr. **Kamel MAHMOUD** konnte auf der Tribüne der Veranstaltung, mit hochrangigen Vertreter der Muslimbruderschaft, festgestellt werden (s. 3. Anlassbericht, ab der Seite 2).
  Bei dieser Veranstaltung wurde von den anwesenden Personen ein Treueeid/Schwur auf die Revolution in Ägypten geleistet. Dabei schworen sie vor Gott (Allah) die Übergangsregierung, die sie als militärische Herrschaft (Anm.: nach dem Sturz des

abgesetzten ägyptischen Präsidenten MURSI) betrachten, zu stürzen. Sie schworen, dass sie der Revolution treu sein werden und den Militärputsch und die darauffolgenden Präsidentschafts- und Parlamentswahlen nicht anerkennen werden. Während dem Schwur streckten die anwesenden Personen den rechten Arm mit vier gestreckten Fingern und einen angelegten Daumen nach oben - sogenannter: Rabia-Gruß als Erkennungszeichen der Sympatisanten der Muslimbrüder (S. 1. Anlassbericht, ab der Seite 2). Es wurde auch ein arabisch-sprachiges Lied im ägyptischen Dialekt gesungen:

- im ganzen Land die Revolution und das **Märtyrertum** sowie den **Krieg** der Taghut (Anm.: Ungläubiges System) zurückbringen werden, und dass sie
- **keine Angst vor dem Tod** haben und dass sie
- mit ihrem **Zorn in die Gegner explodieren** werden.

- Teilnahme von Dr. **MAHMOUD** Kamel Gaber an einer Demonstration in Wien von Sympathisanten der Muslimbruderschaft am 12.04.2015. Auf dieser Demonstration wird eindeutig die islamistische Ausrichtung der Muslimbruderschaft sichtbar. So wird die Scharia in einem Lied während der Demonstration als das beste Gesetz besungen. In der Abschlussrede am Stephansplatz bringt ALI Ibrahim Elsayed Ahmed (Beschuldigter in der ggst. Strafsache) zum Ausdruck, dass der böse Westen, explizit Amerika, für die Katastrophe in Syrien verantwortlich ist. (s. 5. Anlassbericht ab der Seite 11) ALI vergleicht Syrien und Ägypten als eine Hand. Und dass der Sieg den Muslimen gehöre. In Syrien, Ägypten, Gaza und in den ganzen arabischen Ländern."

Bei einem Treffen einer hochrangigen Abordnung der Muslimbruderschaft im Außenamt, kommt die wichtige Stellung des Dr. Kamel MAHMOUD im Jahr 2014 in Wien deutlich zum Ausdruck. Gemeinsam war Dr. Kamel MAHMOUD ein Teil folgender Delegation:

**ALI Ibrahim Elsayed Ahmed**, Präs. des „Koordinierungsrat der Ägyptischen Gemeinde in Österreich" (weiterer Beschuldigter in der ggst. Strafsache)

**Dr. Abdul Maujud DARDIRI** (ehemaliger Präs.Berater und Sprecher der Muslimbruderschaft)

**Dr. Mohammed GAWADY** (als Leiter der Exil-Regierung der Muslimbruderschaft) und

**EL DALOAA ABU AL WAFA Mohammed Ahmed**, (weiterer Beschuldigter in der ggst. Strafsache), ehemaliger Vorstand (Quelle: FB-Posting von IGGIÖ Präsident Fuat SANAC vom 26.09.2014) der Muslimbruderschafts-Jugend-Organisation: „Jugend der Liga Kultur" bzw. M3-Jugend teilnehmen. (s. 4. Anlassbericht ab der Seite 9, 24.Anlassbericht, Seite 13)

Am 08.06.2015 veröffentlichte Dr. **MAHMOUD Kamel Gaber** auf Facebook seine ablehnende Haltung gegenüber einem Treffen des damaligen Bundesministers für Europa, Integration und Äußeres Sebastian KURZ mit dem ägyptischen Präsidenten Abdel Fattah AL SISI vom 21.05.2015. Weiters kritisierte Dr. **MAHMOUD Kamel Gaber** die Aussage von Minister KURZ, dass der Kampf gegen die Islamisten des IS militärisch als auch ideologisch geführt werden müsse (s. 4. Anlassbericht Seite 12) Dieses Posting zeigt einerseits die klare Ablehnung von Präs. AL SISI, welcher den Muslimbruderschafts-Präsidenten MURSI zu Sturz gebracht hat und andererseits die islamistische Einstellung des Dr. MAHMOUD in einer „mutmaßlichen" Verteidigung vor militärischen Maßnahmen gegen den Islamischen Terrorstaats in Syrien.

**Erkenntnisse aus der Telefonüberwachung:**

Eines der Themen war das anstehende Verfahren des EL DALOAA ABU AL WAFA Mohammed Ahmed (ehemaliger Imam in der EL NUR Moschee und Beschuldiger in der ggst. Strafsache) bezüglich der Ablehnung der Verleihung der österreichischen Staatsbürgerschaft.

Es handelt sich dabei um insgesamt vier Gespräche am 13.05.2020 in der Zeit zwischen 21.29 und 23.22 Uhr und ein Gespräch am 15.05.2020, um 14.29 Uhr mit kausalem Zusammenhang, in welchen verschiedene Varianten besprochen werden, wie EL DALOAA ABU AL WAFA Mohammed Ahmed beweisen könne, dass **er nicht der Muslimbruderschaft** angehört (s. 19. Anlassbericht).

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. dem Engagement des **Dr. MAHMOUD Kamel Gaber** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Dr. MAHMOUD Kamel Gaber mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**Dr. MAHMOUD Kamel Gaber** unterstützt und propagiert zumindest seit der Gründung des Vereins Liga Kultur im Jahr 1998 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Dr. MAHMOUD Kamel Gaber** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten DOGHMAN ABDALLAH Adel geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten ABDELHALIM Hani geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten HASSAN Taher geleitet wird) stehen im Verdacht, Spendengelder an die HAMAS weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ).

**Dr. MAHMOUD Kamel Gaber** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

16 St 52/19t                    - 201 -

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


### 16) HIKAL Mohamed, geb. 15.01.1964 in Ägypten

**HIKAL Mohamed** (NiA) ist muslimischer Religionslehrer der IGGÖ und unterrichtet muslimische Kinder in steirischen Schulen. Er bekleidete zwischendurch Vorstandsfunktionen in der EL-NUR Moschee und ist daher eine zentrale Person des Liga Kultur Vereins in Graz. Der Liga Kultur Verein ist nach den Ermittlungsergebnissen und laut dem Gutachten der Sachverständigen Mag. **HEINISCH** und Dipl. Pol. **SCHOLZ** sowie dem Gutachten von Dr. **ASLAN** der Muslimbruderschaft zuzuordnen. Auf den nachfolgenden Veranstaltungen der Muslimbruderschaft in Österreich, mit der Hauptthematik der Fortführung der Revolution im Zusammenhang mit dem Sturz des Muslimbruderschafts-Präsidenten MURSI konnte **HIKAL Mohamed** mehrmals festgestellt werden:

- Am 12.04.2014 wurde in 1210 Wien, Angerer Straße 14, (Haus der Begegnung - Floridsdorf) eine Veranstaltung im Zusammenhang mit der Muslimbruderschaft abgehalten. Titel der Veranstaltung: „**Die Revolution geht weiter und das Volk reißt sich die Freiheit**", unter den anwesenden Personen befand sich **HIKAL Mohamed**. Bei dieser Veranstaltung wurde von den anwesenden Personen ein Treueeid/Schwur auf die Revolution in Ägypten geleistet. Dabei schworen sie vor Gott (Allah) die Übergangsregierung, die sie als militärische Herrschaft (Anm.: nach dem Sturz des abgesetzten ägyptischen Präsidenten **MURSI**) betrachten, zu stürzen. Sie schworen, dass sie der Revolution treu sein werden und den Militärputsch und die darauffolgenden Präsidentschafts- und Parlamentswahlen nicht anerkennen werden. Während dem Schwur streckten die anwesenden Personen den rechten Arm mit vier gestreckten Fingern und einen angelegten Daumen nach oben - sogenannter Rabia-Gruß als Erkennungszeichen der Sympatisanten der Muslimbrüder (s. 1. Anlassbericht, ab der Seite 2; sowie 3. Anlassbericht, ab der Seite 2).

16 St 52/19t    ~ 203 ~

- HIKAL Mohamed nahm am 28.03.2014 in Graz Lagergasse 57 an der Veranstaltung unter dem Motto: „Pressekonferenz von Dr. Mohamed GAWADY in Graz, Österreich-Seminar über **Methoden und Entwicklung der revolutionären Bewegung.**" Teil. **Dr. Mohammed GAWADY** (ägyptischer Historiker) gilt als hochrangiger Vertreter der Muslimbruderschaft und als **Leiter der Exil-Regierung der Muslimbruderschaft.** **HIKAL Mohamed** und andere Teilnehmer der Veranstaltung erheben den Arm zum sogenannten R4bia-Gruß als Erkennungszeichen der Sympathisanten der Muslimbrüder. (3. Anlassbericht ab der Seite 11, u. 4. Anlassbericht ab der Seite 13).

- Teilnahme von **HIKAL Mohamed** an einer Demonstration in Wien von Sympathisanten der Muslimbruderschaft am 12.04.2015. Auf dieser Demonstration wird eindeutig die islamistische Ausrichtung der Muslimbruderschaft gezeigt. So wird die Scharia im Lied als das beste Gesetz besungen. In der Abschlussrede am Stephansplatz bringt **ALI Ibrahim Elsayed Ahmed** (Beschuldigter in der ggst. Strafsache) zum Ausdruck, dass der böse Westen, explizit Amerika, für die Katastrophe in Syrien verantwortlich ist. (s. 5. Anlassbericht ab der Seite 11)

- Teilnahme von **HIKAL Mohamed** an einer Veranstaltung der Muslimbruderschaft am 07.05.2016 in Wien 22., Bernoullistraße 1 (Haus der Begegnung), bei der Dr. **IBRAHIM Mustafa** (Koordinator der ägyptischen Revolution im Ausland) auftrat. Das Plakat der Einladung zeigt die R4bia-Hand. (s. 3. Anlassbericht ab der Seite 15)

- Teilnahme von **HIKAL Mohamed** an einer Demonstration am 18.07.2014 zum Thema „Wir sind alle GAZA - Stoppt die Eskalation zwischen Israel und Gaza". Bei dieser Demonstration wurde von **HIKAL Mohamed** mehrfach der Rabia-Gruß gezeigt. Vor allem während dem Verbrennen von Teilen einer Israel-Fahne (s. 4. Anlassbericht ab der Seite 16).

- Im Jahre 2012 wurde das islamistische Gedankengut bzw. Gesicht der EL NUR-Moschee bzw. der Muslimbruderschaft anhand einer Demonstration sichtbar: Bei einer am 04.02.2012 von **Mohamed HIKAL** unter dem Verein EL NUR angemeldeten Versammlung in Form einer Demonstration, gegen das Regime von **MUBARAK** - an welcher auch **Dr. Ayman Ali AHMED** (Generalsekretär der FIOE und ehemaliger Präsidentenberater von **MURSI** in Ägypten) mit dabei war - kam es aufgrund des Schwenkens der Dschihad-Flagge zu einer Anzeige wegen des Verd. des versuchten Landzwanges.

16 St 52/19t                                          – 205 –

Angemerkt wird, dass sich das Hissen der Dschihad-Flagge in den Endzeitapologien des Koran sowie auch im Artikel 3 der Charta der **HAMAS** findet:

. . . *Sie erheben das Banner des Dschihad im Angesicht der Unterdrücker, um das Land und die Diener Allahs von deren Schmutz, Infamie und Übel zu erlösen.*

Tatsächlich wurde die Demonstration mit Gläubigen der Muslimbruderschafts-Moschee zusammen mit den Gläubigen der radikal salafistischen TAQWA-Moschee durchgeführt, von deren Gläubigen sich im Jahre 2014 ca. 40 Mitglieder dem Terrorstaat „Islamischer Staat" in Syrien angeschlossen hatten (vgl. auch 6 Hv 59/19d des Landesgerichts für Strafsachen Graz; s. 4. Anlassbericht Seite 18).

Als die ersten tschetschenischen Asylwerber in Graz angesiedelt wurden, bemühte sich **HIKAL Mohamed** besonders um den Tschetschenen **DIDIGOV Visit**, welchen er zum Imam ausbildete. Nach mehreren Jahren Ausbildung unterstützte HIKAL und die Liga Kultur in Graz die Tschetschenen bei der Gründung einer eigenen Moschee. (Anm. zu DIDIGOV Visit: Im Jahre 2014 wurde **Visit DIDIGOV**, der Imam der tschetschenischen TAWHID-Moschee, wegen § 278b StGB angeklagt, weil sich einige Mitglieder im Zusammenwirken mit **DIDIGOV** dem Terrorstaat IS in Syrien angeschlossen hatten, zu 6 Jahre und elfeinhalb Monate Haft verurteilt. Im Zuge der Gerichtsverhandlung gab **Visit DIDIGOV** – vermutlich von HIKAL beeinflusst – an, die **Ideologie der Muslimbruderschaft gut zu finden** ( vgl. 6 Hv 119/15x des Landesgerichts für Strafsachen Graz; s. 4. Anlassbericht ab der Seite 20).

Im Jahre 2019 wurde in der ägyptischen Zeitung „Al Ahram" ein Artikel veröffentlicht, dass **Mohamed HIKAL** und weitere Personen, in Österreich die Gruppierung der Muslimbruderschaft anführen würde. Außerdem ist bekannt, dass **Mohamed HIKAL im Zuge** einer Predigt anlässlich eines Opferfestes Christen als Götzengläubige und Söhne von Schweinen und Affen beschimpfte. Er prangerte auch die Untätigkeit der Muslime in Österreich an, während die Götzendiener über den Propheten lästern würden. Er äußerte sich hiermit in der gleichen islamistischen Diktion wie der abgesetzte ägyptische Muslimbruderschafts-Präsident **Mohammed MURSI**, welcher sich ebenso der gleichen Worte für Christen und Juden bediente.

## Erkenntnisse aus der Telefonüberwachung:

Am 11.04.2020, um 16:08 Uhr wird **HIKAL Mohamed** von „Abou" kontaktiert. Dabei handelt es sich um **MAKRAM Ahmed** (ebenfalls Beschuldigter in der ggst. Strafsache), geb. am 20.11.1971 in Beheira/Ägypten und whft in 8020 Graz, Griesgasse 22/5, welcher auch „**Abou Anas**" genannt wird.

Die Personen unterhalten sich über eine Wiederholung eines Gerichtsverfahrens. **MAKRAM** erwähnt dabei die Zugehörigkeit der Person zu verbotenen „Jamaa". Bei „Jamaa" dürfte es

sich in diesem Zusammenhang offensichtlich um eine verbotene islamistische Gruppe/Gruppierung handeln (Siehe: 19. Anlassbericht, Seite 18).

Am 10.05.2020, um 16:41 Uhr kontaktiert **HIKAL Mohamed** eine unbekannte männliche Person namens „Yaser". Der Anschluss selbst ist auf **HAIKAL Aiman**, geb. am 19.01.1974 in Beheira/Ägypten und whft in 8055 Graz, Passinigasse 12 gemeldet.

Zusammenfassend wird über eine Geldüberweisung gesprochen, wobei sich **HIKAL Mohamed** um den Vorgang selbst Sorgen macht. **HIKAL Mohamed** erwähnt dann, dass ein Gerichtsbeschluss existiert und ein Papier geschickt wird, damit es offiziell ist. Ein Papier wird der Bank ausgegeben, in welchem „Yaser" seiner Schwester Geld gibt, das von ihr unterschrieben wird. Sie bezahlt das Geld auf das Konto des „Yaser" ein, damit man nicht auf diesen schließen kann. Dies soll verhindern, dass Fragen gestellt werden.

Erkenntnisse zu den Inhalten dieses Gesprächs gibt es ho keine. Jedoch lässt sich aus der Vorgehensweise, in Bezug auf die Geldtransaktion mit der Bank, schließen, dass die Herkunft des Geldes, sowie der Zweck verschleiert werden soll (Siehe: 19. Anlassbericht, Seite 18).

**HIKAL Mohamed** führt ein Gespräch mit einer dzt. unbekannten Person über den Ankauf von vermutlich einem oder drei Objekten für eine Moschee. **HIKAL Mohamed** spricht über ein Angebot für ein Objekt von den Männern für 160.000.-, für die Frauen für 180.000.- und für die Moschee von 271.000.- Woher der als Religionslehrer tätige **HIKAL Mohamed** über diese hohen Geldsummen verfügt, ist derzeit nicht bekannt (Siehe: 15. Anlassbericht, ab Seite 6).

**HIKAL Mohamed** verschickte an einen dzt. unbekannten Teilnehmer einen VIDEO-Link zur deutschsprachigen Internetseite der „Hizb-ut-Tahrir", in welchem die Thematik „In Zeiten von Corona", islamrechtliche Antwort auf die Frage: **„Ist ein Verbot des Freitags- und Gemeinschaftsgebets in den Moscheen zulässig?"** behandelt.

Dazu wird angemerkt, dass es sich beim Betreiber dieser Seite um die transnationale islamistische Bewegung „Hizb ut-Tahrir" (kurz HuT, „Partei der Befreiung) handelt, welche u.a. seit 2003 in Deutschland mit einem Betätigungsverbot belegt wurde. Wie im 6. Anlassbericht vom 26.02.2020 (Seite 17) berichtet, handelt es sich bei der HuT um eine Abspaltung von der Muslimbruderschaft, die ebenso das Ziel verfolgt, weltweit ein Kalifat zu errichten. (Quelle: https://de.wikipedia.org/wiki/Hizb_ut-Tahrir)

Zusammenfassend kommt im Video zum Ausdruck, dass

> das „Corona-Virus" als eine Art **Bestrafung Allahs** angesehen wird und dass der **Grund dafür die <u>schlimmen Übel gegen Muslime</u>** (Genozid an Indianer; Verbrechen Chinas, Russlands, Serbiens und Großbritanniens an den Muslimen) durch die **„Kapitalisten und deren Abbilder" in der Welt sind.** „So sind die Herrscher

Amerikas, Chinas, Russlands, Europas und andere die Ursache allen Elends auf Erden und auch des Elends ihrer eigenen Völker."

Der Umgang der **Kapitalisten sei fehlerhaft** und **die islamrechtliche Lösung die richtige Antwort.**

Das **Freitags- und Gemeinschaftsgebet dürfe im Falle einer Epidemie nicht generell ausgesetzt** und soll von den Gesunden aufrechterhalten werden. Das Gemeinschaftsgebet gelte als Pflicht und **muss für die Menschen öffentlich wahrnehmbar sein.**

„**Wenn also der Staat die Moscheen schließt**, ohne die höchstmögliche Anstrengung zu unternehmen, um die überwiegende Annahme tatsächlich zu ermitteln, und er in der Folge den Menschen verbietet, die Moscheen zur Verrichtung der Freitags- und Gemeinschaftsgebete zu besuchen, so begeht er dafür eine **schwere Sünde.**"

Es wird vom Verfasser angemerkt, dass die **Regenten der islamischen Welt den „kolonialistischen Ungläubigen" bei deren Maßnahmen ohne zu Zögern folgen würden.** In schlimmerer Situation in der Vergangenheit seien niemals die Moscheen geschlossen oder Menschen zuhause eingeschlossen worden.

http://www.hizb-ut-tahrir.info/gr/index.php/mb/zmb-sud/2386.html (Siehe: 15. Anlassbericht, ab der Seite 6) .

Im Zuge eines Gesprächs mit **Abou Mahmoud** erwähnt **HIKAL Mohamed** die politische Lage in Ägypten. **HIKAL Mohamed** vergleicht die jetzige Regierung in Ägypten mit „Jamal Abdul Nasser". Damit ist offensichtlich der frühere Staatspräsident von Ägypten **Gamal Abdel Nasser** gemeint, dessen innere Religionspolitik von einer Auseinandersetzung mit der Muslimbruderschaft geprägt war. Diese Auseinandersetzung gipfelte darin, dass er von einem Muslimbruder angeschossen wurde, er diese Organisation auflösen und Mitglieder verhaften bzw. hinrichten ließ.

Im Gespräch wird auch sehr deutlich, dass **HIKAL Mohamed** und sein Gesprächspartner das Ende der jetzigen Regierung in Ägypten herbeisehnen, da sie auch über die Haftbedingungen ihrer derzeit inhaftierten „Brüder" sprechen, die entweder gar nicht oder nur schwer beeinträchtigt aus der Gefangenschaft herauskommen würden. Des Weiteren wird über den in der Sache als Beschuldigten geltenden **EL DALOAA Abualwafa** gesprochen, den sie als Vorreiter und Kämpfer sehen, welcher nicht ersetzt werden könnte. Auch nicht vom ebenfalls Beschuldigten **Mag. Dr. Magdy ELLEISY** (Siehe: 25. Anlassbericht, Seite 11).

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **HIKAL Mohamed** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **HIKAL Mohamed** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**HIKAL Mohamed** unterstützt und propagiert zumindest seit 2009 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**HIKAL Mohamed** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese

zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**HIKAL Mohamed** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


**17) Mag. Dr. ELLEISY Magdy, geb. 13.09.1964 in Imaba/Ägypten:**

**Mag. Dr. Magdy ELLEISY** ist muslimischer Religionslehrer der IGGÖ, welcher in steirischen Schulen muslimische Schulkinder unterrichtet und ist als Stiftungsmitglied eine **zentrale Person des Vereins Liga Kultur bzw. der EL-NUR-Moschee** in Graz. Der Liga Kultur Verein ist laut dem Gutachten von Mag. **HEINISCH** und **SCHOLZ**, sowie dem Gutachten von Dr. **ASLAN** eindeutig der Muslimbruderschaft zuzuordnen. An der nachfolgenden Veranstaltung der Muslimbruderschaft in Österreich, mit der Hauptthematik des Sturzes des Präsidenten **MURSI**, der Fortführung der Revolution in Ägypten und der Wiedereinsetzung eines (islamistischen) Präsidenten der Muslimbruderschaft, hat **Mag. Dr. Magdy ELLEISY** teilgenommen:

- Am 12.04.2014 wurde in 1210 Wien, Angerer Straße 14, (Haus der Begegnung - Floridsdorf) eine Veranstaltung im Zusammenhang mit der Muslimbruderschaft abgehalten. Titel der Veranstaltung: „**Die Revolution geht weiter und das Volk reißt sich die Freiheit**", unter den Anwesenden Personen befand sich **Mag. Dr. Magdy ELLEISY.**

Bei dieser Veranstaltung wurde von den anwesenden Personen ein Treueeid/Schwur auf die Revolution in Ägypten geleistet. Dabei schworen sie vor Gott (Allah) die Übergangsregierung, die sie als militärische Herrschaft (Anm.: nach dem Sturz des abgesetzten ägyptischen Präsidenten **MURSI**) betrachten, zu stürzen. Sie schworen, dass sie der Revolution treu sein werden und den Militärputsch und die darauffolgenden Präsidentschafts- und Parlamentswahlen nicht anerkennen werden. Während dem Schwur streckten die anwesenden Personen den rechten Arm mit vier gestreckten Fingern und einen angelegten Daumen nach oben - sogenannter R4bia-Gruß als Erkennungszeichen der Sympatisanten der Muslimbrüder (s. 1. Anlassbericht, ab der Seite 2; sowie 3. Anlassbericht, ab der Seite 2).

## Erkenntnisse aus der Telefonüberwachung:

**Mag. Dr. Magdy ELLEISY** hat Kontakte zu **Mahmoud El ABIARY** ins Hauptquartier der Muslimbruderschaft nach London. EL ABIARY ist der **stellvertretenden Generalsekretärs der Muslimbruderschaft** und wird derzeit als **Nummer 3 weltweit in der Hierarchie der Muslimbruderschaft** nach Dr. **Ibrahim MUNIER** und Dr. **Mahmoud EZZAT** gehandelt. EL ABIARY ist auch Herausgeber der Muslimbruderschafts-Internetseite: Risalat al-Ikhwan (http://www.ikhwanpress.com/). Seit dem Sturz der Muslimbruderschaft in Ägypten gilt London als die weltweite Zentrale der Muslimbruderschaft. Ursprünglich wanderte EL ABIARY Mahmoud (geb. 05.06.1952 in El Gemeza) aus Ägypten nach Österreich ein. Nach einigen Jahren erhielt er die österreichische Staatsbürgerschaft und verlegte im Jahre 2013 offiziell seinen Wohnsitz von Wien nach London. In der Vernehmung vom 10.03.2020 antwortet Prof. VIDINO auf die Frage, welche Person er eindeutig der Muslimbruderschaft zuordnen würde, mit dem Namen der Familie EL ABIARY. Prof. VIDINO ergänzte, dass die EL ABIARY's sehr wichtige Mitglieder der Muslimbruderschaft seien und viele Firmen im Norden Londons auf ihren Namen registriert hätten, welche aber tatsächlich der Muslimbrüderschaft gehören würden (Quelle: Vernehmung Prof. VIDINO vom 10.03.2020).

**Mag. Dr. Magdy ELLEISY** erzählt in einem Telefonat einem unbekannten Gesprächspartner, dass es einen guten **Bruder namens EL ABIARY Mahmoud** in Wien gegeben habe und dass er jetzt in **London wohnen** würde. ELLEISY hätte seine Telefonnummer verloren, aber seit einigen Tagen wäre EL ABIARY wieder telefonisch mit ihm in Kontakt getreten und **nun würde er mehrmals täglich mit ihm kommunizieren** (Siehe 15. Anlassbericht aber der Seite 5).

In den Gesprächen von **Mag. Dr. Magdy ELLEISY** kommen immer wieder der Begriff „Bruderschaft" bzw. „Brüder" zum Ausdruck. Im gegenständlichen Telefonat des **Mag. Dr. Magdy ELLEISY**, sagt der unbekannte Gesprächspartner: „Gott behüte Österreichs

Regierung, die Bevölkerung, das Land und die Führung (lacht)" Dr. ELLEISY ergänzt mit den Worten: „**und die Bruderschaft** (bzw. Brüder) (lacht)". Im Verlauf desselben Gesprächs sagt **Mag. Dr. Magdy ELLEISY**, dass er das Buch „Die Zukunft dieser Religion" von **Sayyed QUTB** (Hauptideologe der Muslimbruderschaft) und auch den Nasheed: „Bruder du bist frei" gelesen habe. **Mag. Dr. Magdy ELLEISY** meinte, dass man solche Bücher wieder übersetzten sollte. Dann erzählt er, dass **Khomeini** nach der Revolution im Iran, ein Buch von **Sayyed QUTB**: „Unter dem Schatten des Koran" übersetzen habe lassen (Siehe 15. Anlassbericht aber der Seite 5).

