# APPENDIX G

≡ **Landespolizeidirektion**
Steiermark

Landesamt für Verfassungsschutz
und Terrorismusbekämpfung

polizei.gv.at

/229\

Sachbearbeiter/in: ST 58

Sauraugasse 1,  8010 Graz
Tel: +43 (0) 59133 60 8333
Fax: +43 (0) 59133 60 7870

LVT ST/2409/19

DVR: 0005541

E-Mail-Antworten sind bitte unter Anführung der
Geschäftszahl an post_lvt_stmk@dsn.gv.at
zu richten.

An die

**Staatsanwaltschaft Graz**

Conrad von Hötzendorfstr. 41

8010 Graz

Graz, am 09.12.2022

# 50. Anlassbericht

Berichterstattung gemäß § 100 StPO

**Betreff:**   **Dr. MAHMOUD Kamel Gaber, geb. 12.06.1954 ua.**

**Verdacht gem. §§ 278b, 278a, 278d, 246 StGB**

**Bezug:**    **16 St 52/19t**

**Hier:**

- Zeugenvernehmung von Dr. Lorenzo VIDINO

------------------------------------------------------------------------------------------------------------

# **Sachverhalt:**

- **Zeugenvernehmung von Dr. Lorenzo VIDINO**

Entsprechend der Ermittlungsanordnung der Staatsanwaltschaft Graz (zu Zahl: 16 St 52/19t) hinsichtlich der protokollarischen Zeugeneinvernahme des **Dr. Lorenzo VIDINO** vom 29.11.2022 wird mitgeteilt, dass diese am 06.12.2022 durch das LVT Steiermark durchgeführt wurde.

Dr. VIDINO, der Direktor des „Program on Extremism" an der George Washington Universität mit Sitz in Washington D.C., wurde u.a. zur Publikationen bzw. englischsprachigen Studie „Die Muslimbrüder in Deutschland und Österreich: Dokumentation der Zeugenaussagen von vier Insidern" befragt. Im Zuge dessen wurden vier Personen aus dem unmittelbaren Nahebereich der Muslimbruderschaft befragt und handelte es sich dabei um folgende Personen:

Mohammad AL SHAWAF: Genannter sei langjähriges Mitglied der syrischen Muslimbruderschaft und sei in verschiedenen Ländern (u.a. Pakistan, Afghanistan) tätig gewesen. AL SHAWAF sei weiters die rechte Hand von Abdallah AZZAM (Anm.: palästinensischer islamistischer Ideologe, Vordenker von al-Quaida, Mentor von Osama BIN LADEN) und Mitglied des Exekutivkomitees bzw. Leiter des Sicherheitskomitees von „Maktab al Khadamat" @ MAK gewesen. Diese Organisation galt als Rekrutierungs- bzw. Anlaufstelle für islamische Afghanistankämpfer zur Zeit des Widerstands gegen die sowjetische Besatzung Afghanistans. AL SHAWAF sei ebenfalls Direktor bzw. leitender Redakteur der Zeitschrift „al Jihad" gewesen, welche zur Mobilisierung von Mudschaheddin genutzt wurde. Genannter wanderte im Jahr 2015 nach Deutschland aus.

Er habe im Zuge des Interviews mit Dr. VIDINO das „Aufnahmeritual" der Muslimbruderschaft (u.a. mehrjährige Prüfzeit; Indoktrinierung; „usra"-Strukturen) bestätigt.

<u>Salah Eddine EL GAFRAWI:</u> Er soll als islamistischer Aktivist gelten, welcher bereits im Jahr 1986 Ägypten verließ, um sich in Deutschland niederzulassen. EL GAFRAWI behauptete zwar nie, Mitglied der Muslimbruderschaft gewesen zu sein, habe jedoch leitende Positionen innerhalb von Organisationen bekleidet, welche der Bewegung zugeschrieben werden können. Beispielsweise soll Genannter als erster Generalsekretär der „Föderation der Islamischen Organisationen in Europa" @ FIOE fungiert haben.

<u>Samir ABULLABAN:</u> Genannter soll sich in den 1970er Jahren der Muslimbruderschaft angeschlossen haben und wanderte 1981 nach Wien aus. Der syrisch-stämmige ABULLABAN soll Führungspositionen in Organisationen mit Naheverhältnis zur Muslimbruderschaft, wie etwa der „LIGA Kultur", bekleidet haben.

<u>Amir ZAIDAN:</u> Der syrisch-stämmige ZAIDAN soll laut eigenen Aussagen niemals Mitglied der Muslimbruderschaft gewesen sein. Jedoch soll der Genannte dem Umfeld der Muslimbruderschaft nahegestanden sein. Er habe im Zuge der Unterredung mit VIDINO über seine Kenntnisse der Netzwerke der Muslimbruderschaft in Deutschland bzw. Österreich gesprochen und sei besorgt über die Ideologie, sowie Ziele der Organisation.

<u>Zur Ideologie der Muslimbruderschaft:</u>

Hinsichtlich des Rufs der Muslimbruderschaft, eine friedliche Bewegung zu sein, wurde mitgeteilt, dass die Muslimbruderschaft in Konflikten die Möglichkeit sieht, durch Einnahme einer aktiven Rolle an Macht zu gewinnen. Aktuelle Beispiele wären Libyen, Jemen und Syrien. Die Bewegung versuche, situationsbedingt vorzugehen.

*„Gewalt ist nur eine der Taktiken, die die MB benutzt. Die Strategie der MB ist, immer die beste Taktik zum gegebenen Umfeld zu finden. Wenn in einem Land Frieden herrscht, versucht sie friedlich und durch die Politik zu agieren. In einem Land mit Krieg bzw. Konflikten, verwenden sie Gewalt."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 7 vom 06.12.2022*

*„Als pragmatische und flexible Bewegung würden sie den Wunsch egal auf welchem Weg und situationsabhängig umsetzen: durch Demokratie, Revolution oder Gewalt. Die MB ist sehr flexibel, in der Art und Weise, wie sie zum Ziel Endergebnis kommen, am Ende sollte jedoch der islamische Staat stehen."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 14 vom 06.12.2022*

So soll es laut VIDINO keinen Zweifel daran geben, dass die Muslimbruderschaft an gewalttätigen Aktivitäten in Ländern, in welchen der „Arabische Frühling" in Gewalt ausartete, direkt oder indirekt beteiligt war. Bereits während des Kriegs in Afghanistan soll die Muslimbruderschaft eine zentrale Rolle beim aktiven Rekrutieren von Kämpfern und dem Verbreiten der „Botschaft" in den Dschihad zu ziehen, gespielt haben. So hätte die Muslimbruderschaft sogleich zu Beginn der russischen Invasion in Afghanistan vor Ort Unterstützung für den afghanischen Widerstand (finanzielle und militärische Unterstützung, Propaganda) organisiert. Die zentrale Führung der Muslimbruderschaft in Ägypten hätte zum Dschihad aufgerufen und sei dies kein Einzelfall gewesen. Auch bei Konflikten in Palästina, Irak, Tschetschenien wurde durch die Muslimbruderschaft zum Kampf aufgerufen.

Das letztendliche Ziel sei ein islamischer Staat mit der Scharia als Gesetzgebung unter der Kontrolle von Mitgliedern der Muslimbruderschaft. Konkret auf Europa bezogen, sei ein Ziel der Muslimbruderschaft u.a. die Einflussnahme auf die hiesige muslimische Community.

*„Es gibt mehrere Ziele, eines davon ist, die MB im Nahen Osten in verschiedenen Formen zu unterstützen, für ihre ganzen Aktivitäten, ob diese gewalttätig sind oder nicht. Das zweite Ziel ist, die soziale, politische oder religiöse Identität von europäischen Moslems zu formen und dass die MB die Führung der Moslems in Europa übernimmt."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 9 vom 16.12.2022*

Laut Dr. VIDINO wird Integration von Mitgliedern der Muslimbruderschaft als problematisch betrachtet, da es sich hier um keine streng islamische Gemeinschaft handle. Es soll verhindert werden, dass Muslime vom Glauben abfallen. Er verweist auf Yusuf AL-QARADAWI, welcher in diversen Werken festgehalten haben soll, dass die Verhinderung von Integration Vorrang habe. Laut Recep Tayyip ERDOGAN sei Integration ein Verbrechen gegen die Menschlichkeit.

Hinsichtlich des Umstands, warum Geheimhaltung bei der Muslimbruderschaft eine derart hohe Relevanz hat, gab Dr. VIDINO an, dass dies auf die bisherige Geschichte der Organisation beruhe. Die Muslimbruderschaft wurde im Nahen Osten stets unterdrückt und ergab sich daher die strenge Geheimhaltung, beispielsweise von Strukturen und Rekrutierung als eine Art Überlebensstrategie.

