**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------X
:
FARID HAFEZ, individually and on behalf of :
all others similarly situated, :
: Civil Action No.: 1:24-cv-00873-AHA
:
                Plaintiff, :
:
:
  v. :
:
:
LORENZO VIDINO, individually and in his :
respective corporate capacities, GEORGE :
WASHINGTON UNIVERSITY, PROGRAM :
FOR EXTREMISM AT THE GEORGE :
WASHINGTON UNIVERSITY, ALP :
SERVICES SA, DILIGENCE SARL, MARIO :
BRERO, MURIEL CAVIN, LIONEL BADAL, :
ARIAF STUDIES AND RESEARCH LLC, and :
DOES 1 through 25, :
:
                Defendants :
---------------------------------------------------------------X

**PROPOSED ORDER**

Upon consideration of the grounds set forth in Defendants' respective Motions to Dismiss Plaintiff's First Amended Complaint (ECF Nos. 28, 29, 30) and Plaintiff's Oppositions to said Defendants' Motions, the Court finds that Defendants' Motions to Dismiss should all be and hereby are **DENIED**.

**SO ORDERED**, this ___ day of _____, 2025.

 

_____
Hon. Amir H. Ali
United States District Judge