UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>   Defendants. | Case No. 1:24-cv-00873-ABJ |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Rule 83.2(c)(2) of the Local Rules of the United States District Court for the District of Columbia, I, David M. Schwartz, Esq., of the firm, Aidala, Bertuna & Kamins, P.C., a member in good standing of the bar of this Court, hereby move for the admission and appearance *pro hac vice* of Arthur L. Aidala, Esq. as counsel on behalf of Plaintiff, Farid Hafez, in the above-captioned matter. Attached hereto is the declaration of Arthur L. Aidala, Esq. in support of this Motion.

Dated: January 27, 2025

                                    Respectfully submitted,

                                    David M. Schwartz (DC #208813)
                                    AIDALA, BERTUNA & KAMINS, P.C.
                                    546 Fifth Avenue, Sixth Floor
                                    New York, NY 10036
                                    Telephone: (212) 641-0499
                                    Fax: (917) 261-4832
                                    dschwartz@aidalalaw.com

                                    *Attorneys for Plaintiff Farid Hafez*