UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>   Defendants. | Case No. 1:24-cv-00873-ABJ |

## DECLARATION OF ARTHUR L. AIDALA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Arthur L. Aidala, here declare:

1. My name, office address, and telephone number are:

   Arthur L. Aidala, Esq.
   Aidala, Bertuna & Kamins, P.C.
   546 Fifth Avenue, 6th Fl.
   New York, NY 10036
   (212) 486-0011

2. I was admitted to the following courts and bars:

   New York State Bar (1992) – Bar Number: 2516771;
   New Jersey State Bar (1992) – Bar Number 050101992;
   United States Supreme Court (Sponsored by Justice Antonin Scalia – 2016);
   U.S. District Court for the District of New Jersey (1992);
   U.S. District Court for the Eastern District of New York (1998);
   U.S. District Court for the Southern District of New York (1998).

3. I am currently in good standing with all states, courts, and bars to which I am admitted.
4. I certify that I have never been disciplined by any bar.
5. I have once previously been admitted *pro hac vice* in this court in the following matter:
   1:22-CV-03490-ABJ
   CHISHTI et al v. SPOTTISWOODE et al
6. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 28, 2025

Respectfully submitted,

Arthur L. Aidala, Esq.
AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor
New York, NY 10036
Telephone: (212) 486-0011
Fax: (917) 261-4832