**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>    Defendants. | Case No. 1:24-cv-00873-ABJ |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE, Arthur L. Aidala, undersigned counsel, hereby enters his appearance as counsel in this civil action on behalf of Plaintiff Farid Hafez.

Dated: January 30, 2025

                                                     Respectfully submitted,

                                                     /s/ Arthur L. Aidala
                                                     Arthur L. Aidala, Esq.
                                                     Aidala, Bertuna & Kamins, P.C.
                                                     546 Fifth Avenue, 6th Floor
                                                     New York, New York 10036
                                                     (212) 486-0011
                                                     aidalaesq@aidalalaw.com