# EXHIBIT 1

## Contractual Agreement

This contractual agreement is between:

ALP SERVICES SA, rue de Montchoisy 36, 1207 Genève, Switzerland           ("The Company")

And

LORENZO VIDINO, George Washington University, 2000 Pennsylvania Avenue, NW #2210, Washington, DC 20052, United States of America           ("Consultant")

The parties hereby agree as follows:

1. All information, documents, reports, etc., which the Consultant provides to the Company will not be revealed to, provided to, published or discussed in any way with persons or organizations not approved expressly by the Company. This material includes any confidential information or reporting which Consultant develops researches or produces as a result of tasking provided by the Company. Furthermore, to ensure working in a strictly confidential manner, the Consultant will abstain from disclosing the Company's name, as the Company will abstain from revealing the Consultant's name.

2. All information related to the identities and activities of the Company's clients, business associates and approved subcontractors is strictly private and confidential and the property of the Company. No such information is to be discussed with anyone or any organization outside of the Company without The Company's prior approval. This information includes the identities of clients and the nature of projects for which the Company is working on behalf of clients.

3. Throughout the course of the agreed upon business relationship between the Company and Consultant, Consultant will advise the Company immediately if Consultant learns that a third party unlawfully attempts to obtain information in any manner regarding the activities, clients, business associates or operation of The Company.

4. The confidentiality provisions of this Agreement shall remain in effect following the termination of the agreed upon business relationship between Company and Consultant. This will be in effect regardless of the nature of circumstances of the termination of the business relationship.

5. The undersigned agree that Swiss law and the courts of Geneva and the Switzerland's Federal Court will have jurisdiction over any dispute between the parties.

6. The agreement outlines the following (the "mandate") as previously stated:

   - Interesting leads/rumours in possession of the Consultant regarding the subject of investigation organisations/individuals/funding in Europe, some of which previously mentioned during an unofficial meeting.
   - List of alleged members of the first tier organisations in European countries.

7. The Company agrees to a remuneration of the Consultant of EUR 3'000.- for the above mandate, with a deadline set for February 2nd 2018.

Mario BRERO / ALP SERVICES SA           Lorenzo VIDINO / G.W. UNIVERSITY
Date: 24/1/2018                          Date: 24/1/18