IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LORENZO VIDINO, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00873-AHA |

## JOINT NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit as supplemental authority the Supreme Court's recent decision in *Medical Marijuana, Inc. v. Horn*, 145 S. Ct. 931 (2025) (Ex. A). This decision is relevant to arguments made by all parties with respect to Defendants' motions to dismiss.

In *Horn*, the Court held that RICO's "phrase 'injured in his business or property'" does not categorically "preclude recovery for all economic harms that result from personal injuries." 145 S. Ct. at 946. In so holding, however, the Court reaffirmed the "other constraints on civil RICO claims." *Id.* at 945. "First and foremost is RICO's direct-relationship requirement" for causation. *Id.* As the Court underscored, a causal theory that depends on "multiple actors" or "requires moving 'well beyond the first step'" in a causal chain can "present an insurmountable obstacle." *Id*. Second, because RICO requires "a pattern of racketeering activity," "harm resulting from a single tort is not a ticket to federal court." *Id.* Third, the Court noted that "'business' may not encompass every aspect of employment, and 'property' may not include every penny in the plaintiff's pocketbook." *Id.* at 946. Thus, "not every monetary harm"—such as "lost wages"—"necessarily implicates RICO." *Id.*

After *Horn*, RICO does not categorically preclude recovery for injuries to business or property that stem from personal injuries. Defendants accordingly acknowledge that *Horn* forecloses their arguments to the contrary. *See* Dkt. 28-1 at 25-26 & n.6; Dkt. 29-1 at 25-26; Dkt. 51 at 14-15. But *Horn* otherwise confirms that Hafez cannot state a RICO claim. Hafez cannot recover damages for freestanding reputational harms, and Hafez's asserted employment harms (*e.g.*, lost "standing" in the academic community) are likely not cognizable injuries to "business." *See* 145 S. Ct. at 938-39.

*Horn* also forecloses Hafez's theory of proximate causation. As Defendants have explained (Dkt. 28-1 at 33-34; Dkt. 29-1 at 30-31; Dkt. 51 at 18-20), Hafez's theory impermissibly relies on "multiple actors" exercising their independent judgment, and requires proceeding "'well beyond the first step'" of any Defendant's actions. 145 S. Ct. at 945 (citation omitted). Nor may Hafez gain "a ticket to federal court" by improperly attempting to transmute "a single tort" (*i.e.*, purported defamation) into the requisite "pattern of racketeering activity." *Id*. And *Horn* says nothing about the myriad other deficiencies in Hafez's RICO claim, including his failure to plead a predicate act, conspiracy, enterprise, or domestic injury to business or property, as RICO requires.

Dated: April 18, 2025

Respectfully submitted,

*/s/ Matthew D. McGill*
Matthew D. McGill (D.C. Bar #481430)
Jeffrey Liu (D.C. Bar #1672057)
M. Christian Talley (D.C. Bar #1735656)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
T: (202) 887-3680
F: (202) 530-9662
mmcgill@gibsondunn.com
jyliu@gibsondunn.com
ctalley@gibsondunn.com

*Counsel for Defendant Lorenzo Vidino*

*/s/ Igor V. Timofeyev*
Igor V. Timofeyev (D.C. Bar #998291)
Vanessa Omoroghomwan (D.C. Bar #1644765)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
igortimofeyev@paulhastings.com
vanessaomoroghomwan@paulhastings.com

Adam Fee (*pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
adamfee@paulhastings.com

D. Scott Carlton (*pro hac vice*)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (212) 683-6000
scottcarlton@paulhastings.com

*Attorneys for Defendants ALP Services SA, Diligence SARL, Mario Brero, Lionel Badal, and Muriel Cavin*

/s/ *Tracy A. Roman*
Tracy A. Roman (D.C. Bar #443718)
Scott L. Winkelman (D.C. Bar #416747)
Rachael Padgett (D.C. Bar #1616574)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
troman@crowell.com
swinkelman@crowell.com
rpadgett@crowell.com
Telephone: (202) 624-2500

*Counsel for Defendants George Washington University and the Program on Extremism at the George Washington University*