UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>LORENZO VIDINO, *et al.*,<br><br>   *Defendants*. | Civil Action No. 24-873 (AHA) |

## Order

For the reasons stated in the accompanying memorandum opinion, Defendants' motions to dismiss, ECF Nos. 28, 29, and 30, are granted and this action is dismissed without prejudice. The Clerk of Court is directed to close the case.

                     _____
                     AMIR H. ALI
                     United States District Judge

Date: September 30, 2025