## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARID HAFEZ, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>    v.<br><br>LORENZO VIDINO, individually and in his respective corporate capacities, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHINGTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL, ARIAF STUDIES AND RESEARCH LLC, and DOES 1 through 25,<br><br>      *Defendants*. | Civil Action No. 1:24-cv-00873-AHA |

### NOTICE OF APPEAL

Notice is hereby given this 29th day of October, 2025, that Plaintiff, FAIRD HAFEZ ("Plaintiff"), hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on the 30th day of September, 2025 in favor of Defendants LORENZO VIDINO, GEORGE WASHINGTON UNIVERSITY, PROGRAM FOR EXTREMISM AT THE GEORGE WASHIGNTON UNIVERSITY, ALP SERVICES SA, DILIGENCE SARL, MARIO BRERO, MURIEL CAVIN, LIONEL BADAL ("Moving Defendants"), against said Plaintiff and granting Moving Defendants' respective motions to dismiss.

Dated: October 29, 2025                           Respectfully submitted,

                                                  /s/ David M. Schwartz
                                                  David M. Schwartz (DC #208813)
                                                  AIDALA, BERTUNA & KAMINS, P.C.
                                                  546 Fifth Avenue
                                                  New York, NY 10036
                                                  Telephone: (212) 641-0499
                                                  Fax: (917) 261-4832
                                                  dschwartz@aidalalaw.com

                                                  *Counsel for Plaintiff Farid Hafez*


**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

dschwartz@aidalalaw.com; iansari@aidalalaw.com; aidalaesq@aidalalaw.com;
jspencer@gibsondunn.com; jyliu@gibsondunn.com; ctalley@gibsondunn.com;
swinkelman@crowell.com; troman@crowell.com; rpadgett@crowell.com;
igortimofeyev@paulhastings.com; adam.fee@weil.com; scottcarlton@paulhastings.com;
vanessaomoroghomwan@paulhastings.com.