**Mag. Dr. Magdy ELLEISY** spricht darüber, dass man Videos über Missionierungen bzw. Konvertierungen (arab. Dawah) zum Islam machen könne und diese auf Youtube stellen solle (Siehe 19. Anlassbericht aber der Seite 18).

Für seine Missionierungszwecke spricht **Mag. Dr. Magdy ELLEISY** mit einer unbekannten Person darüber Kinderbücher aus Ägypten zu übersetzen, weil diese einen erzieherischen Wert haben sollen. (Anm.: vermutlich Erziehung im Sinne religiöser Ideologie der Muslimbruderschaft). Dafür sollen € 120.000.- jährlich verwendet werden, unter anderem um Bücher zu übersetzen. Ein eigener Verlag soll gegründet werden, um diese Bücher verbreiten zu können. Die Bücher sollen keinen direkten Bezug zu Eroberungen und Invasionen haben. (Anm. dazu: Hier wird offensichtlich versucht, Kinder, mit Kinderbüchern aus Ägypten, zu ideologisieren. Direkte Bezüge zu Eroberungen und Invasionen sollen dabei vermieden werden, um nicht zu viel Aufmerksamkeit zu erregen) (Siehe 19. Anlassbericht aber der Seite 18).

Bei den Gesprächen des **Mag. Dr. Magdy ELLEISY** geht es im Wesentlichen um die Organisation des im 19. Anlassbericht vom 09.06.2020 erwähnten Projektes der Übersetzung von Kinderbüchern zum Zwecke der Missionierung. Hier wird offensichtlich versucht, Kinder mit Kinderbüchern aus Ägypten zu ideologisieren. Direkte Bezüge zu Eroberungen und Invasionen sollen dabei vermieden werden, um nicht zu viel Aufmerksamkeit zu erregen. Er beauftragt eine Bekannte mit der Übersetzung der Texte und will auch von einem seiner Schüler ein selbstgemaltes Bild von einem Mädchen mit Kopftuch (Siehe 25. Anlassbericht aber der Seite 14).

Weiters spricht **Mag. Dr. Magdy ELLEISY** in mehreren Telefonaten über das Sammeln von Geldern, über die Überbringung der Gelder ins Ausland (Ägypten, Libanon) sowie über regelmäßige Überweisungen aus Ägypten. Es geht aus den Gesprächen nie hervor, wofür die Gelder tatsächlich gedacht sind (Siehe 25. Anlassbericht aber der Seite 14).

Es ist bei den Gesprächen von **Mag. Dr.  Magdy ELLEISY** deutlich zu erkennen, dass er gewisse Angelegenheiten nicht am Telefon besprechen möchte, was er selbst auch mehrmals behauptet.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **Mag. Dr.  Magdy ELLEISY** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **Mag. Dr.   Magdy ELLEISY** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**Mag. Dr.  Magdy ELLEISY** unterstützt und propagiert zumindest seit der Gründung des Vereins Liga Kultur im Jahr 1998 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre

Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag. Dr. Magdy ELLEISY** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die *Union of Good*, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag. Dr. Magdy ELLEISY** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


**18) ISMAIL Eldessokki Elsayed Elsherbini, geb. 08.12.1965 in Bassat/Ägypten:**

ISMAIL Eldessokki Elsayed Elsherbini @ ELDESSOKKI Ismail (NiA) absolvierte eine vierjährige Ausbildung zum Imam an der bekannten AL-AZHAR-Fakultät in Kairo und war zumindest im Zeitraum September 2005 bis Oktober 2011 Imam des Vereins „Islamischer Liga Kultur – Verein für multikulturellen Brückenbau" @ EL-NUR-Moschee, etabliert in 8020 Graz, Neubaugasse 67. Der Liga Kultur Verein ist laut dem Gutachten von Mag. **HEINISCH** und **SCHOLZ**, sowie dem Gutachten von Dr. **ASLAN** **eindeutig der Muslimbruderschaft zuzuordnen**. Nach einem Zerwürfnis mit der Führung des Vereins, erfolgte am 22.12.2011 die

Gründung der AR-RAHMAN-Moschee, welcher ISMAIL bis dato als Imam vorsteht. Aufgrund der Tatsache, dass ISMAIL in der EL-NUR die Tätigkeiten eines Imams ausgeübt hatte, kann eindeutig festgestellt werden, dass sich selbiger für mehrere Jahre führend im Sinne der Muslimbruderschaft engagiert hatte. Trotz der Abspaltung vertritt ISMAIL als Imam der AR-RAHMAN jenen Islam, welcher nach der Ideologie der Muslimbruderschaft ausgerichtet ist (s. 4. Anlassbericht, Seite 22-24). Laut einem Bericht der „Euro-Arab-Press" unterstützt ISMAIL die Strafsteuer für koptische Christen und Juden (s. 4. Anlassbericht, Seite 22-24).

Dies wird durch ein Telefongespräch vom 17.04.2020 insofern bestätigt, als dass Genannter angibt, in der Türkei für Erziehungsangelegenheiten der „Bruderschaft" tätig und rund fünfmal für die „Bruderschaft" dort gewesen zu sein. Er hat dort Bosnier, Albaner und Kosovaren zu Imamen ausgebildet (s. 15. Anlassbericht, Seite 7-9).

In einem weiteren Telefongespräch vom 20.04.2020 spricht ISMAIL über dessen persönlichen Kontakt zu Rached AL-GHANNOUCHI, dem Parteivorsitzenden der Ennahda-Partei, welche als Bewegung der Muslimbruderschaft in Tunesien gilt.

In diesem Telefongespräch vom 20.04.2020 spricht ISMAIL über den muslimischen Gelehrten Taqi ad-Din Ahmad ibn-Taimiya, welcher als Inspirator des modernen Islamismus, sowie des heutigen Salafismus konservativer Auslegung gilt (s. 19. Anlassbericht, Seite 14).

ISMAIL gibt in einem weiteren Telefongespräch vom 18.04.2020 an, dass er mit „Brüdern" im Gefängnis war. Hierbei ist anzumerken, dass der Beschuldigte in Österreich zu keiner Zeit inhaftiert war (s. 15. Anlassbericht, Seite 7-9).

ISMAIL spricht im Zuge eines Telefongesprächs vom 14.07.2020 von einem Freund namens Dr. SOLIMAN Ali, welcher ein Muslimbruder war und dem aufgrund der Tätigkeit an der Universität und einer Bekannten in der Steiermärkischen Landesregierung die Staatsbürgerschaft verliehen wurde (s. 25. Anlassbericht, Seite 12-13).

Die verzweigten Verbindungen zwischen Muslimbruderschaft und HAMAS legt auch ein Gespräch vom 21.05.2020 dar, als ISMAIL anrät, eine Almosenspende über die „Rahma Vereinigung" um Adel DOGHMAN abwickeln zu lassen, welche laut eigenen Aussagen als mächtigste Einrichtung im Bereich humanitärer Hilfe gilt (s. 19. Anlassbericht, Seite 23-27).

ISMAIL Eldessokki unterhält sich in einem Telefonat vom 23.05.2020 mit Dr. GOWAYED Mohammed über die Problematik hinsichtlich der Verleihung der österreichischen Staatsbürgerschaft, welche selbigen bis dato verwehrt worden war. GOWAYED schilderte dabei die Kontaktaufnahme mit einem „Konsul" in Wien. Diesem gegenüber erzählte GOWAYED, dass ISMAIL bei „den Bruderschaften" war und aufgrund einer Predigt für „die

Bruderschaft" verraten wurde. Die Gemeinschaft der EL-NUR-Moschee hat Probleme verursacht, obwohl ISMAIL mit dem Staat keine Schwierigkeiten hatte. Für ISMAIL bedeutet Verfassungsschutz Prostitution (s. 19. Anlassbericht, Seite 23-27).

ISMAIL soldarisierte sich mit den inhaftierten und verurteilten Imamen DIDIGOV Visit (Verurteilung zu 6 Jahren Haft wegen § 278b StGB) und OMEROVIC Mirsad (Verurteilung zu 20 Jahren Haft wegen § 278b StGB und Anstiftung zu § 75 StGB). DIDIGOV war zur selben Zeit wie auch ISMAIL in der EL-NUR tätig und sollte als Imam der Muslimbruderschaft für die tschetschenische Community eingesetzt werden (s. 4. Anlassbericht, Seite 22-24).

In einem Telefongespräch vom 06.06.2020 bezeichnet ISMAIL den DIDIGOV als Freund. Im Zuge dieses Gesprächs meint der Beschuldigte, dass die Tschetschenen „Leute vom Jihad" sind und zeigte sich im Allgemeinen erfreut über die Wesenszüge dieser Volksgruppe (s. 19. Anlassbericht, Seite 15 u 23-27).

Bei einem Telefonat vom 22.05.2020 rät ISMAIL dem Mag. Dr. MOUSTAFA Mohamed einen Job bei einer Bank nur anzunehmen, wenn er keine andere Arbeit findet und dennoch nach einer anderweitigen Arbeit sucht. Denn es ist keine islamische Bank. Muslime aus dem islamistischen Spektrum lehnen westliche Banken wegen der Zinsen ab (s. 19. Anlassbericht, Seite 15 u 23-27).

In einem anderen Gespräch vom 09.07.2020 erwähnt ISMAIL eine Unterredung mit einem jungen Konvertiten, zu welchem der Beschuldigte meint, dass es keinen anderen Gott außer Allah gibt, dass ihr Ziel Allah, ihr Prophet Mohammed und ihre Verfassung die Scharia ist. Diese Bekundung stellt das „Leitbild" der Muslimbruderschaft dar und zeigt offen, den Versuch einer ideologischen Manipulation (s. 25. Anlassbericht, Seite 12-13).

Im Zuge eines Telefonats vom 18.07.2020 offenbart ISMAIL seine antisemitische und antizionistische Einstellung als er über die Ankunft von „Mahdi" – einer apokalyptischen Erscheinung – spricht. Jerusalem wird während eines 40 Jahre lang bestehenden Kalifats von den Zionisten befreit werden. Israel, welches von ISMAIL aufgrund der Nichtanerkennung dieses Staates lediglich mit „Entität" bezeichnet wird, wird laut dem palästinensischen Scheich Bassam AL-JARRAR bereits 2022 verschwinden. Die Jihadisten sind laut ISMAIL in der Lage „die Entität" bei einer direkten Konfrontation zu besiegen, da Israel deren Waffensysteme wie Atombomben oder die Luftwaffe nicht einzusetzen vermag.

ISMAIL zufolge wird Gott das palästinensische Volk – fern von den Hunden der Araber in Ägypten, Saudi-Arabien und den Emiraten – befreien. Er beruft sich auf Ismail HANIYYA, Führungspersönlichkeit der HAMAS, welcher sagte, dass er keine Unterstützung von Ägypten verlangt. Er will nur nicht, dass ihm Ägypten in den Rücken fällt und „die Entität" unterstützt. Hinsichtlich des vierzigjährigen Kalifats meint ISMAIL, dass es etwas Großartiges werden

– 222 –

wird, nach der Ungerechtigkeit, in welcher sie (ISMAIL benutzt „wir") sich befinden. Diese Ungerechtigkeiten wurden aber vorhergesagt. ISMAIL gibt an, dass sie (ISMAIL benutzt „wir") ein Kalifat haben werden. Sie („wir") werden eine „Ummah" bestehend aus dem Bundesland Ägypten und Bundesland Syrien. Bedenklich ist des Weiteren der geäußerte Gedanke respektive Wunsch eines geeinten Kalifats insofern als, dass ISMAIL für „Bundesland" die arabische Bezeichnung „Wilayah" benutzt. Dieser Begriff wurde zuletzt vom Islamischen Staat für deren Regionen verwendet. Vergleichbar wäre diese Verwendung, wenn man beispielsweise die Steiermark nicht als „Bundesland", sondern als „Reichsgau" bezeichnet. Es handelt sich dabei um eine alte Bezeichnung für Länder, welche unter einem gemeinsamen Kalifat geeint sind (s. 25. Anlassbericht, Seite 12-13).

Mindestens ebenso bedenklich scheint der Umstand, dass ISMAIL laut einem Telefonat vom 10.05.2020 in den Räumlichkeiten der AR-RAHMAN Koranunterricht für Kinder abhält und dadurch unweigerlich im Stande ist, unmittelbare Indoktrination an den Jüngsten der Gesellschaft zu betreiben, um diese letztendlich in deren Entwicklung mit seinen besorgniserregenden Ansichten zu beeinflussen (s. 19. Anlassbericht, Seite 23-27).

Zusammengefasst kann insbesondere aufgrund der gewonnenen Erkenntnisse durch die TKÜ festgehalten werden, dass ISMAIL eine äußerst islamistische, sowie antiisraelitische Weltanschauung vertritt und sich mit den Inhalten diverser Vertreter dieser Strömung beschäftigt.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des ISMAIL Eldessokki für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter ISMAIL Eldessokki mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

ISMAIL Eldessokki unterstützt und propagiert seit seiner Tätigkeit im Verein Liga-Kultur im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. SCHOLZ)..

ISMAIL Eldessokki steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**ISMAIL Eldessokki Elsayed Elsherbini** steht somit aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 19) MAKRAM Sobhy, geb. 07.04.1972 El Sawaf/Ägypten;

MAKRAM Sobhy Saad Ibrahim (NiA) bekleidet als Angestellter des Landes Steiermark seit 04.11.2003 das Lehramt für Islamische Religion laut Internet in der VS Raaba in 8074 Raaba-Grambach, Franz-Schedlbauer-Weg 39, VS Kalsdorf in 8401 Kalsdorf, Hauptstraße 130-132 und NMS/HS Feldkirchen/Graz in 8073 Feldkirchen/Graz, Triester Straße 53. MAKRAM gilt als Aktivist im zentralen Umfeld des Vereins „Islamischer Liga Kultur – Verein für multikulturellen Brückenbau"-@ EL-NUR-Moschee, etabliert in 8020 Graz, Neubaugasse 67. In der Stiftungsurkunde der „Liga Kultur – Verein zur Förderung des kulturellen Austausches und Integration", etabliert in 1200 Wien, Greisenekergasse 10, scheint MAKRAM unter Nr. 10 als Stiftungsmitglied auf. Der Liga Kultur Verein ist laut dem Gutachten von Mag. **HEINISCH** und **SCHOLZ**, sowie dem Gutachten von Dr. **ASLAN**, **eindeutig der Muslimbruderschaft zuzuordnen**. Bereits am 10.06.2012 konnte MAKRAM im Dunstkreis der Muslimbruderschaft festgestellt werden, als dieser in der ägyptischen Botschaft in Wien an der Auszählung des Wahlergebnisses der ägyptischen Präsidentschaftsstichwahl der Auslandsägypter in Österreich aktiv teilgenommen hatte (s. 8. Anlassbericht, Seite 6).

An der nachfolgenden Veranstaltung der Muslimbruderschaft in Österreich, mit der Hauptthematik des Sturzes des Präsidenten **MURSI**, der Fortführung der Revolution in Ägypten und der Wiedereinsetzung eines (islamistischen) Präsidenten der Muslimbruderschaft, hat **MAKRAM Sobhy** teilgenommen. Bei der Veranstaltung mit dem Titel „Die Revolutionskonferenz geht weiter und das Volk nimmt sich die Freiheit" am 22.03.2014 in 1150 Wien, Schwendergasse 41, Haus der Begegnung Rudolfsheim mit den Ehrengästen Hamza ZOUBA (Journalist und Moderator beim Muslimbruderschaftssender „Mekamleen") und Dr. Mohamed GAWADY (Leiter der Exilregierung der Muslimbruderschaft) konnte MAKRAM Sobhy als Besucher festgestellt werden. Bei dieser Veranstaltung waren abermals unzählige Ägypten- bzw. R4bia-Flaggen, R4bia-Plakate, sowie Banner im Festsaal zu sehen.

Die Teilnehmer bekannten Zugehörigkeit mittels R4bia-Handgruß, trugen gelbe Schale mit R4bia-Aufdruckund befand sich am Rednerpult ein Abbild des Mohamed MURSI. Zweck und Sinn dieser Veranstaltung war dadurch für jedermann klar ersichtlich.

Aufgrund der Tatsache, dass es sich bei MAKRAM wie erwähnt um einen Religionslehrer des Landes Steiermark handelt, welcher aufgrund seiner beruflichen Stellung vorwiegend Volksschulkinder unterrichtet, sind nachfolgende Erkenntnisse als äußerst besorgniserregend zu bewerten. Im Zuge eines Telefonats vom 10.04.2020 (Wortprotokoll Nr.: 2, Lfd: 112) gibt MAKRAM an, dass ihm der Journalist, Blogger und Rapper Abdullah EL SHERIF, ein Mitglied der Muslimbruderschaft mit enormer Reichweite aufgrund dessen Präsenz in den sozialen Medien, gefällt. Er ist so viel wert, wie alle „Brüder" zusammen, obwohl er ein Salafist ist. Hinsichtlich der Person MASHHOUR Saber, seines Zeichens ebenfalls Journalist und Blogger mit Verbindungen zur Muslimbruderschaft, äußert sich MAKRAM dahingehend, dass er ihn ein paar Mal angehört und er ihm gefallen hat.

Während viele „Brüder" nur auf den eigenen Vorteil Bedacht waren, hatten Dr. Mohamed BELTAGY und Hazem ISMAIL alles verstanden und die Situation richtig eingeschätzt. Bei BELTAGY handelt es sich um einen Politiker der Muslimbruderschaft und Generalsekretär der Freiheits- und Gerechtigkeitspartei. Obwohl ISMAIL ein ehemaliges Mitglied der Muslimbruderschaft ist, setzt er sich nichtsdestotrotz für die Verschleierungspflicht für Frauen, Alkoholverbot für Touristen in der Öffentlichkeit, Schließung von Kasinos, Festnahmen von mit zweiteiligen Badeanzügen bekleideten Touristinnen, Einführung der Kopfsteuer für ägyptische Christen und für Beendigung des Friedensvertrags mit Israel ein. Der Markenname „Pepsi" des gleichnamigen Erfrischungsgetränks stehe als Abkürzung für „Pay Every Penny Saving Israel" und Osama BIN-LADEN sei laut ISMAIL ein Märtyrer.

Im selben Gespräch meint MAKRAM weiters, dass die guten „Brüder" in Haft sind und von der Regierung sinngemäß mundtot gemacht wurden. Man sollte außerdem nicht so sehr am Namen hängen, da dieser sofort mit Terrorismus in Verbindung gebracht wird. MAKRAM teilt mit, dass er nicht versteht, warum man nicht einfach den Namen ändert oder eine neue Organisation gründet, denn wichtig ist die „Da'wa", ergo die Missionierungsarbeit.

Der Gesprächspartner HEGAZI Mohamed entgegnet, dass es ein heiliger Name, ein Prinzip der „Brüder" sei und mit dem Namen ein Pakt geschlossen wurde (s. 23. Anlassbericht, Seite 24-25 u 27-28 zu den Personen EL SHERIF u MASHHOUR, sowie 25. Anlassbericht, Seite 14-15).

In einem Telefongespräch mit Dipl.-Päd. IHI Mohamed, Islam-Religionslehrer in der Steiermark, vom 15.04.2020 (Wortprotokoll Nr.: 6, Lfd: 226) rät der selbiger MAKRAM, dass er gewisse Passagen in seinen Texten in der Schule aufgrund der darin vermittelten Gewalt

16 St 52/19t        -235-

ausklammern sollte. Aufgrund des Gesprächsverlaufs besteht begründeter Verdacht, dass MAKRAM dies in der Vergangenheit betrieben hatte und/oder in der Zukunft so handhaben wollte (s. 25.Anlassbericht, Seite 14 – 15).

In einem weiteren Telefonat des MAKRAM vom 01.06.2020 (Wortprotokoll Nr.: 3, Lfd: 2469) mit SAYED Abdelrahman, ebenfalls Lehrer für Islamische Religion in der Steiermark, wird die Problematik hinsichtlich etwaiger Bücher besprochen, welche dem Gesprächspartner nicht zusagen. Die beiden Personen wollen sich deswegen zusammensetzen und MAKRAM gibt an, dass er nur den Titel des Buches verwendet und man unter diesem Titel alles vorbringen kann, was man will. MAKRAM praktiziert dies zumindest laut eigenen Angaben so. SAYED merkt an, dass MAKRAM arbeitet wie er will. Niemand kann ihn zu etwas zwingen. MAKRAM hat zwar das vorgegebene Ziel und den Titel, „den sie haben wollen", kann jedoch so arbeiten, wie es ihm beliebt.

MAKRAM unterhält sich am 29.06.2020 (Wortprotokoll Nr.: 7, Lfd: 3373) mit der syrischen Staatsbürgerin WAHAB Abeer, da selbige über MAKRAM Geld nach Wien schicken möchte. Es handelt sich dabei um einen Geldbotenauftrag zu einem Mann in Wien, welcher wiederum das Geld an eine Schwester der WAHAB schickt. Beim letzten Mal wurde ein „großer Betrag", etwa 200 bis 250 (Anm.: unbekannte Währung) überwiesen. WAHAB gibt an, dass ihre Schwester und deren Mann nichts zu essen haben, weil dieser in einem befreiten Gebiet arbeitet und es ein Problem bei seinem Bataillon gegeben hat. Hinsichtlich der Erkenntnisse zum OBS-Bericht vom 11.07.2020 wird festgehalten, dass sich MAKRAM mit WAHAB in Leibnitz traf und im JUFA-Hotel Leibnitz Zeit verbrachte. Hinsichtlich der hungernden Schwester wird angemerkt, dass WAHAB im Zuge der Asylantragstellung vom 15.12.2015 angab, dass sich ihre vier Schwestern in Syrien befinden.

Auch bei einem fernmündlichen Gespräch am 11.08.2020 (Wortprotokoll Nr.: 8, Lfd: 5239) ist die Thematik eine Geldtransaktion. AFANA Mohammed erkundigt sich bei MAKRAM, ob er ihm € 10.000,- geben kann. MAKRAM antwortet lachend auf welche Weise er den Betrag übergeben soll und meint, dass er AFANA das Geld geben könnte, wenn er es auf seinem Privatkonto hätte. MAKRAM gibt weiters an, dass er „jemanden außerhalb des Landes" hat. AFANA schlägt vor, dass er das Geld MAKRAM persönlich geben wird, damit dieser es auf sein Konto einzahlt und es schließlich ihm überweist. MAKRAM ist skeptisch, weil dessen Konto mit dem Geschäftskonto verbunden ist. Eine solche Art der Überweisung ist auffallend, da er mit seiner Firma in den letzten zwei Jahren Verluste gemacht hat. MAKRAM schlägt vor, dass man für die Transaktion eine „neutrale" Person auswählen sollte und gibt an, sich darum zu kümmern.

Zusammengefasst kann insbesondere aufgrund der Tatsache, dass MAKRAM in mehreren steirischen Volksschulen als Lehrer für Islamische Religion tätig ist und somit im Stande ist,

muslimische Kinder mit bedenklichen Ideologien zu beeinflussen, welche im direkten Gegensatz zu den geltenden Werten in Österreich stehen und hinsichtlich des Umstands, dass aufgrund der gewonnenen Erkenntnisse im Zuge der TKÜ Anhaltspunkte festgestellt werden konnten, dass MAKRAM vom vorgegebenen Lehrplan respektive Lehrbücher abweicht, um seine eigenen Inhalte zu verbreiten, die Tätigkeiten des Beschuldigten als äußerst besorgniserregend eingestuft werden. Bezugnehmend auf die Geldtransaktionen ist anzumerken, dass hier offensichtlich versucht wird, Geldmittel – vermutlich aus dem Ausland - auf das Konto des MAKRAM zu transferieren, deren Herkunft bislang nicht geklärt werden konnte und wird überdies versucht, den Geldfluss zu verschleiern. Der tatsächliche Zweck für welchen das Geld letztendlich benötigt wird, ist derzeit unbekannt.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **MAKRAM Sobhy** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **MAKRAM Sobhy** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,
- den Sturz des ägyptischen Regimes von General as-SISI,
- die Wiedererlangung der Macht in Ägypten,
- die Zerstörung des Staates Israel,
- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**MAKRAM Sobhy** unterstützt und propagiert zumindest seit der Gründung des Vereins Liga Kultur im Jahr 1998 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

16 St 52/19t     – 239 –

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**MAKRAM Sobhy** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. Dipl Pol. **SCHOLZ**).

**MAKRAM Sobhy** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 20) Mag. MEKIC Mahdi, geb. 24.09.1977 in Banovici/Bosnien

Aufgrund verdeckter Informationsgewinnung wurde bekannt, dass **Mag. MEKIC Mahdi**, der Obmann der EMANEH-Moschee (Verein IKZ – Islamisches Kulturzentrum Graz), in 8020 Graz, Laubgasse 22, Kontakt zu **Ayyoub ABOULIAQIN**, dem Generaldirektor von QATAR CHARITY in UK sowie zu **Abdelaziz Al-Mekdad**, Direktor des Kontroll-Managements von QATAR CHARITY, hatte. Aus E-Mail-Korrespondenz geht hervor, dass im Jahre 2015 während des Ramadan (17.06-16.07) **Mag. MEKIC Mahdi** den **ABOULIAQIN** im QATAR CHARITY-Hauptquartier in Doha getroffen hat. Dort wurde vereinbart sich entweder in Österreich oder in London zu treffen. Außerdem erfolgten seitens **Mag. MEKIC Mahdi** Einladungen zum Besuch der Moschee in der Laubgasse 24. Somit besteht der dringende Verdacht, dass **Mag. MEKIC Mahdi** teils zur Finanzierung des ca. 13 Millionen-Euro-Projekts: Moscheebau in der Laubgasse, Gelder von QATAR CHARITY erhält oder erhalten hat, um die Moscheegemeinde im Sinne der islamistischen Ideologie der Muslimbruderschaft und des der Muslimbruderschaft zuzuordnenden Finanziers auszurichten (s. 10. Anlassbericht Seite 8).