Im Zuge der bisherigen Ermittlungen konnten immer wieder **antiisraelische, sowie antijudaistische Inhalte** festgestellt werden. Dr. VIDINO äußerte sich auf Befragen, ob er über Erkenntnisse verfügt, dass das Bildungssystem der Muslimbruderschaft antijüdisch geprägt ist, folgendermaßen:

*„Antiisraelische und antijudaistische Aspekte sind Schlüsselpunkte in der Erziehung der Muslimbruderschaft. Ich habe viele solche Dokumente in der USA gesehen, die ähnlich denen in Europa sind. Diese Einstellung ist sehr üblich für die MB. Man sagt, dass der Hass gegen Israel bereits mit der Muttermilch mitgegeben wird. Das heißt, dass bereits in der Kindheit der Hass geschürt wird."*

*Auszug ZEV Dr. Lorenz VIDINO, S.13 vom 06.12.2022*

Zu „al-Jazeera":

Zum katarischen Sender **„al-Jazeera"** äußerte sich Dr. VIDINO dahingehend, dass bereits bei der Gründung viele Mitglieder der Muslimbruderschaft in sämtlichen Bereichen eingesetzt wurden. Auch wenn es sich nicht um einen offiziellen Sender der Muslimbruderschaft handelt, soll die Ausrichtung eindeutig Pro-Muslimbruderschaft einzustufen sein. Das ideologische Oberhaupt der Muslimbruderschaft, Yusuf AL-QARADAWI, hätte dort nicht ohne Grund eine eigene religiöse Sendung gehabt.

Zu den diversen Organisationen:

Zur **„Föderation der Islamischen Organisationen in Europa" @ FIOE** teilte Dr. VIDINO auf Befragen, ob die FIOE und damit verbundene Organisationen aufgrund wissenschaftlicher Erkenntnisse der Muslimbruderschaft zugeordnet werden können, mit, dass sämtliche Gründungsmitglieder auch Mitglieder der Muslimbruderschaft waren. Bei der FIOE handelt es sich um eine europäische Dachorganisation und bestehe in nahezu jedem Land in Europa eine Tochterorganisation – z.B. die LIGA Kultur in Österreich.

*„Dass die Liga Kultur, welche mit der FIOE verbunden ist, das örtliche Mitglied in Österreich ist, ist ein starkes Indiz dafür, dass sie zur MB gehört."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 10 vom 06.12.2022*

Die FIOE übe Kontrolle auf die einzelnen Mitglieder aus und gebe strategische Regeln vor, wie diese zu agieren haben. Da die FIOE viel Einfluss im Bereich der Finanzierung, Führung und interne Gesetze habe, ist ein selbstständiges Handeln der einzelnen Unterorganisationen nahezu unmöglich.

*„Die FIOE wird von MB-Mitgliedern kontrolliert, auch was Islamwissenschaft und das Praktizieren der Religion betrifft. Dabei handelt es sich immer um die Ideologie der Muslimbruderschaft."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 12 vom 06.12.2022*

Beinahe jede FIOE-Organisation sei weiters ebenfalls ein Ableger der Muslimbruderschaft, so wie etwa das **„European Council for Fatwa and Research" @ ECFR** oder das **„Forum of European Muslim Youth and Student Organizations" @ FEMYSO**.

*„Sie behaupten zwar, dass die FIOE kein Teil der MB ist, aber die Organisation ist gegründet worden von der MB, wird von dieser organisiert und kontrolliert und das seit gut 30 Jahren bei hochrangigen Muslimbrüdern. Auch MB-Mitglieder im Nahen Osten bezeichnen die FIOE als ihre Organisationen."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 9 vom 06.12.2022*

Zum **„Institut Européen des Science Humaines " @ IESH** und zu einer etwaigen Nähe zur Muslimbruderschaft, gab der Zeuge an, dass grundsätzlich normale Islamtheologie ohne Inhalte der Muslimbruderschaft gelehrt wird.

*„Je weiter der Unterricht fortschreitet, desto mehr werden die Lernenden an MB-Ideologie herangeführt. Die Führung von dieser Institution ist MB. Viele in Europa geborene MB-Mitglieder studierten bei der IESH, vor allem Kinder der Gründungsmitglieder der MB. Ich weiß von Fällen, wo Personen, welche in der IESH studierten, währenddessen für die MB rekrutiert wurden. IESH wurde von der FIOE gegründet."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 9 vom 15.12.2022*

Dr. VIDINO bestätigte weiters, dass laut seinen Erkenntnissen die Abhaltung von Jugendcamps – insbesondere im Nahen Osten und auch in Europa – zur gezielten Indoktrinierung von Kindern und zur Stärkung der Verbindungen der einzelnen Mitglieder genutzt wird. Im Zuge dessen sollen – zumindest im Nahen Osten – auch Trainingseinheiten mit Waffen am Programm stehen.

Zur **„Muslimischen Jugend Österreich" @ MJÖ** bzw. zu einer etwaigen Nähe der MJÖ zur Muslimbruderschaft befragt, meinte Dr. VIDINO, dass aufgrund diverser Zusammenhänge zu sehen ist, dass die historische Führung der MJÖ eine enge Beziehung zu hochrangigen Mitgliedern der Muslimbruderschaft unterhielt.

Hinsichtlich etwaiger Erkenntnisse zum Beschuldigten **Ammar SHAKIR** im Zuge der Studie, gab der Befragte an, dass SHAKIR von ABULLABAN und ZAIDAN erwähnt worden sei.

*„Beide beschrieben SHAKIR als einen der aktivsten und charismatischsten Personen der „Neuen Generation von islamischen Aktivisten", welche manchmal dem MB-Milieu nahestehen."*

*Auszug ZEV Dr. Lorenz VIDINO, S. 11 vom 06.12.2022*

Zur **„World Assembly of Muslim Youth" @ WAMY** und **„Muslim World League"** gab Dr. VIDINO an, dass sich diese in der jüngsten Zeit hinsichtlich Ansichten und Mitglieder verändert hätten, weil Saudi-Arabien nun eine andere Einstellung zur Muslimbruderschaft vertritt. Man könne die bezeichneten Organisationen nunmehr nicht mehr als Einrichtungen der Muslimbruderschaft bezeichnen.

*Näheres ist aus der beiliegenden Zeugenvernehmung des Dr. Lorenzo VIDINO vom 06.12.2022 ersichtlich.*

Weiters wird – wie in der Ermittlungsanordnung vom 29.11.2022 festgehalten - die Rechnung mit den unbedingt erforderlichen Kosten für Anreise respektive Aufenthalt des Zeugen im Zeitraum 05.12.2022 – 06.12.2022 zur weiteren Veranlassung übermittelt.

-----------------------------------------------------------------------------------------------------------

## **Personendaten**

| Person: | (Zeuge) |
|---------|---------|
| Nationale: | **Dr. VIDINO Lorenzo** |
| Anschrift: | 1918 F Street NW (The George Washington University) |
| | Washington D.C. 20052 – Vereinigte Staaten von Amerika |
| Telefon: | +1 (202) 994 - 1000 |

Beilagen:

- Zeugenvernehmung Dr. Lorenzo VIDINO vom 06.12.2022

- Ausdruck Bericht „mena-watch"

- Hotelrechnung NH Graz City

Der Genehmiger

ST 04

polizei.gv.at

# Landespolizeidirektion
## Steiermark

Landesamt für Verfassungsschutz
und Terrorismusbekämpfung

Sachbearbeiter/in: 26

LVT ST/2409/19

Sauraugasse 1, 8010 Graz
Tel: +43 (0) 59133 60 8333
Fax: +43 (0) 59133 60 7870

DVR: 0005541

E-Mail-Antworten sind bitte unter Anführung der
Geschäftszahl an post.lvt_stmk@bvt.gv.at
zu richten.

Graz, am 06.12.2022

# Zeugenvernehmung

Betreff:    Muslimbruderschaft in Österreich
            Verdacht auf: § 278 b Abs. 2 StGB

| Ort der Vernehmung: | LPD-Paulustor | | |
|---|---|---|---|
| Beginn der Vernehmung: | 08.30 Uhr | | |
| Leiter/in der Amtshandlung/Vernehmung: | 26 | | |
| Sprache: | Englisch | Dolmetsch erforderlich: | ja |
| Dolmetsch: | 27 | | |
| Sonst. anwesende Personen: | 80 | | |
| Vorgespräch geführt: | von: bis: | | |

### Person gibt über die persönlichen Verhältnisse an:

| Familienname/n: | Vidino |
|---|---|
| Familienname/n z.Zt.d. Geburt: | Vidino |
| Geschlecht: | männlich |
| Vorname/n: | Lorenzo |
| Akad. Grad / Titel: | Dr. |
| Wohnort: Straße, Hausnr., Stiege, Tür: | 1918 F Street, NW (The George Washington University) |
| Wohnort: Postleitzahl, Ort, Bezirk: | Washington, DC 20052, |
| Wohnort: Staat: | Vereinigte Staaten |
| Telefonnummer/n: | +1 (202) 994-1000 |

Vernehmung vom 10.03.2020

Unterschrift vernommene Person

Seite 1 von 17

| eMail-Adresse/n: | NetID@gwu.edu |
| --- | --- |

Belehrungen / Hinweise / Erklärungen:

**Übersetzungshilfe:**
Ich wurde über die Übersetzungshilfe informiert.
Antwort: Ich benötige eine Übersetzung in folgender Sprache: Englisch

**Vertrauensperson:**
Ich wurde darüber informiert, dass ich der Vernehmung eine Vertrauensperson beiziehen darf (in den Fällen des § 160 Abs 3 beiziehen muss), sowie dass diese der Verschwiegenheitspflicht unterliegt.
Antwort: Ich verzichte ausdrücklich auf die Beiziehung einer Vertrauensperson.