Bei der feierlichen Grundsteinlegung für den Moscheebau am 12.05.20112 waren unter anderen **Mustafa CERIC**, (der „Reis ul Ulema" das Geistliches Oberhaupt der Muslime in BiH), **Benjamin IDRIZ**, Imam aus Penzberg (Dtl.) und die Botschafter: Fawzi Abdulaziz Al Farah **(Kuwait)**, Muhammed Madani **(Saudi Arabien)**, Ali Khalfan El-Mensuri **(Katar)**, Seyfi Bozkuş **(Turkei)** sowie Dr. Hashim Al-Mahrougi **(Muslimische Weltliga)** anwesend. Fraglich schien dabei die Anwesenheit von den Botschaftsvertretern aus Saudi Arabien sowie aus Katar. Handelt es sich bei Saudi Arabien doch um den größten Geldgeber für weltweite Moscheebauten (Saudi Arabien) sowie bei Katar – wie bereits zu QATAR CHARITY beschrieben - um einen besonderen Finanzier der Moslembruderschaft. Sowohl Saudi Arabien als auch Katar fördern zur Verbreitung des salafistischen Islams Moscheebauten.

**Mustafa CERIC**, das ehemalige muslimische Oberhaupt (Reis ul Ulema) Bosniens war der Hauptehrengast bei der feierlichen Grundsteinlegung zum Moscheebau in Graz. **CERIC** ist seit 1996 Gründungsmitglied des European **Council for Fatwa and Research** (ECFR). Dies ist jener Zusammenschluss der von **Yusuf QARADAWI** (gilt als Vordenker und Ideologe der islamistischen Muslimbruderschaft) gegründet wurde und Rechtsgutachten gemäß Scharia für Muslime in Europa produziert. 2007 warb **CERIC** für die Einführung eines „Imamats" (Anm.: Art Kalifat ohne Kalif nur mit religiösem Oberhaupt) und einer einzigen **Muslim-Autorität** in Europa und schrieb darin in einem theologischen Begründungszusammenhang die **Scharia „als ewig, nicht verhandelbar und unendlich"**. **CERIC** unterstützte die Bestrebungen ein „**Zentrum für Islam in Europa**" in München zu errichten. In diesem Zentrum sollten auch die **zukünftigen Imame Europas ausgebildet** werden. Zu diesem Zweck wurde **CERIC** vom

Imam **Benjamin IDRIZ** aus Penzberg im Jahre 2015 ins „Münchner Forum für Islam" geholt (Quelle: https://de.wikipedia.org ).

**Benjamin IDRIZ** absolvierte ein Fernstudium an der **Europäischen Fakultät für Islamische Studien in Château Chinon.** Dieses Institut gilt als **französische Schmiede** für **Muslimbruderschafts-Ideologie**. Der wissenschaftliche Rat in Chateau wird von **Yusuf QARADAWI** angeführt (Quelle: https://de.wikipedia.org/wiki/Institut_Europ %C3%A9en_des_Sciences_Humaines). **Benjamin IDRIZ** ist regelmäßiger Gast im Islamischen Kulturzentrum in Graz bzw. der Emaneh Moschee.

**Fikret FAZLIC**, einer von 2 Hauptimamen der EMANEH-Moschee, bekleidet zuvor die Position als Imam in der muslimischen Gemeinde von **Benjamin IDRIZ** aus Penzberg. **FAZLIC** dürfte in seiner Tätigkeit als Imam sehr konservativ lehren, denn es konnte festgestellt werden, dass ein Gläubiger dieser Moschee seine Konten bei einer Bank auflöste, weil **FAZLIC** ihm sagte, dass für Muslime Zinsen nach dem Koran verboten sind (Quelle: LVT ST/2629/2017).

Im November 2013 erhielt der Verein IKZ – Islamisches Kulturzentrum Graz eine Spende in der Höhe von ca. 500.000.- Euro von einem unbekannten Geschäftsmann aus Abu Dhabi. Das Geld wurde über die Organisation „Roter Halbmond" und die Botschaft der VAE in Wien auf das Vereinskonto überwiesen. Auch eine Spende in der Höhe von 50.000.- Euro einer türkischen Organisation kam dem Verein zu gute (Quelle: Vernehmungen LKA: **Mag. Mahdi MEKIC** zur GZ: E1/44187/2014-ul).

Da weder der Spender aus Abu Dhabi noch die türkische Organisation bekannt sind, besteht nach wie vor der Verdacht, dass die Gelder über Mittelsmänner entweder aus Saudi-Arabien oder aus Katar stammten. Handelt es sich bei Saudi-Arabien doch um den größten Geldgeber für weltweite Moscheebauten sowie bei Katar – wie bereits zu QATAR CHARITY beschrieben - um einen besonderen Finanzier der Moslembruderschaft. Sowohl Saudi-Arabien als auch Katar fördern zur Verbreitung des salafistischen Islams Moscheebauten (Siehe: 4. Anlassbericht, ab der Seite 29; vgl. dazu das Gutachten v. Mag. **HEINISCH** u. Dipl Pol. **SCHOLZ**)

**Erkenntnisse aud der Telefonüberwachung:**

In einem Gespräch wird über eine offensichtliche Geldtransaktion nach „unten" gesprochen, dabei wird erwähnt, dass 40% von 10.000.- (also 4000.-) nach unten geflossen seien (Siehe 19. Anlassbericht, Seite 30).

In einem Gespräch mit dem Kassier des IKZ (**BEKATAS Nail**) erkundigt sich dieser bei **Mag. Mahdi MEKIC** über eine Einzahlungsbestätigung aus Kuweit, da diese von einer dritten Person gefordert werde. **Mag. Mahdi MEKIC** gibt an, sich selbst darum zu kümmern. Der Verdacht liegt hier nahe, dass tatsächlich Gelder über Kuwait nach Österreich fließen, um die Emaneh-Moschee zu unterstützen (Siehe 25. Anlassbericht, Seite 16).

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **Mag. Mahdi MEKIC** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **Mag. Mahdi MEKIC** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**Mag. Mahdi MEKIC** unterstützt und propagiert zumindest seit 2010 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag.** ███████████ weiters im dringenden Verdacht als aktiver Unterstützer der Ideologie der Muslimbruderschaft, unter anderem der Bau der ████████████ ████████████, der vermutlich teilweise aus dem Ausland (Qatar – Charity, Abu Dhabi) finanziert wurde, an der Verbreitung der islamistischen Ideologie der Muslimbruderschaft mitzuwirken. Weiters besteht der dringende Verdacht, wie aus einem Gespräch aus der TKÜ (v. 06.04.2020, 14:46 Uhr, Wortprotokoll Nr. 10) zu entnehmen ist, dass Geld (€ 4000.-) nach „unten" transferiert wurde, und dass durch diese Tätigkeit, nämlich der Bereitstellung und Sammlung von Vermögenswerten in Form von Spenden durch die Muslimbruderschaft die Bestimmungen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht wurden (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag.** ███████████ steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


## 21) HAFEZ Farid, Dr. am 23.12.1981 Ried im Innkreis geb.,

Dr. HAFEZ Farid wird vom anonym geführten Hinweisgeber als ein führender Muslimbruder in Österreich bezeichnet. Der anonyme Hinweisgeber erachtet einen politischen Einfluss von Organisationen aus der Türkei und vor allem aus der Umgebung des türkischen Präsidenten ERDOGAN auf die IGGÖ als gegeben. Im Verlauf des Gespräches bezeichnete er den Mag. ██████ ██████ als obersten Muslimbruder in Österreich. Zur Gruppe des ███████████

gehören laut Hinweisgeber die mutmaßliche Muslimbruder- und HAMAS-Aktivisten ███ ██████████████████████████████████, Farid HAFEZ und ████████ █████████.

Im Zuge dieser Vorsprache beim LVT Wien erwähnte der Hinweisgeber explizit den politischen Islam, wobei er meinte, dass die türkische Organisation Milli Görüs und die Grauen Wölfe mit den Muslimbrüdern in Österreich zusammenarbeiten würden. Ihm wurde bekannt, dass sich Personen dieser Organisationen in sogenannten „Home-Sitzungen" organisieren. Bei den türkischen Organisationen kommen regelmäßig Gruppen von sechs Personen oder nur wenige mehr zu diesen Sitzungen zusammen. Bei den Muslimbrüdern sind es in Anlehnung an die Vorgaben des Gründers der Muslimbruderschaft Hasan al-Banna genau sechs Personen, welche sich innerhalb der MJÖ–Muslimische Jugend Österreich in „Ortsgruppen" organisieren. Jede Gruppe hätte eine(n) Ortsgruppenleiter(in), welche(r) sowohl die Gruppe als auch das Leben der einzelnen Gruppenmitglieder kontrolliert und bestimmt. Der anonym geführte Hinweisgeber verglich diese Strukturen mit jenen der Nationalsozialisten. Ihm sind Personen bekannt, welche aus diesen Gruppen bereits ausgestiegen sind, weil sie dort Probleme hatten.

Der Hinweisgeber spricht auch von einem System in Österreich, welches der Öffentlichkeit unbekannt sei und beschreibt dabei „Ortsgruppen" welche von der MJÖ - Muslimische Jugend in Österreich organisiert werden. Hierbei würden junge Muslime in Gruppen von jeweils sechs Jugendlichen unter der Leitung eines Ortsgruppenleiters oder einer Ortsgruppenleiterin zusammentreffen. Die Leiter würden das Leben in und außerhalb der Gruppe organisieren, wobei er beispielhaft anführt, dass eine Heirat, ohne den Ortsgruppenleiter zu fragen, den sofortigen Ausschluss aus der Gruppe zur Folge hat. Der Hinweisgeber erwähnt, dass er drei Beispiele kennt, welche wegen ihres eigenständigen Verhaltens Probleme bekommen hätten.

Im Telefongespräch beschreibt der Hinweisgeber dabei die älteste Gruppe der MJÖ - Muslimische Jugend in Österreich und nennt hierzu die Namen „Farid" (hierbei handelt es sich nach der Verdachtslage um Farid HAFEZ) mit ████████████████████████████" und dass diese bereits bei einem „Murschid" (arabisch für Führer) von „Ichwan" (arabisch für Muslimbrüder) in Ägypten gewesen seien und dort mit ████████████ den Treueeid abgelegt hätten.

Der Politikwissenschaftler Dr. HAFEZ Farid ist Vortragender an der Universität in Salzburg und bezeichnet sich selbst als Islamophobieforscher. HAFEZ Farid ist Gründungsmitglied der „MJÖ -Muslimische Jugend Österreich. Im Zeitraum von 22.03.2001 bis 16.12.2007 fungierte er in dieser Organisation als Schriftführer.

Dr. HAFEZ Farid ist Mitherausgeber des sogenannten European Islamophobie Report, eines Sammelbands von Länderberichten europäischer Staaten, der den Anspruch erhebt, die sogenannte Islamophobie in Europa zu erfassen. In seinem Buch „Islamisch-politische Denker" stellt der Beschuldigte HAFEZ Farid sowohl die beiden Vordenker der Muslimbruderschaft Hasan al-Banna und Sayyid Qutb, als auch den aktuellen Chefideologen, Yusuf al-Qaradawi, als durchwegs positiv dar. Im Zuge der Telefonüberwachung des Beschuldigten HAFEZ Farid kommen immer wieder politische Themen zur Sprache gebracht. Es wird auch der beabsichtigte Ankauf einer Immobilie zur Errichtung einer „ordentlichen Schule" thematisiert. Diesbezügliche Gespräche wurden mit dem Politiker Dipl. Ing. Omar AL-RAWI geführt. Bei einem Gespräch am 24.06.2020 (Wortprotokoll Nr. 1, Lfd. 46), sagt der Beschuldigte HAFEZ zu Dr. KNEUCKER Raoul, dass er mit dem Landtagsabgeordneten Omar AL-RAWI gesprochen hat und ihn gefragt hat, ob dieser schon wegen der „Sache" mit dem Bürgermeister darüber reden kann.

Bei einem weiteren am 25.06.2020 (Wortprotokoll 2, Lfd. 66) aufgezeichneten Telefonat zwischen dem Beschuldigten HAFEZ Farid und dem Omar AL-RAWI, wird thematisiert, ob mit dem Bürgermeister gesprochen wurde und dass es an ihn weitergeleitet werden soll. Der Bürgermeister möchte aber das nicht vor der Wahl zum Thema machen. Es geht in diesem Gespräch auch um einen Bildungsstandort und das Streben eine ordentliche Schule aufzubauen.

Bei einem, am 25.06.2020, (Wortprotokoll 3, Lfd. 71) aufgezeichneten Telefonat wird darüber gesprochen, dass AL-RAWI zu HAFEZ sagt, dass er CZERNOHORSKY im Stadtrat zur Seite genommen hat und intensiv mit ihm gesprochen hat. AL-RAWI habe bei dem Gespräch gesagt, dass wenn er (CZERNOHORSKY) von aufgelassenen Schulen oder irgendwelchen Immobilien hört, er ihn informieren soll. CZERNOHORSKY hat dann laut AL-RAWI gesagt, dass er das an das Büro von Kastner schicken soll und er werde ihn dann damit beauftragen.

Bei einem, am 18.07.2020, (Wortprotokoll 6, Lfd. 615) aufgezeichneten Gespräch zwischen dem Beschuldigten HAFEZ Farid und Omar AL-RAWI geht es um den Mitbeschuldigten Dr. ███████ ████████. Dabei meint HAFEZ Farid, dass er diesen auch in seinem Islamophobie Bericht erwähnt hat, da dieses „Oarschkriechen" ohne irgendeine Würde ist. Im Zuge dieses Gespräches sagt dann AL-RAWI noch, dass ████████ durch das „Ramsauer Buch" (gemeint wohl das Buch „Muslimbrüder" der Politikwissenschafterin Petra RAMSAUER) große Probleme hat und eine Klage macht. In diesem Gespräch wird auch über einen Dr. VIDINO Lorenzo gesprochen. Dieser hat, laut HAFEZ scheinbar Kontakt zum Botschafter der Vereinigten Arabischen Emirate in den USA und hat hierbei E-Mails „geleakt" und sein „Program on Extremism" wird von den Vereinigten Arabischen Emiraten finanziert.

Am 22.07.2020, (Wortprotokoll 7, Lfd. 740) wird ein Telefongespräch zwischen dem Beschuldigten HAFEZ Farid und dem GÖRDÜ Hakan (Parteiobmann der neugegründeten Partei „Soziales Österreich der Zukunft –SÖZ"). Bei diesem Gespräch wird Anfangs das Problem mit der Alarmanlage von HAFEZ besprochen. In weiterer Folge geht es darum, dass es laut GÖRDÜ für HAFEZ ein Anliegen war, sich von der neuen Dokustelle zu distanzieren. HAFEZ antwortet dann darauf, dass die Leute von der Anadolu Agency (laut Wikipedia, die staatliche Nachrichtenagentur der Türkei, diese versucht die Sicht der AKP-Regierung etwa durch Twitter zu verbreiten) gesagt haben, ob die überhaupt kein Selbstwertgefühl haben. GÖRDÜ meint dann in weiterer Folge, dass sie auch offen Stellung bezogen haben und es als Diffamierungsstelle bezeichnet haben. Dann redet GÖRDÜ weiter bezüglich eines Budgets nach den Wahlen und wenn es geht, hätten sie mehr Budget zur Verfügung als die Dokustelle und sie könnten dann wahrscheinlich 2-3-mal dagegen steuern mit eigenen Studien. GÖRDÜ meint dann auch noch, dass sie voll angegriffen werden aus der Türkei, nicht von der Regierung, aber von Bloggern und von Fanatikern und Erdogan Trollen, auf hohem Level, also in so einer Abteilung, weil die UETD (Union Europäisch-Türkischer Demokraten) befürchtet, an Macht zu verlieren, wenn wir was zu sagen haben. Deswegen haben sie jetzt den BILGI und solche Großmäuler auf uns losgeschickt. Dann kommt das Gespräch kurz auf Martha BISSMANN (Spitzenkandidatin der SÖZ bei der Wien Wahl). Über sie sagt GÖRDÜ, dass sie ein paar Aussagen getätigt hat, die problematisch sind und dass sie wirklich nicht kontrollierbar ist und es sehr schwierig ist und die Frau ein „Wahnsinn" ist. Zum Schluss kommt das Gespräch noch auf 5 Kandidaten der SÖZ. AKBUDAK Cengiz, BISSMANN Martha, GÖRDÜ Hakan, DAGDEPEN Zahliha, und bezüglich der 5ten Person sind sie noch in Gesprächen.

Aufgrund der erwähnten Sachverhalte besteht der Verdacht, dass Dr. HAFEZ Farid eine führende Tätigkeit innerhalb der Muslimbruderschaft in Österreich ausübt. Die Muslimbruderschaft ist offensichtlich in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche Aktivisten dieser Organisation, wie die im gegenständlichen Verfahren als Beschuldigte geführten ███████████████ sind als Mitglieder im Verein „██████████████████" registriert. Weiter wird auf das vorhin erwähnte Zusammentreffen des ████████ am 22.07.2020, mit den mutmaßlichen HAMAS-Aktivisten ████████████ verwiesen.

Dr. HAFEZ Farid ist nach den Ermittlungsergebnissen maßgeblich an Aktivitäten beteiligt, welche der Anwerbung, der Indoktrinierung, der Ausbildung und der Heranführung von Personen an das ideologische Umfeld der Muslimbruderschaft dienen und letztlich zur

Ablegung eines Treueeides für die Muslimbruderschaft in Ägypten führen. Erhärtet wird dieser Verdacht durch die Aussage des Hinweisgebers, der beschreibt, dass ▮▮▮▮▮▮ mit der ältesten Gruppe der MJÖ - Muslimische Jugend in Österreich, darunter offensichtlich auch Dr. HAFEZ Farid, in Ägypten war und dort bei den Führern der Muslimbruderschaft den Treueeid ablegte. Die Organisation „MJÖ - Muslimische Jugend in Österreich" dürfte bei der Heranführung von jugendlichen Muslimen in das Umfeld der Muslimbruderschaft eine entscheidende Aufgabe ausüben.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des Dr. HAFEZ Farid für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Dr. HAFEZ Farid mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

Dr. HAFEZ Farid unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung HAMAS einen Teilbereich der Organisation in Palästina und der terroristischen HASM-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

16 St 52/19t                                                  - 257 -

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Dr. HAFEZ Farid** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.



**22) Mag.** ▮▮▮▮▮▮▮**, am** ▮▮▮▮▮▮▮ **geb.**

Mag. ▮▮▮▮▮▮ wird vom anonym geführten Hinweisgeber als **der führende Muslimbruder in Österreich** bezeichnet. Über Ersuchen des Hinweisgebers fand am 14.06.2020 ein Gespräch mit einem Mitarbeiter des LVT Wien statt. Der anonym geführte Hinweisgeber erachtet einen politischen Einfluss von Organisationen aus der Türkei und vor allem aus der Umgebung des türkischen Präsidenten ERDOGAN auf die IGGÖ als gegeben. Im Verlauf des Gespräches bezeichnete er den Mag. ▮▮▮▮▮▮ als obersten Muslimbruder in Österreich. Zur Gruppe des ▮▮▮▮▮ gehören laut Hinweisgeber der mutmaßliche HAMAS-Aktivist ▮▮▮▮▮ sowie die Muslimbrüder ▮▮▮▮▮▮▮▮▮▮, Farid HAFEZ und ▮▮▮▮▮ ▮▮▮▮▮

Im Zuge seiner Vorsprache beim LVT Wien erwähnte der Hinweisgeber explizit den politischen Islam, wobei er meinte, dass die türkische Organisation Milli Görüs und die Grauen Wölfe mit den Muslimbrüdern in Österreich zusammenarbeiten würden. Ihm wurde bekannt, dass sich Personen dieser Organisationen in sogenannten „Home-Sitzungen" organisieren. Bei den türkischen Organisationen kommen regelmäßig Gruppen von sechs Personen oder nur wenige mehr zu diesen Sitzungen zusammen. Bei den Muslimbrüdern sind es in Anlehnung an die Vorgaben des Gründers der Muslimbruderschaft Hasan al-Banna genau sechs Personen, welche sich innerhalb der MJÖ –Muslimische Jugend Österreich in „Ortsgruppen" organisieren. Jede Gruppe hätte eine(n) Ortsgruppenleiter(in), welche(r) sowohl

die Gruppe als auch das Leben der einzelnen Gruppenmitglieder kontrolliert und bestimmt. Der Hinweisgeber verglich diese Strukturen mit jenen der Nationalsozialisten. Ihm sind Personen bekannt, welche aus diesen Gruppen bereits ausgestiegen sind, weil sie dort Probleme hatten.

Der Hinweisgeber spricht von einem System in Österreich, welches der Öffentlichkeit unbekannt sei und beschreibt dabei „Ortsgruppen" welche von der MJÖ - Muslimische Jugend in Österreich organisiert werden. Hierbei würden junge Muslime in Gruppen von jeweils sechs Jugendlichen unter der Leitung eines Ortsgruppenleiters oder einer Ortsgruppenleiterin zusammentreffen. Die Leiter würden das Leben in und außerhalb der Gruppe organisieren, wobei er beispielhaft anführt, dass eine Heirat, ohne den Ortsgruppenleiter zu fragen, den sofortigen Ausschluss aus der Gruppe zur Folge hat. Der Hinweisgeber erwähnt, dass er drei Beispiele kennt, welche wegen ihres eigenständigen Verhaltens Probleme bekommen hätten. Der Hinweisgeber beschreibt die älteste Gruppe der MJÖ - Muslimische Jugend in Österreich und nennt hierzu die Namen „Farid mit seiner Frau, Amani, Abdalla und Hotan" und dass diese bereits bei einem „Murschid" (arabisch für Führer) von „Ichwan" (arabisch für Muslimbrüder) in Ägypten gewesen seien und dort mit Ammar SHAKIR den Treueeid abgelegt hätten.

Mag. SHAKIR Ammar ist der Ehemann von Frau Mag. Amena SHAKIR, welche wiederum die Schwester von Ibrahim El-Zayat, den mutmaßlichen Chef der Muslimbrüder in Deutschland bzw. Europa ist. Ibrahim El-Zayat ist mit Frau Sabiha El-Zayat, der Nichte des Milli-Görüs Gründers Necmettin Erbakan verheiratet.

Laut Internetrecherchen war Frau Mag. SHAKIR Amena ehemalige Leiterin der IRPA - Privater Studiengang für das Lehramt für Islamische Religion an Pflichtschulen in 1230 Wien, Eitnergasse 6. Unter den Namen Amena EL ZAYAT leitete sie bis 2002 eine Deutsch-Islamische Grundschule in München für Kinder im Alter von 6-10 Jahren. Als Trägerverein firmierte das Deutsch-Islamische Bildungswerk - DIBW welches lt. bayrischem Verfassungsschutz eine Tarnorganisation der Islamischen Gemeinschaft in Deutschland – IGD ist, die wiederum als deutsche Zentrale der ägyptischen Muslimbruderschaft gilt. Im Jahr 2005 wurde die Schule mangels Verfassungstreue geschlossen.

Im Zuge der eingeleiteten Ermittlungsmaßnahmen gegen Ammar SHAKIR wurde ein etwa 20-minütiges Telefongespräche aufgezeichnet, welches als Wortprotokoll Nr. 16 (lfd. 1424) protokolliert wurde. Ammar SHAKIR ruft dabei die Selma TURGUT an, welche als Dritten Gesprächsteilnehmer den AL-AIFARI Zaid einbindet. Inhaltlich werden dabei der Mietrückstand der Glaubensgemeinschaft und eine Räumungsklage wegen der Mietschulden thematisiert. SHAKIR erwähnt im Zuge des Gespräches, dass sie jetzt bezahlt haben und so einen Krieg mit ihnen weiterzuführen nicht vernünftig sei.

Er schlägt eine Beratungssitzung mit dem ehemaligen Präsidenten der IGGÖ Anas SHAKFEH vor, damit dieser das Gefühl hat, dass er die Sache gerettet hat und damit es dann wieder zu einem Gespräch mit der Glaubensgemeinschaft und zu einer besseren Atmosphäre, insbesondere mit Bruder Farid (gemeint ist hier offensichtlich Farid HAFEZ), kommt. Voraussetzung ist aber, dass sie jetzt jeden Monat zahlen würden.

Bei der erwähnten "Glaubensgemeinschaft" handelt es sich um die IGGiÖ, was durch eine Aussage des AL-AIFARI zur Person des "Ümit" (Ümit VURAL, Präsident der IGGÖ) bestätigt wird. Aus dem Telefongespräch kann eine finanzielle Abhängigkeit der IGGÖ vom Triumvirat der Gesprächsteilnehmer abgeleitet werden, wodurch sich auch ein Einfluss auf die IGGÖ ableiten lässt.

Das telefonisch avisierte Treffen fand am 23.07.2020, ab 08:56 Uhr, mit Ammar SHAKIR, Selma TURGUT, AL-AIFARI Zaid und dem ehemaligen Präsidenten der IGGÖ Anas Schakfeh fand im „Cafe Am Hof 2", in 1010 Wien statt und wurde durch Observationsmaßnahmen dokumentiert.

Am 17.07.2020 um 15:31 Uhr und 16:07 Uhr, (Wortprotokoll 10, (lfd. 1658) und Wortprotokoll 11, (lfd. 1656) spricht Ammar SHAKIR mit einer männlichen Person namens „Yusuf". Die Gesprächsteilnehmer sprechen dabei über Personen, welche sich in der Ramsau im dortigen Jugendhotel Edelweiss für einen Monat oder länger aufhalten, weil sie dort ihre Doktorarbeiten machen. SHAKIR erwähnt, dass sich dort Bruder Momen und Bruder Adem, dann die Schwestern Amani, Amina, Tucey und vielleicht auch Selma aufhalten. SHAKIR unterhält sich mit „Yusuf" auch über die MJÖ (Muslimische Jugend in Österreich) und fragt diesen, ob sie bereits gebucht hätten.

Recherchen im Internet ergaben, dass ist die Telefonnummer des Gesprächsteilnehmers „Yusuf" auf das Jugendhotel Edelweiss, in Leiten 110, 8972 Ramsau am Dachstein, registriert ist, welches sich im Eigentum der „Gemeinnützigen Privatstiftung Anas Schakfeh" befindet. Aus dem Gespräch ist zu entnehmen, dass SHAKIR den Aufenthalt der Doktoranden sehr disziplinarisch organisiert, indem er den Essensplan erstellt und vorgibt, dass die Handys untertags abzugeben sind. Der Besuch von Familienangehörigen wird von ihm auf das Wochenende reduziert. Aus dem Gesprächsinhalt ist ein Einfluss des Ammer SHAKIR auf das Hotel und auf die Jugendorganisation „MJÖ – Muslimischen Jugend in Österreich" abzuleiten.