**Aussage- und Wahrheitspflicht:**
Ich wurde über den Gegenstand des Verfahrens und der Vernehmung informiert sowie darüber belehrt, dass ich zur wahrheitsgemäßen Aussage verpflichtet bin und mich bei einer falschen Aussage strafbar machen kann.
Antwort: Diese Rechte, Pflichten und Konsequenzen wurden mir zur Kenntnis gebracht.

**Aussagebefreiung Angehöriger Zeuge:**
Ich wurde über mein Recht auf Befreiung von der Aussagepflicht im Verfahren gegen meinen Angehörigen informiert.
Antwort: Ich habe aufgrund des Verhältnisses zum Beschuldigten (kein Angehörigenverhältnis und keine Lebensgemeinschaft) kein Recht auf Aussagebefreiung.
**Aussageverweigerung Belastungsgefahr Zeuge:**
Ich wurde über mein Recht auf Aussageverweigerung wegen der Gefahr der Selbstbelastung oder der Belastung eines Angehörigen belehrt.
Antwort: Ich verzichte ausdrücklich auf mein Recht auf Aussageverweigerung wegen der Gefahr der Selbstbelastung oder der Belastung eines Angehörigen und ich möchte aussagen.

**Bedingte Aussageverweigerung Zeuge:**
Ich wurde über mein Recht belehrt, die Aussage bei der Gefahr von Schande oder eines unmittelbaren und bedeutenden vermögensrechtlichen Nachteils und bezüglich des höchstpersönlichen Lebensbereichs zu verweigern, es sei denn, die Beantwortung ist zur Klärung des Falls unerlässlich.

Die Funktionen der anwesenden Personen wurden mir vorgestellt und deren Aufgaben erklärt.
Mir wurde erklärt, dass ich im Fall von Verständigungsschwierigkeiten jederzeit rückfragen kann.

Ich wurde im Sinne der vorstehenden Ausführungen sowie über die gegenständliche Thematik belehrt und gebe nunmehr freiwillig Folgendes an:

**Zur Person:**
Ich bin Direktor des „Program on Extremism" an der George Washington University und gebe Publikationen auf den Gebieten Radikalisierung, Gegenradikalisierung sowie Islamismus heraus. Im Jahre 2017 habe ich eine „Studie zur Muslimbruderschaft in Österreich" in Zusammenarbeit mit der

Unterschrift vernommene Person

Universität Wien (Institut für Orientalistik), unterstützt vom Bundesamt für Verfassungsschutz und Terrorismusbekämpfung (BVT) sowie dem Österreichischen Integrationsfonds (ÖIF) erstellt.

Ich machte meinen Abschluss in Rechtswissenschaften an der Juristischen Fakultät der Universität Mailand und promovierte am ‚Tufts University's Fletcher School of Law and Diplomacy' auf dem Gebiet Internationale Beziehungen. Ich war am ‚Harvard University's Belfer Center for Science and International Affairs' an der 'Kennedy School of Government', dem 'U.S. Institute of Peace', der 'RAND Corporation' sowie dem 'Center for Security Studies (ETH Zürich)' tätig.

Ich bin Autor mehrerer Bücher und zahlreicher Artikel; Mein bekanntestes Werk ist ‚The New Muslim Brotherhood in the West', ein Buch, das 2010 von der Columbia University Press herausgegeben wurde. Eine arabische Ausgabe wurde im Jahr darauf vom ‚Al Mesbar Studies and Research Center' herausgebracht. Das Buch bietet eine Vergleichsstudie über islamistisches Organisieren in diversen westlichen Ländern sowie die weitreichenden öffentlichen Reaktionen der Politik durch westliche Regierungen.

Ich habe Strafverfolgungsbehörden auf der ganzen Welt beraten und an Universitäten in den Vereinigten Staaten sowie Europa gelehrt.

Im Jahr 2016 wurde ich vom italienischen Premierminister Matteo Renzi zum Koordinator der ‚National Commission on Jihadist Radicalization' (= Nationale Kommission über Dschihadistische Radikalisierung) ernannt.

**Zur Sache:**

F:     Sie werden zusammen mit Sergio ALTUNA als Urheber der von der „Dokumentationsstelle Politischer Islam" herausgegebenen englischsprachigen Studie: „**Die Muslimbrüder in Deutschland und Österreich: Dokumentation der Zeugenaussagen von vier Insidern**" als Autoren genannt. Haben sie an der Studie mitgearbeitet? Wie war die Vorgangsweise, um die darin enthaltenen Erkenntnisse zu erlangen?

A:     Ich habe die vier Personen, die ich interviewen wollte kontaktiert, dies sind:
Mohammad al Shawaf
Salah Eddine el Gafrawi
Samir Abullaban
Amir Zaidan

Ich habe verschiedene Personen kontaktiert, mehr als diese vier, schließlich haben aber diese vier dem Interview zugesagt. Für sie war es in Ordnung nicht anonym aufzutreten.

Die vorliegende Studie versucht, diesen Weg zu beschreiten, indem sie die ausführlichen Interviews mit vier hochrangigen Persönlichkeiten aus dem deutschsprachigen Raum veröffentlicht, die jahrzehntelang in Kreisen der Muslimbruderschaft aktiv waren.

Unterschrift vernommene Person

Das erste Interview wurde mit Mohammad al Shawaf geführt, einem langjährigen Mitglied der syrischen Muslimbruderschaft, der in verschiedenen Ländern aktiv war. Vor allem in den 1980er Jahren lebte er zwischen Pakistan und Afghanistan, wo er als Abdallah Azzams rechte Hand sowie als Mitglied des Exekutivkomitees von MAK (*Maktab al Khadamat*, Office of Services, der von Azzam und Osama bin Laden gegründeten Organisation zur Rekrutierung von Freiwilligen für Afghanistan), als Leiter des Sicherheitskomitees von MAK und als Direktor und leitender Redakteur von *Al Ji- had*, der Zeitschrift, die Azzam zur Mobilisierung von *Mudschaheddin* für die afghanische Sache nutzte, tätig war. Nach Jahren in Saudi-Arabien zog Al Shawaf 2015 nach Deutschland, wo er seither lebt.

Das zweite Interview wurde mit Salah Eddine el Gafrawi geführt, einem sehr prominenten islamischen Aktivisten, der 1986 aus seinem Heimatland Ägypten nach Deutschland kam. El Gafrawi behauptet zwar, nie ein offizielles Mitglied der Muslimbruderschaft gewesen zu sein, bekleidete jedoch leitende Positionen in einer Reihe von Organisationen, die der Bewegung sowohl in Deutschland als auch international nahestehen (am bezeichnendsten ist, dass er als erster Generalsekretär der Föderation der Islamischen Organisationen in Europa/FIOE fungierte).

Das dritte Interview ist mit Samir Abullaban. Der gebürtige Syrer Abullaban schloss sich Ende der 1970er Jahre den Muslimbrüdern an. Im Jahr 1981 zog er nach Wien, wo er seither ansässig ist. Jahrzehntelang war er in der österreichischen Muslim-Szene sehr aktiv und bekleidete Spitzenpositionen in der Bruderschaft nahestehenden Organisationen wie dem Liga Kultur Verein. Seit Beginn des syrischen Bürgerkriegs konzentriert er sich stärker auf sein Heimatland und ist offenes Mitglied der politischen Abteilung der syrischen Muslimbruderschaft.

Das vierte Interview wurde mit Amir Zaidan geführt. Der ebenfalls in Syrien geborene Zaidan behauptet nicht, Mitglied der Muslimbruderschaft gewesen zu sein, im Gegensatz zu Al Shawaf und Abullaban. Während seiner vierzig Jahre in Deutschland und Österreich stand Zaidan jedoch den Milieus der Muslimbrüder sehr nahe. In seinem Interview sprach Zaidan über seine Kenntnis der Netzwerke der Muslimbruderschaft in beiden Ländern und äußerte seine Besorgnis über die Ideologie und die Ziele der Organisation.

F:     AL SHAWAF absolvierte den typischen Vorgang der Aufnahme in der Muslimbruderschaft: eine mehrjährige Prüfzeit, die „tarbiyya" (Indoktrinierung) in der „usra" (Anm.: kl. Einheit der Muslimbruderschaft), dem Studium der Bücher von Hasan AL BANNA, der Manhaj – der Methodik der Bruderschaft. AL SHAWAF bezeichnete dies als seinen wahrgewordenen Traum: **Soldat der Muslimbruderschaft** geworden zu sein. Zuletzt kommt der endgültige Beitritt mit dem Schwur (bay´a) auf die Muslimbruderschaft. Dieser Vorgang zur Aufnahme hat sich bis heute nicht geändert. Wie sind diesbezüglich ihre Erkenntnisse?