Der Sitz der „Gemeinnützigen Privatstiftung Anas Schakfeh" befindet sich in 1230 Wien, Eitnergasse 6. Das gesamte Gebäude befindet sich im Eigentum der Stiftung. An dieser Adresse ist auch die „IRPA - Privater Studiengang für das Lehramt für Islamische Religion an

Pflichtschulen" und die „MJÖ – Muslimischen Jugend in Österreich" untergebracht. Von 01.10.2009, bis 30.09.2012 war Ammar SHAKIR bei der IRPA angestellt.

Am 22.07.2020, wurde ein Zusammentreffen des Ammar SHAKIR mit den mutmaßlichen Aktivisten der palästinensisch-terroristischen Organisation HAMAS, DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas durch Observationsmaßnahmen dokumentiert. Das Treffen fand im Zeitraum von 20:27 Uhr, bis 22:22 Uhr im Restaurant „Flamingo" in 1190 Wien, Kuchelauer Hafenstraße 56, statt. Zum Treffen fuhr Ammar SHAKIR in Begleitung des DOGHAN Adel, welchen er zuvor vor seiner Wohnadresse mit seinem PKW abholte.

Ammar SHAKIR bewohnt derzeit mit seiner Familie ein Wohnhaus in 1020 Wien Vorgartenstraße 193/10, welches im Eigentum der „Gemeinnützigen Privatstiftung Anas Schakfeh" befindet. An dieser Adresse war auch der im gegenständlichen Verfahren als Beschuldigter geführte AL-AIFARI Zaid aufrecht gemeldet. Mit Ausnahme der Familienmitglieder sind an dieser Wohnadresse keine weiteren Personen aufrecht gemeldet.

Seit 03.06.2016 ist Ammar SHAKIR alleiniger Eigentümer des Wohnhauses mit 2483 Ebreichsdorf, Wiener Neustädter Straße 12a, mit einer Gesamtgrundfläche von 7511 m². Derzeit besteht an dieser Adresse keine aufrechte Meldung. Wie aus Observationsmaßnahmen und der Telefonüberwachung bekannt wurde, wird das Wohnhaus derzeit renoviert. Ammar SHAKIR und seine Frau waren dort regelmäßig für mehrere Stunden aufhältig. Der Umzug an diese Adresse steht offensichtlich unmittelbar bevor, bzw. wurde bereits damit begonnen. Von außen kann festgestellt werden, dass das Haus samt Grundstück offensichtlich einen erheblichen Wert darstellt. Im Laufe der weiteren Ermittlungen werden die Finanzierung der Objekte in 1020 Wien Vorgartenstraße 193/10, sowie des Wohnhauses in 2483 Ebreichsdorf, Wiener Neustädter Straße 12a, zu überprüfen sein, zumal Ammar SHAKIR seit 30.09.2012 offensichtlich keiner Erwerbstätigkeit nachgeht.

Aufgrund der erwähnten Umstände besteht der Verdacht, dass Herr Mag. Ammar SHAKIR eine führende Tätigkeit innerhalb der Muslimbruderschaft in Österreich ausübt. Die Muslimbruderschaft ist offensichtlich in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche Aktivisten dieser Organisation, wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Weiter wird auf das vorhin erwähnte Zusammentreffen des Ammar SHAKIR am 22.07.2020, mit den mutmaßlichen HAMAS-Aktivisten DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas verwiesen.

Mag. Ammar SHAKIR ist nach der Verdachtslage maßgeblich an Aktivitäten beteiligt, welche der Anwerbung, der Indoktrinierung, der Ausbildung und der Heranführung von Personen in das Umfeld der Muslimbruderschaft, bis hin zur Ablegung eines Treueeides in Ägypten dienen. Erhärtet wird dieser Verdacht durch die Aussage des Hinweisgebers, der beschreibt, dass Ammar SHAKIR mit der ältesten Gruppe der MJÖ - Muslimische Jugend in Österreich in Ägypten war und dort bei den Führern der Muslimbruderschaft den Treueeid ablegte. Die Organisation „MJÖ - Muslimische Jugend in Österreich" dürfte bei der Heranführung von jugendlichen Muslimen in das Umfeld der Muslimbruderschaft eine entscheidende Aufgabe ausüben.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des Ammar SHAKIR für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Ammar SHAKIR mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

Mag. Ammar SHAKIR unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in

Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag. Ammar SHAKIR** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

---

### 23) OSMAN Alexander Mag. , 06.08.1977 Linz geb.,

Mag. OSMAN Alexander steht im Verdacht ein führendes Mitglied der Muslimbruderschaft in Österreich zu sein. Der anonyme Hinweisgeber erachtet einen politischen Einfluss von Organisationen aus der Türkei und vor allem aus der Umgebung des türkischen Präsidenten ERDOGAN auf die IGGÖ als gegeben. Im Verlauf des Gespräches bezeichnete er den Mag. SHAKIR Ammar als obersten Muslimbruder in Österreich. Zur Gruppe des SHAKIR Ammar gehören laut Hinweisgeber der mutmaßliche HAMAS-Aktivist Adel DOGHMAN sowie die Muslimbrüder Aiman und Mohamed Jamal MORAD, Farid HAFEZ und OSMAN Alexander.

OSMAN Alexander verfasste im Jahr 2017 gemeinsam mit MOCEVIC Nedzad die Publikation „Radikal gegen Extremismus -Theorie und Praxis 20-jähriger muslimischer Jugendarbeit". In dieser Publikation wird hingewiesen, dass die „MJÖ (Muslimische Jugend Österreich" seit über 20 Jahren besteht. Die beiden Autoren werden darin als Referenten, Trainer und Workshop- Leiter zu diesem Thema beschrieben und dass sie die MJÖ eine Zeit begleitet haben.

Nach dem anonymen Hinweisgeber würden junge Muslime in Gruppen von jeweils sechs Jugendlichen unter der Leitung eines Ortsgruppenleiters oder einer Ortsgruppenleiterin zusammentreffen. Die Leiter würden das Leben in und außerhalb der Gruppe organisieren, wobei er beispielhaft anführt, dass eine Heirat, ohne den Ortsgruppenleiter zu fragen, den sofortigen Ausschluss aus der Gruppe zur Folge hat. Der Hinweisgeber erwähnt, dass er drei Beispiele kennt, welche wegen ihres eigenständigen Verhaltens Probleme bekommen hätten. Der Hinweisgeber bezeichnet als die älteste Gruppe die MJÖ - Muslimische Jugend in Österreich und nennt hierzu die Namen „Farid mit seiner Frau, Amani, Abdalla und Hotan" und dass diese bereits bei einem „Murschid" (arabisch für Führer) von „Ichwan" (arabisch für Muslimbrüder) in Ägypten gewesen seien und dort mit Ammar SHAKIR den Treueeid abgelegt hätten.

Am 06.07.2020, (Wortprotokoll Nr. Nr. 1 (Lfd: 433) wird ein Gespräch mit OSMAN Alexander und einer Frau, vermutlich YASAR Canon, aufgezeichnet. In dem Gespräch geht es um die Anas SCHAKFEH Stiftung und um einen Geldbetrag von € 10.000.-

YASAR sagt ihm, dass sie eine WhatsApp Nachricht von Anas SCHAKFEH erhalten hat. Darin steht, dass „Sie uns" heute 10.000.- Euro auf unser Konto überwiesen haben. YASAR wollte jetzt mit OSMAN besprechen wie sie reagieren soll. OSMAN fragt sie ob sie die Hintergründe kennt. Er glaubt, dass das die maximale Spendenhöhe wegen der Steuerfreiheit ist. Zum Abschluss meint OSMAN noch, dass YASAR die Selma bezüglich der Stiftung fragen soll (Anm.: Selma, die kontaktiert werden soll, ist offensichtlich die Mitbeschuldigte Selma TURGUT-KOKAC, seit 18.07,.2018 eingetragene Stifterin der „Gemeinnützigen Privatstiftung Anas SCHAKFEH").

Bei Observationen des OSMAN Alexander wurde festgestellt, dass er sich regelmäßig an der Adresse der „Anas SCHAKFEH Privatstiftung" in 1230 Wien, Eitnergasse 6 aufhält. OSMAN Alexander konnte im Zuge von Observationsmaßnahmen auch mehrmals in dem Bürokomplex in 1060 Wien, Mariahilfer Straße 123 im 3 Stock, bei der dortig etablierten Fa. REGUS (Vermietung von Büro- und Geschäftsräumlichkeiten) wahrgenommen werden.

Aufgrund der erwähnten Umstände besteht der Verdacht, dass Mag. OSMAN Alexander eine führende Tätigkeit innerhalb der Muslimbruderschaft in Österreich ausübt. Die Muslimbruderschaft ist in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche Aktivisten dieser Organisation, wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Weiter wird auf das vorhin erwähnte Zusammentreffen des Ammar

SHAKIR am 22.07.2020, mit den mutmaßlichen HAMAS-Aktivisten DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas verwiesen.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **Mag. OSMAN Alexander** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Mag. OSMAN Alexander mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

Mag. OSMAN Alexander unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung

festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Mag. OSMAN Alexander** s steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 24) AL-AIFARI Zaid, Dipl.-Ing., am 14.08.1983 Irak geb.

In der Telefonüberwachung des Ammar SHAKIR wurde am 21.07.2020, ein etwa 20 - minütiges Gespräch aufgezeichnet, welches als Wortprotokoll Nr. 16  lfd. 1424 protokolliert wurde. Ammar SHAKIR ruft dabei die Frau Mag. Selma TURGUT an, welche als Dritten Gesprächsteilnehmer den AL-AIFARI Zaid in das Gespräch einbindet. Im Gespräch wird der Mietrückstand der Glaubensgemeinschaft und eine Räumungsklage wegen der Mietschulden thematisiert und ein Zusammentreffen mit dem ehemaligen Präsidenten der IGGÖ Herrn Mag. Anas SCHAKFEH vereinbart. Das telefonisch avisierte Treffen fand am 23.07.2020, um 08:56 Uhr, mit Anas Schakfeh, TURGUT Selma, AL-AIFARI Zaid und Ammar SHAKIR im „Cafe Am Hof 2", in 1010 Wien statt und wurde durch Observationsmaßnahmen dokumentiert. Bei Mag. Ammar SHAKIR handelt es sich laut einer Aussage des Hinweisgebers um einen führenden Muslimbruder in Österreich. Das Gespräch mit Frau Mag. TURGUT Selma und Herrn Dipl. Ing. AL-AIFARI Zaid, fand in einer offensichtlichen Ebenbürtigkeit der Teilnehmer statt. Aufgrund des beratenden Gesprächsinhaltes betreffend den weitern Umgang mit der Glaubensgemeinschaft kann eine finanzielle Abhängigkeit der IGGiÖ vom Triumvirat der Gesprächsteilnehmer vom 21.07.2020 abgeleitet werden

Die Gesprächsteilnehmerin Frau Mag. TURGUT Selma ist seit 18.07.2018 eingetragene Stifterin der „Gemeinnützigen Privatstiftung Anas Schakfeh" in 1230 Wien, Eitnergasse 6, in welcher auch die „MJÖ – Muslimische Jugend in Österreich" untergebracht ist.

Dipl. Ing. AL-AIFARI Zaid dürfte eine führende Funktion im „Jugendhotel Edelweiss", in 110 Leiten, Ramsau am Dachstein bzw. im „Jugendhotel Edelweiss" in Klagenfurt ausüben. Die angeführten Hotels stehen im Eigentum der „Gemeinnützigen Privatstiftung Anas Schakfeh",

wo auch die MJÖ-Muslimische Jungend in Österreich untergebracht ist. Aufgrund der erwähnten Umstände ergibt sich der Verdacht, dass AL-AIFARI Zaid sich im Umfeld der „Gemeinnützigen Privatstiftung Anas Schakfeh" führend betätigt und einen bedeutsamen Einfluss auf die Belange der MJÖ-Muslimische Jungend in Österreich und der Muslimbruderschaft ausübt.

Laut Hinweisgeber würden junge Muslime in Gruppen von jeweils sechs Jugendlichen unter der Leitung eines Ortsgruppenleiters oder einer Ortsgruppenleiterin zusammentreffen. Die Leiter würden das Leben in und außerhalb der Gruppe organisieren, wobei er beispielhaft anführt, dass eine Heirat, ohne den Ortsgruppenleiter zu fragen, den sofortigen Ausschluss aus der Gruppe zur Folge hat. Der Hinweisgeber erwähnt, dass er drei Beispiele kennt, welche wegen ihres eigenständigen Verhaltens Probleme bekommen hätten. Der Hinweisgeber beschreibt dabei die älteste Gruppe der MJÖ - Muslimische Jugend in Österreich und nennt hierzu die Namen „Farid mit seiner Frau, Amani, Abdalla und Hotan" und dass diese bereits bei einem „Murschid" (arabisch für Führer) von „Ichwan" (arabisch für Muslimbrüder) in Ägypten gewesen seien und dort mit Ammar SHAKIR den Treueeid abgelegt hätten.

Aufgrund der erwähnten Umstände besteht der Verdacht, dass Dipl. Ing. AL-AIFARI Zaid eine führende Tätigkeit innerhalb der Muslimbruderschaft in Österreich ausübt. Die Muslimbruderschaft ist offensichtlich in Österreich mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche Aktivisten dieser Organisation, wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Weiter wird auf das vorhin erwähnte Zusammentreffen des Ammar SHAKIR am 22.07.2020, mit den mutmaßlichen HAMAS-Aktivisten DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas verwiesen.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des Dipl. Ing. AL-AIFARI Zaid für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Dipl. Ing. AL-AIFARI Zaid mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**Dipl. Ing. AL-AIFARI Zaid** unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**Dipl. Ing. AL-AIFARI Zaid** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

## 25) TARSOUSI Rihab, am 20.04.1953 Beirut geb.,

Frau TARSOUSI Rihab steht im dringenden Verdacht im Umfeld der palästinensisch-terroristischen Organisation HAMAS in Österreich tätig zu sein. TARSOUSI Rihab ist die Vorsitzende des Vereines „Wafaa-woman" welcher seinen Sitz in 1020 Wien, Praterstraße 25/9A hat. Laut Internetrecherchen handelt es sich um eine arabische Organisation, welche Projekte in Libanon und Palästina unterstützt. Im Zuge der Ermittlungen im gegenständlichen Verfahren wurden Telefongespräche aufgezeichnet, welche TARSOUSI Rihab mit den im gegenständlichen Verfahren als Beschuldigten geführten ADEL DOGHMAN ABDALLAH Adel, ABDELHALIM Hani und HERMAS Hermas führte. Bei diesen Gesprächen wurden Spendensammelaktionen und über Geldüberweisungen aus Frankreich und nach Beirut (Libanon), thematisiert, wobei der Eindruck entstand, dass Frau TARSOUSI für die Bearbeitung der Konten und für Überweisungen der Beschuldigten bzw.    deren Organisationen tätig ist.

Am 17.04.2020, (Wortprotokoll Nr. 11 (lfd 248) führt ADEL DOGHMAN ABDALLAH Adel mit Frau TARSOUSI Rihab ein Gespräch. Im Verlauf des Gesprächs erwähnt DOGHMAN, dass "Dr. Mohammad Fares" aus Frankreich hat 1000,- Euro überwiesen. Er möchte wissen ob der Betrag gekommen ist oder nicht, damit sie den Rest bezahlen können.

Am 12.05.2020, (Wortprotokoll Nr.21 (Lfd: 580) führt ADEL DOGHMAN ABDALLAH Adel mit Frau TARSOUSI Rihab ein Gespräch. Es wird über 3.000 Dollar gesprochen, welche auf das Konto von Al-Wafaa gehen soll, damit die Miete von Al-Wafa bezahlt wird. DOGHMAN wirkt im Gespräch sehr hektisch und sagt, dass er jetzt schnell 10 Familien braucht. Er erwähnt wörtlich: ihr habt 40 Familien angegeben, verstehst du mich? Aber bei 10 sind die Namen nicht angegeben. Wir wollen Namen, und wir sagen ihm, gebt uns die Namen, und wir sagen ihnen, diese Organisation/Institution hat das Thema koordiniert." Frau TARSOUSI erwähnt weiter, dass sie eine E-Mail an die BAWAG Bank geschrieben hat, weil sie die 1000,- Dollar die Doktor Mohammad geschickt, hat nicht auf das Bankkonto eingezahlt hat. Abschließend erwähnt DOGHMAN, dass das sehr wichtig ist, dass er die Namen heute erhalte. Weil sie schließen das Thema.

HERMAS Hermas telefoniert am 13.05.2020 (Wortprotokoll Nr. 29 (lfd.: 471) mit Frau TARSOUSI Rihab. HERMAS hat sich im Gespräch erkundigt ob bereits neue Erkenntnisse betreffend die Überweisung aus FRANKREICH erlangt wurden. HERMAS spricht weiter über Zahlung von AMS in der Höhe 4000,- € auf welche sie warten würden und dass sie dann Geld für 2 Monate zur Verfügung haben würde, weshalb er bereits mit MORAD gesprochen habe.

HERMAS Hermas telefoniert am 13.05.2020 (Wortprotokoll Nr. 27 (lfd.: 474) mit Frau TARSOUSI Rihab und spricht über eine Rücküberweisung welcher ein „Mann" noch nicht auf

sein Konto zurück überwiesen hat. Zwischendurch wird über Spendensammelaktionen geredet. Gegen Ende des Gespräches spricht offensichtlich ABDELHALIM mit TARSOUSI welche erwähnt, dass 200 € Zakat nach Beirut zu ihrem Schwager schicken möchte.

Aufgrund der angeführten Ereignisse besteht der Verdacht, dass Frau TARSOUSI Rihab Überweisungen, Kontoführungen und gleichgeartete Aufgaben im Umfeld der palästinensisch-terroristischen Organisation HAMAS durchgeführt. Diese Tätigkeiten finden zumindest zu einem Teil im Verein „Wafaa-woman" statt, bei welchem Frau TARSOUSI Rihab die Funktion des Vereinsvorstandes ausübt.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des TARSOUSI Rihab für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter TARSOUSI Rihab, mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,
- den Sturz des ägyptischen Regimes von General as-SISI,
- die Wiedererlangung der Macht in Ägypten,
- die Zerstörung des Staates Israel,
- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

TARSOUSI Rihab unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),
- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- 283 -

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

Frau TARSOUSI Rihab steht somit weiters im dringenden Verdacht, aktiv   Personen und Organisationen im Umfeld der Hamas bzw. des Vereines „RAHMA Austria - Unterstützung von Familien in Not" durch Bereitstellung und Sammlung von Vermögenswerten in Form von Spenden durch die Muslimbruderschaft zur finanziellen Unterstützung wie beispielsweise der **HAMAS** und deren Angehörige die Bestimmungen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**)

Frau **TARSOUSI Rihab** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


## 26) TURGUT Selma, Mag., am 28.04.1989 in Wien geb.

In der Telefonüberwachung des Ammar SHAKIR wurde am 21.07.2020, ein etwa 20 - minütiges Gespräch aufgezeichnet, welches als Wortprotokoll Nr. 16   lfd. 1424 protokolliert

wurde. Ammar SHAKIR ruft dabei die Frau Mag. Selma TURGUT an, welche als Dritten Gesprächsteilnehmer den AL-AIFARI Zaid in das Gespräch einbindet. Im Gespräch wird der Mietrückstand der Glaubensgemeinschaft und eine Räumungsklage wegen der Mietschulden thematisiert und ein Zusammentreffen mit dem ehemaligen Präsidenten der IGGÖ Herrn Mag. Anas SCHAKFEH vereinbart. Das telefonisch avisierte Treffen fand am 23.07.2020, um 08:56 Uhr, mit Anas Schakfeh, TURGUT Selma, AL-AIFARI Zaid und Ammar SHAKIR im „Cafe Am Hof 2", in 1010 Wien statt und wurde durch Observationsmaßnahmen dokumentiert.

Bei Mag. Ammar SHAKIR handelt es sich laut einer Aussage des Hinweisgebers um einen führenden Muslimbruder in Österreich. Das Gespräch mit Frau Mag. TURGUT Selma und Herrn Dipl. Ing. AL-AIFARI Zaid, fand in einer offensichtlichen Ebenbürtigkeit der Teilnehmer statt. Aufgrund des beratenden Gesprächsinhaltes betreffend den weitern Umgang mit der Glaubensgemeinschaft kann eine finanzielle Abhängigkeit der IGGiÖ vom Triumvirat der Gesprächsteilnehmer vom 21.07.2020 abgeleitet werden.

Frau Mag. TURGUT Selma ist seit 18.07.2018 eingetragene Stifterin der „Gemeinnützigen Privatstiftung Anas Schakfeh" in 1230 Wien, Eitnergasse 6, in welcher auch die „MJÖ – Muslimische Jugend in Österreich" untergebracht ist. Beide Organisationen können in das Umfeld der Muslimbruderschaft eingeordnet werden. Aufgrund der erwähnten Umstände ergibt sich der Verdacht, dass sich Frau Mag. TURGUT Selma im Umfeld der „Gemeinnützigen Privatstiftung Anas Schakfeh" führend betätig und eine bedeutsame Mitwirkende im Umfeld der Muslimbruderschaft ist.

Aufgrund der beschriebenen Umstände ergibt sich der Verdacht, dass Frau Mag. TURGUT Selma eine bedeutsame Tätigkeit in der Gebarung der Muslimbruderschaft ausübt. Da die Muslimbruderschaft in Österreich offensichtlich eng mit Aktivisten der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden ist, besteht der Verdacht, dass dadurch diese terroristische Organisation finanziell unterstützt wird.

Am 29.07.2020, (Wortprotokoll Nr. 19 (Lfd. 1914) spricht Selma TURGUT mit Ammar SHAKIR. Sie reden zuerst über Räumlichkeiten und deren Aufteilung in der Stiftung und über die Leute die dort arbeiten und ob sie für die Benützung auch zahlen sollen. Dann geht es um einen Vortrag von Raul Quasa, und da meint dann SHAKIR ob das eine Sache für die Vortragsreihe der Stiftung wäre. Daraufhin meint dann TURGUT, dass er ihr geschrieben hat, weil die MJÖ ihn eingeladen hat. SHAKIR meint dann weiter "ihr sollt vielleicht besprechen ob das in eurem Sinne ist, ob das passt dann ist es halt ein Vortrag der MJÖ. TURGUT antwortet darauf, dass es entweder MJÖ oder Stiftung wäre. Sie sagt auch, dass wenn man mit Werbung rausgeht, darum geht's ihr, weil sie würde dann nicht Kooperation machen. TURGUT meint weiter, dass auch wenn es MJÖ ist, können sie später noch immer sagen, sie hatten die Türen offen für Veranstaltungen wo auch Raul Al Quadawa (phon) und so dabei waren.

Am 20.07.2020, (Wortprotokoll Nr. 10 (Lfd. 674) spricht Selma TURGUT mit Farid HAFEZ. HAFEZ sagt, dass er 5-6 Leute wegen ALUMNI angerufen hat, die alle sagten, bereits mit Turgut telefoniert zu haben. Turgut fragt, ob AMIRA ihm die Namen nicht gegeben hat. HAFEZ antwortet, dass es darum geht dies mit ihm zu kommunizieren, damit er nicht alle Leute anruft, die TRUGUT bereits angerufen hat.

Aufgrund der erwähnten Umstände besteht der Verdacht, dass Frau Mag. TURGUT Selma eine führende Tätigkeit innerhalb der Muslimbruderschaft in Österreich ausübt. Die Muslimbruderschaft ist in Österreich – wie auch in den anderen Ländern ihrer radikal islamistischen Tätigkeit - mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche Aktivisten dieser Organisation, wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Weiter wird auf das vorhin erwähnte Zusammentreffen des Ammar SHAKIR am 22.07.2020, mit den mutmaßlichen HAMAS-Aktivisten DOGHMAN Adel, ABELDHALIM Hani und HERMAS Hermas verwiesen.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des Mag. TURGUT Selma für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter Mag. TURGUT Selma mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

Frau Mag. TURGUT Selma unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten

16 St 52/19t                      -288-

gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),
- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,
- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

Frau Mag. **TURGUT Selma** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


### 27) MAKRAM Ahmed, geb. am 20.11.1971 in Beheira / Ägypten:

MAKRAM Ahmed Mohamed Abdelhamid @ Abou Anas (NiA) war laut Vereinsregister im Zeitraum 20.10.2013 bis 19.10.2015 Schriftführer im Verein „Islamischer Liga Kultur – Verein für multikulturellen Brückenbau" @ EL-NUR-Moschee, etabliert in 8020 Graz, Neubaugasse 67. Der Liga Kultur Verein ist laut dem Gutachten von Mag. **HEINISCH** und **SCHOLZ**, sowie dem Gutachten von Dr. **ASLAN**, eindeutig der Muslimbruderschaft zuzuordnen. Bereits während der Parlamentswahlen in Ägypten wurden Personen mit oder ohne österreichischer Staatsbürgerschaft, welche im Besitz eines ägyptischen Identitätsdokuments waren, von den

Verantwortlichen der Muslimbruderschaft innerhalb der Moscheengemeinde der EL-NUR aufgefordert, in der Moschee via Internet an der Wahl teilzunehmen. Eine entsprechende Textnachricht wurde von MAKRAM an die Gläubigen versendet. Dazu ist anzumerken, dass MAKRAM´s Bruder MAKRAM Adel wegen seiner Zugehörigkeit zur Muslimbruderschaft in Ägypten inhaftiert war und zur Zeit des Umsturzes ins ägyptische Parlament einziehen wollte. An den nachfolgenden Veranstaltungen der Muslimbruderschaft in Österreich, mit der Hauptthematik des Sturzes des Präsidenten **MURSI**, der Fortführung der Revolution in Ägypten und der Wiedereinsetzung eines (islamistischen) Präsidenten der Muslimbruderschaft, hat **MAKRAM Ahmed** teilgenommen.

Bei einer Veranstaltung unter dem Motto „Die Revolution geht weiter und das Volk reißt sich die Freiheit" am 12.04.2014 in 1210 Wien, Angerer Straße 14, Haus der Begegnung Floridsdorf, streckt MAKRAM die rechte Hand zum R4bia-Erkennungsgruß in die Höhe. Als Gäste waren Dr. Abd Al-Maujood AL-DARDIRI (ehemaliger Berater des Präsidenten und Sprecher der Muslimbruderschaft), Dr. Mohamed GAWADY und Dr. Mustafa IBRAHIM (Koordinator der ägyptischen Revolution im Ausland) anwesend.