A:     AL SHAWAF hat mir im Detail beschrieben, wie seine Teilnahme an der MB war. Dies war ident mit dem, was ich auch von vielen anderen gehört habe, der Weg bzw. die ganzen Schritte, wie man Mitglied wird. Auch viele Ex-Mitglieder aus Europa, die ich interviewt habe, haben mir exakt das Gleiche geschildert zum Prozedere der Aufnahme bzw. zur Mitgliedschaft.

F:     Als AL SHAWAF von Syrien nach Jordanien flüchtete, nahm er Kontakt mit ehemaligen Teilnehmern von Sommerlagern auf. Im Zuge der Ermittlungen im Umfeld der Muslimbruderschaft konnten auch hier in Österreich Sommer- oder Winterjugendlager muslimische Kinder und Jugendliche festgestellt werden.
Farid HAFEZ nahm z. B. im Rahmen der Vorläuferorganisation der MJÖ an einem Trainingslager für Führungskräfte in Ungarn teil. Das Führungstrainingslager wurde von der Dawa-Akademie Pakistan und der Muslimischen Jugend Deutschland organisiert, der Jugendorganisation der Islamischen Gemeinschaft in Deutschland e. V. (IGD), der Organisation, die von den deutschen Sicherheitsbehörden immer wieder als die Muslimbruderschaft im Lande bezeichnet wird. In dem Artikel hebt Hafez hervor, dass Ahmad von Denffer (IZM) in dem Ausbildungslager Vorträge gehalten hat[70] und berichtet, dass "*die Teilnehmer in drei usras* (Familien) *aufgeteilt wurden*."
Sind derartige Jugendlager ein typisches Instrument der Muslimbruderschaft zur Indoktrinierung der Jugendlichen?

A:     Ja, Jugendcamps sind extrem häufig im Nahen Osten und in Europa ebenso. Diese haben zwei Ziele: Indoktrinierung der Mitglieder und die Verbindungen zwischen diesen Mitgliedern zu stärken. In manchen Ländern im Nahen Osten ist es auch üblich, mit Waffen zu trainieren (z.B. Faustfeuerwaffen). Ich weiß nichts von Waffentrainings in europäischen Camps.

F:     AL SHAWAF war Mitglied der Muslimbruderschaft und schloss sich nach dem Studium in Saudi-Arabien den Mujaheddin in Peschawar unter Abdullah AZZAM in Pakistan an. Dort hatte er die Hauptverantwortung über die Zeitschrift: „Al Dschihad". Es war ein Magazin, um das Bewusstsein für die afghanische Sache zu schärfen bzw. um es anders auszudrücken: für den Dschihad in Afghanistan zu werben. Zeigt sich hierin, dass Muslimbrüder kein Problem mit dem Werben für den Dschihad haben?

A:     Ja absolut. Während dem Afghanistan-Konflikt spielte die MB eine zentrale Rolle im Verbreiten der „Botschaft" (in den Dschihad zu ziehen) und im aktiven Rekrutieren von Kämpfern. Es

war eine Pflicht für die Leute, kämpfen zu gehen. Die zentrale Führung der MB in Ägypten hatte zum Dschihad aufgerufen, nicht nur AL SHAWAF und AZZAM oder sonstige örtliche Führer machten dies. Das war kein Einzelfall, auch bei anderen Konflikten auf wie z.B. in Palästina, Irak, Tschetschenien rief die MB zum Kampf auf.

F:      Laut AL SHAWAF war Ahmad Muwaffaq Zidan, einer der besten für die Beiträge in der Zeitschrift Al Dschihad. Schließlich sei er Chef des pakistanischen Büros von Al Jazeera geworden. Auch Ahmed MANSOUR von AL JAZEERA wäre damals mit in Peschawar dabei gewesen.
Am 07.01.2022 wurde auf Al JAZEERA eine Sendung mit dem Titel: „Ma khafia Aahdam (= Das Verborgene ist größer) - Die Nacht der Erstürmung - Geheimdokumente und exklusive Zeugenaussagen offenbaren das Leiden muslimischer Persönlichkeiten in Österreich" ausgestrahlt. In diesem Report werden Österreich und die österreichische Regierung in der arabisch-sprachigen Welt als islamfeindlich und die Beschuldigten im Umfeld der Muslimbruderschaft als Opfer dargestellt.
Gibt es einen Zusammenhang von Al Jazeera und der Muslimbruderschaft?

A:      Seit der Gründung von Al Jazeera, ein großer Fernsehsender von Katar, ein Land das seit Beginn ein großer Unterstützer der MB ist, wurden viele Mitglieder der MB von Führungsetagen bis zur kleinsten Stelle dort beschäftigt. Es ist offiziell kein MB-Sender, aber die Ausrichtung ist eindeutig und konsistent pro MB. Nicht überraschend hatte Yusuf AL QARADAWI dort lange Zeit seine eigene religiöse Sendung.

F:      Der Moderator Tamer MISSHAL behauptete im Al Jazeera Beitrag, dass Sie (Prof. VIDINO) einen Bericht für die österreichische Regierung verfasst hätten, in der die Muslimbruderschaft mit Gewalttaten in Verbindung gebracht worden wäre. Laut Pressemitteilungen sollen Sie mit den Emiraten in Verbindung stehen und sei die Studie von den Arabischen Emiraten gefördert worden. Was sagen Sie dazu?

A:      Die Studie war, so wie es auf der ersten Seite steht, gefördert vom Integrationsfond und vom Verfassungsschutz, nicht von den Emiraten. Auch hat Hr. MISSHAL von Al Jazeera (Arabischsprachig) mich nie kontaktiert, so wie er behauptet hat. Al Jazeera England hat mich kontaktiert, als sie an der englischen Übersetzung der Studie gearbeitet haben. Sie haben mich gefragt, ob die Anschuldigungen von der arabischen Version der Wahrheit entsprechen. Ich ging mit ihnen alle Anschuldigungen auf Arabisch Punkt für Punkt durch und erklärte ihnen, was richtig und was falsch ist. Tatsächlich dauerte der Teil, der von mir handelte, in der arabischsprachigen Version fünf Minuten und im Englischen lediglich ca. 20 Sekunden.

F:      Im Strategiepapier „Für eine weltweite Strategie in islamischer Politik", welches bei Youssef NADA, dem mutmaßlichen Außensprecher der Muslimbruderschaft, aufgefunden wurde wird definiert, dass die Muslimbruderschaft global alle Gruppen, die dem „Dschihad" (=Heiliger Krieg) verpflichtet, unterstützt. Weiters wird offen vom Anfachen, Unterstützen und Aufrechterhalten des Dschihad (=Heiligen Krieges) sowie vom Aufbau von autonomen Sicherheitsstreitkräften gesprochen.

Unterschrift vernommene Person

Könnte aufgrund dieser Strategie ableiten, dass die Muslimbruderschaft in sämtlichen Ländern - wie in Afghanistan und zuletzt in Syrien – in Kriegsgebieten Einfluss und Werbung für ihrer Ideologie nehmen möchten?

A:     Ja, aber dieses Dokument ist nur eines von vielen Beweismitteln hierfür. Die MB hat viele Konflikte im Nahen Osten als Möglichkeit gesehen um an Macht zu gewinnen und spielte eine aktive Rolle, wann immer sie konnte. Sogar heutzutage in Libyen, Jemen, Syrien geschieht das so. Gewalt ist nur eine der Taktiken, die die MB benutzt. Die Strategie der MB ist, immer die beste Taktik zum gegebenen Umfeld zu finden. Wenn in einem Land Frieden herrscht, versucht sie friedlich und durch die Politik zu agieren. In einem Land mit Krieg bzw. Konflikten, verwenden sie Gewalt.
Die MB agiert abhängig von der jeweilig gegebenen Situation – entweder friedlich oder gewaltsam.


F:     Die Präsenz der Muslimbruderschaft in Peshawar wäre laut AL SHAWAF sehr groß gewesen. Sogar Mohammad Abderrahman KHALIFA (jord. Anführer der Muslimbruderschaft) sowie Kamel HELBAWY (Mitglied des Schura-Rats der ägypt. Muslimbruderschaft) sei vor Ort gewesen. Auch Zaynab Al GHAZALI (Gründerin der Muslimischen Frauenvereinigung) eine Ikone der Muslimbruderschaft sei in Peshawar vor Ort gewesen.
Seit der Gründung der Muslimbruderschaft von Hasan Al BANNA war der Dschihad von Anfang an immer ein Teil der Bewegung. Auch die Auswertung von Sicherstellungen in diesem Verfahren zeigt, dass der Dschihad ständiger Teil der Muslimbruderschaft ist.
Bestätigt diese massive Präsenz von Muslimbruderschafts-Persönlichkeiten in Peshawar, das im Jahre 1982 entworfene Strategiepapier der Muslimbruderschaft?