Auch bei einer weiteren Veranstaltung der Muslimbruderschaft am 07.05.2016 in 1220 Wien, Bernouillistraße 1, Haus der Begegnung Donaustadt war MAKRAM Ahmed zugegen. Unter den Ehrengästen befanden sich Hamza ZOUBA, Amr DARRAG (Minister für Planung und internationale Zusammenarbeit, Gründungsmitglied der Freiheits- und Gerechtigkeitspartei) und Abdul-Rahman Yusuf AL-QARADAWI, Schriftsteller, politischer Aktivist und Sohn des Yusuf AL-QARADAWI – dem Vordenker der Muslimbruderschaft.

Bei sämtlichen Festlichkeiten waren unzählige Ägypten- bzw. R4bia-Flaggen, R4bia-Plakate, sowie Banner im Festsaal zu sehen. Die Teilnehmer bekannten Zugehörigkeit mittels R4bia-Handgruß, trugen gelbe Schale mit R4bia-Aufdruckund befand sich am Rednerpult ein Abbild des Mohamed MURSI. Zweck und Sinn dieser Veranstaltung war dadurch für jedermann klar ersichtlich (s. 3. Anlassbericht, Seite 5-6 u 16).

Auch im Zuge der **Telefonüberwachung** (TKÜ) konnten telefonische Kontakte des MAKRAM Ahmed zu den Beschuldigten HIKAL Mohamed und ELLEISY Magdy festgestellt werden.

Am 16.04.2020 kontaktiert MAKRAM Ahmed den Beschuldigten ELLEISY Magdy (Wortprotokoll Nr.: 10, Lfd: 137) und beklagt, dass man nicht mit den eingesperrten „Brüdern" mitfühlt. Auch sie (MAKRAM Ahmed benutzt das Pronomen „wir") sind auf eine andere Art und Weise in einem Gefängnis aus Luxus eingesperrt. Sie (MAKRAM Ahmed benutzt „wir") leben in einer total anderen Welt. Zusammengefasst erweckt das Gespräch den Anschein, dass sowohl MAKRAM Ahmed als auch ELLEISY einer besseren Zeit nachtrauern und an die

inhaftierten Mitglieder der Muslimbruderschaft denken sollte. Des Weiteren merkt MAKRAM Ahmed an, dass er ein Video über die „Bruderschaft" erhalten hat, in welchem Hamza ZOUBA und Andere über den Corona-Virus sprechen. Der Titel war „Die Bruderschaft will das Volk mit Corona infizieren". MAKRAM Ahmed ist jedoch der Meinung, dass es sich um ein Fake-Video handelt (s. 25. Anlassbericht, Seite 29-30).

So kontaktiert MAKRAM Ahmed am 11.04.2020 HIKAL (Wortprotokoll Nr.: 3, Lfd: 903) und die Personen unterhalten sich über eine Wiederholung eines Gerichtsverfahrens. MAKRAM Ahmed erwähnt dabei die Zugehörigkeit einer nicht näher bekannten festgenommenen Person namens „Amin" zu einer verbotenen „Jamaa" - in diesem Zusammenhang eine verbotene islamistische Gruppe/Gruppierung. MAKRAM Ahmed meint, dass diese Vorgehensweise ein ungerecht ist und es in diesem Land kein schlimmeres Verbrechen gibt. Bis dato existieren diesbezüglich keine Erkenntnisse hinsichtlich Identität der Person, zur Straftat und von welchem Land gesprochen wird (s. 19. Anlassbericht, Seite 18).

Zusammenfassend kann festgehalten werden, dass MAKRAM Ahmed bei Veranstaltungen vertreten war, welche zweifellos zum Zwecke der Solidaritätsbekundung mit der Muslimbruderschaft und deren obersten Vertreter ausgerichtet wurden, der Genannte eine Führungsposition – konkret als Schriftführer - in der EL-NUR-Moschee bekleidete und dass durch die TKÜ die innere Einstellung des MAKRAM Ahmed näher beleuchtet werden konnte. Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des MAKRAM Ahmed für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter MAKRAM Ahmed, mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

16 St 52/19t        – 285 –

**MAKRAM Ahmed** unterstützt und propagiert zumindest seit der Übernahme der Funktion des Schriftführers der EL-NUR-Moschee am 20.10.2013 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**MAKRAM Ahmed** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die HAMAS weitergeleitet zu haben. (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**)

**MAKRAM Ahmed** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

### 28) DEYAB Ismail, geb. am 07.01.1963 in Al Sewaf / Ägypten

DEYAB Ismail (NIA) war laut Vereinsregister zumindest im Zeitraum 20.10.2013 bis 19.10.2015 Obmann im Verein „Islamischer Liga Kultur – Verein für multikulturellen Brückenbau" @ EL-NUR-Moschee, etabliert in 8020 Graz, Neubaugasse 67. Der Liga Kultur Verein ist laut dem Gutachten von Mag. **HEINISCH** und **SCHOLZ**, sowie dem Gutachten von Dr. **ASLAN**, <u>eindeutig der Muslimbruderschaft zuzuordnen</u>.

Im Zuge mehrerer Telefonate des **DEYAB** mit **MAHMOUD Kamel** vom 13.05.2020 bzw. 15.05.2020 (Wortprotokoll Nr.: 1, Lfd: 204; Nr.: 2, Lfd: 206; Nr.: 3, Lfd: 207; Nr.: 4, Lfd: 210 u Nr.: 5 Lfd: 218) wurde über das anstehende Verfahren des Beschuldigten **ELDALOAA Abualwafa** hinsichtlich der Ablehnung der Verleihung der österreichischen Staatsbürgerschaft gesprochen. Dabei unterhalten sich die beiden Personen unter anderem auch über die damalige Entsendung des ELDALOAA über die ägyptische Botschaft und etwaige diesbezügliche Unterlagen von der Azhar-Universität in Kairo. DEYAB und MAHMOUD befürchten, dass eine entsprechende Bestätigung der Botschaft unter Umständen als Beweis für eine Mitgliedschaft bei der „Bruderschaft" und somit zum Nachteil des ELDALOAA gewertet werden könnte. Es werden verschiedene Varianten besprochen werden, wie ELDALOAA beweisen könne, dass er nicht der Muslimbruderschaft angehört. MAHMOUD spricht eine Beziehung des DEYAB zur Botschaft während MURSIS Zeiten an, führt diese jedoch nicht weiter aus. Aus dem Gesprächsinhalt geht hervor, dass DEYAB zu ELDALOAA telefonischen Kontakte pflegte und die angesprochene Problematik abzuwickeln versuchte (s. 19. Anlassbericht, ab Seite 15).



Im Zuge eines Telefonats zwischen MAHMOUD und DEYAB (Wortprotokoll Nr.: 5, Lfd: 218) mit der Thematik rund um die Verhandlung des ELDALOAA wird behauptet, dass „diejenigen aus der Steiermark" stur sind. MAHMOUD erkundigt sich, was ELDALOAA mit der Steiermark zu tun hat und DEYAB antwortet, dass er doch ursprünglich dort war und dieser „Platz" (vermutl. eine Moschee) geschlossen war. Sie holen „nur Leute, mit denen sie sich umgeben und die zu ihnen gehören". Er hat zuvor „**Alkatatni**" geholt. Dabei handelt es sich vermutlich um **Mohammed Saad Tawfik AL-KATATNI**, den ehemaligen Parlamentspräsidenten von Ägypten, Vorsitzender der Freiheits- und Gerechtigkeitspartei und hochrangiges Mitglied der Muslimbruderschaft. Genannter hielt am 14.06.2007 auf Einladung des MAHMOUD Kamel in Graz einen Vortrag zum Thema „Europäische Muslime: Kulturelle Kommunikationsbrücke zwischen Westen und Osten" (s. 3. und 19.Anlassbericht, Seite 15-17).

In weiteren Gesprächen spricht **DEYAB** mit **ELLEISY Magdy** (Wortprotokoll Nr.: 17, Lfd: 314) über Spenden, sowie über Geldtransfer, wobei Einzelheiten persönlich besprochen werden müssen (s. 19.Anlassbericht, ab Seite 18).

**ELLEISY Magdy** verschickt an **DEYAB** eine Kurznachricht (Wortprotokoll Nr.: 21, Lfd: 327) mit dem Text „Nur 1500". Es kann davon ausgegangen werden, dass es sich dabei um einen Geldbetrag handelt, wobei die Währung nicht genannt wird und auch ho. nicht bekannt ist (s. 25.Anlassbericht, Seite 30-31).

Am 10.05.2020 verschickte DEYAB an HIKAL Mohamed eine Kurznachricht (Wortprotokoll Nr.: 6, Lfd: 2435) mit dem Inhalt „IBAN: AT706000000092105920 Liga Kultur"(s. 17.Anlassbericht, Seite 9).

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **DEYAB Ismail** bzw. in seiner vermutlichen Funktion als führendes Mitglied für die Muslimbruderschaft zeigen, versucht **DEYAB Ismail** die islamistische Ideologie der Muslimbruderschaft in Österreich zu verbreiten, die Gesellschaft umzubauen und an der Errichtung eines weltweiten Kalifates (islamischer Gottesstaat) auf der Grundlage der Scharia (islamisches Gesetz mitzuwirken.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **DEYAB Ismail** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **DEYAB Ismail** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**DEYAB Ismail** unterstützt und propagiert zumindest seit der Übernahme der Funktion des Obmanns der EL-NUR-Moschee am 20.10.2013 im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichische Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**DEYAB Ismail** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die HAMAS finanziell unterstützen. Dazu zählt etwa die

16 St 52/19t        −303−

Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**DEYAB Ismail steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen**

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB
- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB
- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB
- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

## 29) EL SHAMY Joseph, geb. 28.09.1990

**EL SHAMY Joseph** unterrichtet als islamischer Religionslehrer an der „BHAK/BHAS I" in Klagenfurt. Des Weiteren ist **Joseph EL SHAMY** seit 31.07.2020 offiziell Geschäftsführer des „Jugendhotel Edelweiss – GmbH", in 8972 Ramsau am Dachstein, Leiten 110. Das Hotel gehört der „Anas Schakfeh – Stiftung". Der Gründer der Anas SCHAKFEH-Stiftung, Dr. Anas SCHAKFEH steht laut Gutachten (Scholz/Heinisch) im Verdacht der Syrischen Muslimbruderschaft anzugehören und weisen 3 an der Stiftung etablierte Einrichtungen Verbindungen zum Netzwerk der Muslimbruderschaft auf. Bedeutend ist auch der Umstand, dass der Sitz der „Jugendhotel Edelweiss – GmbH", von Wien an die Adresse von **Joseph EL SHAMY**, nach 9020 KLAGENFURT, Maximilianstraße 2/19 verlegt wurde. Dies zeigt, dass **EL SHAMY** in der Muslimbruderschaft eine führende Position einnimmt.

**Abdelkarim ABU HABEL**, geb. am 25.05.1990 in Jabalia, (s. 12. Anlassbericht, Punkt 4, ab der Seite 5) welcher als Mitglied der HAMAS in Österreich zu lebenslanger Haft verurteilt wurde, hielt sich an der Örtlichkeit zumindest im Zeitraum Mai 2016 bis Juni 2016 vermehrt auf. Es besteht nach wie vor der Verdacht, dass von Seiten des ehemaligen Geschäftsführers: **JADALLAH Rafiq** und dessen Bruder **JADALLAH Iyad**, geb. 12.02.1977; (Beschuldigter im ggst. Verfahren) die Unterkunft unentgeltlich zur Verfügung gestellt wurde, damit dieser einer unangemeldeten Arbeit innerhalb des Hotels nachgehen konnte. Die Brüder **JADALLAH**

werden dem Umfeld der HAMAS zugeordnet und zeigt sich hier wieder die enge Verbundenheit der HAMAS mit der Gruppierung der Muslimbruderschaft.

**Joseph EL SHAMY** ist seit 27.02.2019 mit Nebenwohnsitz auch an der Örtlichkeit des „Jugendhotel Edelweiss" in 8972 Ramsau am Dachstein, Leiten 110. aufrecht gemeldet. Als Unterkunftsgeber scheint die Anas SCHAKFEH-Stiftung auf. Zuvor wurde der Beschuldigte **AL-AIFARI Zaid** als Geschäftsführer des Hotels geführt.

Weiters besteht der begründete Verdacht, dass es sich bei der Einrichtung: Jugendhotel Edelweiss um eine Art „Schulungszentrum" der Muslimbruderschaft und der HAMAS handelt. Dieser Umstand wird auch dadurch untermauert, dass sich der Beschuldigte **Mag. SHAKIR Ammar** in einem Telefonat mit **Joseph EL-SHAMY** (Wortprotokoll 10 zu Nr.: 1163; Wortprotokoll 11 zu Nr.: 1156) über Personen unterhält, welche sich im genannten Hotel für mindestens einen Monat aufgehalten haben, weil diese dort ihre Doktorarbeit verfasst hätten. Aus dem Gespräch ist zu entnehmen, dass **SHAKIR Ammar** den Aufenthalt der Doktoranden sehr disziplinarisch organisiert. Im Zuge des Gesprächs wird über freie Termine gesprochen und fragt **SHAKIR Ammar** über eine Gruppe welche aus Wien anreist, ob diese Gruppe zu „uns" (Anm. zur Muslimbruderschaft) gehöre. **EL-SHAMY** antwortet, dass diese Gruppe aus Wien nicht zu ihnen gehört. Daraus ergibt sich der Verdacht, dass **EL-SHAMY** als Teil des Netzwerkes der Muslimbruderschaft genau beurteilen kann, welche Personen dazugehören und welche nicht.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **EL SHAMY Joseph** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter **EL SHAMY Joseph** mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

**EL SHAMY Joseph** unterstützt und propagiert zumindest seit der Ausübung als Geschäftsführer der Edelweiss GmbH im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. Mag. HEINISCH u. Dipl. Pol. SCHOLZ).

**EL SHAMY Joseph** steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten DOGHMAN ABDALLAH Adel geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten ABDELHALIM Hani geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten HASSAN Taher geleitet wird) stehen im Verdacht, Spendengelder an die

HAMAS weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. HEINISCH u. Dipl. Pol. SCHOLZ).

**EL SHAMY Joseph** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.


**30) HASSAN Taher, am 21.04.1988 in Wien geb.**

HASSAN Taher steht im dringenden Verdacht im Umfeld der HAMAS in Österreich tätig zu sein. HASSAN ist seit 29.01.2014 der Obmann des Vereines „RAHMA Austria - Unterstützung von Familien in Not", mit Sitz in 1200 Wien, Hannovergasse 25. Dieser Verein gilt als Nachfolgeverein der „PVÖ - Palästinensische Vereinigung in Österreich", welcher von Adel DOGHMAN im Jahr 1993 gegründet wurde. DOGHMAN war maßgeblich an nationalen und internationalen Veranstaltungen von Palästinensern beteiligt, welche scheinbar der Etablierung bzw. Unterstützung der Organisation HAMAS und der Muslimbruderschaft in Österreich und in Europa dienten.

HASSAN gibt am 13.11.2019 im LVT Wien bekannt, dass er als Obmann und Angestellter des Vereines, sowie der Vereinsvorstand für die Geschäftsführung zuständig ist. Bankverbindungen würden bei der Volksbank Wien, Hypo Bank Burgenland, Oberbank und Easybank bestehen. Zeichnungsberechtigt vom Verein sind nur er selbst und der Kassier des Vereines. Neben dem Vereinsvorstand, welcher aus sechs Personen besteht, gibt es noch 10 Angestellte und 30 bis 40 ehrenamtliche Mitarbeiter. Darüber hinaus gibt es noch etwa 5.000 Spender. Im Jahr 2017 betrug die Spendensammlung ca. zwei Million Euro, wobei 1,8 Millionen an Projekte und Hilfsorganisationen weitergeleitet wurden. Im Jahr 2018 betrug die Spendensammlung ca. 2,6 Million Euro, wovon 2,3 Millionen Euro an Projekte und Hilfsorganisationen weitergeleitet wurde. Im Jahr 2019 mit Stand 13.11.2019, wurden ca. 2,2 Millionen Spendengelder eingenommen. Ein bei der StA-Wien diesbezüglich geführtes Verfahren wegen des Verdachtes der Terrorismusfinanzierung wurde am 30.12.2019 eingestellt.

16 St 52/19t                    1311.-

Im Zuge der Auswertung der Telefongespräche des Beschuldigten ABDELHALIM Hani wurden mehrere Gespräche mit HASSAN Taher aufgezeichnet. Hierbei wurden vorwiegend Geldüberweisungen nach Großbritannien, Libyen, Bosnien und in den Libanon thematisiert. Im Zuge eines Gespräches am 18.05.2020, um 17:40 Uhr, wird über eine Geldüberweisung nach Großbritannien mit einer Summe von 3.000,- €uro besprochen. ABDELHALIM gibt dabei dem TAHER wörtlich die Anweisung „Schreib dazu Geschenk für Waisenkinder".

In einem Gespräch mit HASSAN Taher, dem Obmann des Vereins Rahma Austria am 08.05.2020, (Wortprotokoll Nr. 39 (lfd:2175) fragt ABDELHALIM Hani ihn, wie ihre „Freunde aus den USA" überweisen sollen, woraufhin HASSAN Taher entgegnet, dass diese Freunde bereits € 1.410.- via PayPal überwiesen hätten. ABDELHALIM Hani bezeichnet die Summe als „bescheiden" und weist HASSAN Taher an, ihre „Freunde aus den USA" zu fragen, ob sie ein Logo benötigen. HASSAN Taher antwortet bezüglich der Überweisung, dass sie diese mit „Donation for helping help for Bosnia" beschrieben haben.

In einem weiteren Gespräch mit HASSAN Taher am 11.05.2020, (Wortprotokoll Nr. 38 (lfd:2357) fragt ABDELHALIM Hani diesen, ob jene Kontonummer, welche er geschickt hat in das Abkommen geschrieben wurde. Auf die Rückfrage des HASSAN, „auf das libysche Konto?", weist ihn ABDELHALIM darauf hin, dass das Konto in Großbritannien gemeint sei, da das libysche Konto zu schwierig (heikel) und problematisch sei.

Während eines Gesprächs mit ABDELHALIM Hani am 18.05.2020, (Wortprotokoll Nr. 51 (lfd:2750) geht es um die Überweisung von € 3.000.- nach Großbritannien und ergeht die Aufforderung des ABDELHALIM, der Taher solle „Geschenk für Waisenkinder" dazuschreiben. Durch diese Aufforderung des ABDELHAIM Hani entsteht der Verdacht, dass durch bewusstes falschen dokumentieren von Geldüberweisungen mit dem Vermerk „Geschenk für Waisenkinder" der offensichtlich wahre Zweck und Empfänger verschleiert werden soll.

HASSAN Taher kann als Aktivist für die Anliegen der palästinensischen Organisation HAMAS bezeichnet werden. Durch seine Tätigkeit im Verein „RAHMA Austria - Unterstützung von Familien in Not" leistet er offensichtlich einen wesentlichen Beitrag für die die Unterstützung der palästinensisch-terroristischen Organisation HAMAS. Durch das Vorhandensein eines dichten Netzwerkes von Personen, Organisationen und Bankverbindungen ist es mittlerweile leicht möglich Spendengelder zu sammeln und diese in arabische Länder, unter anderem auch in das Westjordanland und in den Gazastreifen zu transferieren.

Die Muslimbruderschaft ist in Österreich – wie auch in anderen Ländern ihrer Tätigkeit - mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und

16 St 52/19t    -313-

AZAJHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert.

Wie die dargestellten Ermittlungserkenntnisse zu den Aktivitäten bzw. Engagement des **HASSAN Taher** für die HAMAS und die Muslimbruderschaft in Österreich zeigen, versuchen diese terroristischen Vereinigungen mit Unterstützung ihrer Mitglieder, darunter HASSAN Taher mit terroristischen Straftaten und Terrorismusfinanzierung die beschriebenen Ziele, unter anderem

- die Errichtung islamistischer Enklaven in Europa,

- den Sturz des ägyptischen Regimes von General as-SISI,

- die Wiedererlangung der Macht in Ägypten,

- die Zerstörung des Staates Israel,

- die Errichtung eines vorerst Ägypten und die angrenzenden Länder umfassendes, letztlich sogar weltweiten Kalifates (islamischer Gottesstaat), auf der Grundlage der Scharia (islamisches Gesetz) mit Jerusalem als Hauptstadt nach Zerstörung des Staates Israel,

umzusetzen.

HASSAN Taher unterstützt und propagiert im Wissen gemäß § 5 Abs 3 StGB dadurch diese terroristischen Vereinigungen HAMAS und Muslimbruderschaft in der Umsetzung ihrer Ziele und der dafür als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs 1 StGB in Ägypten, im Gaza und in Israel zu fördern und auch die dafür erforderlichen Vermögenswerte bereit zu stellen, nach der Verdachtslage diese radikal-islamistische, staatsfeindliche Ideologie der Muslimbruderschaft, um sich als Mitglied zu beteiligen an der

- staatsfeindlichen Verbindung der Muslimbruderschaft (§ 246 Abs 1 und Abs 2 StGB),

- der terroristischen Vereinigung der Muslimbruderschaft (§ 278b Abs 2 StGB), die mit der terroristischen Gruppierung **HAMAS** einen Teilbereich der Organisation in Palästina und der terroristischen **HASM**-Bewegung einen Teilbereich der Organisation in Ägypten unterhält,

- kriminellen Organisation der Muslimbruderschaft (§ 278a StGB).

Für diesen Zweck werden auch neue Mitglieder für diese staatsfeindlichen, terroristischen und kriminellen Vereinigungen angeworben. Die dargestellte radikal islamistische und totalitäre Ideologie der Muslimbruderschaft widerspricht der in der österreichischen Verfassung festgelegten demokratischen, republikanischen und rechtsstaatlichen Staatsform und den in

16 St 52/19t                    ~315~

der EMRK festgelegten Menschenrechten, welche in Österreich im Verfassungsrang stehen (vgl. dazu das Gutachten v. **Mag. Heiko HEINISCH und Dipl. Pol. Nina SCHOLZ** ).

HASSAN Taher steht weiter im Verdacht als aktiver Unterstützer der HAMAS, der Muslimbruderschaft und als Mitglied der Liga Kultur Vermögenswerte an Mitglieder dieser terroristischen Vereinigungen in Form von Spenden bereit zu stellen oder Spenden für diese zu sammeln und dadurch das Verbrechen der Terrorismusfinanzierung im Sinne des § 278d StGB verwirklicht zu haben. Im Zuge von Ermittlungen ergab sich der dringende Verdacht, dass islamische „Hilfsorganisationen" die **HAMAS** finanziell unterstützen. Dazu zählt etwa die Union of Good, die einen unmittelbaren Bezug zu Österreich aufweist. Die Palästinensische Vereinigung in Österreich - PVÖ (welche vom Beschuldigten **DOGHMAN ABDALLAH Adel** geleitet wurde) war Teil der Union of Good. Auch der Nachfolgeverein der PVÖ, nämlich der Palästinensische Humanitäre Verein Österreich - PHVÖ (welcher vom Beschuldigten **ABDELHALIM Hani** geleitet wurde), sowie dessen Nachfolgeverein Rahma Austria (welcher vom Beschuldigten **HASSAN Taher** geleitet wird) stehen im Verdacht, Spendengelder an die **HAMAS** weitergeleitet zu haben (vgl. dazu das Gutachten v. Mag. **HEINISCH** u. **SCHOLZ**).

**HASSAN Taher** steht somit, aufgrund des angeführten Sachverhaltes, im Verdacht die Verbrechen

- § 278b Abs. 2 StGB  der terroristischen Vereinigung gemäß § 278b Abs. 2 StGB

- der Terrorfinanzierung gemäß § 278 d Abs. 1 u. 1a StGB

- der staatsfeindlichen Verbindung gemäß § 246 Abs. 1 u. 2. StGB

- der kriminellen Organisation gemäß § 278a StGB

begangen zu haben.

Zu den in **Punkt A.I.** angeführten Orten ist auf die Anlassberichte 26 und 26b sowie den Amtsvermerk vom 24.09.2020 des LVT Steiermark zu verweisen. Es handelt sich um die Wohnadressen der Beschuldigten, die Adressen der von den Beschuldigten geleiteten Vereine und der von den Beschuldigten geleiteten Unternehmen, die zur Klärung des Tatverdachts gemäß den §§ 163 Abs 5, 246 Abs 1 und Abs 2, 278a, 278b Abs 2, 278d Abs 1 und Abs 1a StGB samt den zugehörenden Nebenräumen (Dachboden, Garagen, Lager, Keller etc.) zu durchsuchen sind. Ebenfalls zu durchsuchen sind die von den Beschuldigten verwendeten Kraftfahrzeuge, die zum Teil auf sie, die von den Beschuldigten genannten Unternehmen oder

auf Dritte zugelassen sind, um alle im Zuge der zu **Punkt A.** angeordneten Durchsuchungen aufgefundenen und mit dem Ermittlungsgegenstand in Verbindung zu bringenden Gegenstände, insbesondere größere und für einen Haushalt, Verein, Stiftung oder Unternehmen nicht übliche Bargeldbeträge sowie die nach der Verdachtslage von den Beschuldigten verwendeten Datenträger wie Computer, Laptops, Smartphones, Mobiltelefone, Festplatten, USB-Sticks, Speicherkarten, DVDs, CDs und schriftliche Aufzeichnungen, Buchhaltungsunterlagen, Korrespondenzen, Dokumente, Bücher, Schriften, Werbematerial etc., sicherstellen und in weiterer Folge kriminaltechnisch auswerten zu können.