A:     Ja, es ist das gleiche wie oben beschrieben. Die MB sah den Afghanistan-Konflikt als eine gute Möglichkeit. Ein paar Tage nach der Invasion von Russland, war die MB bereits vor Ort in Afghanistan und organisierte die Unterstützung für den Widerstand für Afghanistan (finanzielle Unterstützung, Propaganda, zuletzt auch militärische Unterstützung).

F:     In Pakistan befanden viele Madrasa´s (islamische Bildungsstätten) zuerst um 1984 von der Deobandi-Bewegung später in Peshawar von Al-Qaida zur Indoktrinierung mit islamistischer dschihadistischer Ideologie. Darunter mischte sich auch die Muslimbruderschaft.
Bei der Auswertung von Sicherstellungen konnte Lehrmaterial über die 20 Prinzipien Hasan AL BANNAs über das Verständnis des Islams ausgewertet werden. Dieses Dokument zeigt, dass der Islam alle Bereiche des Lebens regelt. Koran und Sunna sind die Quellen der Gesetzgebung (Scharia) und ist diesen nicht zu widersprechen. Der Dschihad auf dem Weg Allahs hat Licht und Wärme, die Allah in die Herzen seiner Diener gießt. Der Islam ist unfehlbar und nicht einmal die Wissenschaft kann dem Islam widersprechen. Wer sich weigert ein grundlegendes Prinzip des Islam anzuerkennen, wird zum Ungläubigen. Es wird AL-BANNA zitiert: Wenn der muslimische Bruder seine Religion in diesen Prinzipien kennt, hat er die Bedeutung des Slogans begriffen: Der Koran ist unsere Verfassung und der Prophet ist unser Vorbild.“
Diese Islaminterpretation der Muslimbruderschaft widerspricht den Werten der westlichen Welt. Wenn Muslimbrüder über den Islam sprechen, dann meinen sie damit exakt das Verständnis ihrer Islaminterpretation.

Wie sind dazu ihre Erkenntnisse?

A:    Wenn die Mitglieder der MB in der Öffentlichkeit sprechen, geben sie sich moderat und sprechen nur vage über die MB. Jedes Mitglied muss der Interpretation des Islam von AL BANNA und anderen historischen MB-Führern folgen. Ihre Ansicht ist konservativ und in vielen Punkten entgegen der Verfassungen und Werte des Westens.

F:    Al SHAWAF arbeitete nach seinem Afghanistan-Einsatz wieder für die WAMY (World Assambly of Muslim Youth). Er selbst sagt, dass diese Organisation eine reine Muslimbruderschafts-Organisation ist.
WAMY hat zusammen mit der Muslimischen Weltliga und anderen saudi-arabischen und von der Bruderschaft geführten Organisationen jahrzehntelang Millionen von Geldern in islamistische Organisationen auf der ganzen Welt, auch im Westen, gepumpt. Zwischen den 1970er und 1990er Jahren waren die europäischen Aktivitäten der Muslimbruderschaft, der Muslimischen Weltliga und der Weltversammlung der Muslimischen Jugend so eng miteinander verflochten.
Kann man heutzutage die WAMY noch immer der Muslimbruderschaft zuordnen?

A:    Das ist schwer zu sagen, aber Organisationen wie WAMY und Muslim World League (Weltliga) haben sich substanziell in den letzten Jahren verändert, was die Ansichten und die Mitglieder betrifft. Das ist, weil Saudi-Arabien über die letzten zehn Jahre eine andere Position gegenüber der MB eingenommen hat und es deshalb innerhalb der WAMY zu personellen Veränderungen gekommen ist. Es gibt bestimmt noch ein paar Mitglieder bei WAMY, die der MB zugehörig sind, aber generell kann man nicht mehr von einer MB-Organisation sprechen.

F:    Al SHAWAF ist überzeugt, dass er durch die Muslimbruderschaft seiner Religion dient. In der Studie bringt er zum Ausdruck, dass die Muslimbruderschaft die mächtigste islamistische Organisation der Welt sei und dass sie für die Umma (Gemeinschaft der Gläubigen) arbeiten würde. Wenn der Islam triumphiert, dann dank der Muslimbruderschaft oder einer ähnlichen Organisation. Aus der Sicht von Al SHAWAF besteht kein Zweifel, dass der Islam kommen wird. Alles was dagegen unternommen wird, diene nur dazu seine Ankunft zu verzögern.
Wenn Al SHAWAF bekennender Muslimbruder ist, bestätigt diese Haltung nicht die Radikalität hinter dieser salafistischen Organisation?

A:    Es ist schwierig für mich mit Sicherheit zu sagen, ob die Sicht von AL SHAWAF die Sicht der gesamten Organisation oder nur seine eigene konservative Sicht darstellen.

F:    AL SHAWAF wird noch deutlicher, indem er sagt, dass die Bruderschaft unter andern gegen die Kreuzfahrer (Christen) und gegen den Zionismus (Israel u. Juden) stehen würde. Zuletzt äußert AL SHAWAF seine Enttäuschung, dass Assad in Syrien nicht gestürzt und Syrien nicht ein Islamischer Staat geworden sei. Die Schuld darin sehe AL SHAWAF bei Amerika.

Unterschrift vernommene Person

Eines der Hauptziele Hasan al Bannas war die Neugründung eines islamischen Kalifats. Kann man an den Äußerung des AL SHAWAF eine Bestätigung dafür erkennen, dass die Muslimbruderschaft nach wie vor am Aufbau eines weltweiten islamischen Staates auch in Europa interessiert ist? Wie interpretieren sie das?

A:    Es ist keine Frage, dass AL SAWAF will, dass der Islam die Welt dominiert und Gewalt unterstützt um dieses Ziel zu erreichen. Es ist für mich schwer zu sagen, ob dies auch die Einstellung der gesamten Organisation repräsentiert oder nur die konservative Sicht eines Teils der Organisation.

F:    Salah Eddine El GAFRAWI kam 1980 auf Einladung vom Islamischen Zentrum in München nach Deutschland. Laut Studie war das Islamische Zentrum München (IZM) eines der wichtigsten Drehscheiben für die Bruderschaft nicht nur in Deutschland, sondern weltweit. 3 der acht Generalführer der ägyptischen Bruderschaft hielten sich eine Zeitlang in München auf. Aus diesem Zentrum entwickelte sich die Deutsche Muslimische Gemeinschaft (DMG). Kann man bei diesen Organisationen von deutlichen Ablegern der Muslimbruderschaft in Europa sprechen?

A:    Ja, keine Frage, das IZM ist seit Jahrzehnten ein Ort, der von der ägyptischen MB kontrolliert wird und als sicherer Hafen für Flüchtlinge aus Ägypten gilt, wo sie sich treffen und agieren können ohne die Probleme, die sie mit dem Osten hatten (Unterdrückung, Verfolgung). München und Aachen waren sozusagen die „Lunge", wo sie wieder „frei atmen" konnten. Es ist auch den Behörden (Bundesverfassungsschutz und Landesverfassungsschutz Bayern) bekannt, dass es sich beim IZM um eine MB-Organisation handelt.

F:    Im Jahre 1989 wurde die „Föderation Islamischer Organisationen in Europa, (FIOE)" in Großbritannien gegründet. El GAFRAWI wurde zum ersten Generalsekretär ernannt. Die FIOE war an der Einrichtung von privaten islamischen Hochschulen zur Ausbildung von Imamen den „Europäischen Instituten für Geisteswissenschaften", beteiligt. Ebenso war sie an der Gründung des „Europäischen Rats für Fatwa und Forschung" (ECFR), dessen Vorsitzender Yusuf al-Qaradawi ist, beteiligt. Die FIOE gründete die „World Assembly of Muslim Youth (WAMY)" und das „Forum of European Muslim Youth and Student Organizations (FEMYSO)" und viele weitere Organisationen. Der Verfassungsschutz Baden-Württemberg bezeichnete die FIOE als einen Dachverband islamischer Organisationen in Europa, der der Muslimbruderschaft zugeordnet wird. Kann man aufgrund wissenschaftlicher Erkenntnisse ableiten, dass die FIOE und sämtliche von ihr gegründeten Organisationen der Muslimbruderschaft zuzuordnen sind?

A:    Alle Gründungsmitglieder der FIOE waren Senior-Mitglieder der MB in Europa. Sie behaupten zwar, dass die FIOE kein Teil der MB ist, aber die Organisation ist gegründet worden von der MB, wird von dieser organisiert und kontrolliert und das seit gut 30 Jahren bei hochrangigen Muslimbrüdern. Auch MB-Mitglieder im Nahen Osten bezeichnen die FIOE als ihre Organisation.

Wichtig zu wissen ist auch, dass beinahe jede FIOE-Organisation ein Ableger der MB ist. FIOE ist eine europaweite Dachorganisation und jedes europäische Land ist Mitglied und hat dort Tochterorganisationen wie z.B. in Österreich die Liga Kultur. ECFR und FEMYSO sind auch

Unterschrift vernommene Person

Tochterorganisationen der MB, die Führer dieser Organisationen sind Muslimbrüder. Diese Organisationen haben verschiedene Aufgaben, z.B. sind sie zuständig für die Jugend oder Fatwa.