In diesem Sinne war zu den Räumlichkeiten (inklusive Nebenräumlichkeiten) der im Punkt A.I. des Spruches zu den einzelnen Beschuldigten angeführten juristischen Personen (Gesellschaften und Vereine), nämlich zu Punkt

**2.** der **White Sea Immobilienbeteiligung GmbH** in 1200 Wien, Friedrich-Engels-Platz 15-16/9/9,

**3.** der **MRE Immobilieninvest GmbH** in 1060 Wien Capistrangasse 3/3/10,

**4.** der **MTH Immobilieninvest Gmbh** in 1060 Wien Capistrangasse 3/3/10,

**5.** der **De Damas Handels GmbH** in 1060 Wien Capistrangasse 3/3/10,

**7.** der **MORAD Immobilienverwertung GmbH** in

   **a)** 1200 Wien Handelskai 78/8/29,

   **b)** 3400 Klosterneuburg Steinbrunngasse 1151,

**8.** eines namentlich nicht bekannten Unternehmens von **MORAD Aiman** in 2482 Münchendorf, 2. Querstraße 3,

**10.** des **Islamischen Friedhof Wien** in 1230 Wien Großmarktstraße 2a,

**11.** des **Vereins Unterstützung der Hinterbliebenen (Ekram Elmawta)** in 1100 Wien, Pernerstorfer Gasse 22/3,

**17.** des **Vereins Human Help Austria – Humanitäre Unterstützung von Immigrantenfamilien in Not** in 1100 Wien Herndlgasse 13/2,

**19.** der **Hermas Hermas OEG** in 8041 Graz-Liebenau Krummer Weg 12d,

**21.** der **Kaffeemühle Management GmbH** in 1010 Wien Parkring 10/1/3/5,

**22.** der **REMEX Import Export Handel GmbH** in 1010 Wien Parkring 10/1/3/5,

**33.** der **HALA SWEET GmbH** mit Sitz in 1170 Wien, Hernalser Hauptstraße 143/3, da MAKRAM Sobhy zu einem Drittel Eigentümer der Geschäftsanteile ist,

16 St 52/19t        -319-

**39.** eines namentlich nicht bekannten Unternehmens von **OSMAN Alexander**, geb. am 06.08.1977, in 1060 Wien Mariahilfer Straße 123/3/3,

die Durchsuchung anzuordnen, weil diese Vereine und Gesellschaften zum Netzwerk der Muslimbruderschaft und der HAMAS zählen und aus diesem Grund nach der Verdachtslage für die dargestellten Ziele und Zwecke dieser terroristischen Vereinigung verwendet werden. Die Beschuldigten sind Allein- oder Teileigentümer der Geschäftsanteile dieser Unternehmen, Geschäftsführer dieser Unternehmen, Obmann oder Obfrau dieser Vereine, sodass sie maßgeblichen einfluss auf diese Unternehmen haben. Die Durchsuchung dieser Orte ist – wie auch bei den Wohnungen der Beschuldigten – zur Klärung des Tatverdachts gemäß den §§ 165 Abs 3, 246 Abs 1 und Abs 2, 278a, 278b Abs 2, 278d Abs 1 und Abs 1a StGB erforderlich, weil in diesen Orten mit der Auffindung von von Gegenständen, nämlich größere Bargeldbeträge im Zusammenhang mit dem von den Beschuldigten praktizierten Hawala System, Aufzeichnungen auf Datenträger, schriftliche Aufzeichnungen etc. zu rechnen ist. Dabei ist zu beachten, dass nach dem Amtsvermerk des LVT Steiermark vom 24.09.2020 die nach den dargestellten Ermittlungsergebnissen als Führungspersonen der Muslimbruderschaft und der HAMAS in Österreich anzusehenden Brüder MORAD Mohamed Jamal und MORAD Aiman durch ihr Firmennetzwerk, nämlich die

- MTH Immobilieninvest GmbH, Firmenbuchnummer: 439756a, A-1060 Wien, Capistrangasse 3/3/10, etabliert, im Eigentum von MORAD Mohamed Jamal,
- MRE Immobilieninvest GmbH, Firmenbuchnummer: 432931p, A-1060 Wien, Capistrangasse 3/3/10, etabliert, im Eigentum von MORAD Mohamed Jamal,
- White Sea Immobilienbeteiligung GmbH, Firmenbuchnummer: 457846d, A-1200, Wien, Friedrich-Engels-Platz 15-16/9/9, Geschäftsführer MORAD Mohamed Jamal,
- MORAD Immobilienverwertung GmbH, Firmenbuchnummer: 313288v, A-1200, Wien, Handelskai 78/8/29, im Eigentum von MORAD Aiman und KHADDAM ALJMEA Aidah, Geschäftsführer MORAD Aiman,
- De Damas Handels GmbH in 1060 Wien, Capistrangasse 3/3/10, Firmenbuchnummer: 520235b,

über eine direkte wirtschaftliche Verbindung zu dem als Hauptfinanzier der Muslimbruderschaft und der HAMAS anzusehenden Golfstaat Katar (Qatar) verfügen. Der Beschuldigte MORAD Mohamed Jamal, 14.02.1958 geb., ist

- Geschäftsführer und indirekter wirtschaftlicher Eigentümer der Firma De Damas Handels GmbH in 1060 Wien, Capistrangasse 3/3/10, Firmenbuchnummer: 520235b, die aber keine aktiven Konten besitzt,

- Geschäftsführer und indirekter wirtschaftlicher Eigentümer der Firma MTH Immobilieninvest GmbH in 1060 Wien, Capistrangasse 3/3/10, Firmenbuchnummer: 439756a, und

- Geschäftsführer und indirekter wirtschaftlicher Eigentümer der Firma MRE Immobilieninvest GmbH in 1060 Wien, Capistrangasse 3/3/10, Firmenbuchnummer: 432931p.

Der Beschuldigte MORAD Mohamed Jamal ist auch zeichnungsberechtigt für die Konten dieser Gesellschaften. MORAD Mohamed Jamal ist weiters zeichnungsberechtigt für die Konten der

- MORAD Immobilienverwertung GmbH, in 1200 Wien Handelskai 78/8/29, Firmenbuchnummer: 313288v, deren Geschäftsführer der Beschuldigte Aiman MORAD, geb. am 29.09.1963 ist, und

- Firma White Sea Immobilienbeteiligung GmbH in 1200 Wien Friedrich-Engels-Platz 15-16/9/9, Firmenbuchnummer: 457846d, deren Geschäftsführer der Beschuldigte MORAD Mohamed Jamal ist.

Die White Sea Immobilienbeteiligung GmbH ist eine Tochtergesellschaft der **Konzernmutter Ali Sultan A.A. Al-Maadid**, welche ihren Sitz in Maadeed Straße 161, 1000 Almamura, Doha, **Katar (Qatar),** hat. Somit verfügt MORAD Mohamed Jamal auch über eine direkte wirtschaftliche Beziehung zum Golfstaat Katar (Qatar), das als maßgeblicher Finanzier der Muslimbruderschaft und der HAMAS angesehen werden muss. Die vom LVT Steiermark durchgeführten Abfragen im Register der wirtschaftlichen Eigentümer und im Zentralen Kontenregister, haben gezeigt, dass der Beschuldigte MORAD Mohamed Jamal die angeführten Gesellschaften beherrscht und über die White Sea Immobilienbeteiligung GmbH mit der in Katar etablierten **Konzernmutter Ali Sultan A.A. Al-Maadid** wirtschaftlich verbunden ist. Ausgehend von den bisherigen, in den Anlassberichten des LVT und des BVT dargestellten Ermittlungsergebnissen besteht der Verdacht, dass der Beschuldigte MORAD Mohamed Jamal in seiner faktisch und wirtschaftlich dominanten Position als Geschäftsführer und/oder Zeichnungsberechtigter bei den angeführten Gesellschaften mit Unterstützung durch seinen Bruder Aiman MORAD über ein sich von Österreich bis nach Katar erstreckendes Netzwerk von Gesellschaften verfügt und nach der Verdachtslage dafür verwendet,

1. Gelder der terroristischen Vereinigungen Muslimbruderschaft und HAMAS im Sinne des § 165 Abs. 3 StGB zu waschen, um damit

2. den Aufbau einer Infrastruktur zur Umsetzung der dargestellten Ziele der terroristischen Vereinigungen Muslimbruderschaft und HAMAS in Österreich zu finanzieren (Amtsvermerk des LVT Steiermark vom 24.09.2020).

Zu den in **Punkt A.II.** angeführten und nach der Verdachtslage den terroristischen Vereinigungen Muslimbrüderschaft und der HAMAS zugehörigen Vereinen, Stiftung und Unternehmen als weitere Orte der angeordneten Durchsuchung wird nach den bisher eingelangten Anlassberichten des LVT Steiermark, zuletzt der 26. Anlassbericht vom 15. September 2020, und den Berichten des BVT aus den Ermittlungsergebnissen unter Berücksichtigung des Gutachtens der Sachverständigen Mag. Heiko HEINISCH und Dipl. Pol. Nina SCHOLZ ausgeführt:

**1. Verein „Liga Kultur - Verein für Multikulturellen Brückenbau" @ „AL Nur – Moschee", in 8020 Graz, Neubaugasse 67**

Der **„Liga Kultur - Verein für Multikulturellen Brückenbau"** ist die vereinsrechtliche Bezeichnung der umgangssprachlich als **„EL NUR - Moschee"** bezeichneten Moschee-Vereins, in 8020 Graz, Neubaugasse 67. Wie in den Anlassberichten 1 und 2 angeführt, ist die EL NUR - Moschee in Graz eine zentrale Stelle der Muslimbruderschaft in Österreich. Auch das **Institut für Islamisch-theologische Studien der Universität Wien** stuft die **Liga Kultur** als **Ableger der Muslimbruderschaft in Österreich** wie folgt ein:

*Der Verein „Islamische Liga Kultur - Verein für Multikulturellen Brückenbau wurde am 27.08.1998 in Graz gegründet. Er ist der Grazer Ableger der Liga Kultur – Verein zur Förderung des kulturellen Austausches und der Integration in Wien, der am 02.05.1998 unter anderem von den Brüdern* **Mohamed Jamal MORAD** *und* **Aiman MORAD** *(beide Beschuldigte in der ggst. Strafsache) gegründet wurde, die sich auch lange in führenden Positionen befanden.* **Jamal Morad** *hat gegenüber einem arabischen Fernsehsender unumwunden zugegeben, eine „der* **Führungskräfte der Muslimbrüder in Europa**" *zu sein und auf Nachfrage des Interviewers bekräftigt, dass er ein* **Kader der Muslimbruderschaft in Österreich** *sei. Bis zur letzten Wahl saß er im Obersten Rat der IGGiÖ.* **Mohamed Jamal Morad** *war an der Gründung der der Islamischen Vereinigung in Österreich gehörenden Hidaya-Moschee (Praterstraße 52, 1020 Wien), die Mitglied der Kultusgemeinde multikultureller Moscheegemeinden ist, ebenso beteiligt wie an der Gründung der zur Liga Kultur gehörenden al-Nur-Moschee in Graz.*

*Die* **Liga Kultur** *ist der* **einzige österreichische Verein**, *der* **nicht zu verschleiern versucht**, *dass er dem* **Netzwerk der Muslimbruderschaft** *nahesteht. So ist die Liga Kultur offiziell Mitglied der* **Federation of Islamic Organisations in Europe** *FIOE, der auch die*

*Muslim Association of Britain MAB* und **die World Assembly of Muslim Youth (WAMY)**, *eine 1972 gegründeten NGO mit Sitz in Riad, angehören. Der gegenüber dieser Organisation erhobene Vorwurf der Unterstützung des Terrorismus kann von uns nicht überprüft werden. Vonseiten der Organisation werden derartige Vorwürfe vehement zurückgewiesen. In den Aktivitäten der WAMY sind der Muslimbruderschaft nahestehende Personen sehr prominent sichtbar.*

*Mit der „**Jugend der Liga Kultur",** welche mittlerweile in „**M3 – Jugend und Studenten Society**" umbenannt wurde (s. 24. Anlassbericht ab der Seite 9), verfügt der Verein über eine eigene Jugendsektion, die an der gleichen Adresse residiert. Die Einträge auf der Facebook-Seite der Liga Kultur sind teilweise auf Deutsch und teilweise auf Arabisch verfasst. Dasselbe gilt für die Homepage, wobei hier der Anteil deutschsprachiger Texte prozentuell definitiv überwiegt."* (Quelle: www.islam-landkarte.at)

Im Jahre 2012 wurde das islamistische Gesicht der EL NUR-Moschee bzw. der Muslimbruderschaft anhand einer Demonstration sichtbar:

Bei einer am 04.02.2012 von **Mohamed HIKAL** von der EL NUR-Moschee unter dem Verein EL NUR angemeldeten Versammlung in Form einer Demonstration, gegen das Regime von Mubarak - an welcher auch **Dr. Ayman Ali AHMED** (Generalsekretär der FIOE und ehemaliger Präsidentenberater von MURSI in Ägypten) teilnahm - kam es aufgrund des **Schwenkens der Jihad-Flagge** zu einer Anzeige wegen des Verd. des versuchten Landzwanges. Angemerkt wird, dass sich das Hissen der Jihad-Flagge in den Endzeitapologien des Koran sowie auch im Artikel 3 der Charta der HAMAS findet:

*... Sie erheben das Banner des Dschihad im Angesicht der Unterdrücker, um das Land und die Diener Allahs von deren Schmutz, Infamie und Übel zu erlösen.*

Tatsächlich wurde die Demonstration mit Gläubigen der Muslimbruderschafts-Moschee zusammen mit den Gläubigen der radikal salafistischen **TAQWA-Moschee** durchgeführt. Seit Februar 2015 wurden vom LVT ST Ermittlungen gegen die Mitglieder der TAQWA-Moschee, geführt, weil sich im Jahre 2014 ca. 40 Mitglieder des Vereins dem Terrorstaat „Islamischer Staat" in Syrien angeschlossen hatten.

Die Staatsanwaltschaft Graz (Aktenzeichen 16 St 2/12t) beauftragte den Islamwissenschaftlern Prof. Dr. Tilman Nagl ein Gutachten zu erstellen. Prof. Dr. Tilman Nagl kam auszugsweise zu folgendem Schluss:

*„... durch das Zeigen der **schwarzen Flagge** verschärft sich der Appell an die abseits stehenden Glaubensbrüder: Es ist **Endzeitkampf**, der **begonnen hat**, es ist die allerhöchste Zeit, sich auf die Seite der künftigen Paradiesbewohner zu stellen. .... Darüberhinaus geht*

*von diesem Gedankengut ebenfalls eine erhebliche Gefahr für den inneren Frieden einer säkularen Gesellschaft aus, die eine grundsätzliche Zustimmung zu ihren Prinzipien voraussetzt und die eine grundsätzliche Ablehnung ihrer Prinzipien nicht auf Dauer aushalten kann."* (Quelle: Gutachten Dr. Tilman Nagl).

Die hier angeführten bzw. bereits ergangenen Berichte belegen den dringenden Verdacht eines klaren Zusammenhanges der Liga Kultur und ihrer Ableger mit der radikal islamistischen Muslimbruderschaft. Auch die prägnanten oben angeführten Ausführungen des Instituts für Islamisch-theologische Studien der Universität Wien sowie das Gutachten der Sachverständigen Mag. HEINISCH und Dipl. Pol. SCHOLZ unterstreichen diesen Zusammenhang der Liga Kultur mit der Muslimbruderschaft, (s. 4. Anlassbericht ab der Seite 17).

## 2. Verein „Ägyptisch-Islamisches Glaubenszentrum" @ „Ar Rahman – Moschee", in 8020 Graz, Resselgasse 9

Aufgrund eines Zerwürfnisses des langjährigen Imams **ISMAIL Eldessokki Elsayed Elsherbini** (Beschuldigter in der ggst. Strafsache) der El Nur-Moschee mit der Leitung der El Nur-Moschee kam es zu einer Abspaltung von einem Teil der Gläubigen und am 22.12.2011 zur Neugründung eines Ablegers dem „Ägyptisch-Islamische-Zentrum" @ AR RAHMAN - Moschee, in 8020 Graz, Resselgasse 9.

Zu **ISMAIL Eldessokki Elsayed Elsherbini** ist nach den Ermittlungsergebnissen des LVT Steiermark auszuführen, dass der Genannte sich im Sinne der Muslimbruderschaft langjährig führend betätigte, indem er in der EL NUR-Moschee als Imam wirkte und die Ideologie der Muslimbruderschaft verbreitete. Trotz der Abspaltung verbreitet **ISMAIL Eldessokki Elsayed Elsherbini** als Imam der AR RAHMAN–Moschee weiterhin die Ideologie der Muslimbruderschaft.

Am 29.08.2015 wurde über die Facebook Homepage „AL-RAHMAN Moschee Graz" gepostet, dass der Bruder Visit (Anm.: **Visit DIDIGOV**) und **Sejfullah** verhaftet wurden. Es wurde aufgefordert, für diese Personen Bittgebete durchzuführen. Der Verfassungsschutz hätte Imam **Visit** und viele andere Brüder schon öfter inhaftiert und nie einen Beweis gefunden. Im Posting wird sogar von der gleichen Lüge der Behörden wie die letzten Male und wie immer gesprochen. Wie schon oben beschrieben wird angemerkt, dass **Visit DIDIGOV**, Iman der ehemaligen tschetschenischen Moschee TAWHID mittlerweile zu 6 Jahre und elfeinhalb Monaten Haft wegen § 278b StGB verurteilt wurde. **Visit DIDIGOV** wurde in der Muslimbruderschafts-Moschee „EL NUR" als Imam für die Tschetschenen ausgebildet. Angemerkt wird, dass zu dieser Zeit **ISMAIL Eldessokki Elsayed Elsherbini** noch als Imam in der El NUR-Moschee tätig war. Auch ein Posting zur Unterstützung von **Mirsad**

16 St 52/19t          -329-

**OMEROVIC @ Ebu Tejma** (rechtskräftig zu 20 Jahre Haft wegen §§ 278b StGB und Anstiftung zu Mord verurteilt) zeugt von der radikal islamistischen Einstellung der AR RAHMAN-Moschee.

In einem Artikel auf Euro-Arab-Press (Quelle: http://www.eapress.eu/eap/?p=2230) steht in der Überschrift, dass ein Imam aus Österreich die Strafsteuer (Dschizya) für Christen (Kopten) unterstützt. Im Artikel stellt sich heraus, dass es sich um **ISMAIL Eldessokki Elsayed Elsherbini** handelt und ist dieser auch abgebildet.

In einer Zeugenvernehmung vom 22.01.2020 wurde **ISMAIL Eldessokki Elsayed Elsherbini** als Imam der AR RAHMAN Moschee identifiziert. Die **AR RAHMAN**-Moschee sowie die **IHLAS-Moschee**, in 8020 Graz, Ägidygasse 13 et., gehören laut Aussage beide zur **Muslimbruderschaft** (s. 4. Anlassbericht ab der Seite 22)**.**

### 3. Jugendhotel „Edelweiss", in 8972 Ramsau am Dachstein, Leiten 110

Wie bereits im 8. Anlassbericht vom 09.03.2020 (Pkt. 3, S.4) und im 12. Anlassbericht vom 08.04.2020 (Pkt.4, S.5-7) angeführt, ist das „Jugendhotel Edelweiss" (www.jh-edelweiss.at), etabliert in 8972 Ramsau am Dachstein, Leiten 110, als Einrichtung der Muslimbruderschaft zu bewerten. **Abdelkarim ABU HABEL** (s. 12. Anlassbericht ab der Seite 5) welcher als Mitglied der HAMAS in Österreich zu lebenslanger Haft verurteilt wurde, hielt sich an der Örtlichkeit zumindest im Zeitraum Mai 2016 bis Juni 2016 vermehrt auf und es besteht der Verdacht, dass JADALLAH Rafiq als der damalige Leiter und dessen Bruder **JADALLAH Iyad** die Unterkunft dem HAMAS Mitglied **Abdelkarim ABU HABEL** unentgeltlich zur Verfügung gestellt haben.

Hinsichtlich einer etwaigen Verbindung zur Gemeinnützigen Privatstiftung **Anas Schakfeh** mit Sitz in 1230 Wien, Eitnergasse 6 ist anzumerken, dass genannte Stiftung die gegenständliche Örtlichkeit am 13.02.2013 erworben hatte und somit Eigentümer des Hotels ist. Wie im 23. Anlassbericht vom 31.07.2020 (Pkt.1, S.5-7) bereits beschrieben, besteht dringender Verdacht, dass die Gemeinnützigen Privatstiftung **Anas Schakfeh** Personen und/oder andere Institutionen mit Verbindungen oder Zugehörigkeit zur Muslimbruderschaft finanziell unterstützt.

### 4. Verein „Liga Kultur", in 1200 Wien, Greiseneckergasse 10

Die LIGA Kultur – Verein zur Förderung des kulturellen Austausches und der Integration wurde am 02.05.1998 unter anderen von den Beschuldigten Brüdern Aiman und Mohamed

Jamal MORAD gegründet. Der Vereinssitz befindet sich in 1200 Wien, Greiseneckergasse 10. Die Brüder MORAD Mohamed Jamal und MORAD Aiman sind auch die Gründer des Vereines „Islamische Vereinigung in Österreich – IVÖ". Der Vereinssitz befindet sich in 1020 Wien, Praterstaße 52. An dieser Örtlichkeit befindet sich auch die vom Verein betriebene Al-Hidaya-Moschee. Im Fernsehinterview 2013 mit dem Fernsehsender EGYURO TV stellte die Interviewerin dem MORAD Mohamed Jamal, warum seine Organisation in Österreich nicht unter dem Namen „Muslimbruderschaft" auftrete. Darauf antwortete MORAD Mohamed Jamal, dass wer die Wirklichkeit der Muslimbruderschaft versteht, weiß warum wir uns in Österreich „Liga-Kultur" oder „En-Nur Moschee (Grazer Moschee der Liga-Kultur) oder al-Hidaya Moaschee (Wiener Moschee der Islamischen Vereinigung Österreich) nennen. Der Kern der Arbeit und der Missionierung der Muslimbruderschaft ist die soziale Arbeit, die Unterrichtsarbeit. Mohamed Jamal MORAD hat gegenüber dem ägyptischen Fernsehsender EGYURO TV unumwunden zugegeben eine „der Führungskräfte der Muslimbrüder in Europa" zu sein. Im Jahr 2007 war MORAD Aiman Finanzdirektor der IRPA und zugleich Vorstandsmitglied der islamischen LIGA Kultur, welche laut Gutachten von Dipl. Pol. Nina Scholz und Mag. Heiko Heinisch, der Muslimbruderschaft zugeordnet werden kann. Aus der LIGA Kultur hat sich der Jugend LIGA Kultur entwickelt.

Der Hinweisgeber tätigte im Zuge eines Gespräches mit einem Mitarbeiter des LVT Wien eine Aussage zu der Gruppe von SHAKIR Ammar. Dabei führte er an, dass zu dieser Gruppe der mutmaßliche HAMAS Aktivist DOGHMAN Adel, die Brüder MORAD Aiman und MORAD Mohamed Jamal, HAFEZ Farid und SHAKIR Ammar zählen. Der Mitbeschuldigte SHAKIR Ammar wird im Zusammenhang mit der Jugend LIGA Kultur (JLK) von vielen dort tätigen Auskunftspersonen als Führungsperson der Muslimbruder in Österreich bezeichnet.

Die Muslimbruderschaft ist in Österreich – wie in anderen Ländern in Europa - mit der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden. Mutmaßliche HAMAS-Aktivisten wie die im gegenständlichen Verfahren als Beschuldigte geführten DOGHMAN Adel, ABDELHALIM Hani, HERMAS Hermas, JADDALLA Iyad und ALZAHARNA Qasem sind als Mitglieder im Verein „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" registriert. Als Aktivist der frühen Stunde leistete MORAD Mohamed Jamal bereits mit der Gründung der Vereine „LIGA Kultur - Verein zur Förderung des kulturellen Austausches und der Integration" und des Vereins „Islamische Vereinigung in Österreich – IVÖ" einen wesentlichen Beitrag für die Etablierung der Muslimbruderschaft in Österreich. Seit der der Generalversammlung am 22.10.2017 ist ELMOAZEN Samy, 01.10.1964 Beheira geb., in 1210 Wien, Ödenburgergasse 73-85/19/7 wh., der Obmann des Vereines. Der Verein „LIGA Kultur – Verein zur Förderung des

kulturellen Austausches und der Integration" steht im Verdacht eine zentrale Stelle der Muslimbruderschaft in Österreich zu sein.


### 5. Verein „Rahma Austria", in 1200 Wien Hannovergasse 25

Der Verein „RAHMA Austria – Unterstützung von Familien in Not", mit Sitz in 1200 Wien, Hannovergasse 25, gilt als Nachfolgeverein des Vereines „PVÖ Palästinensische - Vereinigung in Österreich". Der Beschuldigte ADEL DOGHMAN ABDALLAH Adel gründete im Jahr 1993 die „PVÖ Palästinensische - Vereinigung in Österreich" und fungierte während des Bestehens bis zur Selbstauflösung am 01.12.2008 als Vereinsobmann. Als Nachfolgeverein entstand der „Palästinensischer Humanitärer Verein in Österreich – PHV-Ö", unter dem Obmann ABDELHALIM Hani. Nach Auflösung des Vereines PHV-Ö im Jahr 2013, etablierten sich die Nachfolgevereine „Human Help – humanitäre Unterstützung von Immigrantenfamilien" in Not", sowie der Verein „RAHMA Austria - Unterstützung von Familien in Not", welche ihren Sitz in Wien haben. Der im gegenständlichen Verfahren als Beschuldigte geführte Taher HASSAN, am 21.04.1988 geb., ist der amtierende Vereinsobmann von RAHMA Austria. ADEL DOGHMAN ABDALLAH Adel war maßgeblich an nationalen und internationalen Veranstaltungen von Palästinensern beteiligt, welche scheinbar der Etablierung bzw. Unterstützung der Organisation HAMAS und der Muslimbruderschaft in Österreich und in Europa dienten. Im Zuge der Ermittlungsmaßnahmen gegen ADEL DOGHMAN ABDALLAH Adel wurden mehrere Telefonkontakte aufgezeichnet, darunter Gespräche mit einer männlichen Person namens „Abu Abdallah" (phon.), welcher die britische Telefonnummer +447710342785 verwendet. In den Gesprächen geht es unter anderem um Spendensammlungen für Gaza bzw. für Flüchtlingslager in Gaza, Libanon und Syrien.

Bei einem Telefonat am 22.04.2020, um 01:24 (Wortprotokoll Nr. 12 (Lfd: 201), welches ADEL DOGHMAN ABDALLAH Adel mit einer männlichen Person namens „Abu Abdallah" (phon.) führt, wird einleitend über ein Flüchtlingslager in Hebron gesprochen. „Abu Abdallah" verwendet dabei die britische Telefonnummer +447710342785. Im Zuge des weiteren Gesprächsverlaufes schlägt DOGHMAN seinem Gesprächspartner vor, „diese Initiative über die Al-Wafaa-Campaign zu machen", woraufhin „Abu Abdullah" antwortet, dass der Vorsitzende von Al-Wafaa-Campaign „Abu Ali" (phon.) ist und er muss diese Sache vorschlagen. „ABU ABDALLAH" sagt zu DOGHMAN, dass er jetzt einen allgemeinen Satz schreiben soll: „Eine Kolonne kommt von Beirut um Hebron-Flüchtlingslager zu desinfizieren und das wird über den Namen von Al-Wafaa-Campaign Europe gemacht."