F:   Aus einem Schreiben der Liga Kultur aus dem Jahre 2002 geht hervor, dass die LIGA KULTUR ein Gründungsmitglied der FIOE ist. Es handelt sich dabei um ein Glückwunschschreiben an 33. höchste Persönlichkeiten von islamischen Organisationen, die im Verdacht stehen alle aus dem Umfeld der Muslimbruderschaft zu stammen, wie auszugsweise: Abdullah Ben Mansour, Dr. Ayman Ali, Ahmed Al Rawi, Emad Al Banani, Nooh Al Kaddo, Ahmed Jaballah, Shakib Ben Makhlouf oder Ibrahim El Zayat.
Bei der Auswertung von Sicherstellungen in Graz konnten Unterlagen mit der Bezeichnung: „FIOE - Zweig Österreich" festgestellt werden. Das Schriftstück behandelt die Definition, die Ziele, die Mittel, die Verwaltung, die Mitgliedschaft, Stufen der Mitgliedschaft, Geheimhaltung, Finanzielles sowie die Kontrolle bzw. den Aufbau des Zweiges der FIOE. Es wird wiederholt die Treue und Loyalität zur „Gruppe" erörtert und auf deren Wichtigkeit hingewiesen.
Kann man aufgrund einer derartigen Zusammenarbeit der FIOE mit der LIGA KULTUR, diese der Muslimbruderschaft zuordnen?

A:   Dass die Liga Kultur, welche mit der FIOE verbunden ist, das örtliche Mitglied in Österreich ist, ist ein starkes Indiz dafür, dass sie zur MB gehört.

F:   Im Interview erzählt GAFRAWI, dass er sich wie auch Dr. Ayman Ali in den 1990er Jahren in Bosnien aufgehalten habe, um Organisationen zu gründen, die humanitäre Dienste leisteten. Manche der dortigen Organisationen unterstützten in einzelnen Fällen Kämpfer. Bei Dr. Ayman Ali handelte es sich um den ehemaligen stellvertretenden Vorsitzenden und Generalsekretär der FIOE. Die von ihm geleitete Wohltätigkeitsorganisation Taibah International Aid Agency sei 2004 mit ihrem Ableger in Bosnien als terroristische Organisation eingestuft worden. Die Hilfsorganisation wurden daraufhin der Terrorismusfinanzierung beschuldigt, aber nie offiziell angeklagt. In einem deutschen Polizeibericht zu den Ermittlungen heißt es: *"Die Konstellation der Konten, Geldströme und Personen deutet darauf hin, dass die Konten von Ibrahim El-Zayat und Ayman Sayed Ahmed Ali in Deutschland für die Durchführung fundamentalistischer islamischer Aktivitäten in Europa genutzt wurden."*
Somit hätten höchste Persönlichkeiten der FIOE, die der Muslimbruderschaft zugeordnet werden, und mit ihr alliierte Organisationen wie die Liga Kultur in Graz und Wien oder die Deutsche Muslimische Gemeinschaft (DMG) indirekt über Hilfsorganisationen Terrorismus am Balkan finanziert.
Wie sind ihre Erkenntnisse dazu?

A:   Dem habe ich nichts hinzuzufügen.

F:   AL GAFRAWI erzählte, dass Ibrahim EL ZAYAT in der FIOE die FEMYSO für die Jugend gründete. Auch diese Organisation wird vom Verfassungsschutz Baden-Württemberg der Muslimbruderschaft zugeordnet. Ibrahim EL ZAYAT wurde ihr erster Präsident.

Die MJÖ bekannte sich laut deren Homepage zur FEMYSO, bestritt jedoch später wieder Mitglied der FEMYSO zu sein. Farid HAFEZ, einer der Gründer der MJÖ, hielt Vorträge bei Veranstaltungen der FEMYSO. 2003 auf der Ägyptenreise der MJÖ war Khallad SWAID (damaliger Präsident der FEMYSO) sozusagen als Reiseleiter mit dabei. Laut Zeugen seien Bücher einschlägiger Gelehrter wie Yusuf AL QARADAWI und die Mathurat-Gebete der Muslimbruderschaft innerhalb der MJÖ gelesen worden. Ist aufgrund dieser Indizien eine Nähe der MJÖ zur Muslimbruderschaft ableitbar?

A:    Die Elemente zusammen zeigen zumindest, dass die historische Führung der MJÖ eine enge Beziehung zu einem sehr hochrangigen MB-Milieu hatte.


F:    Im Jahre 1996 wurde in Österreich die „Islamische Gruppe Oberösterreich" gegründet. Dabei handelt es sich um eine Vorläuferorganisation der um das Jahr 99/2000 gegründeten „Muslimische Jugend Österreich, MJÖ"'. Laut einem Zeugen soll der Mentor hinter der Umbenennung der Beschuldigte Ammar SHAKIR gewesen sein.
Gibt es im Interview von GAFRAWI oder den anderen Gesprächspartnern im Rahmen ihrer Studie Erkenntnisse zu Ammar SHAKIR?

A:    SHAKIRs Name wurde in zwei Interviews erwähnt: bei ABULLABAN und ZAIDAN. Beide beschreiben SHAKIR als einen der aktivsten und charismatischsten Personen der „Neuen Generation von Islamischen Aktivisten", welche manchmal dem MB-Milieu nahestehen.


F:    ABULLABAN gab an, dass die verschiedenen Zweige der Muslimbruderschaft zwar unabhängig agieren, aber Teil derselben ideologischen Bewegung sind. ABULLABAN gibt an, dass er als Präsident der LIGA KULTUR auch automatisch im Schura-Rat der FIOE vertreten war. Dieser Umstand vermittelt nicht den Eindruck von Unabhängigkeit, sondern von einer deutlichen und einflussreichen Verbindung. Die Ländervertretungen scheinen zwar autonom zu existieren, aber das Regelwerk zur Verbreitung der Muslimbruderschaft-Ideologie ist einheitlich.
Wie sehen sie aufgrund ihrer Studien diesen Umstand?

A:    Es gibt Beweise, dass die FIOE viel Kontrolle über die einzelnen Mitglieder dieser Organisationen hat. Die FIOE gibt ihnen die strategischen Regeln vor, wie sie zu agieren haben. Die FIOE hat große Macht über die einzelnen Organisationen betreffend Finanzen, Führung und interne Gesetze der Organisation. Alle Organisationen in den Ländern, die mit der FIOE verknüpft sind, könnten nicht selbständig agieren.


F:    Beim Beschuldigten ELMOAZEN Samy, Bildungsbeauftragter und ehemaliger Obmann der LIGA KULTUR in Wien, konnte aufgrund eines Internet-Link ein internationales Regelwerk der Muslimbruderschaft in arabischer Sprache festgestellt werden. Dieses Regelwerk wurde von Muhammad Hamid Abu al-Nasr, dem 4. Anführer der Muslimbruderschaft (1986-1996), unterfertigt und am 12.04.1994 veröffentlicht.
Darin wird ein globaler Kodex für alle Länder, Gruppen und Personen, die sich zur Muslimbruderschaft bekennen aufgestellt. Es besteht somit der Verdacht, dass sämtliche Muslimbruderschafts-Ableger

weltweit mit einer zentralen Führung hierarchisch verbunden sind und keine losen Verbindungen darstellen.

Haben sie dazu Erkenntnisse?

A:    Die MB ist eine sehr bürokratische Organisation, sie machen das alles sehr professionell (z.B. gibt es Regelwerke zum Rekrutieren). Diese Unterlagen kursieren weltweit. Auch bzgl. der Formalitäten zu Usra-Treffen sind dieselben in z.B. Oslo, Kairo, Marrakesch. Jeder Zweig kann sich nach örtlichen Umständen bzw. Situation seine Taktik im Rahmen der weltweiten Vorgaben aussuchen. Es gibt zentrale Vorgaben, die jedoch von allen befolgt werden müssen.


F:    ABULLABAN argumentiert, dass es auch Aufgabe der FIOE sei Wissen zu vermitteln. Sollten Muslime in Italien Gelehrte benötigen, würde die FIOE das anbieten können.

Hierbei geht es doch nur um das Wissen und die Ideologie der Muslimbruderschaft. So konnten z. B. Predigten von ISMAEL Eldessokki, ehemals Imam der Liga Kultur in Graz ausgewertet werden, die dieser in Mailand vor Mitgliedern der „Alleanza Islamica d'Italia", welche ein Teil der FIOE ist, gehalten hat. Dieser Vortrag ist gespickt mit Konzepten des Hasan AL BANNA, wie den Grundlagen der „bay´a"(Treueeid), den Säulen des Dschihad, des Märtyrertodes, der Treue, des Opferns, der Ordnung, des Gehorsams, des Lehrplans der Usra sowie über die 5 Prinzipien der Muslimbruderschaft. Diese Indizien zeigen, dass mit Wissen die Ideologie der Muslimbruderschaft gemeint ist.