Bei Abu Ali handelt es sich offensichtlich um Amin Abou Rasheed, den Leiter der „Al-Wafaa-Campaign", welcher laut Internetrecherchen auch der Chef der Spendenaktionen für die

HAMAS sein soll. Die „Al-Wafaa-Campaign" unterstützt offiziell Flüchtlinge und soll laut Internetberichten mit der „Union of Good" verbunden sein. Die „Union of Good" soll durch den hochrangigen Muslimbruder Yusuf al-Qaradawi geleitet werden und fungiert als Dachverband von über 50 Vereinen zur Finanzierung der Palästinenser-Organisation HAMAS.

Auf der Homepage von RAHMA Austria wurde die Organisation „Al-Wafaa-Campaign" propagiert. Im Zuge der Auswertung der Telefonüberwachung wurden Gespräche des Beschuldigten ABDELHALIM Hani mit HASSAN Taher aufgezeichnet. Hierbei wurden vorwiegend Geldüberweisungen nach Großbritannien, Libyen, Bosnien und in den Libanon thematisiert. Im Zuge eines Gespräches am 18.05.2020, um 17:40 Uhr, wird über eine Geldüberweisung nach Großbritannien mit einer Summe von 3.000,- €uro besprochen. ABDELHALIM gibt dabei dem TAHER wörtlich die Anweisung „Schreib dazu Geschenk für Waisenkinder". Aufgrund der vorliegenden Sachverhalte entsteht der Verdacht, dass der Verein „RAHMA Austria – Unterstützung von Familien in Not" eine zentrale Organisation zur Finanzierung der palästinensisch-terroristischen Organisation HAMAS ist.

### 6. WAFAA Women, in 1020 Wien, Praterstraße 25 / 9A

Die Gesellschaft der Erfüllung, WAFAA – Verein für Ausbildung und Unterstützung der Frauen mit Sitz in 1020 Wien, Praterstraße 25 / 9A wurde am 04.01.2010 gegründet. Seit diesem Zeitpunkt ist die Beschuldigte TARSOUSI Rihab als Obfrau tätig. Laut Internetrecherchen handelt es sich bei WAFAA Women um eine arabische Organisation, welche Projekte im Libanon und Palästina unterstützen.

Bei der Beschuldigten TARSOUSI Rihab wurde im Zuge der Ermittlungen Telefongespräche aufgezeichnet, welche sie mit den Mitbeschuldigten DOGHMAN Adel, ABDELHALIM Hani und HERMAS Hermas geführt hat. Bei diesen Gesprächen wurde über Spendensammelaktionen und über Geldüberweisungen aus Frankreich und nach Libanon (Beirut) thematisiert. Im Zuge dieser Gespräche entstand der Eindruck, dass TARSOUSI Rihab für die Bearbeitung der Konten und für die Überweisungen der Beschuldigten bzw. deren Organisationen tätig ist. Auf Grund der laufenden Erkenntnisse kann den drei oben genannten Männer eindeutig ein Naheverhältnis zu der HAMAS Gruppierung belegt werden.

Am 17.04.2020, (Wortprotokoll Nr. 11 (lfd 248) führt ADEL DOGHMAN ABDALLAH Adel mit Frau TARSOUSI Rihab ein Gespräch. Im Verlauf des Gesprächs erwähnt DOGHMAN, dass "Dr. Mohammad Fares" aus Frankreich hat 1000,- Euro überwiesen. Er möchte wissen ob der Betrag gekommen ist oder nicht, damit sie den Rest bezahlen können.

Am 12.05.2020, (Wortprotokoll Nr.21 (Lfd: 580) führt ADEL DOGHMAN ABDALLAH Adel mit Frau TARSOUSI Rihab ein Gespräch. Es wird über 3.000 Dollar gesprochen, welche auf das Konto von Al-Wafaa gehen soll, damit die Miete von Al-Wafa bezahlt wird. DOGHMAN wirkt im Gespräch sehr hektisch und sagt, dass er jetzt schnell 10 Familien braucht. Er erwähnt wörtlich „ihr habt 40 Familien angegeben, verstehst du mich? Aber bei 10 sind die Namen nicht angegeben. Wir wollen Namen, und wir sagen ihm, gebt uns die Namen, und wir sagen ihnen, diese Organisation/Institution hat das Thema koordiniert."  Frau TARSOUSI erwähnt weiter, dass sie eine E-Mail an die BAWAG Bank geschrieben hat, weil sie die 1000,- Dollar die Doktor Mohammad geschickt, hat nicht auf das Bankkonto eingezahlt hat. Abschließend erwähnt DOGHMAN, dass das sehr wichtig ist, dass er die Namen heute erhalte. Weil sie schließen das Thema.

HERMAS Hermas telefoniert am 13.05.2020 (Wortprotokoll Nr. 29 (lfd.: 471) mit Frau TARSOUSI Rihab. HERMAS hat sich im Gespräch erkundigt ob bereits neue Erkenntnisse betreffend die Überweisung aus FRANKREICH erlangt wurden. HERMAS spricht weiter über Zahlung von AMS in der Höhe 4000,- € auf welche sie warten würden und dass sie dann Geld für 2 Monate zur Verfügung haben würde, weshalb er bereits mit MORAD gesprochen habe.

HERMAS Hermas telefoniert am 13.05.2020 (Wortprotokoll Nr. 27 (lfd.: 474) mit Frau TARSOUSI Rihab und spricht über eine Rücküberweisung welcher ein „Mann" noch nicht auf sein Konto zurück überwiesen hat. Zwischendurch wird über Spendensammelaktionen geredet. Gegen Ende des Gespräches spricht offensichtlich ABDELHALIM mit TARSOUSI welche erwähnt, dass 200 € Zakat nach Beirut zu ihrem Schwager schicken möchte.

Aufgrund der angeführten Ereignisse besteht der Verdacht, dass Frau TARSOUSI Rihab Überweisungen, Kontoführungen und gleichgeartete Aufgaben im Umfeld der palästinensisch-terroristischen Organisation HAMAS durchgeführt. Diese Tätigkeiten finden zumindest zu einem Teil an der Örtlichkeit des Vereins „Wafaa-woman" statt.


### 7. Gemeinnützige Privatstiftung Anas Schakfeh

Die „Gemeinnützige Privatstiftung Anas Schakfeh", unter der Firmenbuchzahl 346684f, ist eine in Wien 1230, Eitnergasse 6 etablierte und eingetragene Privatstiftung und besteht seit dem 06.08.2010. An selbiger Adresse ist auch die MJÖ – Muslimische Jugend in Österreich untergebracht.  Die Beschuldigte Fr. Mag. TURGUT Selma ist seit 18.07.2018 eingetragene **Stifterin der „Gemeinnützigen Privatstiftung Anas Schakfeh".** Die MJÖ als auch die Privatstiftung Anas Schakfeh können in das Umfeld der Muslimbruderschaft eingeordnet werden. Aufgrund der beschriebenen Umstände ergibt sich der Verdacht, dass Frau Mag.

TURGUT Selma eine bedeutsame Tätigkeit in der Gebarung der Muslimbruderschaft ausübt. Da die Muslimbruderschaft in Österreich offensichtlich eng mit Aktivisten der palästinensisch-terroristischen HAMAS ideologisch und organisatorisch eng verbunden ist, besteht der Verdacht, dass dadurch diese terroristische Organisation finanziell unterstützt wird.

Der Beschuldigte Dipl. Ing. AL-AIFARI Zaid dürfte eine **führende Funktion im „Jugendhotel Edelweiss"**, in 110 Leiten, Ramsau am Dachstein bzw. im „Jugendhotel Edelweiss" in Klagenfurt ausüben. Die beiden angeführten Hotels stehen offensichtlich im **Eigentum der „Gemeinnützigen Privatstiftung Anas Schakfeh"**. Aufgrund der erwähnten Umstände ergibt sich auch hier der Verdacht, dass AL-AIFARI Zaid sich im Umfeld der **„Gemeinnützigen Privatstiftung Anas Schakfeh"** führend betätigt und einen bedeutsamen Einfluss auf die Belange der MJÖ in Österreich und der Muslimbruderschaft ausübt.

Im Telefongespräch v. **29.07.2020**, (Wortprotokoll Nr. 19 (Lfd. 1914) spricht Selma **TURGUT** mit Ammar **SHAKIR**. Sie reden zuerst über Räumlichkeiten und deren Aufteilung in der Stiftung und über die Leute die dort arbeiten und ob sie für die Benützung auch zahlen sollen. Dann geht es um einen Vortrag von Raul Quasa, und da meint dann SHAKIR ob das eine Sache für die Vortragsreihe der Stiftung wäre. Daraufhin meint dann Fr. TURGUT, dass er ihr geschrieben hat, weil die **MJÖ** ihn eingeladen hat. SHAKIR meint dann weiter "ihr sollt vielleicht besprechen ob das in eurem Sinne ist, ob das passt dann ist es halt ein Vortrag der MJÖ. TURGUT antwortet darauf, dass es entweder MJÖ oder Stiftung wäre. Sie sagt auch, dass wenn man mit Werbung rausgeht, darum geht's ihr, weil sie würde dann nicht Kooperation machen. TURGUT meint weiter, dass auch wenn es MJÖ ist, können sie später noch immer sagen, sie hatten die Türen offen für Veranstaltungen wo auch Raul Al Quadawa (phon.) und so dabei waren.

Aufgrund der vorliegenden Sachverhalte entsteht der Verdacht, dass die **Gemeinnützige Privatstiftung Anas Schakfeh** eine zentrale Organisation im Umfeld der Muslimbruderschaft sowie der MJÖ darstellt.

### 8. Vereins „Islamisches Kulturzentrum IKZ, EMANEH – Verein zur Stärkung der muslimischen Zivilgesellschaft"

Der Beschuldigte Mag. MEKIC Mahdi ist der Obmann des „Islamisches Kulturzentrum Graz" bzw. „EMANEH – Verein zur Stärkung der muslimischen Zivilgesellschaft" alias EMANEH – Moschee mit Sitz in **8055 Graz, Laubgasse 22 u. 24 sowie 8055 Graz, Paula Wallisch Straße 10. Die Adressen sind identisch.** Wie auch im 4. Anlassbericht (Punkt 6., Seite 29) vom LVT Steiermark beschrieben besteht der dringende Verdacht, dass der 13 Millionen Euro

16 St 52/19t                     -341-

teure Bau auch mit Geldmittel der Muslimbruderschaft aus Katar oder Kuwait finanziert wurde. Zur feierlichen Grundsteinlegung für den Moscheebau am 12.05.2012 waren unter anderen die Botschafter Fawzi Abdulaziz Al Farah (**Kuwait**) und Ali Khalfan El-Mensuri (**Katar**) anwesend. Bezüglich **Mag. MEKIC Mahdi**, der Obmann der EMANEH-Moschee (Verein IKZ – Islamisches Kulturzentrum Graz), in 8055 Graz, Laubgasse 22 u. 24 bzw. identische Adresse 8055 Graz Paula Wallisch Straße 10, wurde dem LVT Steiermark im Zuge der Ermittlungen bekannt, dass er Kontakt zu **Ayyoub ABOULIAQIN**, dem Generaldirektor von QATAR CHARITY in UK sowie zu **Abdelaziz Al-Mekdad**, Direktor des Kontroll-Managements von QATAR CHARITY, hatte. QATAR CHARITY gilt nach den Ermittlungen als Organisation, die mit dem Ziel die radikal islamistische Ideologie der Muslimbruderschaft mit Geldmittel aus Katar (Qatar) in Moscheebauten, Schulen und Kulturbauten in Europa fördert. Katar gilt neben der Türkei unter Präsident Recep ERDOGAN als der wichtigste Förderer und Unterstützer der terroristischen Vereinigung Muslimbruderschaft und der HAMAS.

Aus einer dem LVT Steiermark vorliegenden E-Mail-Korrespondenz geht hervor, dass **Mag. MEKIC Mahdi** im Jahre 2015 während des Ramadan (17.06-16.07) den **ABOULIAQIN** im QATAR CHARITY-Hauptquartier in Doha getroffen hat. Dort wurde vereinbart sich entweder in Österreich oder in London zu treffen. Außerdem erfolgten seitens **Mag. MEKIC Mahdi** Einladungen zum Besuch der Moschee in 8055 Graz, Laubgasse 24.

Da nach der Verdachtslage anzunehmen ist, dass **Mag. MEKIC Mahdi** verfahrens-relevante Unterlagen, insbesondere Unterlagen über Zahlungen von QATAR CHARITY an das „Islamische Kulturzentrum Graz, EMANEH – Verein zur Stärkung der muslimischen Zivilgesellschaft" alias EMANEH – Moschee, in den Büroräumlichkeiten der EMANEH-Moschee in 8055 Graz, Laubgasse 24, bzw. identische Adresse 8055 Graz Paula Wallisch Straße 10, aufbewahrt, war zur Klärung des Tatverdachts auch eine Durchsuchung der **Räumlichkeiten** des „Islamisches Kulturzentrum Graz" bzw. „EMANEH – Verein zur Stärkung der muslimischen Zivilgesellschaft" @ EMANEH – Moschee, in **8055 Graz, Laubgasse 22 und 24, sowie 8055 Graz, Paula Wallisch Straße 10**, anzuordnen.


**Daraus ergibt sich zusammengefasst folgender Tatverdacht:**

Nach den bisher vorliegenden Anlass-Berichten des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark, zuletzt vom 15. September 2020, besteht somit der Verdacht, dass

1. **MORAD Mohamed Jamal, geb. 14.02.1958,**

2. **MORAD Aiman, geb. 29.06.1963,**

16 St 52/19t        ~ 343 ~

3.  ALI Ibrahim Elsayed Ahmed (Ali Roma), geb. 21.10.1957,

4.  EL DALOAA ABU AL WAFA Mohammed Ahmed, 12.09.1981,

5.  MOHAMED Ibrahim, geb. 29.07.1969,

6.  MOHAMED Zakaria, geb. 23.01.1964,

7.  DOGHMAN ABDALLAH Adel, geb. 19.05.1963,

8.  ABDELHALIM Hani, BSc., geb. 13.07.1965,

9.  HERMAS Hermas, geb. 28.11.1969,

10. JADALLAH Iyad, geb. 12.02.1977,

11. ALZAHARNA Qasem, geb. 02.04.1983,

12. YAKOUB Mohamed, geb. 05.12.1971,

13. Mag. EL ATTAR Mamdouh, geb. 16.10.1965,

14. DI. AL-SHAKAKI Moutaz, geb. 25.06.1964,

15. Dr. MAHMOUD Kamel Gaber, geb. 12.06.1954,

16. HIKAL Mohamed, geb. 15.01.1964,

17. Mag. Dr. ELLEISY Magdy, geb. 13.09.1964,

18. ISMAIL Eldessokki Elsayed Elsherbini, geb. 08.12.1965,

19. MAKRAM Sobhy, geb. am 07.04.1972,

20. Mag. MEKIC Mahdi, geb. 24.09.1977,

21. Mag. HAFEZ Farid, geb. am 23.12.1981,

22. Mag. SHAKIR Ammar, geb.am 26.02.1973,

23. OSMAN Alexander, geb. am 06.08.1977,

24. Dipl.-Ing. AL-AIFARI Zaid, geb. am 14.08.1983,

25. TARSOUSI Rihab, geb. am 20.04.1953,

26. Mag. TURGUT Selma, geb. am 28.04.1989,

27. MAKRAM Ahmed, geb. 20.11.1971,

28. DEYAB Ismail, geb. 07.01.1963,

16 St 52/19t          ~ 345 ~

**29. EL SHAMY Josef, geb. 28.09.1990,**

**30. HASSAN Taher, geb. 21.04.1988,**

in Wien, Graz und anderen Orten des Bundesgebietes im Zusammenwirken mit weiteren bekannten und noch unbekannten Aktivisten der terroristischen Vereinigungen der „Muslimbrüderschaft" und HAMAS in ihren Tätigkeiten für den Verein „LIGA KULTUR Verein" für multikulturellen Brückenbau alias Al Nur Moschee mit Sitz in Graz und in Wien sowie für weitere Vereine, Stiftungen und Gesellschaften der terroristischen Vereinigung der Muslimbrüderschaft und der dieser zuzuordnenden terroristischen Vereinigung HAMAS, zu denen bereits die Ermittlungsergebnisse unter Hinweis auf die bislang eingelangten Anlassberichte des LVT Steiermark und des BVT gerafft dargestellt wurden,

**A.** spätestens seit dem Sturz des der Muslimbruderschaft angehörenden Regimes von Mohammed Mursi in Ägypten im Sommer 2013 sich als Mitglied (§ 278 Abs 3 StGB) an den terroristische Vereinigungen (§ 278b Abs 3 StGB) Muslimbruderschaft und HAMAS,

mithin jeweils einem auf längere Zeit angelegten Zusammenschluss von mehr als zwei Personen, die (auch) darauf ausgerichtet sind, dass von einem oder mehreren Mitgliedern dieser Vereinigung, insbesondere auch aus Teil- oder Unterorganisationen der Muslimbruderschaft wie

- HASM (ON 5),
- Ansar Bait al-Maqdis (ON 13, Seite 3),
- Popular Resistance Movement (ON 13, Seite 5),
- Revolutionary Punishment Movement (ON 13, Seite 5; ON 11, Seite 53 ff),
- der Medieninitiative unter Bezeichnung „JOKER" des Mohamed REFAI zur Gründung von Terrorzellen (ON 18, Seite 27, und 5. Anlassbericht des LVT Steiermark) sowie
- weiteren namentlich nicht bekannten Teilorganisationen der Muslimbruderschaft wie der HAMAS (ON 4; ON 12; 8. Anlassbericht des LVT Steiermark vom 09.03.2020),

**terroristische Straftaten gemäß § 278c Abs 1 StGB**

1. 2013 (ON 13) in Ägypten zumindest seit auch durch die angeführten Teilorganisationen der Muslimbruderschaft,

2. seit 1993 (ON 4, ON 12) im Gazastreifen und Israel durch die HAMAS

**ausgeführt wurden und werden**, nämlich

- Mord gemäß § 75 StGB,

- Körperverletzungen nach den §§ 84 bis 87 StGB,

- erpresserische Entführungen gemäß § 102 StGB,

- schwere Nötigungen gemäß den §§ 105 Abs 1, 106 Abs 1 StGB),

- gefährliche Drohungen gemäß § 107 Abs 1 und Abs 2 StGB,

- schwere Sachbeschädigungen gemäß den §§ 125, 126 StGB,

- vorsätzliche Gemeingefährdungsdelikte gemäß den §§ 169, 173, 176 StGB,

welche Taten geeignet sind, in Ägypten, Gazastreifen und in Israel eine schwere oder längere Zeit anhaltende Störung des öffentlichen Lebens oder eine schwere Schädigung des Wirtschaftslebens herbeizuführen, und die mit dem Vorsatz begangen wurden und werden, die Bevölkerung auf schwerwiegende Weise einzuschüchtern, öffentliche Stellen oder internationale Organisationen zu Handlungen, Duldungen oder zu Unterlassungen zu nötigen und die politischen, verfassungsrechtlichen, wirtschaftlichen und sozialen Grundstrukturen eines Staates ernsthaft zu erschüttern oder zu zerstören,

**und bzw. oder Terrorismusfinanzierung gemäß § 278d Abs 1 und 1a Z 2 StGB betrieben würde und wird,** nämlich durch Sammlung von Spenden in Österreich sowie die Übernahme von Zuwendungen aus den Golfstaaten, insbesondere Qatar, und die Weiterleitung, mithin Bereitstellung, dieser Spenden und Zuwendungen an die Muslimbruderschaft in Ägypten und die HAMAS im Gazastreifen zur Finanzierung ihrer terroristischen Straftaten (§ 278c Abs 1 StGB),

**dadurch in dem Wissen (§ 5 Abs 3 StGB), diese terroristische Vereinigung in deren**

- Ziel, nämlich vorerst in Ägypten, im Gazastreifen und in Israel einen als Vereinigte Staaten von Arabien bezeichneten radikal islamistischen Gottesstaat (Kalifat) mit Jerusalem als Hauptstadt zu errichten, und

- in deren strafbaren Handlungen, nämlich den zur Erreichung dieses Ziels als erforderlich angesehenen dargestellten terroristischen Straftaten gemäß § 278c Abs. 1 StGB,

zu fördern, beteiligt (§ 278 Abs 3 StGB) haben,

dass sie in persönlichen Gesprächen, bei Vorträgen in den von ihnen betriebenen Vereinen, Stiftungen und Gesellschaften (Unternehmen), durch Einträge in den als soziale Medien bezeichneten Internet-Plattformen (Facbook etc.) sowie auf ihren Veranstaltungen laufend Mitglieder anwarben, nämlich neben anderen Veranstaltungen

- am 31. Oktober 2013 in Wien bei der die politische Situation der Muslimbruderschaft und ihrer Aktivisten in Ägypten nach dem Sturz des Regimes von dem der Muslimbruderschaft zugerechneten Mohammed MURSI propagandistisch dargestellt wurde und 14 noch unmündige und in T-Shirts mit dem Emblem der Muslimbruderschaft bekleidete Buben und Mädchen im Pflichtschulalter auf einer Bühne des Veranstaltungssaales vor einer Attrappe eines Panzers und eines Abbildes des neuen ägyptischen Machthabers General Abdel Fatah as-SISI mit ihren in die Höhe gestreckten rechten

Fäusten und im Rhythmus auf den Boden stampfend in einem Lied zum Sturz der ägyptischen Militärherrschaft aufforderten und zugleich mit der Parole: „Ich werde ein Märtyrer für Ägypten sein und mein Wunsch ist, mich mit der ägyptischen Erde zu parfümieren!" ihre Bereitschaft erklärten, im Kampf gegen die ägyptische Militärherrschaft des General as SISI zur Errichtung des als Vereinigte Staaten von Arabien bezeichneten radikal islamistischen Gottesstaat (Kalifat) mit Jerusalem als Hauptstadt den Märtyrertod zu sterben (ON 11 mit Video),

- am 21. Dezember 2013 in Wien bei der unter Beteiligung der zur internationalen Führung der Muslimbruderschaft zählenden Dr. Mohamed SHARAF, Scheich Essam TALIMA, Dr. Mohammed el GAWADY, Dr. Mohammed EZZAT und Ibrahim MOHAMED die politische Situation der Muslimbruderschaft und ihrer Aktivisten in Ägypten nach dem Sturz des Regimes von dem der Muslimbruderschaft zugerechneten Mohammed MURSI propagandistisch dargestellt, der bis zum Märtyrertum gewaltbereite Kampf der Anhänger der Muslimbruderschaft zum Sturz der Herrschaft des vom ägyptischen Militär gestützten General Abdel Fatah as-SISI und die Errichtung des als Vereinigte Staaten von Arabien bezeichneten radikal islamistischen Gottesstaates (Kalifat) mit Jerusalem als Hauptstadt als Ziel der Muslimbruderschaft propagandistisch beworben wurde,

- am 12. April 2014 in Wien bei der unter Beteiligung der zur international tätigen Führung der Muslimbruderschaft zählenden Dr. Mustafa IBRAHIM als Koordinator der ägyptischen Revolution im Ausland, Dr. Abdul DARDIRI als ehemaliger Berater des abgesetzten und damals inhaftierten Präsidenten Mohammed MURSI und Dr. Mohammed GAWADY als Leiter der Exil-Regierung der Muslimbruderschaft in Europa, die politische Situation der Muslimbruderschaft und ihrer Aktivisten in Ägypten nach dem Sturz des Regimes von dem der Muslimbruderschaft zugerechneten Mohammed MURSI propagandistisch dargestellt wurde und die von DI Dr. Kamel MAHMOUD, Dr. Mustafa IBRAHIM, Dr. Abdul DARDIRI und Dr. Mohammed GAWADY angeleiteten Teilnehmer sodann in einer Formel und einem Lied schworen, die ägyptische Militärherrschaft unter General Abdel Fatah as-SISI zu stürzen, dabei keine Angst vor dem Tod zu zeigen und zurückzukommen, damit im ganzen Land Revolution und Martyrium herrscht, wodurch sie ihre Bereitschaft erklärten, im Kampf gegen die ägyptische Militärherrschaft des General as SISI zur Errichtung des als Vereinigte Staaten von Arabien bezeichneten radikal islamistischen Gottesstaat (Kalifat) mit Jerusalem als Hauptstadt den Märtyrertod zu sterben (ON 2, ON 11 mit Video),

- bei weiteren Versammlungen in Wien am 21. Dezember 2013, 22. März 2014 unter Beteiligung der zur internationalen Führung der Muslimbruderschaft zählenden Dr. Mohammed GAWADY, Dr. Hamza ZABWBA und Dr. Abu Bakr ABDULFATAH sowie

am 7. Mai 2016 unter Beteiligung der zur internationalen Führung der Muslimbruder-
schaft zählenden Dr. Mustafa IBRAHIM, Haeisan Abu KHALIL, Dr. Amr DRAG, Dr.
Hamza ZAWBA und Abdulrahman Yosef sowie am 28. März 2014 in Graz unter Betei-
ligung des zur internationalen Führung der Muslimbruderschaft zählenden Dr. Mo-
hammed GAWADY bei denen der bis zum Märtyrertum gewaltbereite Kampf der An-
hänger der Muslimbruderschaft zum Sturz der Herrschaft des vom ägyptischen Militär
gestützten General Abdel Fatah as-SISI und die Errichtung des als Vereinigte Staaten
von Arabien bezeichneten radikal islamistischen Gottesstaates (Kalifat) mit Jerusalem
als Hauptstadt als Ziel der Muslimbruderschaft propagandistisch beworben wurde,

wobei sie, wie auch in weiteren Veranstaltungen seither,

- sich auf den Sturz der gegenwärtigen Regierung Ägyptens unter General Abdel Fatah
  as-SISI und die Errichtung eines nach radikal islamistischen Grundsätzen ausgerichte-
  ten Gottesstaates unter der Bezeichnung Vereinigte Staaten von Arabien mit der
  Hauptstadt Jerusalem durch Terroranschläge von Anhängern der Muslimbruderschaft,
  insbesondere der als Teilorganisationen der Muslimbruderschaft agierenden terroristi-
  schen Vereinigungen HASM in Ägypten und HAMAS in Israel, einschworen,
  dadurch die in Ägypten, im Gazastreifen und in Israel tätigen Mitglieder weiter bestärk-
  ten,
- die für die Ausübung dieser terroristischen Tätigkeit erforderlichen Informationen und/
  oder Vermögenswerte durch Spenden bereitstellen,
- neue Mitglieder anwerben und
- auf andere Weise, nämlich durch Propaganda in den sozialen Medien (Facebook etc.)
  das Vorgehen der Muslimbruderschaft in Ägypten und der zu ihr zählenden terroristi-
  schen Vereinigung HAMAS in Israel bewerben,
- in persönlichen Gesprächen, auf Versammlungen und im Internet zu Spenden für die
  Muslimbruderschaft und die HAMAS aufrufen,
- diese Spenden sowie Zuwendungen aus den Golfstaaten, insbesondere Qatar, zur Fi-
  nanzierung ihres terroristischen Kampfes nach Ägypten und in die Gazastreifen in
  Ägypten, im Gazastreifen und in Israel weiterleiten sowie an weitere Vereine, Stiftun-
  gen und Gesellschaften der terroristischen Vereinigungen der Muslimbruderschaft und
  der dieser zuzuordnenden HAMAS in Europa zur Stärkung ihrer Infrastruktur überwei-
  sen, **(Verdacht des Verbrechens der terroristischen Vereinigung gemäß § 278b
  Abs 2 StGB)**,