Wie sind dazu ihre Erkenntnisse?

A:    Die FIOE wird von MB-Mitglieder kontrolliert, auch was Islamwissenschaft und das Praktizieren der Religion betrifft. Dabei handelt es sich immer um die Ideologie der Muslimbruderschaft.


F:    Derselbe Imam der Liga Kultur in Graz, ISMAEL Eldessokki, bereiste offensichtlich im Auftrag der FIOE 13 Länder in Europa. Es konnte ein Dokument der Abteilung für Erziehung und Missionierungs-Arbeit der FIOE festgestellt werden in der wiederholt das Wort tarbiya (Indoktrination, im Sinne von Erziehung durch die Muslimbruderschaft) vorkam. Die Auflistung der Schulungs-Pläne, die ISMAEL Eldessokki für die jeweiligen Länder Europas empfahl, zeigten deutlich, dass das festgestellte Renaissance-Projekt von der FIOE zum Zwecke der Indoktrinierung der europäischen Muslime verwendet wird. Dieses Projekt soll die Renaissance des islamischen Kalifats beleben.

Gibt es dazu in Ihren Studien Erkenntnisse?

A:    In meiner aktuellen Studie ist nicht wirklich viel darüber. Ich würde sagen, die Idee der graduellen Islamisierung Europas durch dawa und tarbiya ist ein Merkmal der MB und allen ihren Organisationen in Europa.


F:    ABULLABAN lobt, dass das Bildungsmodell der Bruderschaft und dass die Weitergabe der Ideologie der Organisation in Europa effektiv war.

Bei Mag. Jamal MORAD konnten Schulungsunterlagen sichergestellt werden, die von der FIOE an die LIGA KULTUR übermittelt worden waren. Darunter befand sich auch ein auf Arabisch verfassten Word-Dokumente mit den Lehrplänen/Stundenplänen der 1- bis 5. Stufe. Darin werde z. B. in einem Kapitel mit den Titel: „Die Palästina-Frage/ Die Intifada" unter Pkt. 4 die „Ethischen und emotionale Ziele" des Kurses definiert. Die Beteiligten sollen mit großer Begeisterung an Aktivitäten zur Befreiung des Heiligen Landes vom „zionistischen Schmutz" beteiligen, Interesses für das Verständnis der Palästina Frage, Entschlossenheit beim Boykott der zionistische Entität, Bittgebete für seine Brüder in Palästina, die sich im Jihad betätigen sprechen, die Linken dazu drängen, den Jihad in Palästina zu unterstützen, sich über Märtyreroperationen freuen, Ekel an der friedlichen Beilegung des Palästina-Konfliktes zeigen.

Wenn ABULLABAN das Bildungsmodell der Muslimbruderschaft lobt, dann ist darin deutlich extremistische und zum Teil Antijudaistische Ideologie dahinter.

Haben sie zu antijüdischen Einflüssen im Bildungssystem der Muslimbruderschaft Erkenntnisse?

A:    Antiisraelische und antijudaistische Aspekte sind Schlüsselpunkte in der Erziehung der Muslimbruderschaft. Ich habe viele solche Dokumente in der USA gesehen, die ähnlich denen in Europa sind. Diese Einstellung ist sehr üblich für die MB. Man sagt, dass der Hass gegen Israel bereits mit der Muttermilch mitgegeben wird. Das heißt, dass bereits in der Kindheit der Hass geschürt wird.

F:    ABULLABAN sagt in der Studie, dass die Muslimbruderschaft viele eingeladen hat den Usras beizutreten und dass jetzt die Eltern ihre nächsten Generationen in die Usras bringen. Das Ziel sei ein einheitliches Islamverständnis. Das heißt dieses System wird auch hier in Österreich angewandt.

In der Studie steht, dass Farid Hafez im Rahmen der Vorläuferorganisation der MJÖ an einem Trainingslager für Führungskräfte in Ungarn teil nahm. Das Führungstrainingslager wurde von der Dawa-Akademie Pakistan und der Muslimischen Jugend Deutschland organisiert, der Jugendorganisation der Islamischen Gemeinschaft in Deutschland e. V. (IGD), der Organisation, die von den deutschen Sicherheitsbehörden immer wieder als die Muslimbruderschaft im Lande bezeichnet wird. In dem Artikel hebt Hafez hervor, dass Ahmad von Denffer (vom IZM) in dem Ausbildungslager Vorträge gehalten hat70 und berichtet, dass *"die Teilnehmer in drei usras* (Familien) *aufgeteilt wurden."*

Später wurden in der MJÖ Ortsgruppen errichtet und ist eine Analogie zu den Usras nur mit anderen Namen erkennbar.

Ist es aus wissenschaftlicher Sicht möglich abzuleiten, dass dort, wo das Usra-System Verwendung findet, Muslimbruderschaft zuhause ist? Was sind dazu ihre Erkenntnisse?

A:    Generell lässt sich sagen, dass das Usra-System der Eckstein der MB ist. Die Idee „Studier-Gruppen" für Personen anzubieten, die nicht der MB-angehören und diese dann für die MB anzuwerben. Ich bin mir nicht sicher, ob der Begriff Usra nur bei der MB verwendet wird, da es für „Familie" bzw. „Gruppe" steht. Manche sagen, es ist von den Faschisten übernommen worden. Es ist eine kluge Art zu organisieren.

F:    ABULLABAN sagt in ihrer Studie, dass sie 30 Jahre auf die Revolution in Syrien gewartet hätten. Auch AL SHAWAF äußerte in der Studie seine Enttäuschung darüber, dass Assad in Syrien nicht gestürzt und Syrien nicht ein Islamischer Staat geworden sei. Ebenso war 2012 in Ägypten sichtbar, dass Präsident Mohamed MURSI, den ägyptischen Staat in einen „Islamischen Staat" gemäß der Scharia ausrichten wollte. Auch der ägyptische Prediger Safwad HEGAZY sprach von der Errichtung eines Kalifats mit Jerusalem als Hauptstadt. Bei einer am 12.04.2014 in Wien stattgefundenen Veranstaltung von Muslimbrüdern schworen die Anwesenden ihre Treue auf die ägyptische Revolution.
Es besteht der dringende Verdacht, dass die Muslimbruderschaft unter dem Begriff: Revolution einen Systemchange hin zum „Islamischen Staat" so wie die islamische Revolution im Iran versteht.
Wie sehen sie diese Aussage im Zusammenhang mit ihrer Studie?

A:    Der erhoffte Wandel der MB im Nahen Osten ist einen islamischen Staat, der nach den Regeln der Scharia regiert und von den Mitgliedern der MB kontrolliert wird. Als pragmatische und flexible Bewegung würden sie den Wunsch egal auf welchem Weg und situationsabhängig umsetzen: durch Demokratie, Revolution oder Gewalt. Die MB ist sehr flexibel, in der Art und Weise, wie sie zum Endergebnis kommen, am Ende sollte jedoch der islamische Staat stehen.

F:    ABULLABAN kritisiert die jüngere Generation dafür, dass sie die Lehren der Muslimbruderschaft nicht vollständig erfasst habe und sich als Europäer betrachtet. Wieso wird diese Einstellung der älteren Muslimbruderschaft-Mitglieder abgelehnt?

A:    ABULLABAN widersprach sich selbst im Interview mit mir. Am Anfang sagte er, dass sie eine sehr gute Bildung haben und dann hat er sich widersprochen, indem er sagte, dass es mit der Jugend nicht so gut gelungen ist. Auf weitere ergänzende Fragen wollte er nicht mehr antworten.
Eines war klar, dass er die jüngere Generation kritisierte, nicht offen über die MB zu reden. Sie verstecken ihre Nähe und leugnen jeden Zusammenhang zur Organisation vor der Öffentlichkeit.

F:    ABULLABAN spricht von einer Rückkehr zu einem demokratischen Leben in Syrien. Die MB ist jedoch bekannt dafür, westliche Werte abzulehnen und der Scharia gegenüber der demokratischen Gesetzgebung den Vorzug zu geben. Wie lassen sich diese beiden Aspekte vereinbaren?

A:    Ich weiß nicht genau, was ABULLABAN denkt, aber man könnte sagen, dass die MB in der Öffentlichkeit sich zur Demokratie bekennen sollte um internationale Unterstützung zu bekommen bzgl. der Situation in Syrien. Man kann annehmen, dass dieses Bekenntnis zur Demokratie nach dem möglichen Sturz von ASSAD von kurzer Dauer sein würde.

F:    Das Institut Européen des Science Humaines (IESH- „Europäische Institut für Geisteswissenschaften") wurde bei Château-Chinon von der FIOE gegründet. Mittlerweile gibt es weitere Ableger in Frankreich, Großbritannien und Deutschland (Frankfurt am Main).

Im Zuge der Ermittlungen im ho. Verfahren gegen die Muslimbruderschaft konnte ein Telefon-Chat Taha AMER, des Direktors des ElfH von Frankfurt, mit Samy ELMOAZEN, Bildungsbeauftragter der Liga Kultur in Wien, ausgewertete werden. Darin empfahl AMER Bücher von Muhammad Al Ghazali und Yusuf Al Qaradawi für den Islamunterricht in westlichen Ländern.