**B.** Vermögenswerte für bekannte und unbekannte Mitglieder der terroristischen Vereinigungen
Muslimbruderschaft und den Teilorganisationen der Muslimbruderschaft HASM (ON 5, Ansar

Bait al-Maqdis (ON 13, Seite 3), Popular Resistance Movement (ON 13, Seite 5), Revolutionary Punishment Movement (ON 13, Seite 5; ON 11, Seite 53 ff), der Medieninitiative unter Bezeichnung „JOKER" des Mohamed REFAI zur Gründung von Terrorzellen (ON 18, Seite 27, und 5. Anlassbericht des LVT Steiermark) und HAMAS (ON 4; ON 12; 8. Anlassbericht des LVT Steiermark vom 09.03.2020), von denen sie wussten, dass sie darauf ausgerichtet sind, Handlungen nach

- § 278d Abs 1 Z 1 StGB, nämlich vorsätzliche Gefährdung der Sicherheit der Luftfahrt (§ 186 StGB),

- § 278d Abs 1 Z 2 StGB, nämlich erpresserische Entführungen (§ 102 StGB) oder Drohungen damit,

- § 278d Abs 1 Z 7 StGB, nämlich Beförderung eines Sprengsatzes oder einer anderen tödlichen Vorrichtung an einen öffentlichen Ort, zu einer staatlichen oder öffentlichen Einrichtung, einem öffentlichen Verkehrssystem oder einer Versorgungseinrichtung oder Einsatz solcher Mittel mit dem Ziel, den Tod oder eine schwere Körperverletzung eines anderen oder eine weitgehende Zerstörung des Ortes, der Einrichtung oder des Systems zu verursachen, sofern die Zerstörung geeignet ist, einen erheblichen wirtschaftlichen Schaden herbeizuführen,

- § 278d Abs 1 Z 8 StGB, nämlich strafbare Handlungen, die den Tod oder eine schwere Körperverletzung einer Zivilperson oder einer anderen Person, die in einem bewaffneten Konflikt nicht aktiv an den Feindseligkeiten teilnimmt, herbeiführen sollen, wenn diese Handlungen auf Grund ihres Wesens oder der Umstände darauf abzielen, eine Bevölkerungsgruppe einzuschüchtern oder eine Regierung oder eine internationale Organisation zu einem Tun oder Unterlassen zu nötigen,

zu begehen,

I. bereitgestellt haben und weiterhin bereitstellen, indem sie zumindest die über QATAR CHARITY und deren aus ihr hervorgegangenen Tochterunternehmen **EID Charity, ASSanabel** oder **Nectar Trust** oder weiteren noch nicht bekannten Tochterunternehmungen ursprünglich aus Qatar nach Österreich überwiesenen Geldmittel in der Gesamthöhe von deutlich mehr als 1 Mio. EURO an Organisationen der radikal islamistischen Muslimbruderschaft in Österreich und in Europa, insbesondere dem Liga Kultur Verein mit Sitz in Wien und Graz, zuführten und von diesen an die als Teil-Organisation der Muslimbruderschaft in Österreich geltende terroristischen Vereinigung HAMAS zur Finanzierung von terroristischen Aktivitäten im Sinne des § 278d Abs 1 StGB in Israel weiterleiteten und

II. gesammelt haben und weiterhin sammeln, indem bei ihren Zusammenkünften, im Rahmen ihrer Propagandaveranstaltungen in Österreich und auf Propagandaseiten auf sozialen Plattformen im Internet (Facebook etc.) Geldbeträge sammelten und sam-

meln, die sie sowohl an die Teilorganisationen der als terroristische Vereinigung anzu-
sehenden Muslimbruderschaft in Ägypten als auch die HAMAS weiterleiteten und wei-
terleiten **(Verdacht des Verbrechens der Terrorismusfinanzierung gemäß § 278d
Abs 1 und 1a, Z 1 und Z 2 StGB),**

**C.** durch die zu Punkt B. dargestellten Verbrechen der Terrorismusfinanzierung gemäß §
278d Abs 1 und 1a, Z 1 und Z 2 StGB wissentlich der Verfügungsmacht der als terroristische
Vereinigungen gemäß § 278b anzusehenden Muslimbruderschaft und HAMAS unterliegende
Vermögensbestandteile in Bezug auf einen EUR 50.000,00 übersteigenden Wert, nämlich ins-
gesamt und auch im Einzelfall EUR 50.000,00 deutlich übersteigende Zahlungen von QATAR
CHARITY oder einer dieser unterstehenden Gesellschaften  und von weiteren Spendern aus
dem Gebiet der Golfstaaten bei Geldinstituten in Österreich, insbesondere auf Konten des
Vereins „LIGA KULTUR Verein" oder auf weiteren, ihnen zuzuordnenden Konten von Perso-
nen, Vereinen, Gesellschaften, Stiftungen sowie als Bargeld, in deren Auftrag oder Interesse
an sich gebracht haben und weiterhin an sich bringen, verwahrt haben und weiterhin verwah-
ren, in Vermögenswerten (Immobilien, Beteiligungen etc.) angelegt haben und weiterhin anle-
gen, verwaltet haben und weiterhin verwalten, durch Erwerb von Liegenschaften umgewan-
delt haben und weiterhin umwandeln, verwertet haben und weiterhin verwerten oder einem
Dritten übertragen haben und weiterhin übertragen **(Verdacht des Verbrechens der Geldwä-
scherei gemäß § 165 Abs 3 StGB),**

**D.** sich als Mitglied (§ 278 Abs 3 StGB) an der auf längere Zeit angelegten unternehmensähn-
lichen Verbindung einer größeren Zahl von Personen, nämlich den international agierenden
kriminellen Organisationen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorga-
nisationen,

- die, wenn auch nicht ausschließlich, auf die wiederkehrende und geplante Begehung
  schwerwiegender strafbarer Handlungen, die das Leben, die körperliche
  Unversehrtheit, die Freiheit oder das Vermögen bedrohen, ausgerichtet ist, indem sie
  spätestens seit Sommer 2013 in Ägypten, im Gazastreifen und in Israel unter
  Anwendung besonderer Grausamkeit ihrer Kämpfer durch terroristische Straftaten
  gemäß § 278c Abs. 1 StGB die Zerstörung des ägyptischen Staates und des
  israelischen Staates betreiben, die sich nicht ihren Zielen unterordnende
  Zivilbevölkerung tötet oder vertreibt und sich zu ihrer Bereicherung deren Vermögen
  aneignet,
- die dadurch eine Bereicherung in großem Umfang anstreben,
- die andere zu korrumpieren oder durch angedrohte und ausgeführte Terroranschläge
  in Ägypten, im Gazastreifen und in Israel  einzuschüchtern und sich auf besondere

Weise, nämlich Geheimhaltung ihres Aufbaus, ihrer Finanzierungsstruktur, der personellen Zusammensetzung der Organisation und der internen Kommunikation gegen Strafverfolgungsmaßnahmen abzuschirmen sucht,

in dem Wissen (§ 5 Abs 3 StGB) beteiligt haben und weiterhin beteiligen, diese kriminellen Organisationen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorganisationen in deren

- Ziel, nämlich vorerst in Ägypten, im Gazastreifen und in Israel und schließlich weltweit einen radikal islamistischen Gottesstaat (Kalifat) zu errichten, und
- in deren strafbaren Handlungen, nämlich den zur Erreichung dieses Ziels als erforderlich angesehenen terroristischen Straftaten gemäß § 278c Abs. 1 StGB,

zu fördern, und zwar durch die zu Punkt A. dargestellten Verbrechen der terroristischen Vereinigung gemäß § 278b Abs 2 StGB **(Verbrechen der kriminellen Organisation gemäß § 278a StGB)**

**E.** sich in einer Verbindung, nämlich den radikal islamistisch ausgerichteten terroristischen Vereinigungen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorganisationen, deren wenn auch nicht ausschließlicher Zweck es ist, auf gesetzwidrige Weise

- die Unabhängigkeit der Republik Österreich,
- die in der Verfassung festgelegte Staatsform der Republik Österreich,
- die in den §§ 249, 250, 251 und 259 StGB angeführten verfassungsmäßigen Einrichtungen der Republik Österreich, nämlich den Bundespräsidenten, den Nationalrat, den Bundesrat, die Bundesversammlung, die Bundesregierung, die neun Landtage, die neun Landesregierungen, den Verfassungsgerichtshof, den Verwaltungsgerichtshof, den Obersten Gerichtshof, den Rechnungshof, die neun Landesrechnungshöfe und das Bundesheer,

zu erschüttern, durch die zu Punkt A. dargestellten Verbrechen der terroristischen Vereinigung gemäß § 278b Abs 2 StGB führend betätigt, für sie Mitglieder geworben, sie mit Geldmittel sowie durch Propaganda, Schulungen, Aufbau und Betreibung eines europaweiten Organisationsnetzes in erheblicher Weise unterstützt haben **(Verbrechen der staatsfeindlichen Verbindungen gemäß § 246 Abs 1 und Abs 2 StGB)**.

Die genannten Beschuldigten stehen somit im dringenden Verdacht begangen zu haben die Verbrechens

1. **der terroristischen Vereinigung gemäß § 278b Abs 2 StGB,**
2. **der Terrorismusfinanzierung gemäß § 278d Abs 1 und 1a, Z 1 und Z 2 StGB,**
3. **der Geldwäscherei gemäß § 165 Abs 3 StGB,**

16 St 52/19t          – 359 –

4. der kriminellen Organisation gemäß § 278a StGB,

5. der staatsfeindlichen Verbindungen gemäß § 246 Abs 1 und Abs 2 StGB.


**Zur Durchsuchungsanordnung (Punkt A.):**

Aufgrund der zu den einzelnen Beschuldigten, den Vereinen, Unternehmungen und Stiftungen dargestellten und den Anlassberichten des LVT Steiermark sowie den Berichten des BVT dargestellten Tatsachen, die den dringenden Verdacht der Verbrechen gemäß den §§ 278b Abs 2, 278d Abs 1 und Abs 1a, 165 Abs 3, 278a und 246 Abs 1 und Abs 2 StGB begründen, ist davon auszugehen, dass sich an den im Spruch zu Punkt A. angeführten Orten ⊠ Gegenstände und Spuren, die aus Beweisgründen sicherzustellen oder auszuwerten sind, nämlich die in der Organisation der terroristischen Vereinigungen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorganisationen verwendeten

- Datenträger wie Computer, Laptops, Smartphones, Mobiltelefone, Festplatten, USB-Sticks, Speicherkarten, DVDs, CDs und

- schriftliche Aufzeichnungen wie Buchhaltungsunterlagen, Korrespondenzen, Dokumente, Bücher, Schriften, Werbematerial etc.,

befinden. Die Anordnung der Durchsuchung ist zur Aufklärung der Straftaten erforderlich, weil nur im Wege der Durchsuchung der im Spruch der Anordnung zu Punkt A. angeführten Räumlichkeiten und der darin befindlichen Gegenstände die mit dem gegenständlichen Sachverhalt in Zusammenhang stehenden Gegenstände, insbesondere Datenträger (Laptop, Smartphone, USB Sticks, SIM Karten etc.) sowie schriftliche Aufzeichnungen (Buchhaltungsunterlagen, Notizen, Journale etc.) aufzufinden sind und ausgewertet werden können, um dadurch den Tatverdacht zu klären, insbesondere die Strukturen der Organisation, der Kommunikation, der Zusammenarbeit und der Finanzierung der terroristischen Vereinigungen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorganisationen, und die Funktionen der einzelnen Beschuldigten in diesen terroristischen Vereinigungen.

Die angeordneten Durchsuchungen stehen zur Bedeutung der Sache nicht außer Verhältnis, weil nur durch diese Durchsuchungen der Tatverdacht zu klären ist, insbesondere die Strukturen der Organisation, der Kommunikation, der Zusammenarbeit und der Finanzierung der terroristischen Vereinigungen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorganisationen, und die Funktionen der einzelnen Beschuldigten in diesen terroristischen Vereinigungen aufgezeigt werden können, wobei die Verbrechen der terroristischen Vereinigung gemäß § 278b Abs 2 StGB, der kriminellen Organisation gemäß

§ 278a StGB, der Geldwäscherei gemäß § 165 Abs 3 und 4 StGB, der Terrorismusfinanzierung gemäß § 278d Abs 1 und Abs 1a StGB jeweils mit Freiheitsstrafe von einem Jahr bis zehn Jahren, das Verbrechen der staatsfeindlichen Verbindungen gemäß § 246 Abs 1 und Abs 2 StGB mit Freiheitsstrafe von sechs Monaten bis fünf Jahren, bedroht sind.

Gemäß § 121 Abs. 1 StPO sind die Betroffenen unter Angabe der hiefür maßgebenden Gründe aufzufordern, die Durchsuchung zuzulassen oder das Gesuchte freiwillig herauszugeben.

*Gemäß § 121 Abs. 2 StPO hat der Betroffene das Recht, bei einer Durchsuchung nach § 117 Z 2 StPO anwesend zu sein und eine Person seines Vertrauens zuzuziehen; für diese gilt § 160 Abs. 2 StPO sinngemäß. Ist der Inhaber der Wohnung nicht zugegen, so kann ein erwachsener Mitbewohner seine Rechte ausüben. Ist auch dies nicht möglich, so sind der Durchsuchung zwei unbeteiligte, vertrauenswürdige Personen beizuziehen. Davon darf nur bei Gefahr im Verzug abgesehen werden.*

### Zur Sicherstellungsanordnung (Punkt B.):

Die bei den zu Punkt A. angeordneten Durchsuchungen gefundenen und mit dem gegenständlichen Sachverhalt in Zusammenhang stehenden Gegenstände, insbesondere Datenträger (Computer, Laptops, Smartphones, USB Sticks, SIM Karten etc.) sowie schriftliche Aufzeichnungen (Buchhaltungsunterlagen, Notizen, Journale etc.), sind gemäß §§ 109 Z 1, 110 Abs 1 Z 1 StPO aus Beweisgründen und gemäß §§ 109 Z 1, 110 Abs 1 Z 3 StPO zur Sicherung der Konfiskation (§ 19a StGB), des Verfalls (§ 20 StGB), des erweiterten Verfalls (§ 20b StGB) sicherzustellen und kriminaltechnisch auszuwerten. Gemäß § 110 Abs 1 Z 1 StPO ist aus Beweisgründen der Cloudspeicher als virtueller Speicher auf sichergestellten elektronischen Datenträgern (Mobiltelefone, Smartphones, Laptops etc.) hinsichtlich aller Daten auf diesem Cloudspeicher, unter anderem Backups, sicherzustellen und kriminaltechnisch auszuwerten. Die Sicherstellung aller im Zuge der zu **Punkt A.** angeordneten Durchsuchungen aufgefundenen und mit dem Ermittlungsgegenstand in Verbindung zu bringenden Gegenstände, insbesondere größere Bargeldbeträge, Datenträger wie Computer, Laptops, Smartphones, Mobiltelefone, Festplatten, USB-Sticks, schriftliche Aufzeichnungen, Dokumente etc., ist

aus Beweisgründen (§ 110 Abs. 1 Z 1 StPO)

zur Sicherung privatrechtlicher Ansprüche (§ 110 Abs. 1 Z 2 StPO)

zur Sicherung folgender vermögensrechtlicher Anordnungen (§ 110 Abs. 1 Z 3 StPO):

Konfiskation (§ 19a StGB)

Verfall (§ 20b StGB)

erweiterter Verfall (§ 20b StGB),

erforderlich, weil durch die Auswertung dieser Gegenstände der Tatverdacht zu klären ist, insbesondere die Strukturen der Organisation, der Kommunikation, der Zusammenarbeit und der Finanzierung der terroristischen Vereinigungen Muslimbruderschaft und HAMAS sowie deren Teil- und Unterorganisationen, und die Funktionen der einzelnen Beschuldigten in diesen terroristischen Vereinigungen aufgezeigt werden können, wobei die Verbrechen der terroristischen Straftaten gemäß § 278c Abs 1 Z 1 StGB, der kriminellen Organisation gemäß § 278a StGB, der Geldwäscherei gemäß § 165 Abs 3 StGB, der Terrorismusfinanzierung gemäß § 278d Abs 1 und Abs 1a StGB jeweils mit Freiheitsstrafe von einem Jahr bis zehn Jahren, das Verbrechen der staatsfeindlichen Verbindungen gemäß § 246 Abs 1 und Abs 2 StGB mit Freiheitsstrafe von sechs Monaten bis fünf Jahren, bedroht sind.

*Gemäß § 111 Abs. 4 StPO ist der von der Sicherstellung betroffenen Person sogleich oder längstens binnen 24 Stunden eine Bestätigung über die Sicherstellung auszufolgen oder zuzustellen, mit welcher sie auch über das Recht, Einspruch zu erheben (§ 106 StPO) und eine gerichtliche Entscheidung über die Aufhebung oder Fortsetzung der Sicherstellung zu beantragen (§ 115), zu informieren ist. Von einer Sicherstellung zur Sicherung einer Entscheidung über privatrechtliche Ansprüche (§ 110 Abs.1 Z 2 StPO) ist - soweit möglich - auch das Opfer zu verständigen.*

### Zur Vorführungsanordnung (Punkt C.):

Die Anordnung der Vorführung der im Spruch angeführten Beschuldigten zur sofortigen Vernehmung gemäß § 153 Abs 3 StPO ist in Verbindung mit den dargestellten weiteren Anordnungen zur Aufklärung der Straftat dringend erforderlich, weil aufgrund der in den bisherigen Anlassberichten des Landesamtes für Verfassungsschutz und Terrorismusbekämpfung Steiermark und den Berichten des Bundesamtes für Verfassungsschutz und Terrorismusbekämpfung dargestellten Ermittlungsergebnisse sowie des dargestellten Gutachtens der Sachverständigen Mag. Heiko HEINISCH und Dipl. Pol. Nina SCHOLZ nach der Verdachtslage davon auszugehen ist, dass diese Beschuldigten Mitglieder der international agierenden terroristischen Vereinigungen Muslimbruderschaft und HAMAS sind. Die Vorführung der im Spruch angeführten Beschuldigten zur sofortigen Vernehmung gemäß § 153 Abs 3 StPO steht zur Bedeutung der Sache nicht außer Verhältnis, weil die Verbrechen der terroristischen Vereinigung gemäß dem § 278b Abs 2 StGB, der

16 St 52/19t                    -365-

Terrorismusfinanzierung gemäß § 278d Abs 1 und Abs 1a StPO und der Geldwäscherei gemäß § 165 Abs 3 StGB jeweils mit einer Freiheitsstrafe von einem Jahr bis zu zehn Jahren bedroht sind und die Vorführung aus den dargelegten Gründen unbedingt erforderlich ist, um die Verabredung der im Spruch angeführten Beschuldigten mit weiteren bekannten oder noch unbekannten Mitgliedern dieser terroristischen Vereinigungen oder mit Zeugen zu verhindern.

**Staatsanwaltschaft Graz**
**Graz, 14. Oktober 2020**
**Staatsanwalt Mag. Johannes WINKLHOFER**

## BESCHLUSS

Die Anordnung der Durchsuchung der Staatsanwaltschaft Graz wird aus den in der Anordnung angeführten Gründen bewilligt.

Befristung bis ........................ 1/3/2021

Landesgericht ............................................  Abteilung ..........................

Ort, Datum: ............................................................

Name, Funktion: ......................................................

## ANORDNUNG DER DURCHFÜHRUNG

**Staatsanwaltschaft Graz**
**Graz, 16. Oktober 2020**
**Staatsanwalt Mag. Johannes WINKLHOFER**

## Rechtsmittelbelehrung

**Zu Punkt A.:**

Gegen den Beschluss, mit dem die oben ersichtliche Anordnung der Staatsanwaltschaft im Ermittlungsverfahren bewilligt wurde, können Sie das Rechtsmittel der Beschwerde erheben. Diese muss gemäß § 88 Abs. 1 und 2 StPO binnen **vierzehn Tagen** nach Zustellung des Beschlusses bei der Staatsanwaltschaft eingebracht werden. Der Beschwerde kommt **keine aufschiebende Wirkung** zu, das heißt dass der angefochtene Beschluss trotz Erhebung einer Beschwerde **sofort in Wirksamkeit** tritt.

**Zu Punkt B.:**

**Hinweis**

Sie können binnen sechs Wochen Einspruch wegen Rechtsverletzung an das Gericht erheben, wenn Sie sich in einem subjektiven Recht verletzt fühlen, weil die Zwangsmaßnahme unter Verletzung von Bestimmungen der StPO angeordnet oder durchgeführt wurde. Der Einspruch ist bei der Staatsanwaltschaft einzubringen; in ihm ist anzuführen, worin die Rechtsverletzung besteht und auf welche Weise ihm stattzugeben sei. Weiters können Sie bei Gericht eine Entscheidung über die Aufhebung oder Fortsetzung der Sicherstellung beantragen.

**Zu Punkt C.:**

**HINWEIS**

Sie können binnen sechs Wochen Einspruch wegen Rechtsverletzung gemäß § 106 StPO an das Gericht erheben, wenn Sie sich durch die Vorführung zur Vernehmung gemäß § 153 Abs 2 StPO in einem subjektiven Recht verletzt fühlen. Einspruch ist bei der Staatsanwaltschaft einzubringen; in ihm ist auszuführen, worin die Rechtsverletzung besteht und auf welche Weise ihm stattzugeben sei.

## INFORMATIONEN FÜR DIE BESCHULDIGTE/DEN BESCHULDIGTEN IM ZUSAMMENHANG MIT DER ANORDNUNG DER VORFÜHRUNG ZUR SOFORTIGEN VERNEHMUNG (PUNKT C.)

Kriminalpolizei oder Staatsanwaltschaft haben Sie sobald wie möglich über den gegen Sie bestehenden Tatverdacht sowie über Ihre wesentlichen Rechte im Verfahren zu informieren (§ 50 Abs. 1 StPO).

Als Beschuldigte/r haben Sie im Strafverfahren insbesondere das Recht (§ 49 StPO),

16 St 52/19t    - 369 -

1. vom Gegenstand des gegen Sie bestehenden Verdachts sowie über Ihre wesentlichen Rechte im Verfahren informiert zu werden (§ 50 StPO),

2. eine/n Verteidiger/in zu wählen (§ 58 StPO) und eine/n Verfahrenshilfeverteidiger/in zu erhalten (§§ 61 und 62 StPO ),

3. Akteneinsicht zu nehmen (§§ 51 bis 53 StPO),

4. sich zum Vorwurf zu äußern oder nicht auszusagen, wobei Ihre Aussage Ihrer Verteidigung dienen, aber auch als Beweis gegen Sie Verwendung finden kann (§ 164 Abs. 1 StPO), sowie nach Maßgabe der §§ 58, 59 und 164 Abs. 1 StPO mit einer Verteidigerin/einem Verteidiger Kontakt aufzunehmen und sich mit ihr/ihm zu besprechen,

5. eine/n Verteidiger/in Ihrer Vernehmung beizuziehen (§ 164 Abs. 2 StPO),

6. die Aufnahme von Beweisen zu beantragen (§ 55 StPO),

7. Einspruch wegen der Verletzung eines subjektiven Rechts durch die Staatsanwaltschaft im Ermittlungsverfahren zu erheben (§ 106 StPO),

8. Beschwerde gegen die gerichtliche Bewilligung von Zwangsmitteln zu erheben (§ 87 StPO),

9. die Einstellung des Ermittlungsverfahrens zu beantragen (§ 108 StPO),

10. an der Hauptverhandlung, an einer kontradiktorischen Vernehmung von Zeugen und Mitbeschuldigten (§ 165 Abs. 2) und an einer Tatrekonstruktion (§ 150 StPO) teilzunehmen,

11. Rechtsmittel und Rechtsbehelfe zu erheben,

12. Übersetzungshilfe zu erhalten (§ 56 StPO).

Sie sind auch berechtigt, den Beistand durch eine Verteidigerin/einen Verteidiger während ihrer Vernehmung zu verlangen (§§ 59, 164 Abs. 2 StPO). Sie können aber auch ausdrücklich erklären, auf diesen Beistand während der Dauer der Anhaltung durch die Kriminalpolizei zu verzichten. Diesen Verzicht können Sie jederzeit widerrufen (§ 59 Abs. 1 StPO). Soweit Ihre sofortige Vernehmung oder andere unverzügliche Ermittlungen aufgrund besonderer Umstände unbedingt notwendig sind, um eine erhebliche Beeinträchtigung der Ermittlungen oder von Beweismitteln abzuwenden, darf der Kontakt mit Ihrer Verteidigerin/Ihrem Verteidiger auf die Zeit beschränkt werden, die für die Erteilung der Vollmacht und eine allgemeine Rechtsauskunft notwendig ist. Darüber ist Ihnen längstens innerhalb von 24 Stunden eine schriftliche Begründung der Kriminalpolizei für diese Beschränkung zuzustellen (§ 59 Abs. 2 StPO).**Sofern Sie über keine Verteidigerin/keinen Verteidiger verfügen (§ 58 Abs. 2 StPO), können Sie einen Kontakt mit einem „Verteidiger in Bereitschaft" verlangen (§ 59 Abs. 4 StPO)**, was Sie möglichst rasch bekanntgeben sollten.