Ist es aus wissenschaftlichen Sicht bzw. aufgrund der Erkenntnisse in Ihren Studien ableitbar, dass in diesen Einrichtungen Ideologie der Muslimbruderschaft gelehrt wird, bzw. Absolventen ideologisch in die Nähe der Muslimbruderschaft gerückt werden können?

A:    Ich verstehe es so, dass die Institutionen der IESH normale Islamtheologie in den Basis-Ausbildungsklassen unterrichtet ohne MB-Ideologie. Je weiter der Unterricht fortschreitet, desto mehr werden die Lernenden an MB-Ideologie herangeführt.

Die Führung dieser Institutionen ist MB. Viele in Europa geborene MB-Mitglieder studierten bei der IESH, vor allem Kinder der Gründungsmitglieder der MB. Ich weiß von Fällen, wo Personen, welche in der IESH studierten, währenddessen für die MB rekrutiert wurden. IESH wurde von der FIOE gegründet.

F:    In der Studie beschreibt Abullaban den Farid Hafez als jemanden, der die Ideologie der Muslimbruderschaft in den Kreisen der Bruderschaft studiert hat und in Organisationen, die mit der Bruderschaft verbunden sind, aktiv war, der aber nicht als "Mitglied der Bruderschaft" identifiziert werden kann - "das ist zu viel", um Abullabans eigene Worte zu verwenden.

Das Hafez nicht als Muslimbruder identifiziert werden kann, sieht Amir Zaidan anders, denn er hat in einer Zeugenaussage vor der Behörde seine persönliche Wahrnehmung hinsichtlich der Äußerungen von Ammar Shakir, - er habe wie unter anderen auch Farid Hafez den Treueeid – geleistet.

Welche Organisationen meint Abullaban mit Kreisen der Bruderschaft und wer sind die Organisationen, die mit der Muslimbruderschaft verbunden sind?

A:    ABULLABAN gab mir keine Details, aber Prof. Dr. HAFEZ hat eine lange persönliche Vergangenheit betreffend die Nähe zur von MB beeinflussten Organisationen. Ich denke, das ist, was Hr. ABULLABAN gemeint hat.

F:    ABULLABAN soll bis 2010 bei der LIGA KULTUR gewesen sein. Dann hätte er seinen Wohnsitz in die Türkei verlegt und sich der „SNC-Syrien National Council" angeschlossen.

Laut Ihrer Studie sei ABULLABAN ein offenes Mitglied der politischen Abteilung der syrischen Muslimbruderschaft und der Vertreter der Gruppe.

Jetzt ist aber bekannt, dass verschiedene militante islamistische Rebellengruppe in Syrien wie etwa die Liwa al-Tawhid (Brigade der Einheit), der Muslimbruderschaft nahesteht. Auch der STANDARD schrieb in einem Artikel aus 2013, dass die Muslimbruderschaft an revolutionäre Truppen mit ähnlicher Ideologie wie u.a. die Tawhid-Brigade finanzielle Unterstützung leistet. Ebenso verweist ein Erkenntnis des BVwG aus 2016 auf die Verbindung zwischen der Liwa al-Tawhid und der Muslimbruderschaft.

Was kann man Ihrer Meinung nach von dieser Verbindung zu einer Terrorgruppe in Hinblick auf die Muslimbruderschaft ableiten? Bestätigt das nicht wieder die im Strategiepapier von Yusuf NADA

entdeckten angeführten Ziele, dass die Muslimbruderschaft jegliche Terrororganisation, welche dem Dschihad verpflichtet sind, unterstützt?

A:       Es gibt keinen Zweifel daran, dass sowohl in Syrien als auch in anderen Ländern, in welchen der Arabische Frühling in Gewalt ausartete, die MB direkt oder indirekt in gewalttätigen Aktivitäten beteiligt war.

F:       In einem am 04.12.2022 erschienen Artikel von Hossam Sadek auf mena-watch.com, wird Serdar Cham, stellvertretender türkischer Minister für Kultur, dass die Muslimbruderschaft der Unterwanderung von terroristischen Gruppen, insbesondere durch den Islamischen Staat, ausgesetzt sei. Hisham Al Najjar, ein zur Muslimbruderschaft forschender Wissenschaftler, bestätigte diese Äußerungen und fügte hinzu, dass es bereits eine »vollständige Zusammenarbeit« zwischen der Muslimbruderschaft und anderen Organisationen gebe, darunter auch der Islamische Staat. »Die Muslimbruderschaft stellte die vorderste Front bei der Rekrutierung von Kämpfern aus Europa und Afrika dar und ermöglichte ihre Reisen an Orte, wo Gruppen wie der IS oder der Jabhat al-Nusra tätig waren.« Was den Jemen betreffe, so böten die Muslimbrüder auch »Al-Qaida Deckung für ihre terroristischen Operationen, insbesondere gegen die Sicherheitskräfte«.

(Quelle: https://www.mena-watch.com/tuerkischer-beamter-muslimbruderschaft-von-is-infiltriert/ Zugriff: 05.12.2022)
Wie bewerten sie derartige Aussagen?

A:       Ich kann diese Vorwürfe nicht bestätigen. Ich würde nur bzgl. Jemen sagen, dass es dort eine lange Kooperation zwischen MB und Al-Qaida gibt. Nach dem 11.09.2001 wurde der Führer des MB-Zweigs in Jemen, Abdelmajid AL ZINDANI, welcher auch Osama bin LADEN nahestand, von den USA als Terrorist bezeichnet.

F:       Aus den vier Interviews wurde die Erkenntnis gewonnen, dass Deutschland und Österreich seit Jahrzehnten eine aktive Operationsbasis für MB-nahestehende Personen darstellen und die dort ansässigen Aktivisten der MB eine Vielzahl von Organisationen gegründet haben, wie z.B. Moscheen oder die Liga Kultur. Nach außen treten diese unabhängig auf, jedoch gaben die Befragten an, dass alle Organisationen von Muslimbruderschafts-Mitgliedern gegründet und dominiert werden, deren Hauptziel es sei, speziell mit einem Elitekader von in Europa geborenen Muslimen, die Ziele der Muslimbruderschaft-Bewegung voranzubringen
Was sind aufgrund ihrer wissenschaftlichen Erkenntnisse diese Ziele der Muslimbruderschaft in Europa?

A:       Es gibt mehrere Ziele, eines davon ist, die MB im Nahen Osten in verschiedenen Formen zu unterstützen, für ihre ganzen Aktivitäten, ob diese gewalttätig sind oder nicht.
Das zweite Ziel ist, die soziale, politische und religiöse Identität von europäischen Moslems zu formen und dass die MB die Führung der Moslems in Europa übernimmt.

F:    Wieso will die MB ein „Verschmelzen" von Muslimen mit nichtmuslimischen Gesellschaften und somit eine Integration in das soziale und gesellschaftliche Leben von D und Ö verhindern? Haben Sie dazu Erkenntnisse aus der Studie?

A:    Das ist, weil sie jede Gesellschaft, welche nicht streng islamisch ist, als problematisch betrachten. Es ist die größte Herausforderung, dass Muslime nicht vom Glauben abfallen. Integration in eine nicht-islamische Gesellschaft sehe sie als Desaster. Sie wollen eine starke islamische Identität kreieren. Das steht im Kontrast zur Integration. QARADAWI hat Bücher über das Thema geschrieben, dass es Vorrang hat eine Integration zu verhindern.
Erdogan sagte sogar einst, dass Integration ein Verbrechen gegen die Menschheit sei.


F:    Wieso ist die Geheimhaltung der Muslimbruderschaft nach wie vor ein zentrales Thema?

A:    Die MB wurde im Nahen Osten stets unterdrückt, daher ist die Geheimhaltung eine wichtige Überlebensstrategie. Das ist eines der Hauptdinge, die Mitglieder gelehrt werden. Beim Rekrutieren wird mit vielen kleinen Aufgaben auch getestet, ob man ein Geheimnis behalten kann. Geheimhaltung ist aufgrund der Probleme im Nahen Osten eine verständliche Obsession.
Manche MB-Mitglieder bezweifeln diese Geheimhaltung jedoch im Westen, sprich in Europa.



Ich hatte die Möglichkeit, diese Vernehmung Seite für Seite durchzulesen, bzw. durchlesen zu lassen.
Ich hatte die Möglichkeit, Korrekturen vornehmen zu lassen.
Ich habe keine Änderungen vorgenommen.

Ergänzungen/Dokumentation:


**Dieses Vernehmungsprotokoll wurde mir in einer für mich verständlichen Sprache rückübersetzt.**

Ende der Vernehmung: 11.30 Danach Rückübersetzung.


_(Dolmetsch)_


vernehmende Exekutivbeamte:                          vernommene Person:



Vernehmung vom 10.03.2020                Unterschrift vernommene Person                Seite 17 von 17